**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN District of NEW YORK (State)

Case number (If known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   KOSSOFF PLLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☒ Unknown

   __ __ - __ __ __ __ __ __ __
   EIN

5. **Debtor's address**

   Principal place of business

   217 Broadway
   Number    Street

   #401

   New York                NY  10007
   City                    State  ZIP Code

   New York
   County

   Mailing address, if different

   Number    Street

   P.O. Box

   City    State    ZIP Code

   Location of principal assets, if different from principal place of business

   Number    Street

   City    State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor **KOSSOFF PLLC**  
      Name

Case number (if known) _____

6. **Debtor's website** (URL)   www.kossoffpllc.com

7. **Type of debtor**
   - [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - [ ] Partnership (excluding LLP)
   - [ ] Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - [ ] Railroad (as defined in 11 U.S.C. § 101(44))
   - [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - [x] None of the types of business listed.
   - [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - [x] No
   - [ ] Yes. Debtor _____ Relationship _____
     District _____ Date filed ___/___/_____ Case number, if known _____
     Debtor _____ Relationship _____
     District _____ Date filed ___/___/_____ Case number, if known _____

### Part 3: Report About the Case

10. **Venue**

    Check one:
    - [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor: KOSSOFF PLLC
Case number (if known): _____

## 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Gran Sabana Corp NV | Unreturned IOLA Funds | $4,506,349.25 |
| Louis & Jeanmarie Giordano | Unreturned IOLA Funds | $250,000.00 ~~800,000.00~~ |
| DECKER ASSOCIATES LLC & 118 Duane LLC | Misappropriated IOLA Funds | $2,425,000.00 ~~57,300.00~~ |
| Thomas G. Sneva | Unreturned IOLA Funds | |
| | **Total of petitioners' claims** | **$8,038,649.25** |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Name: Gran Sabana Corp NV
Number/Street: 4299 NW 36th Street, Suite 1
City: Miami    State: FL    ZIP: 33166

**Name and mailing address of petitioner's representative, if any**
Name: Giorgio Angelini
Number/Street: 4299 NW 36th Street, Suite 1
City: Miami    State: FL    ZIP: 33166

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/12/2021

X [signature]    Manager

### Attorneys

Printed name: Aaron R. Cahn
Firm name: Carter Ledyard & Milburn LLP
Number/Street: 2 Wall Street
City: New York    State: NY    ZIP: 10005
Contact phone: (212) 238-8629    Email: cahn@clm.com
Bar number: 1329424
State: New York

X _____
Signature of attorney
Date signed: _____

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor: **KOSSOFF PLLC**

Case number:

### Name and mailing address of petitioner

Name: LOUIS + JEANMARIE GIORDANO
Number Street: 48 STRONG PLACE
City: BROOKLYN  State: NY  ZIP Code: 11231

### Name and mailing address of petitioner's representative, if any

(blank)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/12/2021

*Signature of petitioner or representative, including representative's title* — [signed] + Jeanmarie Giordano

Printed name: ___
Firm name, if any: ___
Number Street: ___
City ___ State ___ ZIP Code ___
Contact phone ___ Email ___
Bar number ___
State ___

Signature of attorney: ___
Date signed: ___

---

### Name and mailing address of petitioner

Name: DECKER ASSOCIATES LLC + 118 DUANE LLC
c/o United American Land LLC
Number Street: 73 Spring Street, 6th Floor
City: New York  State: NY  ZIP Code: 10012

### Name and mailing address of petitioner's representative, if any

(blank)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/12/2021

*Signature of petitioner or representative, including representative's title* — [signed] authorized member / Albert Laboz

Printed name: ___
Firm name, if any: ___
Number Street: ___
City ___ State ___ ZIP Code ___
Contact phone ___ Email ___
Bar number ___
State ___

Signature of attorney: ___
Date signed: ___

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

Debtor  KOSSOFF PLLC
Name

Case number (if known) _____

### Name and mailing address of petitioner

Name: Thomas G. Sneva
Number Street: 12 East 97th Street #2J
City: New York   State: NY   ZIP Code: 10029

### Name and mailing address of petitioner's representative, if any

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/12/2021
MM / DD / YYYY

X [signature]
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____
Contact phone: _____ Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

### Name and mailing address of petitioner

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

### Name and mailing address of petitioner's representative, if any

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____
Contact phone: _____ Email: _____
Bar number: _____
State: _____

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re Kossoff PLLC,

                           Debtor.

Case No. 21 - _____ (___)

------------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT OF PETITIONER GRAN SABANA CORP NV

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, the undersigned petitioning creditor, a private, non-governmental corporation, certifies that the following entities are owners of more than 10% of any class of its equity:

(a) Fundación Z1, Credicorp Bank Plaza, 26th floor, Nicanor de Obarrio Avenue, 50th Street, Panama, Republic of Panama – 50%

(b) Z Corporation, Wickhams Cay 662, Road Town Tortola, British Virgin Islands – 50%

Dated: New York, New York
       April 12, 2021

                                                  GRAN SABANA CORP NV

                                                  By:___s/Giorgio Angelini_____
                                                     Name: Giorgio Angelini
                                                     Title:   Manager

9832675.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re Kossoff PLLC,

                              Debtor.

Case No. 21 -_____(__)

------------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT OF PETITIONER 118 DUANE LLC AND DECKER ASSOCIATES LLC

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, the undersigned petitioning creditors, each a private, non-governmental limited liability company, certify that there are no entities that are owners of more than 10% of any class of its equity:

Dated: New York, New York
       April 12, 2021

118 DUANE LLC

By: _____
Name: Albert Laboz
Title: authorized member

DECKER ASSOCIATES LLC

By: _____
Name: Albert Laboz
Title: authorized member

9832675.1