UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

In re:                                                              Chapter 7

Kossoff PLLC,                                                Case No. 21-10699 (DSJ)

                           Debtor.
_____x

**REQUEST FOR ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES AND OTHER DOCUMENTS; ALLEGED DEBTOR'S FAILURE TO ANSWER**

An involuntary petition under Chapter (**7**) of the Bankruptcy Code was filed on **4/13/2021** against the alleged debtor, and an affidavit of service of the involuntary petition and summons has been entered on the case docket. The alleged debtor has neither consented to an Order for Relief nor has filed an answer or motion pursuant to FRBP 1011(b) and FR Civ. P 12 and sufficient time has elapsed for the submission of an answer or motion.

It is, therefore, requested that an "Order for Relief" and an "Order to File Schedules and Other Documents" be entered in the above case.

| \_\_\_5/10/2021\_\_\_ | \_\_\_\_Kenishia Braithwaite_____ |
|---|---|
| Date | Case Administrator |

**ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES
AND OTHER DOCUMENTS**

On consideration of the involuntary petition against the above-named debtor, an Order for Relief under Chapter (**7**) of the Bankruptcy Code is granted. The debtor is ordered to file all schedules, statements, lists and other documents that are required under the Federal and Local Rules of Bankruptcy Procedure. This includes, among other things, the following: 1) the filing of a creditors' matrix prepared in accordance with the specifications required under Local Rule 1007-1; and 2) for *Chapter 11 cases*, the filing of an affidavit and proposed case conference order as required under Local Rule 1007-2. All filings – including the schedules, statements, lists, creditors' matrix and Rule 1007-2 affidavit (*Chapter 11 only*) – shall be filed within fourteen days (14) days from the date of entry of this order, with the exception of a proposed case conference order (*Chapter 11 only*), which shall be filed within thirty (30) days from the date of entry of this order.

Dated: New York, New York
          May 11, 2021

                                                              *s/ David S. Jones*
                                                         Honorable David S. Jones
                                                         United States Bankruptcy Judge