

**U.S. Department of Justice**

Office of the United States Trustee
*Southern District of New York*

*201 Varick Street*      *(212) 510-0500*
*Room 1006*      *Fax: (212) 668-2255*
*New York, New York 10014*

## INVOLUNTARY CASE MEMORANDUM

TO:                 Case Administration-Judge Team for Judge **Jones**
                       New York, New York

FROM:           William K. Harrington
                       United States Trustee

PREPARED BY:   Mary Moroney

DATE:           May 12, 2021

RE:                 **Kossoff PLLC, Case No. 21-10699(DSJ))**
                       **Appointment of Interim Trustee Prior to Order for Relief.**

----

     **Albert Togut** has been selected as the interim trustee for the case. His address is **Togut, Segal & Segal, One Penn Plaza, Suite 3335, New York, New York 10119. Telephone No.(212) 594-5000 Fax (212) 967-4258.**

     **Do not schedule a section 341(a) meeting at this time.**

     **Please prepare your regular notice regarding the order for relief and indicate that Albert Togut is the Interim Trustee.**

cc: Albert Togut, Interim Trustee

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
In re                          :       Case No. 20-10699(DSJ)
                               :
Kossoff PLLC.,                 :       NOTICE TO TRUSTEE OF
                               :       APPOINTMENT AND FIXING
                               :         AMOUNT OF BOND
                               :
                               :
Debtor.                        :
                               :
-------------------------------X
```

TO:   **Albert Togut**
      **One Penn Plaza, Suite 3335**
      **New York, New York 10119**

An order for relief having been signed in the above-captioned involuntary case (11 U.S.C. § 303(h)) which was commenced on April 13, 2021, you have been appointed, pursuant to 11 U.S.C. § 701(a), as Interim Trustee of the estate of the above-named debtor. If no trustee is elected, you shall serve as the trustee in this case by operation of law. 11 U.S.C. § 702(d).

The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on file with this Office and the Bankruptcy Court. See 11 U.S.C. § 322(a); FRBP 2008; FRBP 2010(a)). You are required to notify the undersigned in writing within five (5) business days after receipt of this notice in the event you reject this appointment.

Dated:  New York, New York
        May 12, 2021

                                        William K. Harrington
                                        William K. Harrington
                                        United States Trustee
                                        201 Varick Street
                                        Room 201
                                        New York, New York 10014
                                        (212) 510-0500

▸▸FILE A:\INV.7