Howard W. Kingsley, Esq.
**ROSENBERG & ESTIS, P.C.**
733 Third Avenue
New York, New York  10017
Tel: (212) 867-6000

*Attorneys for Jonathan Ostrow*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

In re:                                              :         Chapter 7
                                                    :
Kossoff PLLC,                                       :         Case No. 21-10699 (DSJ)
                                                    :
                           Debtor.                  :
------------------------------X

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Rosenberg & Estis, P.C. ("R&E") hereby appears in the above-captioned case as attorneys for Jonathan Ostrow ("Creditor"). R&E hereby requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), (a) to be placed on any mailing matrix or service list that may be used for any purpose in the case, and (b) that all (i) notices given or required to be given in the case by the Court, the debtor and/or any other party-in-interest, and (ii) papers served or required to be served in the case, be given to and served upon:

> Howard W. Kingsley, Esq.
> Rosenberg & Estis, P.C.
> 733 Third Avenue
> New York, New York  10017
> Telephone:  (212) 867-6000
> E-mail:  hkingsley@rosenbergestis.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the proceeding, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall waive (a) Creditor's right to have final orders in non-core matters and core matters in which the entry of a final order by a bankruptcy judge would not be consistent with Article III of the United States Constitution,

RE\60868\0001\3422769v1

entered only after *de novo* review by a District Court Judge, (b) Creditor's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (d) Creditor's right to have any claims constitutionally required to be determined by the District Court be determined therein, (e) Creditor's right to have any matter heard by an arbitrator, or (f) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which Creditor may be entitled to, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall constitute an authorization for the undersigned to accept service of process on behalf of Creditor, and that such service must be done in strict compliance with the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Dated: New York, New York  
       May 17, 2021

**ROSENBERG & ESTIS, P.C.**  
*Attorneys for Jonathan Ostrow*

By: _____  
    Howard W. Kingsley  
733 Third Avenue  
New York, New York  10017  
(212) 867-6000

-2-

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that he caused a true and correct copy of this Notice of Appearance and Request for Service of Papers to be served via CMECF to all parties entitled to such notice on May 17, 2021.

                                                        _____
                                                        Howard W. Kingsley