**MANTEL MCDONOUGH RISO, LLP**
*Counsel for VNB New York, LLC*
410 Park Avenue, 17th Floor
New York, New York 10022
Gerard A. Riso, Esq.
Telephone: 212-599-1515
gerard.riso@mmrllp.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                        :        Involuntary Chapter 7
                                              :        Case No.: 21-10699-DSJ
KOSSOFF, PLLC,                                :
                                              :
                        Debtor.               :
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned enters an appearance for VNB New York, LLC, a creditor and party in interest in the above-captioned involuntary case under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"). It is requested that copies of any and all notices, pleadings, and orders be sent to:

MANTEL MCDONOUGH RISO, LLP
*Attorneys for VNB New York, LLC*
410 Park Avenue, 17th Floor
New York, New York 10022
Telephone: 212-599-1515
Gerard A. Riso, Esq.
gerard.riso@mmrllp.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, the foregoing request includes not only the notice and papers referred to in the rules specified above, but all other notices, papers and documents, including but not limited to: copies of any answer, application, motion, petition, pleading,

request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the above-captioned debtor (the "Debtor"), property in the possession, custody or control of the Debtor or the above referenced case. VNB New York, LLC also requests copies of all responses by the Debtor to requests for documents and/or information made by the United States Trustee and/or a Chapter 7 Trustee for this case.

Dated: New York, New York
       May 17, 2021

                                    Respectfully submitted,

                                    MANTEL MCDONOUGH RISO, LLP
                                    *Attorneys for VNB New York, LLC*
                                    410 Park Avenue, 17th Floor
                                    New York, New York 10022
                                    Telephone: 212-599-1515
                                    Gerard A. Riso, Esq.
                                    gerard.riso@mmrllp.com

                                    By: ___/s/_____
                                         Gerard A. Riso, Esq.

2