Ronald M. Neumann
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
Rneumann@zeklaw.com

*Counsel to*
  *JPMorgan Chase Bank, N.A.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>    Kossoff PLLC,<br><br>                                    Debtor. | Chapter 7<br><br>Case No.: 21-10699-dsj |
|---|---|

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, the law firm set forth below appears as counsel for JPMorgan Chase Bank, N.A., a party-in-interest in the above-captioned Chapter 7 bankruptcy case, and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), request that the following name and address be added to the mailing list maintained by the Clerk of Court and Debtor in this case and further demand that all notices given or required to be given in this case and all papers served or required to be served in this case by all counsel, parties-in-interest, and this Court be given to and served upon the following counsel:

>Ronald M. Neumann, Esq.
>Zeichner Ellman & Krause LLP
>1211 Avenue of the Americas
>New York, New York 10036
>Telephone: (212) 223-0400
>Fax: (212) 753-0396
>Rneumann@zeklaw.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of **any** application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise, which affects the Debtor or property of the Debtor's or the rights of parties-in-interest such as JPMorgan Chase Bank, N.A.

**PLEASE TAKE FURTHER NOTICE** that, JPMorgan Chase Bank, N.A. does not intend that this Notice of Appearance and Request for Service of Papers or any later appearance or pleading be deemed or construed to be a waiver of its right: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) to any other rights, claims, actions, setoffs, or recoupments to which it is **or** may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments JPMorgan Chase Bank, N.A. expressly reserves.

Dated: New York, New York
May 18, 2021

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Ronald M. Neumann
Ronald M. Neumann
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400
Rneumann@zeklaw.com

*Counsel for
JPMorgan Chase Bank, N.A.*

4831-4380-6442