**Presentment Date and Time:  June 17, 2021 at 12:00 p.m. (Prevailing Eastern Time)**
**Objection Deadline:  June 17, 2021 at 11:00 a.m. (Prevailing Eastern Time)**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Minta J. Nester

*Proposed Attorneys for Albert Togut, Not Individually*
*But Solely in His Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X

| | | |
|---|---|---|
| In the Matter | : | Chapter 7 |
|  | : | Case No. 21-10699 (DSJ) |
| -of- | : |  |
|  | : |  |
| KOSSOFF PLLC, | : |  |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

------------------------------------------------------------- X

**NOTICE OF PRESENTMENT OF APPLICATION FOR AN ORDER
(A) DESIGNATING MITCHELL H. KOSSOFF AS THE RESPONSIBLE
OFFICER OF THE DEBTOR AND (B) COMPELLING HIM TO (1) PRODUCE
INFORMATION REQUESTED BY THE CHAPTER 7 TRUSTEE;  (2) APPEAR
FOR EXAMINATION UNDER OATH AT THE BANKRUTPCY CODE
SECTION 341 MEETING OF CREDITORS;  AND (3) OTHERWISE
COOPERATE WITH THE CHAPTER 7 TRUSTEE**

**PLEASE TAKE NOTICE** that upon the annexed application (the "Motion")[1] of Albert Togut, not individually but solely in his capacity as the Chapter 7 Interim Trustee (the "Trustee") of the estate of Kossoff PLLC (the "Debtor"), the undersigned will present a proposed order (the "Proposed Order") (A) designating Mitchell H. Kossoff ("Kossoff"), the only known managing member of the Debtor, as the responsible officer of the Debtor and (B) compelling Kossoff to perform all of the Debtor's duties, including:  (1) complying with the Order of Relief;  (2) producing the Requested Information to the Trustee;  (3) appearing for examination under oath at the

---

[1]  Capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

Section 341 Meeting and at any adjournment thereof; and (4) cooperating fully with the Trustee, to the Honorable David S. Jones, United States Bankruptcy Judge, for signature on **June 17, 2021 at 12:00 noon**.

**PLEASE TAKE FURTHER NOTICE** that responses and objections, if any, to the Proposed Order must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the name and address of the objecting party, the nature of the claim or interest of such party, the basis for the objection and the specific grounds thereof and include, where appropriate, proposed language to be inserted in the Proposed Order to resolve any such objection.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, must also be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a CD, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format, with a hard copy delivered directly to the Chambers of the Honorable David S. Jones, and shall be served by first-class mail and email (where available) upon: (i) Togut, Segal & Segal LLP, proposed attorneys for the Chapter 7 Interim Trustee, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Neil Berger, Esq., (neilberger@teamtogut.com) and Minta J. Nester, Esq. (mnester@teamtogut.com); (ii) the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Andrew Velez-Rivera, Esq. (Andy.Velez-Rivera@usdoj.gov); and (iii) any parties required to be served under any applicable Bankruptcy Rule or Local Rule, so as to be received no later than **June 17, 2021 at 11:00 a.m.** (the "Objection Deadline").

2

**PLEASE TAKE FURTHER NOTICE THAT** if no objections to the entry of the Proposed Order are timely filed and served on or before the Objection Deadline, the Proposed Order may be entered by the Court without any hearing or any further notice to any party.

DATED:  New York, New York
        May 28, 2021

                ALBERT TOGUT,
                Not individually but solely in his capacity as
                Chapter 7 Interim Trustee of
                Kossoff PLLC
                By His Proposed Counsel,
                TOGUT, SEGAL & SEGAL LLP
                By:

                */s/ Neil Berger*
                NEIL BERGER
                MINTA J. NESTER
                BRIAN F. SHAUGHNESSY
                One Penn Plaza, Suite 3335
                New York, New York 10119
                (212) 594-5000