TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Minta J. Nester
*Proposed Attorneys for Albert Togut, Not Individually But*
*Solely in His Capacity as Chapter 7 Interim*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
          In the Matter            :       Chapter 7
:       Case No. 21-10699 (DSJ)
                -of-               :
:
KOSSOFF PLLC                 :
                        Debtor.   :
:
------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

       KRISTA RICCIARDI, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

       On June 3, 2021, deponent served a copy of the *Subpoena For Rule 2004 Examination* directed to Signature Bank, together with its Exhibit "A" and with a copy of the May 24, 2021 *Order Authorizing Trustee to Issue Subpoenas and Testimony and for Injunctive Relief* [Docket No. 27] upon:

        Signature Bank
        c/o Meyner and Landis LLP
        One Gateway Center
        Suite 2500
        Newark, NJ 07102
        Attn: David Grantz, Esq.

by Federal Express standard overnight delivery.

        */s/ Krista Ricciardi*
        KRISTA RICCIARDI

Sworn to before me this
3rd day of June, 2021

   */s/ Neil Berger*
NOTARY PUBLIC