TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Minta J. Nester
*Proposed Attorneys for Albert Togut, Not Individually But*
*Solely in His Capacity as Chapter 7 Interim*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                             :
         In the Matter                       :     Chapter 7
                                             :     Case No. 21-10699 (DSJ)
                -of-                         :
                                             :
KOSSOFF PLLC                                 :
                                             :
                             Debtor.         :
                                             :
------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KRISTA RICCIARDI, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

On June 3, 2021, deponent served a copy of the *Subpoena For Rule 2004 Examination* directed to JP Morgan Chase Bank, N.A., together with its Exhibit "A" and with a copy of the May 24, 2021 *Order Authorizing Trustee to Issue Subpoenas and Testimony and for Injunctive Relief* [Docket No. 27] upon:

        JP Morgan Chase Bank, N.A.
        c/o Zeichner Ellman & Krause LLP
        1211 Avenue of the Americas
        New York, NY  10036
        Attn: Ronald Neumann, Esq. and Bryan D. Leinbach, Esq.

by Federal Express standard overnight delivery.

        */s/ Krista Ricciardi*
        KRISTA RICCIARDI

Sworn to before me this
3rd day of June, 2021

   */s/ Neil Berger*
NOTARY PUBLIC