TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Minta J. Nester
*Proposed Attorneys for Albert Togut, Not Individually But
Solely in His Capacity as Chapter 7 Interim*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
                                :

In the Matter                  :      Chapter 7
                                :      Case No. 21-10699 (DSJ)

-of-                       :
                                :

KOSSOFF PLLC             :
                 Debtor.     :
                                :
----------------------------------------------------------- X

## **AFFIDAVIT OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION**

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK )

        KRISTA RICCIARDI, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

        On June 3, 2021, deponent served a copy of the *Subpoena For Rule 2004 Examination* directed to Tenantracers, together with its Exhibit "A" and with a copy of the May 24, 2021 *Order Authorizing Trustee to Issue Subpoenas and Testimony and for Injunctive Relief*  [Docket No. 27] upon:

Tenantracers, LLC
c/o Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY  10007
Attn: Walter Mack, Esq.

by Federal Express standard overnight delivery.

_____/s/ Krista Ricciardi_____
KRISTA RICCIARDI

Sworn to before me this
3rd day of June, 2021

_____/s/ Neil Berger_____
NOTARY PUBLIC