TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Minta J. Nester
*Proposed Attorneys for Albert Togut, Not Individually But*
*Solely in His Capacity as Chapter 7 Interim*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                :
            In the Matter                       :   Chapter 7
                                                :   Case No. 21-10699 (DSJ)
                  -of-                          :
                                                :
KOSSOFF PLLC                                    :
                                                :
                              Debtor.           :
                                                :
------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

  KRISTA RICCIARDI, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

  On June 3, 2021, deponent served a copy of the *Subpoena For Rule 2004 Examination* directed to Mitchell Kossoff, Esq., together with its Exhibit "A" and with a copy of the May 24, 2021 *Order Authorizing Trustee to Issue Subpoenas and Testimony and for Injunctive Relief* [Docket No. 27] upon:

        Mitchell H. Kossoff, Esq.
        c/o Doar Rieck Kaley & Mack
        217 Broadway
        Suite 707
        New York, NY 10007
        Attn: Walter Mack, Esq.

by Federal Express standard overnight delivery.

                */s/ Krista Ricciardi*
                KRISTA RICCIARDI

Sworn to before me this
3rd day of June, 2021

*/s/ Neil Berger*
NOTARY PUBLIC