SHIPMAN & GOODWIN LLP
Latonia C. Williams, Esq.
One Constitution Plaza
Hartford, Connecticut 06103-1919
Telephone:	(860) 251-5000
Facsimile:	(860) 251-5218
Email:		lwilliams@goodwin.com

*Attorneys for Oxford Health Insurance, Inc*
 *and*
*UnitedHealthcare Insurance Company of*
 *New York*

PRESENTMENT DATE:  July 6, 2021 at Noon
OBJECTION DEADLINE: June 29, 2021 at 11:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: ) ) KOSSOFF PLLC, ) ) Debtor. ) ) ) | Case No. 21-10699-dsj  Chapter 7 |

### NOTICE OF STIPULATION REGARDING REJECTION OF EXECUTORY CONTRACTS BETWEEN (A) THE DEBTOR AND OXFORD HEALTH INSURANCE, INC. AND (B) THE DEBTOR AND UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK

**PLEASE TAKE NOTICE** that Oxford Health Insurance, Inc. ("OHI") and UnitedHealthcare Insurance Company of New York ("UHIC", and together with OHI, "United"), creditors in the bankruptcy estate of Kossoff PLLC (the "Debtor"), will present for signature to the Honorable David S. Jones, United States Bankruptcy Judge, One Bowling Green, New York, NY 10004-1408, on **July 6, 2021 at 12:00 p.m.** (EST) (the "Presentment Date"), the attached proposed stipulation and order (the "Proposed Stipulation") rejecting certain executory contracts between the Debtor and United.

9876073v2

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Proposed Stipulation must be made in writing, stating in detail the reasons therefor, and must be filed with the Clerk of the Bankruptcy Court, and so as to be actually received by: (i) Togut, Segal & Segal LLP, attorneys for Albert Togut, the Chapter 7 Trustee, One Penn Plaza, Suite 3335, New York, New York 10119 (Attn.: Neil Berger, Esq., neilberger@teamtogut.com);  (ii) Shipman & Goodwin, LLP, attorneys for United, One Constitution Plaza, Hartford, Connecticut 06103-1919 (Attn. Latonia C. Williams, Esq., LWilliams@goodwin.com); (iii) the Office of the United States Trustee for the Southern District of New York (Region 2), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn:  Andy Velez-Rivera, Esq., Andy.Velez-Rivera@usdoj.gov); and (iv) any parties required to be served under any applicable Bankruptcy Rule or Local Rule, so that they actually receive by the aforementioned parties not later than **11:00 a.m. on June 29, 2021** (the "Objection Deadline").  Objections not timely served and filed may not be considered by the Court.

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-399, any objection filed by parties with legal representation shall be filed on or before the Objection Deadline (i) through the Bankruptcy Court's Electronic Case Filing System ("ECF"), which may be accessed at the Bankruptcy Court's Internet web site at www.nysb.uscourts.gov, and (ii) in portable document format ("PDF") using Adobe Exchange software for conversion.

**PLEASE TAKE FURTHER NOTICE** that any party that is either without legal representation or that is unable to file documents electronically or create documents in PDF format, shall file its objection on or before the Objection Deadline in Word format on a CD in an envelope clearly marked with the case name, case number, type and title of document, document number of the document to which the objection refers and the file name of the document.

147741617.1                                                         2

**PLEASE TAKE FURTHER NOTICE** that a hard copy of any objection must be delivered to the Chambers of Bankruptcy Judge David S. Jones at the Bankruptcy Court, One Bowling Green, New York, New York 10004-1408, on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if no objections are timely filed and served, the Proposed Stipulation may be entered by the Bankruptcy Court.

Dated:   West Hartford, Connecticut
         June 8, 2021

                    OXFORD HEALTH INSURANCE, INC. and
                    UNITEDHEALTHCARE INSURANCE
                    COMPANY OF NEW YORK

                    By Their Attorneys,

                    SHIPMAN & GOODWIN LLP

                    */s/ Latonia C. Williams*
                    Latonia C. Williams, Esq.
                    One Constitution Plaza
                    Hartford, Connecticut 06103-1919
                    Telephone:   (860) 251-5000
                    Facsimile:    (860) 251-5218
                    Email:         lwilliams@goodwin.com