**Hearing Date: June 24, 2021 at 10:00 a.m.**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Brian F. Shaughnessy

*Attorneys for Albert Togut, Not Individually*
*But Solely in His Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X
                               :

               In the Matter             :           Chapter 7
                               :           Case No. 21-10699 (DSJ)
               -of-                  :
                               :
KOSSOFF PLLC,                      :
                               :
                               :
              Debtor.           :
                               :
-------------------------------------------------------------- X

**NOTICE OF TELEPHONIC HEARING TO CONSIDER THE
APPLICATION FOR AN ORDER (A) DESIGNATING MITCHELL H.
KOSSOFF AS THE RESPONSIBLE OFFICER OF THE DEBTOR AND
(B) COMPELLING HIM TO (1) PRODUCE INFORMATION REQUESTED
BY THE CHAPTER 7 TRUSTEE;  (2) APPEAR FOR EXAMINATIONS UNDER
OATH AT THE BANKRUPTCY CODE SECTION 341 MEETING OF CREDITORS;
AND (3) OTHERWISE COOPERATE WITH THE CHAPTER 7 TRUSTEE**

       **PLEASE TAKE NOTICE** that on May 28, 2021, Albert Togut, not

individually but solely in his capacity as the Chapter 7 Interim Trustee of the estate of

the above-captioned debtor, filed the *Application for an Order (A) Designating Mitchell H.*

*Kossoff as the Responsible Officer of the Debtor and (B) Compelling Him to (1) Produce*

*Information Requested by the Chapter 7 Trustee;  (2) Appear for Examinations under Oath at the*

*Bankruptcy Code Section 341 Meeting of Creditors;  and (3) Otherwise Cooperate with the*

*Chapter 7 Trustee* [Docket No. 36] (the "Designation Motion").

**PLEASE TAKE FURTHER NOTICE** that a telephonic hearing (the "Hearing") to consider the Designation Motion and all pleadings filed in response thereto will be conducted by the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York on **June 24, 2021 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing must make arrangements through Court Solutions LLC at www.court-solutions.com.  Instructions to register for Court Solutions LLC are attached to Gen. Ord. M-543.

**PLEASE TAKE FURTHER NOTICE** that Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website) and clicking on the "Coronavirus COVID-19 Protocol" banner.

DATED:   New York, New York
         June 18, 2021

                        ALBERT TOGUT,
                        Not individually but solely in his capacity as
                        Chapter 7 Interim Trustee of
                        Kossoff PLLC
                        By His Counsel,
                        TOGUT, SEGAL & SEGAL LLP
                        By:

                        */s/ Neil Berger*
                        NEIL BERGER
                        MINTA J. NESTER
                        BRIAN F. SHAUGHNESSY
                        One Penn Plaza, Suite 3335
                        New York, New York 10119
                        (212) 594-5000