TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Brian F. Shaughnessy

*Attorneys for Albert Togut, Not Individually*
*But Solely in His Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X
: 
          In the Matter        :    Chapter 7
                                       :    Case No. 21-10699 (DSJ)
                -of-                   :
:
KOSSOFF PLLC,                  :
:
:
                      Debtor.        :
:
------------------------------------------------------------- X

**NOTICE OF FILING OF MEET AND CONFER STATUS REPORT**
**PURSUANT TO JUNE 25, 2021 ORDER**

      **PLEASE TAKE NOTICE** that the *Order Designating Mitchell H. Kossoff as the Responsible Officer of the Debtor* [Docket No. 93] provided that "no later than July 1, 2021, counsel for the Trustee shall file on the docket for the Chapter 7 Case and submit to Chambers a letter (a) reporting the outcome of the parties' meet and confer discussions and (b) proposing a schedule for supplemental submissions to the Court to address any remaining disputes regarding Kossoff's duties and document production obligation" (the "Trustee's Letter").

*(concludes on following page)*

**PLEASE TAKE FURTHER NOTICE** that a copy of the Trustee's Letter is annexed hereto as Exhibit "1."

DATED:   New York, New York
July 1, 2021

Respectfully submitted,

ALBERT TOGUT,
Not individually but solely in his capacity as
Chapter 7 Interim Trustee of
Kossoff PLLC
By His Counsel,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER
MINTA J. NESTER
BRIAN S. SHAUGHNESSY
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

2