UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                        :

            In the Matter                    :        Chapter 7

                                            :        Case No. 21-10699 (DSJ)

                    -of-                         :

                                            :

KOSSOFF PLLC,                           :

                                            :

                                  Debtor.   :

                                            :
-------------------------------------------------------------- X

### ORDER SETTING SUPPLEMENTAL SUBMISSIONS SCHEDULE AND HEARING CONCERNING KOSSOFF'S PRODUCTION OBLIGATIONS

        WHEREAS, on May 28, 2021, the Trustee filed the *Application for an Order (A) Designating Mitchell H. Kossoff as the Responsible Officer of the Debtor and (B) Compelling Him to (1) Produce Information Requested by the Chapter 7 Trustee; (2) Appear for Examinations Under Oath at the Bankruptcy Code Section 341 Meeting of Creditors; and (3) Otherwise Cooperate with the Chapter 7 Trustee* [Docket No. 36] (the "Designation Motion"); and

        WHEREAS, on June 24, 2021, the Court held a hearing to consider the Designation Motion; and

        WHEREAS, on June 25, 2021, the Court entered the *Order Designating Mitchell H. Kossoff as the Responsible Officer of the Debtor* [Docket No. 93] (the "Designation Order"); and

        WHEREAS, pursuant to the Designation Order, the parties met and conferred regarding Kossoff's document production; and

        WHEREAS, pursuant to the Designation Order, the Trustee submitted a letter to the Court on July 1, 2021 (the "Trustee's Letter"), (a) reporting the outcome of the parties' meet and confer discussions and (b) proposing a schedule for supplemental submissions to the Court to address remaining disputes regarding Kossoff's duties and document production obligations;

it is hereby

**ORDERED**, that on or before July 9, 2021, Kossoff shall file and serve briefing (the "Kossoff Supplemental Submission") in support of his refusal to produce the categories of information identified in the Trustee's Letter;  and it is further

**ORDERED**, that on or before July 16, 2021, the Trustee shall file and serve his response to the Kossoff Supplemental Submission;  and it is further

**ORDERED**, that a telephonic hearing to consider the Kossoff Supplemental Submission and all pleadings filed in response thereto will be conducted before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York on **July 22, 2021 at 10:00 a.m. (Prevailing Eastern Time).**

DATED:   New York, New York
         July 2, 2021

                                             *s/ David S. Jones*
                                       HONORABLE DAVID S. JONES
                                       UNITED STATES BANKRUPTCY JUDGE