UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                              :
In re:                                        :          Chapter 7
                                              :
KOSSOFF PLLC,                                 :          Case No. 21-10699 (DSJ)
                                              :
                          Debtor.             :
                                              :
----------------------------------------------------------------x

### ORDER AUTHORIZING THE CHAPTER 7 INTERIM TRUSTEE TO RETAIN GRAY & COMPANY, LLC AS HIS FINANCIAL ADVISOR

UPON the application (the "Application") of Albert Togut, not individually, but solely in his capacity as the Chapter 7 Interim trustee (the "Trustee") of the estate of Kossoff PLLC (the "Debtor") in the above-captioned case (the "Chapter 7 Case"), by his attorneys, Togut, Segal & Segal LLP, for entry of an order, pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York, authorizing the Trustee to retain and employ Gray & Company, LLC ("G&CO") as his financial advisor in the Chapter 7 Case;  and upon the declaration of Stephen Gray, the sole member and employee of G&CO, annexed to the Application as **Exhibit B**;  and upon the subjoined non-objection of the United States Trustee for the Southern District of New York;  and the Court being satisfied that G&CO does not represent any interest adverse to the Debtor's estate or the Trustee and that its employment is necessary and in the best interests of this estate, and no further notice being required, it is hereby

**ORDERED** that the Trustee be, and hereby is, authorized to employ G&CO as his financial advisor in connection with the administration of the Debtor's estate, pursuant to

section 327 of the Bankruptcy Code to perform, among others, the following financial advisory

services:

    a.    assisting the Trustee in the identification of potential sources of information and recoveries;

    b.    assisting in the analysis of the financial affairs and history of the Debtor;

    c.    verifying and evaluating, as necessary, the physical existence of all material assets and liabilities of the Debtor;

    d.    assisting in the analysis of transactions for periods as directed by the Trustee and identify potential avoidable transfers and/or other potential causes of action;  and

    e.    providing all other financial advisory services required by the Trustee in the interest of the Debtor's estate.

**ORDERED**, that prior to any increases in G&CO's rate for providing the

aforementioned services, G&CO shall file a supplemental affidavit ("Supplemental Affidavit")

with the Court and provide ten business days' notice to the Debtor, the United States Trustee and

any party requiring notice, which shall explain the basis for the requested rate increases in

accordance with section 330(a)(3)(F) of the Bankruptcy Code, and parties-in-interest, including

the United States Trustee, retain all rights to object to or otherwise respond to any rate increase

on all grounds including, but not limited to, the reasonableness standard under section 330 of the

Bankruptcy Code;  provided, however, that a Supplemental Affidavit is not required for rate

increases effective on or after the date that the Trustee submits the Trustee's Final Report to the

United States Trustee;  and it is further

**ORDERED**, that all compensation and reimbursement of out-of-pocket expenses

to G&CO shall be subject to and paid only upon the entry of further order(s) of this Court

pursuant to sections 330, 331, and 506(c) of the Bankruptcy Code;  and it is further

**ORDERED**, that for cause shown in the Application, the retention of G&CO is

effective *nunc pro tunc* as of May 12, 2021, the first date on which G&CO provided services to

the Trustee in the Chapter 7 Case.


DATED: New York, New York
         July 15, 2021

                                             *s/ David S. Jones*
                                         HONORABLE DAVID S. JONES
                                         UNITED STATES BANKRUPTCY JUDGE



**NO OBJECTION**:

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE,
By:


*/s/ Andrew Velez-Rivera*
ANDREW VELEZ-RIVERA, ESQ.
Trial Attorney