## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In Re:                                          **NOTICE OF APPEARANCE**

     Kossoff, PLLC,                          Involuntary Chapter 7
                               Case No.:  21-10699(DSJ)
               Debtor.

---------------------------------------------------------X

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Richard J. Pilson, Esq., 40 Cuttermill Road, Suite 308, Great Neck, New York 11021 represents 47 Mercer Street I, LLC, 47 Mercer Street II, LLC, 47 Mercer Street III, LLC and 47 Mercer Street IV, LLC, as Tenants-in-Common, as Landlord, and Zar Property NY and their affiliated entities (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and request copies of all notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 2002(a).  All such notices should be addressed as follows:

Berliner & Pilson, Esqs.
Richard J. Pilson, Esq.
40 Cuttermill Road, Suite 308
Great Neck, New York 11021

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes notices of any application, complaint, demand, hearing, motion or petition, written or oral, whether transferred or conveyed by mail, delivery or e-mail filed with regard to the above case and proceedings.

Respectfully submitted

By: Richard J. Pilson (RP 1165)
Richard J. Pilson, Esq., Attorney for
47 Mercer Street I, LLC, 47 Mercer Street II,
LLC, 47 Mercer Street III, LLC and 47
Mercer Street IV, LLC, as Tenants-in-
Common
Telephone No.: (516) 304-5555
Fax No.:  (516) 304-5556
E-Mail:  rpilson@berlinerpilson.com