TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Minta J. Nester
*Attorneys for Albert Togut, Not Individually But Solely in His
Capacity as Chapter 7 Interim Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
: 
           In the Matter           :         Chapter 7
:         Case No. 21-10699 (DSJ)
                -of-                 :
:
KOSSOFF PLLC                      :
                          Debtor.      :
:
-------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

       KRISTA RICCIARDI, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

       On July 21, 2021, deponent served a copy of the *Subpoena For Rule 2004 Examination* directed to Univest Capital, Inc, together with its Exhibit "A", a copy of the May 24, 2021 *Order Authorizing Trustee to Issue Subpoenas and Testimony and for Injunctive Relief* [Docket No. 27], and the *Final Order Granting Injunctive Relief* [Docket No. 62] upon:

        Univest Capital, Inc.
        c/o CT Corporation System
        28 Liberty Street
        New York, NY  10005
        Attn: President, Officer, General or Managing Agent

by Federal Express standard overnight delivery.

                      */s/ Krista Ricciardi*
                      KRISTA RICCIARDI

Sworn to before me this
22nd day of July, 2021

*/s/ Neil Berger*
NOTARY PUBLIC