Walter Mack, Esq.
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007
212-619-3730 (telephone)
wmack@doarlaw.com
*Attorneys for Debtor Kossoff, PLLC
and Mitchell H. Kossoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

|  |  |  |
|---|---|---|
| In the Matter | : | Chapter 7<br>Case No. 21-10699 (DSJ) |
| -of- | : |  |
| KOSSOFF, PLLC, | : |  |
| Debtor. | : |  |

----------------------------------X

### DEBTOR'S SUBMISSION WITH RESPECT TO TRUSTEE'S APPLICATION FOR AN ORDER APPROVING AND AUTHORIZING IMPLEMENTATION OF PROCEDURES FOR DISPOSITION OF CLIENT FILES

TO THE HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE:

Debtor Kossoff PLLC and Mitchell H. Kossoff, hereby state that due to the procedural posture of the case and the invocation of the Fifth Amendment privilege against self-incrimination, and without a grant of immunity under Section 344 of the Bankruptcy Code, they are constrained from filing objections to the application by Albert Togut, not individually but in his capacity as the Chapter 7 Interim trustee ("the Trustee") of the estate of Kossoff, PLLC, by his proposed attorneys, Togut, Segal & Segal LLP, for an Order Approving and Authorizing Implementation of Procedures For Disposition of Client Files (Docket No. 140).

Dated August 24, 2021                                       Respectfully submitted,

                                                            /s *Walter Mack*
                                                            Walter Mack, Esq.
                                                            Doar Rieck Kaley & Mack
                                                            217 Broadway, Suite 707
                                                            New York, N.Y. 10007
                                                            212-619-3730 (telephone)
                                                            212-962-5037 (facsimile)