**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Kossoff PLLC  CASE NO.: 21–10699–dsj

Social Security/Taxpayer ID/Employer ID/Other Nos.:  CHAPTER: 7
00–0000000

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on August 18, 2021, document number 144, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 21–cv–7122 assigned to the Honorable Alvin K. Hellerstein.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: September 21, 2021                                      Vito Genna
                                                               Clerk of the Court