# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: Admin | Date Created: 9/21/2021 |
| Case: 21−10699−dsj | Form ID: tranapl | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Neil Matthew Berger     neilberger@teamtogut.com
aty     Walter Mack     wmack@doarlaw.com

TOTAL: 2