**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X
                                                         :
            In the Matter             :       Chapter 7
                                      :       Case No. 21-10699 (DSJ)
                -of-                   :
                                      :
KOSSOFF PLLC,                     :
                                      :
                     Debtor.       :
                                      :
------------------------------------------------------------ X

## ORDER DENYING MOTION FOR STAY PENDING APPEAL

      Upon the application [Docket No. 147] (the "Motion") of Kossoff PLLC (the "Debtor") and Mitchell H. Kossoff ("Kossoff") for entry of a stay pending appeal of the *Order Compelling Mitchell H. Kossoff to (1) Produce Information and Documents Required by the Chapter 7 Trustee; (2) Appear for Examination at Section 341 Meetings of Creditors; and (3) Otherwise Cooperate with the Chapter 7 Trustee* [Docket No. 137] (the "Order to Compel"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S. § 157(b); and it appearing that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and all due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and the Court having considered the Motion and all of the pleadings filed in response thereto, including the *Chapter 7 Interim Trustee's Objection to Motion for Limited Stay Pending Appeal of August 5, 2021 Order* [Docket No. 156], filed by Albert Togut, not individually but solely in his capacity as Chapter 7 Interim Trustee (the "Trustee") of the estate of the Debtor; and upon the record of the hearing held on September 14, 2021 (the "Hearing") and all of the prior pleadings and proceedings had herein; **and having considered a proposed order submitted by the Trustee to implement the Court's oral ruling, to which Kossoff submitted a counterproposed modified form of order;**

it is **[DSJ 9/23/2021]**

   **ORDERED**, that, for the reasons set forth on the record of the Hearing, the Motion is DENIED ~~with prejudice~~; **[DSJ 9/23/2021]** and it is further

   **ORDERED**, that, absent further order by a court of competent jurisdiction or a written agreement between the Trustee and Kossoff, Kossoff must comply with the Order to Compel; and it is further

   **ORDERED,** that the terms and conditions of this Order shall be effective **as of 5:00 p.m. September 27, 2021, absent further order of a reviewing Court** ~~immediately upon its entry~~; **[DSJ 9/23/2021]** and it is further

   **ORDERED**, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

DATED: New York, New York
     September 23, 2021

                _/s/ David S. Jones_
                HONORABLE DAVID S. JONES
                UNITED STATES BANKRUPTCY JUDGE