TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Brian F. Shaughnessy

*Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X
|  |  |  |
|---|---|---|
| In the Matter | : | Chapter 7 |
| -of- | : | Case No. 21-10699 (DSJ) |
| KOSSOFF PLLC, | : |  |
| Debtor. | : |  |

------------------------------------------------------------- X

**NOTICE OF FILING OF DISTRICT COURT ORDER
DENYING APPEAL AND MOTION FOR STAY PENDING APPEAL**

**PLEASE TAKE NOTICE** that on September 30, 2021, the United States District Court for the Southern District of New York entered the annexed Order in Case No. 21-CV-07122-AKH: (A) denying the appeal by the above-captioned debtor and Mitchell H. Kossoff ("Appellants") from this Court's August 5, 2021 *Order Compelling Mitchell H. Kossoff To (1) Produce Information and Documents Required by the Chapter 7 Trustee; (2) Appear for Examination at Section 341 Meeting of Creditors; (3) Otherwise*

*Cooperate with the Chapter 7 Trustee* (Dkt. No. 137), and (B) denying Appellant's motion for a stay pending appeal.

DATED:   New York, New York
         October 1, 2021

>                               ALBERT TOGUT, Not Individually
>                               But Solely in His Capacity as Chapter 7
>                               Trustee of Kossoff PLLC
>
>                               By His Counsel,
>                               TOGUT, SEGAL & SEGAL LLP
>                               By:
>
>                               */s/ Neil Berger*
>                               NEIL BERGER
>                               MINTA J. NESTER
>                               BRIAN F. SHAUGHNESSY
>                               One Penn Plaza, Suite 3335
>                               New York, New York 10119
>                               (212) 594-5000