# Exhibit 2

# Affidavit of Service

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Minta J. Nester
*Attorneys for Albert Togut, Not Individually But Solely in His
Capacity as Chapter 7 Interim Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
: 
In the Matter : Chapter 7
: Case No. 21-10699 (DSJ)
-of- :
:
KOSSOFF PLLC :
:
Debtor. :
:
------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION**

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

      KRISTA RICCIARDI, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

      On July 13, 2021, deponent served a copy of the *Subpoena For Rule 2004 Examination* directed to Julia McNally, together with its Exhibit "A", with a copy of the May 24, 2021 *Order Authorizing Trustee to Issue Subpoenas and Testimony and for Injunctive Relief* [Docket No. 27] and the *Final Order Granting Injunctive Relief* [Docket No. 62] upon:

        Julia McNally
        29-50 170th Street
        Flushing, NY   11358

by Federal Express standard overnight delivery.

                                                            /s/ *Krista Ricciardi*
                                                            KRISTA RICCIARDI

Sworn to before me this
14th day of July, 2021

/s/ *Neil Berger*
NOTARY PUBLIC