TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Minta J. Nester

*Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Interim Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
In the Matter                             :     Chapter 7
                                          :     Case No. 21-10699 (DSJ)
-of-                                      :
                                          :
KOSSOFF PLLC,                             :
                                          :
                        Debtor.           :
                                          :
------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE OF ORDER TO SHOW CAUSE (A) SCHEDULING
A HEARING TO CONSIDER ENTRY OF A CONTEMPT CITATION, THE
IMPOSITION OF SANCTIONS AND (B) DIRECTING AMERICAN NATIONAL
LIFE INSURANCE COMPANY OF NEW YORK TO ATTEND SUCH HEARING**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK )

     EVELYN OZUNA, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

     On October 4, 2021, deponent served a copy of the *Order to Show Cause (A) Scheduling a Hearing To Consider Entry of a Contempt Citation, The Imposition of Sanctions and (B) Directing American National Life Insurance Company of New York To Attend Such Hearing,* [Docket No. 184] upon the party set forth on the service list annexed hereto by FedEx.

                                                    */s/ Evelyn L. Ozuna*
                                                    EVELYN OZUNA

Sworn to before me this
7th day of October 2021

*/s/ Cynthia Juliano*
    NOTARY PUBLIC

## SERVICE LIST

**By Fedex**
American National Life Insurance Company of New York
1 Moody Plaza
Galveston, TX 77550
Attn: President, Officer, General or Managing Agent

Sonia Reyes, Internal Audit Department
American National Life Insurance Company of New York
1 Moody Plaza
Galveston, TX 77550