TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Minta J. Nester

*Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Interim Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                                                         :
                         In the Matter                            :       Chapter 7
                                                                         :       Case No. 21-10699 (DSJ)
                              -of-                                 :
                                                                                       :
KOSSOFF PLLC,                                          :
                                          Debtor.       :
                                                                                       :
------------------------------------------------------------ X

**AFFIDAVIT OF SERVICE OF CHAPTER 7
INTERIM TRUSTEE'S MOTION FOR AN ORDER COMPELLING
JULIA MCNALLY TO COMPLY WITH BANKRUPTCY RULE 2004 ORDER**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK )

        EVELYN OZUNA, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

        On October 4, 2021, deponent served a copy of the *Chapter 7 Interim Trustee's Motion for an Order Compelling Julia McNally to Comply with Bankruptcy Rule 2004 Order* [Docket No. 185] upon the parties set forth on the service list annexed hereto by email.

                                                                              /s/Evelyn Ozuna
                                                                              EVELYN OZUNA

Sworn to before me this
7th day of October 2021

/s/ Cynthia Juliano
    NOTARY PUBLIC

21-10699-dsj    Doc 188    Filed 10/07/21    Entered 10/07/21 14:54:56    Main Document
Pg 2 of 2

**SERVICE LIST**
**By Email**

Michael A. Marinaccio, Esq. (michael@mamarinacciolaw.com)
Ndukwe D. Agwu, Esq. (nagwu@borahgoldstein.com)
Darren R. Marks (dmarks@borahgoldstein.com)
Aaron R. Cahn, Esq. (bankruptcy@clm.com)
Thomas A. Pitta, Esq.(tpitta@emmetmarvin.com)
Paul Weinstein, Esq. (pweinstein@emmetmarvin.com)
Andrew Dasilva, Esq. (adasilva@emmetmarvin.com)
Stephen Gray (Ssg@grayandcompanyllc.com)
Martin E. Karlinsky, Esq. (martin.karlinsky@karlinskyllc.com)
Kenneth Hatch (kenhatch58@gmail.com)
Julie Cvek Curley, Esq. (jcurley@kacllp.com)
Hector M. Roman, Esq. (hroman@roman-law.org)
Mark Chinitz, Esq. (mark.chinitz@mmrllp.com)
Michael M. Grogan, Esq. (michael.grogan@mmrllp.com)
Gerard A. Riso, Esq. (gerard.riso@mmrllp.com)
Kevin A. Fritz, Esq. (kaf@msf-law.com)
Thomas J. McGowan, Esq. (tomm@meltzerlippe.com)
Scott A. Steinberg, Esq. (ssteinberg@meltzerlippe.com)
David B. Grantz, Esq. (dgrantz@meyner.com)
Adam Pollock, Esq. (Adam@PollockCohen.com)
Michael J. Riela, Esq. (Riela@thsh.com)
Howard W. Kingsley, Esq. (hkingsley@rosenbergestis.com)
Craig R. Jalbert (CJalbert@vlpc.com)
Diana C. Prevete, Esq. (dcprevete@albaneselegal.com)
Bryan D. Leinbach, Esq. (BLeinbach@zeklaw.com)
Ronald M. Neumann, Esq. (Rneumann@zeklaw.com)
Robert Guttmann, Esq. (RGuttmann@zeklaw.com)
Linda Riffkin, Esq. (Linda.Riffkin@usdoj.gov)
Andrew D. Velez-Rivera (Andy.Velez-Rivera@usdoj.gov)
Ryan Gee (GEER@dany.nyc.gov)
Catherine McCaw (McCawC@dany.nyc.gov)