UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In The Matter | Case No.: 21-10699 (DSJ) |
|---|---|
| -of- | **CONSENT TO CHANGE ATTORNEY** |
| KOSSOFF PLLC, | |
| Debtor. | Chapter 7 |

IT IS HEREBY CONSENTED THAT Greenberg Traurig, LLP be substituted as attorney of record for JPMorgan Chase Bank, N.A in the above-captioned bankruptcy action, in place and stead of Zeichner Ellman & Krause LLP as of the date hereof.

This Consent to Change Attorney may be signed in counterparts and filed without further notice with the Court and facsimile or electronic signatures shall be deemed original.

Dated: New York, New York
October 11, 2021

GREENBERG TRAURIG, LLP

By: _____
Paul J. Ferak
200 Park Avenue
New York, New York 10166
(212) 801-9200

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Stephen F. Ellman
Ronald M. Neumann
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

State of Illinois
County of Cook

JPMORGAN CHASE BANK, N.A.,

By: Alexis Dunton
Title: VP, Assistant General Counsel

4848-7954-4062