TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Minta J. Nester

*Attorneys for Albert Togut, Not Individually*
*But Solely in His Capacity as Chapter 7 Interim Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
        In the Matter                    :    Chapter 7
                                                               :    Case No. 21-10699 (DSJ)
             -of-                           :
                                                               :
KOSSOFF PLLC,                                                  :
                                                               :
                    Debtor.             :
                                                               :
-------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE OF THE NOTICE OF HEARING TO CONSIDER**
**CHAPTER 7 INTERIM TRUSTEE'S MOTION FOR AN ORDER**
**COMPELLING JULIA MCNALLY TO COMPLY WITH**
**BANKRUPTCY RULE 2004 ORDER**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

       EVELYN OZUNA, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

       On October 8, 2021, deponent served a copy of the *Notice of Hearing to Consider Chapter 7 Interim Trustee's Motion for an Order Compelling Julia McNally to Comply with Bankruptcy Rule 2004 Order* [Docket No. 191] upon the following party set forth on the service list annexed hereto by Fedex.

                                                     /s/Evelyn Ozuna
                                                     EVELYN OZUNA

Sworn to before me this
12th day of October 2021

/s/Neil Berger
    NOTARY PUBLIC

## SERVICE LIST
### By FedEx

Julia McNally
29-50 170th Street
Flushing, NY 11358