UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                              Chapter 7

KOSSOFF PLLC,                                       Case No. 21-10699 (DSJ)

                    Debtor.
------------------------------------------------------------------x

## ENDORSED ORDER

      The Court has considered the letter request of JPMorgan Chase (ECF No. 195) and the response of Chapter 7 Trustee (ECF No. 199).  The Court directs the parties to meet and confer with specific attention to the Trustee's request to be granted electronic access to Debtor's account records at JPMorgan Chase, for reasons set forth in the Trustee's letter.  The Court will treat the current hearing date of October 19, 2021, as a status conference on the Trustee's pending motion to compel JPMorgan Chase to provide certain discovery (ECF No. 190), and requests a further status update letter or letters by 5:00 p.m. on Friday, October 15, 2021.  No formal opposition to the Trustee's motion is required at this time.  The Court will set a further briefing and/or hearing schedule, if necessary, during or soon after the October 19th conference.

**It is so ordered.**

Dated: New York, New York
       October 13, 2021

                                               *s/ David S. Jones*
                                               Honorable David S. Jones
                                               United States Bankruptcy Judge