**Julia McNally**
2950 170th Street, Flushing, NY 11358
Phone: 347-351-5603 * Email: juliamcnally53@gmail.com

October 12, 2021



Honorable David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Kossoff PLLC
Case No. 21-10699 (DSJ)

Dear Sirs:

I was formerly a bookkeeper with Kossoff PLLC. Since April 2, 2021 I have not been employed there in any capacity. I am currently unemployed and unable to afford counsel.

I received the Attorney for The Trustee's motion for an order to compel by express mail on Wednesday, October 6, 2021. That document contained no return date for the application. I received a second document entitled Notice of Hearing on October 11, 2021 indicating that objections are due on October 12, 2021 by 4:00pm and a hearing scheduled for October 19, 2021.

On August 10, 2021, my then attorney, Michael Marinaccio, who had been assigned to represent me pursuant to the federal Criminal Justice Act, provided to the attorney for the Trustee a hard drive containing all documents relating to Kossoff PLLC and responsive to their subpoena that were in my possession. I have no other documents in my possession responsive to the subpoena. Nor do I have access to any further documents. As far as I recall, all passwords and codes necessary to access the documents were included on the hard drive.

I was advised by Mr. Marinaccio that the United States Attorney Office for the Eastern District of New York had deferred their investigation to the New York County District Attorney Office but that the United States Attorney Office did not close their file. I was advised as a result that the Magistrate Judge who had assigned Mr. Marinaccio to represent me ruled that Mr. Marinaccio would no longer be representing me pursuant to the Criminal Justice Act.

Mr. Marinaccio has indicated to me that the investigation with the New York County District Attorney's Office is active and that both the United States Attorney's Office and the District Attorney consider me a possible subject of their investigations. However, Mr. Marinaccio advised me that he has not been assigned to represent me on the State matter.

As I am unemployed, I cannot afford to retain counsel either in connection with the criminal investigations or in the proceedings before the Bankruptcy Court. I am therefore requesting the Court's guidance in obtaining the assistance of counsel. In the interim, I have been advised by Mr. Marinaccio that as I am a possible subject of a criminal investigation relating to my employment at Kossoff PLLC, I should invoke my Fifth Amendment right against self-incrimination in response to any questions related to my employment there. I intend to follow that advice.

Respectfully,
Julia McNally

cc:    Neil Berger, Esq. (neilberger@teamtogut.com)
       Minta J Nester, Esq. (mnester@teamtogut.com)
       Office of the US Trustee, Andrew D Velez-Rivera, Esq. (Andy.Velez-Rivera@usdoj.gov)

  Shipment Receipt

**Address Information**

Ship to:
Honorable David S. Jones
United States Bankruptcy Court SDNY
One Bowling Green

NEW YORK, NY
10004-1408
US
(212) 668-5660

Ship from:
Julia McNally

29-50 170th Street

Flushing, NY
11358
US
3473515603

RECEIVED
OCT 1 5 2021
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

**Shipment Information:**
Tracking no.: 774951161700
Ship date: 10/12/2021
Estimated shipping charges: 33.10 USD

**Package Information**
Pricing option: FedEx One Rate
Service type: Priority Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight:
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

*Fedex Box on Frances Lewis Blvd & 26 Avenue*

*As of 10/14, not showing up in system*

**Billing Information:**
Bill transportation to: MyAccount-819
Your reference:
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.