UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                                              Chapter 7

KOSSOFF PLLC,                                                           Case No. 21-10699 (DSJ)

                              Debtor.
---------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF PAUL J. FERAK

UPON the motion of Alan J. Brody dated October 15, 2021, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Paul J. Ferak is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         October 19, 2021

                                                    *s/ David S. Jones*
                                                    Honorable David S. Jones
                                                    United States Bankruptcy Judge