Status Conference Date:  November 9, 2021 at 10:00 a.m. (Prevailing Eastern Time)

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Brian F. Shaughnessy

*Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Interim
Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X
                                                              :
              In the Matter                                   :    Chapter 7
                                                              :    Case No. 21-10699 (DSJ)
                   -of-                                       :
                                                              :
KOSSOFF PLLC,                                                 :
                                                              :
                                                              :
                                                              :
                              Debtor.                         :
                                                              :
------------------------------------------------------------- X

**NOTICE OF STATUS CONFERENCE TO CONSIDER CHAPTER 7
INTERIM TRUSTEE'S MOTION FOR AN ORDER COMPELLING JPMORGAN
CHASE BANK, N.A. TO COMPLY WITH BANKRUPTCY RULE 2004 ORDER
AND ITS TURNOVER OBLIGATIONS**

  **PLEASE TAKE NOTICE** that on October 7, 2021, Albert Togut, not

individually but solely in his capacity as the Chapter 7 Interim Trustee for the estate of

the above-captioned debtor, filed the *Chapter 7 Interim Trustee's Motion for an Order

Compelling JPMorgan Chase Bank, N.A. to Comply with Bankruptcy Rule 2004 Order and its

Turnover Obligations* (the "Motion") [Docket No. 190].[1]

  **PLEASE TAKE FURTHER NOTICE** that a status conference concerning

JPMorgan Chase Bank, N.A.'s compliance with the Rule 2004 Order and its turnover

---

[1]  Capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

obligations (the "Status Conference") will be held before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Room 501, New York, New York 10004, on **November 9, 2021 at 10:00 a.m. (Prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that in light of the COVID-19 pandemic, the Status Conference shall take place via Zoom for Government. Those wishing to appear for before the Court at the Status Conference must register for appearance utilizing the Electronic Appearance portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be entered no later than November 8, 2021 at 4:00 p.m. (Prevailing Eastern Time).

Dated:   New York, New York
         October 21, 2021

        Respectfully submitted,

        ALBERT TOGUT, not individually but
        solely in his capacity as Chapter 7 Interim
        Trustee
        By His Attorneys,
        TOGUT, SEGAL & SEGAL LLP
        By:

        */s/ Neil Berger*
        NEIL BERGER
        MINTA J. NESTER
        BRIAN F. SHAUGNESSY
        One Penn Plaza, Suite 3335
        New York, New York 10119
        (212) 594-5000