TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Brian F. Shaughnessy

*Attorneys for Albert Togut, Not Individually But Solely in His Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
:
In the Matter       :    Chapter 7
                    :    Case No. 21-10699 (DSJ)
-of-                :
                    :
KOSSOFF PLLC,       :
                    :
                    :
        Debtor.     :
                    :
------------------------------------------------------------ X

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER ENTRY OF A CONTEMPT CITATION AND THE IMPOSITION OF SANCTIONS**

**PLEASE TAKE NOTICE** that, pursuant to the *Order to Show Cause (A) Scheduling a Hearing to Consider Entry of a Contempt Citation, the Imposition of Sanctions and (B) Directing American National Life Insurance Company of New York to Attend Such Hearing* [Docket No. 184], American National Life Insurance Company of New York was directed to appear before the Court on October 19, 2021 at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing");

**PLEASE TAKE FURTHER NOTICE** that, the Hearing has been adjourned to **November 9, 2021 at 10:00 a.m. (Prevailing Eastern Time)**;

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004. In light of the COVID-19 pandemic, the Hearing shall take place via Zoom for Government. Those wishing to appear for before the Court at the Hearing must register for appearance utilizing the Electronic Appearance portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than November 8, 2021 at 4:00 p.m. (Prevailing Eastern Time).

Dated:  New York, New York
        October 21, 2021

                ALBERT TOGUT, not individually but
                solely in his capacity as Chapter 7 Interim
                Trustee
                By His Attorneys,
                TOGUT, SEGAL & SEGAL LLP,
                By:

                */s/ Neil Berger*
                NEIL BERGER
                MINTA J. NESTER
                BRIAN F. SHAUGNESSY
                One Penn Plaza, Suite 3335
                New York, New York 10119
                (212) 594-5000