**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
: 
In the Matter : Chapter 7
: Case No. 21-10699 (DSJ)
-of- :
:
KOSSOFF PLLC, :
:
:
Debtor. :
:
---------------------------------------------------------------- X

## ORDER DENYING MOTION FOR ADEQUATE PROTECTION

Columbus Properties, Inc. ("Columbus") and Colonnade Management, Corp. ("Colonnade," together with Columbus, the "Landlord") having filed the *Motion for Adequate Protection of Columbus Properties, Inc. and Colonnade Management, Corp.* [Docket No. 173] (the "Motion"); and the Court having considered the Motion and all of the pleadings filed in connection with the Motion (together, the "Pleadings"), including: the *Chapter 7 Interim Trustee's Response to Motion for Adequate Protection by Columbus Properties, Inc. and Colonnade Management, Corp.* [Docket No. 194] and the Landlord's *Reply to Chapter 7 Interim Trustee's Response to Motion for Adequate Protection of Columbus Properties, Inc. and Colonnade Management, Corp*. [Docket No. 202]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding pursuant to 28 U.S. § 157(b); and it appearing that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and a hearing having been conducted to consider the Pleadings on October 19, 2021 (the "Hearing"), during which the Court heard the Landlord, Albert Togut, not individually but solely in his capacity as the Chapter 7 Interim Trustee of Kossoff PLLC (the "Trustee"), and counsel for the Trustee; upon the record made at the Hearing and all of the prior pleadings and proceedings had herein, **and the Court's oral ruling stated on the record during the Hearing**; it is **[DSJ 10/22/2021]**

**ORDERED**, that, for the reasons set forth **by the Court** on the record of the Hearing, the Motion is DENIED;  and it is further **[DSJ 10/22/2021]**

**ORDERED,** that the terms and conditions of this Order shall be effective immediately upon its entry;  and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: New York, New York
       October 22, 2021

                                              *s/ David S. Jones*
                                              HONORABLE DAVID S. JONES
                                              UNITED STATES BANKRUPTCY JUDGE