**Julia McNally**
2950 170th Street, Flushing, NY 11358
Phone: 347-351-5603 * Email: juliamcnally53@gmail.com

November 2, 2021

Honorable David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408
jones.chambers@nysb.uscourts.gov

Re:  Kossoff PLLC
Case No. 21-10699 (DSJ)

Dear Judge Jones:

I remain unemployed and unrepresented in the proceedings pending before Your Honor.  I have accessed the websites noted within the Court's Order and I am in the process of making calls in an attempt to obtain legal counsel.

My attorney in the federal proceeding, Michael Marinaccio, is making efforts to be assigned to represent me in connection with the NY County DA's investigation pursuant to the Assigned Counsel Plan, but has not yet been appointed to represent me.

I have read the portion of the minutes of the 10-19-2021 hearing that pertains to me and I reaffirm the statement made in my 10-12-2021 letter that I have provided the Trustee with all documents relating to Kossoff PLLC that are in my possession and I do not have access to any other documents.  It appears that the Trustee has been able to access the hard drive I provided through counsel.

Mr. Marrinaccio has informed me that both the federal and state prosecutors advised him that I am a subject/target of their criminal probes.  He further informed me that neither has specified the alleged activities they believe I engaged in that expose me to possible prosecution.  Therefore, on advice of counsel, I will assert my Fifth Amendment privilege against self-incrimination to any questions relating to the documents or my employment at Kossoff, PLLC, including, but not limited to, questions regarding "accessing and understanding some of the files on the hard drive"; questions regarding "how files were kept and entries were made"; and, questions regarding "timekeeper files and receivables folders" (10-19-2021 Hearing, pp 20 - 22).

Respectfully submitted,

Julia McNally


cc:    Neil Berger, Esq. (neilberger@teamtogut.com)
       Minta J Nester, Esq. (mnester@teamtogut.com)
       Office of the US Trustee, Andrew D Velez-Rivera, Esq. (Andy.Velez-Rivera@usdoj.gov)