ABANDONMENT DATE: **November 17, 2021**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Minta J. Nester

*Attorneys for Albert Togut, Not Individually
but Solely in his Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
:
In the Matter                   :    Chapter 7
                                :    Case No. 21-10699 (DSJ)
        -of-                    :
                                :
KOSSOFF PLLC,                   :
                                :
            Debtor.             :
                                :
---------------------------------------------------------------- X

**NOTICE OF CHAPTER 7 INTERIM TRUSTEE'S
ABANDONMENT OF USED COMPUTERS, FURNITURE,
FIXTURES, AND EQUIPMENT LOCATED AT 217 BROADWAY, FOURTH
FLOOR, NEW YORK, NEW YORK 10007 (EXCLUDING BOOKS AND RECORDS)**

**PLEASE TAKE NOTICE** that pursuant to section 554(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 6007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 6007-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), Albert Togut, not individually, but solely in his capacity as the Chapter 7 Interim Trustee (the "Trustee") of the estate of Kossoff PLLC (the "Debtor"), intends to abandon all of the Debtor's right, title, and interest in and to all of the Debtor's used computer equipment, furniture, fixtures, and office equipment (the "Property") located at 217 Broadway, Fourth Floor, New York, New York 10007 (the "Premises"). The Property does not include, and expressly excludes, books, records and data of the Debtor, and all

rights, claims, defenses and causes of action in favor of the Debtor's estate (the "Estate").

**PLEASE TAKE FURTHER NOTICE** that the Trustee has caused the Property to be inspected and has determined that its value is insufficient to satisfy the costs and expenses of an auction, and it is not necessary for the Trustee to administer the Estate and wind down the affairs of the Debtor. Consequently, the Property at the Premises is otherwise burdensome to the Estate and should be abandoned. Pursuant to Local Rule 6007-1, the Property at the Premises will be abandoned to the landlord for the Premises: Columbus Properties, Inc. and Colonnade Management, Corp. (together, the "Landlord).

**PLEASE TAKE FURTHER NOTICE** that the abandonment of the Property to the Landlord is subject to the rights of any parties which may assert liens, leasehold or other interests against and in the Property (each, a "Secured Party").[1] The Secured Parties must contact the Landlord's counsel in writing on or before the Abandonment Date (defined below) to coordinate the recovery of the Property that is subject to their respective interests, and absent such timely written notice, the Landlord will dispose of the Property in such manner as it deems appropriate:

> Thomas A. Pitta, Esq.
> Emmet, Marvin & Martin, LLP
> 120 Broadway, 32nd Floor
> New York, NY 10271
> (212) 238-3148
> Email: tpitta@emmetmarvin.com

**PLEASE TAKE FURTHER NOTICE that this abandonment (a) does not relieve the Debtor, Mitchell Kossoff, the representative of the Debtor who has been designated by the Bankruptcy Court to, among other things, perform the Debtor's**

---

[1] Nothing contained herein imposes any duty on the Landlord to determine or resolve any rights or competing interests in the Property that may be asserted by any Secured Party.

2

**duties, other representatives, or any employee of the Debtor of any obligation(s) pursuant to any order(s) of the Bankruptcy Court, applicable non-bankruptcy law or other obligations regarding the Property, and (b) does not constitute an abandonment of any (i) books, records, data, or documents concerning the Debtor's financial affairs that the Trustee, in his sole determination, determines are needed to administer the Estate or (ii) any and all rights, claims, defenses and causes of action in favor of the Estate, all of which are expressly preserved and not waived.**

*[concludes on following page]*

**PLEASE TAKE FURTHER NOTICE** that unless a creditor or a party-in-interest files a written objection and a request for a hearing with the Clerk of the United States Bankruptcy Court for the Southern District of New York in compliance with, among other things, General Order M-182 which provides for the means of electronic filing of objections with the Court, which may be accessed at the official web site maintained by the Bankruptcy Court at www.nysb.uscourts.gov, with copies served upon, so as to be received by: (i) the undersigned attorneys for the Trustee; and (ii) William K. Harrington, United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10016, Attn: Andrew Velez-Rivera, Esq. (Andy.Velez Rivera@usdoj.gov), not later than fourteen (14) days after the date of this Notice (the "Abandonment Date"), the Trustee will be deemed to have abandoned the Estate's interests in the Property on the fifteenth day after the date of this Notice.

DATED:  New York, New York
        November 3, 2021

ALBERT TOGUT, not individually but solely
in his capacity as Chapter 7 Interim Trustee
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Neil Berger*
NEIL BERGER
BRIAN F. SHAUGHNESSY
MINTA J. NESTER
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
(neilberger@teamtogut.com)
(bshaughnessy@teamtogut.com)