UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re:                                                    Chapter 7

KOSSOFF PLLC,                                             Case No. 21-10699 (DSJ)

                    Debtor.

----------------------------------------------------------------x

## **ENDORSED ORDER**

On November 5, 2021, counsel to the Debtor filed a letter (ECF No. 234) with the Court requesting an extension of time to respond to the Trustee's Motion for Contempt (the "Motion") and an adjournment of the Motion. The Trustee filed a letter in response (ECF No. 235).

Mr. Kossoff is granted an extension of time to file a response to the Motion on or before 10:00 a.m. on November 12, 2021.  The hearing will proceed as scheduled on November 16, 2021.  Mr. Kossoff is encouraged to take steps before then to reduce or eliminate the outstanding issues that give rise to the Trustee's motion for contempt sanctions.

**It is so ordered.**

Dated: New York, New York
       November 5, 2021

                                    *s/ David S. Jones*
                                    Honorable David S. Jones
                                    United States Bankruptcy Judge