Status Conference Date: November 16, 2021 at 10:00 AM (Prevailing Eastern Time)

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Brian F. Shaughnessy

*Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In the Matter | Chapter 7 |
| -of- | Case No. 21-10699 (DSJ) |
| KOSSOFF PLLC, |  |
| Debtor. |  |

**NOTICE OF CONTINUED STATUS CONFERENCE TO CONSIDER
CHAPTER 7 INTERIM TRUSTEE'S MOTION FOR AN ORDER
COMPELLING JPMORGAN CHASE BANK, N.A. TO COMPLY WITH
BANKRUPTCY RULE 2004 ORDER AND ITS TURNOVER OBLIGATIONS**

**PLEASE TAKE NOTICE** that on October 7, 2021, Albert Togut, not Individually but solely in his capacity as the Chapter 7 Interim Trustee for the estate of the above-captioned debtor, filed the *Chapter 7 Interim Trustee's Motion for an Order Compelling JPMorgan Chase Bank, N.A. to Comply with Bankruptcy Rule 2004 Order and its Turnover Obligations* (the "Motion") [Docket No. 190].[1]

**PLEASE TAKE FUTHER NOTICE** that a continued status conference concerning JPMorgan Chase Bank, N.A.'s compliance with the Rule 2004 Order and the Trustee's Subpoena (the "Status Conference") will be held before the Honorable David

---

[1] Capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

S. Jones, United States Bankruptcy Judge for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Room 501, New York, New York 10004, on **November 16, 2021 at 10:00 a.m. (Prevailing Eastern Time)**.

        **PLEASE TAKE FURTHER NOTICE** that in light of the COVID-19 pandemic, the Status Conference shall take place via Zoom for Government. Those wishing to appear for before the Court at the Status Conference must register for appearance utilizing the Electronic Appearance portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than November 15, 2021 at 4:00 p.m. (Prevailing Eastern Time).

Dated:  New York, New York
        November 9, 2021

                ALBERT TOGUT, not individually
but solely in his capacity as
Chapter 7 Interim Trustee,
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP,
By:

*/s/ Neil Berger*
NEIL BERGER
MINTA J. NESTER
BRIAN F. SHAUGNESSY
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000