UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                                          Chapter 7

KOSSOFF PLLC,                                                       Case No. 21-10699 (DSJ)

                       Debtor.
-------------------------------------------------------------------x

## ENDORSED ORDER

        The deadline for the District Attorney's Office to file its response to the Trustee's motion to compel is hereby extended to December 6, 2021. The matter will be heard on December 9, 2021 during the Court's already-scheduled 10:00 a.m. calendar, which will be conducted via Zoom. If that time presents a scheduling difficulty for either party, the parties should jointly inform chambers of a mutually acceptable alternative time, preferably on December 8, 9, or 10. The parties are urged to continue to seek a consensual resolution of this matter.

**It is so ordered.**

Dated: New York, New York
       November 9, 2021

                                              *s/ David S. Jones*
                                              Honorable David S. Jones
                                              United States Bankruptcy Judge