UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                    Chapter 7

KOSSOFF PLLC,                                                 Case No. 21-10699 (DSJ)

                              Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF RYAN GEE

UPON the motion of Ryan Gee dated November 5, 2021, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Ryan Gee is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: New York, New York
         November 10, 2021

                                               *s/ David S. Jones*
                                               Honorable David S. Jones
                                               United States Bankruptcy Judge