Conference Date:  November 29, 2021 at 3:30 PM (Prevailing Eastern Time)

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Brian F. Shaughnessy

*Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
: 
In the Matter : Chapter 7
: Case No. 21-10699 (DSJ)
-of- :
:
KOSSOFF PLLC, :
:
:
Debtor. :
:
---------------------------------------------------------------- X

## NOTICE OF CONFERENCE

**PLEASE TAKE NOTICE** that a status conference concerning the submissions filed in connection with the *Trustee's Application for an Order Compelling Disclosure of Certain Grand Jury Materials* [Docket Nos. 217, 238, 241, 244, 285, 288] will be held before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, Room 501, New York, New York 10004, on **November 29, 2021 at 3:30 p.m. (Prevailing Eastern Time)** (the "Conference").

**PLEASE TAKE FURTHER NOTICE** that in light of the COVID-19 pandemic, the Conference shall take place via Zoom for Government.  Those wishing to appear for before the Bankruptcy Court at the Conference must register for appearance utilizing the Electronic Appearance portal located at the Court's website:

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be entered no later than November 29, 2021 at 10:00 a.m. (Prevailing Eastern Time).

Dated:  New York, New York
        November 26, 2021

                                    ALBERT TOGUT, not individually
but solely in his capacity as
Chapter 7 Interim Trustee,
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP,
By:

*/s/ Neil Berger*
NEIL BERGER
MINTA J. NESTER
BRIAN F. SHAUGHNESSY
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000