WALTER MACK, ESQ.
DAVID RIVERA, ESQ.
DOAR RIECK KALEY & MACK
217 BROADWAY, SUITE 707
NEW YORK, N.Y. 10007
(212) 619-3730
wmack@doarlaw.com

*Attorneys for Debtor Kossoff, PLLC*
*and Mitchell H. Kossoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------X

In the Matter        :   Chapter 7
               Case No. 21-10699 (DSJ)
-of-            :

KOSSOFF, PLLC,       :

      Debtor.  :

--------------------------------X

### NOTICE OF FILING OF DISTRICT COURT
### ORDER GRANTING LIMITED STAY

**PLEASE TAKE NOTICE** that on November 30, 2021, the United States District Court for the Southern District of New York entered the annexed Order in Case Nos. 21-CV-9924 (JOP) and 21-CV-9938 (JPO) granting the Emergency Letter Motion to Stay by Mitchell H. Kossoff ("Appellant") until December 2, 2021.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Order is annexed hereto as Exhibit A.

Dated New York, New York
    December 1, 2021

                     Respectfully submitted,

                     s/Walter Mack
                     Walter Mack, Esq.
                     Doar Rieck Kaley & Mack
                     217 Broadway, Suite 707

New York, N.Y. 1007
(212) 619-3730
wmack@doarlaw.com
*Counsel for Debtor Kossoff, PLLC and
Mitchell H. Kossoff*

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

KOSSOFF PLLC,                                            21-CV-9924 (JPO),
                                                         21-CV-9938 (JPO)
                    Appellant.
                                                             ORDER

J. PAUL OETKEN, District Judge:

Appellant's motion to stay is granted through December 2, 2021, and the Trustee shall file its response by December 1, 2021.

SO ORDERED.

Dated: November 30, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge