Hearing Date:  December 20, 2021 at 2:00 p.m. (Prevailing Eastern Time)
Objection Deadline:  December 15, 2021 at 5:00 p.m. (Prevailing Eastern Time)

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Minta J. Nester

*Attorneys for Albert Togut, Not Individually*
*But Solely in His Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In the Matter | : | Chapter 7 |
| -of- | : | Case No. 21-10699 (DSJ) |
| KOSSOFF PLLC, | : | |
| Debtor. | : | |

## NOTICE OF MODIFIED BRIEFING DEADLINES AND HEARING DATE

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") will be held before the Honorable David S. Jones, United States Bankruptcy Judge, on **December 20, 2021 at 2:00 p.m. (Prevailing Eastern Time)** in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York 10004-1408, or as soon thereafter as counsel can be heard, to consider the *Trustee's Application for an Order Compelling Disclosure of Certain Grand Jury Materials* [Docket No. 217] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the deadline for the New York County District Attorney's Office to file an objection to the Motion (the "Objection") is **December 15, 2021 at 5:00 p.m. (Prevailing Eastern Time)**, and the deadline for the

Chapter 7 Interim Trustee to file a reply to the Objection is **December 18, 2021 at 5:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that in light of the COVID-19 pandemic, the Hearing shall take place via Zoom for Government. Those wishing to appear before the Court at the Hearing must register for appearance utilizing the Electronic Appearance portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than December 17, 2021 at 4:00 p.m. (Prevailing Eastern Time).

Dated:   New York, New York
         December 1, 2021

                                                Respectfully submitted,

                                                ALBERT TOGUT,
not individually but solely in his capacity as
Chapter 7 Interim Trustee for
Kossoff PLLC
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Neil Berger*
NEIL BERGER
BRIAN F. SHAUGNESSY
MINTA J. NESTER
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000