TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Brian F. Shaughnessy

*Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
: 
In the Matter : Chapter 7
: 
-of- : Case No. 21-10699 (DSJ)
: 
KOSSOFF PLLC, :
: 
Debtor. :
: 
---------------------------------------------------------------- X

**NOTICE OF FILING OF DISTRICT COURT ORDERS
DENYING MITCHELL H. KOSSOFF'S MOTION FOR
STAY OF BANKRUPTCY COURT CONTEMPT ORDER**

**PLEASE TAKE NOTICE** that on December 2, 2021, the United States District Court for the Southern District of New York (the "District Court") entered orders denying the *Motion for an Emergency Stay of Order Holding Mitchell H. Kossoff in Contempt and Ordering His Incarceration Unless Mr. Kossoff Purges His Contempt by November 30* [Case No. 1:21-cv-09938-JPO, Docket No. 4; *see also* Case No. 1:21-cv-09924-JPO, Docket No. 3; Case No. 1:21-cv-09938-JPO, Docket No. 7].

**PLEASE TAKE FURTHER NOTICE** that the District Court ordered that the temporary stay that it issued on November 30, 2021 is dissolved.

**PLEASE TAKE FURTHER NOTICE** that the ECF notifications of the District Court's orders in the related appeals taken by Mitchell H. Kossoff are jointly

annexed hereto [Case No. 1:21-cv-09924-JPO, Docket No. 7;  Case No. 1:21-cv-09938-JPO, Docket No. 10].

DATED:  New York, New York
December 2, 2021

        ALBERT TOGUT, Not Individually
But Solely in His Capacity as Chapter 7
Trustee of Kossoff PLLC

By His Counsel,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ *Neil Berger*
NEIL BERGER
MINTA J. NESTER
BRIAN F. SHAUGHNESSY
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-09924-JPO In Re: Kossoff PLLC Order on Motion to Stay |
| **Date:** | December 2, 2021 at 5:05 PM |
| **To:** | CourtMail@nysd.uscourts.gov |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 12/2/2021 at 5:05 PM EST and filed on 12/2/2021

**Case Name:** In Re: Kossoff PLLC
**Case Number:** 1:21-cv-09924-JPO
**Filer:**
**Document Number:** 7(No document attached)

**Docket Text:**
**ORDER denying [3] Letter Motion to Stay: UPON CONSIDERATION OF THE RECORD AND THE PARTIES' FILINGS, APPELLANT'S MOTION FOR AN EMERGENCY STAY OF THE BANKRUPTCY COURT'S CONTEMPT ORDER IS DENIED. THE TEMPORARY STAY ISSUED ON NOVEMBER 30, 2021, IS DISSOLVED. SO ORDERED. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (Oetken, J.)**

**1:21-cv-09924-JPO Notice has been electronically mailed to:**

Neil Berger    nberger@teamtogut.com, altogut@teamtogut.com, arodriguez@teamtogut.com, dcahir@teamtogut.com, mnester@teamtogut.com

Walter Staunton Mack, Jr    wmack@doarlaw.com

David L. Rivera    drivera@doarlaw.com

Minta Justine Nester    mnester@stblaw.com

**1:21-cv-09924-JPO Notice has been delivered by other means to:**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:21-cv-09938-JPO In Re: Kossoff PLLC Order on Motion to Stay |
| **Date:** | December 2, 2021 at 5:03 PM |
| **To:** | CourtMail@nysd.uscourts.gov |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 12/2/2021 at 5:03 PM EST and filed on 12/2/2021

**Case Name:** In Re: Kossoff PLLC
**Case Number:** 1:21-cv-09938-JPO
**Filer:**
**Document Number:** 10(No document attached)

**Docket Text:**
**ORDER denying [4] Letter Motion to Stay: UPON CONSIDERATION OF THE RECORD AND THE PARTIES' FILINGS, APPELLANT'S MOTION FOR AN EMERGENCY STAY OF THE BANKRUPTCY COURT'S CONTEMPT ORDER IS DENIED. THE TEMPORARY STAY ISSUED ON NOVEMBER 30, 2021, IS DISSOLVED. SO ORDERED. (HEREBY ORDERED by Judge J. Paul Oetken)(Text Only Order) (Oetken, J.)**

**1:21-cv-09938-JPO Notice has been electronically mailed to:**

Neil Berger    nberger@teamtogut.com, altogut@teamtogut.com, arodriguez@teamtogut.com, dcahir@teamtogut.com, mnester@teamtogut.com

Walter Staunton Mack, Jr    wmack@doarlaw.com

David L. Rivera    drivera@doarlaw.com

Minta Justine Nester    mnester@stblaw.com

**1:21-cv-09938-JPO Notice has been delivered by other means to:**