**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
:
              In the Matter           :        Chapter 7
:        Case No. 21-10699 (DSJ)
                  -of-               :
:
KOSSOFF PLLC,                     :
:
:
                           Debtor.    :
:
------------------------------------------------------------ X

**ORDER REQUIRING MITCHELL H. KOSSOFF TO FILE STATUS REPORT REGARDING COMPLIANCE WITH OBLIGATIONS AS DISCUSSED IN CIVIL CONTEMPT DECISION AND ORDER (ECF NO. 284)**

      Counsel for Mitchell H. Kossoff has copied the Court on email correspondence to the Trustee transmitting schedules and other information, in asserted compliance with Mr. Kossoff's prior obligations and the Decision and Order holding Mr. Kossoff in civil contempt of those obligations (ECF No. 284, the "**Civil Contempt Decision and Order**"). That communication has not been docketed.

      It is hereby ORDERED that Mr. Kossoff file a short status report on or before December 8, 2021, describing the steps he has taken to attempt to come into compliance with his obligations under orders of this Court. This order does not require that Mr. Kossoff must docket his prior communication or the information he has provided to the Trustee. Pending receipt of Mr. Kossoff's status report and without prejudice to the Trustee's right to file any further request, the Court does not presently anticipate issuing a bench warrant for Mr. Kossoff's arrest.

1

IT IS SO ORDERED.

Dated:   New York, New York
         December 6, 2021                         *s/ David S. Jones*
                                                  HONORABLE DAVID S. JONES
                                                  UNITED STATES BANKRUPTCY JUDGE