UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
           In the Matter                  :      Chapter 7
:      Case No. 21-10699 (DSJ)
                -of-                      :
:
KOSSOFF PLLC,                     :
:
:
                           Debtor.    :
:
-------------------------------------------------------------- X

## ENDORSED ORDER

The Court is in receipt of the status report of Mitchell H. Kossoff [ECF No. 301] and this reply by the Trustee [ECF No. 302].

The order directing Mr. Kossoff to submit a status report [ECF No. 299] did not independently impose a requirement to file the Schedules or other attachments to Mr. Kossoff's correspondence to the Trustee as exhibits to the status report that the order required, but that order was not intended to, and did not, alter or excuse compliance with Mr. Kossoff's pre-existing obligations under law or prior orders of this Court. The Trustee is correct that a debtor's Schedules are required to be filed both as specified in 11 U.S.C. § 521(a), and by prior order of this Court. Mr. Kossoff remains obliged to comply with those obligations, and should carry out the required filing as soon as practicable.

This order is without prejudice to possible further applications, including but not limited to any application regarding the sufficiency of the information that Mr. Kossoff has supplied. In the first instance, Mr. Kossoff should consider the Trustee's objections stated in ECF No. 302, and provide additional information unless he wishes to dispute the Trustee's position. The

1

parties are urged to confer in good faith regarding any disagreements relating to Mr. Kossoff's obligations before making further applications to the Court.

    IT IS SO ORDERED.

Dated:   New York, New York
          December 10, 2021

*s/ David S. Jones*
HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE