DOAR RIECK KALEY & MACK
217 BROADWAY, SUITE 707
NEW YORK, N.Y. 10007
(212) 619-3730
Walter Mack
David Rivera

*Attorneys for Debtor Kossoff, PLLC
and Mitchell H. Kossoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------X

| | | |
|---|---|---|
| In the Matter | : | Chapter 7 |
| | | Case No. 21-10699 (DSJ) |
| -of- | : | |
| | | |
| KOSSOFF, PLLC, | : | |
| | | |
| Debtor. | : | |

---------------------------------X

**NOTICE OF FILING OF FINANCIAL SCHEDULES**
**PURSUANT TO DECEMBER 10, 2021 ORDER**

**PLEASE TAKE NOTICE** that in accordance with the Court's *Endorsed Order*, filed on December 10, 2021 [Docket No. 304], which states that the Financial Schedules submitted by Mr. Kossoff to the Trustee are required to be filed on the Bankruptcy Court docket;

**PLEASE TAKE FURTHER NOTICE** that annexed and filed herewith and in compliance with Bankruptcy Rule 9037(a) are the following documents:

Ex. A: Financial Form 206S with Addendum

Ex. B: Matrix of Creditors and/or Claimants

Ex. C: Form 207

Ex. D: List of Clients

Dated  New York, New York
      December 15, 2021

                                            Respectfully submitted,

                                            *s/Walter Mack*
                                            Walter Mack, Esq.
                                            Doar Rieck Kaley & Mack
                                            217 Broadway, Suite 707
                                            New York, N.Y. 1007
                                            (212) 619-3730
                                            wmack@doarlaw.com
                                            *Counsel for Debtor Kossoff, PLLC and*
                                            *Mitchell H. Kossoff*