# EXHIBIT A

Fill in this information to identify the case:

Debtor name: KOSSOFF PLLC

United States Bankruptcy Court for the: SOUTHERN District of NY
(State)

Case number (if known): 21-10699

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B* .............................................................    $ 0

   1b. Total personal property:
   Copy line 91A from *Schedule A/B* ...........................................................    $174,892 ✱

   1c. Total of all property:
   Copy line 92 from *Schedule A/B* .............................................................    $174,892 ✱

   ✱ AT LEAST (SEE BELOW)

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...........    $7,945,000

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...........................    $2,382,000

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .........    + 18,517,000

   ✱ AT LEAST SEE BELOW

4. Total liabilities........................................................    28,844,000
   Lines 2 + 3a + 3b

WHENEVER AN ASTERISK (✱) APPEARS BY A QUESTION IT
SIGNIFIES THAT MUCH OF THE INFORMATION AND/OR
DOCUMENTS TO ACCURATELY ANSWER ARE IN THE POSSESSION
OF THE DA and/or TRUSTEE OR ARE OTHERWISE NOT
AVAILABLE TO ME SO RESPONSES ARE PARTIAL.

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

    ☐ No. Go to Part 2.
    ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. Cash on hand    $ — 0 —

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. | | | |
| 3.2. SEE ADDENDUM | ____ | ____ | $ **85,892** |

4. Other cash equivalents *(Identify all)*

    4.1. UNDEPOSITED CLIENT    $
    4.2. CHECKS (GIVEN TO TRUSTEE    $ **34,000**
    UPON APPOINTMENT (APPROX)

5. Total of Part 1    $ **119,892**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

    ☐ No. Go to Part 3.
    ☒ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

7.1. COLUMBUS PROPERTIES, LEASE    $ UNKNOWN
7.2. SECURITY    BUT AT LEAST 55,000

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 1

Debtor   KOSSOFF PLLC
         Name

Case number (if known)   21-10699

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. __NONE_____   $ 0

   8.2. _____   $

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.   55,000

---

## Part 3:   Accounts receivable

10. Does the debtor have any accounts receivable? ✳

   ☐ No. Go to Part 4.

   ☒ Yes. Fill in the information below.

                                                          Current value of debtor's
                                                          interest

11. Accounts receivable

   11a. 90 days old or less:   _____ – _____ = → UNKNOWN
                              face amount   doubtful or uncollectible accounts

   11b. Over 90 days old:   _____ – _____ = → UNKNOWN
                           face amount   doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 62.   UNKNOWN

---

## Part 4:   Investments

13. Does the debtor own any investments?

   ☒ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

                                        Valuation method        Current value of debtor's
                                        used for current value   interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____   _____   $_____

   14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                    % of ownership:

   15.1. _____   _____ %   _____   $_____

   15.2. _____   _____ %   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1. _____   _____   $_____

   16.2. _____   _____   $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.   $ 0

---

Debtor **KOSSOFF PLLC**    Case number *(if known)* **21-10699**

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  **KOSSOFF PLLC**
Name

Case number *(if known)*  **21-10699**

---

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$ _0_

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture  SEE ADDENDUM | $_____ | _____ | $ _0_ |
| 40. Office fixtures  SEE ADDENDUM | $_____ | _____ | $ _0_ |
| 41. Office equipment, including all computer equipment and communication systems equipment and software  SEE ADDENDUM | $_____ | _____ | $ _0_ |
| 42. Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | $ _0_ |
| 42.1 NONE | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ _0_

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   Name   KOSSOFF PLLC   Case number (if known)   21-10699

## Part 8:   Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

   ☒ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| General description. Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

47.1 _____ $_____ _____ $_____
47.2 _____ $_____ _____ $_____
47.3 _____ $_____ _____ $_____
47.4 _____ $_____ _____ $_____

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____ $_____ _____ $_____
48.2 _____ $_____ _____ $_____

49. Aircraft and accessories

49.1 _____ $_____ _____ $_____
49.2 _____ $_____ _____ $_____

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

_____ $_____ _____ $_____

51. Total of Part 8.
    Add lines 47 through 50. Copy the total to line 87.     $ 0

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☐ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

Debtor **KOSOFF PLLC**
Name

Case number (if known) **21-10699**

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 4TH FLOOR | LEASE- | $ | UPON INFORMATION AND | |
| 55.2 OF 217 BROAD- | HOLD | $ | BELIEF TRUSTEE HAS | |
| 55.3 WAY, NY, NY | | $ | ALREADY REJECTED | |
| 55.4 | | $ | THIS LEASE AND | |
| 55.5 | | $ | RETURNED POSSESSION | |
| 55.6 | | $ | TO DEBTOR'S | |
| | | | LANDLORD. | $ 0 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0

Debtor   **KOSSOFF PLLC**
Name

Case number (if known) **21-10699**

---

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☐ No
   ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
   ☐ No
   ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
   ☐ No
   ☐ Yes

## Part 11:   All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☒ Yes. Fill in the information below.

Current value of debtor's interest

71. Notes receivable ✱    *See ADDENDUM*
   Description (include name of obligor)   UNKNOWN - ALL
   Total face amount      doubtful or uncollectible amount   = →   $ 0

72. Tax refunds and unused net operating losses (NOLs)

   Description (for example, federal, state, local)
   NONE                                          Tax year _____   $ 0
   _____    Tax year _____   $ ___
   _____    Tax year _____   $ ___

73. Interests in insurance policies or annuities
   NONE                                                              $ 0

74. Causes of action against third parties (whether or not a lawsuit has been filed)
   NONE                                                              $ 0
   Nature of claim      _____
   Amount requested     $_____

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims
   NONE                                                              $ 0
   Nature of claim      _____
   Amount requested     $_____

76. Trusts, equitable or future interests in property
   NONE                                                              $ 0

77. Other property of any kind not already listed  *Examples:* Season tickets ✱ country club membership
   See ADDENDUM                                                      $ 0
   _____                        $ ___

78. Total of Part 11.
   Add lines 71 through 77. Copy the total to line 90.               $ 0

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
   ☒ No
   ☐ Yes

Debtor   **KOSSOFF PLLC**
Name                                                    Case number *(if known)* **21-10699**



## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 119,892 (PARTIAL) | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 55,000 (PARTIAL) | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ UNKNOWN | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 0 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ | |
| 88. Real property. *Copy line 56, Part 9.* .......... → | | $ 0 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 0 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0 | |
| 91. Total. Add lines 80 through 90 for each column ............... 91a. | 174,892 | + 91b. $ 0 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92 ...........   (PARTIAL)   $ 174,892

**Fill in this information to identify the case:**

Debtor name **KOSSOFF PLLC**

United States Bankruptcy Court for the **SOUTHERN** District of **NY**
(State)

Case number (if known): **21-10699**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property? ✗
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ✗ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. **SEE ADDENDUM**

Column A — Amount of claim. Do not deduct the value of collateral.
Column B — Value of collateral that supports this claim.

**2.1** Creditor's name _____

Creditor's mailing address _____

Creditor's email address, if known _____

Date debt was incurred _____

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien _____   $ _____   $ _____

Describe the lien _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name _____

Creditor's mailing address _____

Creditor's email address, if known _____

Date debt was incurred _____

Last 4 digits of account number __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien _____   $ _____   $ _____

Describe the lien _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $ **7,945,000**

**Fill in this information to identify the case:**

Debtor **KOSSOFF PLLC**

United States Bankruptcy Court for the **SOUTHERN** District of **NY**
(State)

Case number **21-10699**
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims ✈

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2. ✳   **SEE ATTACHED ADDENDUM**

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____   Priority amount $_____

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____   $_____

Date or dates debt was incurred
_____

Basis for the claim:

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

Debtor    KOSSOFF PLLC

Name

Case number (if known)    21-10699

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

SEE ADDENDUM    Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ |
|---|---|---|---|
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ |
|---|---|---|---|
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ |
|---|---|---|---|
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ |
|---|---|---|---|
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ |
|---|---|---|---|
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ |
|---|---|---|---|
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ Last 4 digits of account number _____ | Is the claim subject to offset? ☐ No ☐ Yes | |

Debtor **KOSSOFF PLLC**

Case number (if known) **21-10699**

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **SEE ADDENDUM.** | Line ____ <br> ☐ Not listed. Explain _____ | ____ |
| | Line ____ <br> ☐ Not listed. Explain _____ | ____ |
| | Line ____ <br> ☐ Not listed. Explain _____ | |
| | Line ____ <br> ☐ Not listed. Explain _____ | |
| | Line ____ <br> ☐ Not listed. Explain _____ | ____ |
| | Line ____ <br> ☐ Not listed. Explain _____ | |
| | Line ____ <br> ☐ Not listed. Explain _____ | |
| | Line ____ <br> ☐ Not listed. Explain _____ | |
| | Line ____ <br> ☐ Not listed. Explain _____ | |
| | Line ____ <br> ☐ Not listed. Explain _____ | ____ |
| | Line ____ <br> ☐ Not listed. Explain _____ | |
| | Line ____ <br> ☐ Not listed. Explain _____ | ____ |
| | Line ____ <br> ☐ Not listed. Explain _____ | ____ |
| | Line ____ <br> ☐ Not listed. Explain _____ | |

Debtor _____ **KOSSOFF PLLC** _____ Case number (if known) **21-10699**
        Name

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

6. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1                              5a.   $ **2,382,000** **

5b. Total claims from Part 2                              5b.   + **18,517,000** **

5c. Total of Parts 1 and 2                               5c.   $ **20,899,000** **
    Lines 5a + 5b = 5c.

**\*\* AT LEAST**

Fill in this information to identify the case:

Debtor name    KOSSOFF PLLC

United States Bankruptcy Court for the    Southern    District of    NY
                                                                    (State)

Case number (if known):    21-10699    Chapter ____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | CORPORATE LEASE, DEBTOR WAS THE TENANT | COLUMBUS PROPERTIES 217 BROADWAY NY, NY 10007 7TH FLOOR |
| State the term remaining | APPROX 5 YEARS LEFT | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _KOSSOFF PLLC_

United States Bankruptcy Court for the _SOUTHERN_ District of _NY_
(State)

Case number (if known): _21-10699_

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors ✱

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. Does the debtor have any codebtors?

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ✱ ☐ Yes   SEE ADDENDUM, page 3, AT THE END OF THE SECURED CREDITORS SECTION

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 BURTON Packaging CO, INC. | _217 BROADWAY_ Street _SUITE 401_ _NY, NY 10007_ City   State   ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.2 TENKAUTVACES LLC | _SAME AS ABOVE_ Street — City   State   ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.3 | Street — City   State   ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.4 | Street — City   State   ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.5 | Street — City   State   ZIP Code | | ☐ D ☐ E/F ☐ G |
| 2.6 | Street — City   State   ZIP Code | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name **KOSSOFF PLLC**

United States Bankruptcy Court for the **SOUTHERN** District of **N.Y.**
(State)

Case number (if known) **21-10699**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☑ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☑ *Schedule H: Codebtors (Official Form 206H)*

☑ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☑ Other document that requires a declaration **ADDENDUM TO SCHEDULES AND ALL ATTACHMENTS**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/28/2021**    ✗ _____
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

**MITCHELL KOSSOFF**
Printed name

**DESIGNATED PARTY**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Kossoff PLLC
21-10699                  **ADDENDUM**
Page One

## Schedule A/B – Part 1- Accounts

| Valley National Bank | Checking | 0201 | $85,892 |
| Valley National Bank | IOLA | 6576 | unknown |
| Signature Bank | Checking | 4727 | unknown |
| Signature Bank | IOLA | 4735 | unknown |

## Schedule A/B – Part 7 – Office Furniture

The Trustee has already determined in a prior Notice to Abandon filed with the Court that the Debtor's office furniture, fixtures and equipment are of insufficient value to justify an auction and, upon information and belief, Trustee has allowed debtor's landlord to dispose of these items as it sees fit.

## Schedule A/B – Part 11 – Other Assets

Debtor since its formation in 2014 has advanced and/or loaned significant sums to both Burton Packaging Co., Inc and Tenantracers, LLC.

However, these amounts were never memorialized by promissory notes and so this response could be categorized as an answer to both questions "71" and "77". Further and although the sums loaned or advanced by debtor to both of these companies are extremely significant, there is no reasonable expectation of recovering any of such amounts inasmuch as they are all out of business and saddled with an extreme amount of priority or secured debt which greatly exceeds the minimal value of their existing assets.

## Schedule D: Secured Creditors

Upon information and belief for all of the secured creditors listed below the property that is subject to lien consists of all of debtor's assets listed in Schedules A/B and the value of this collateral is consisted with the responses contained in Schedules A/B. Furthermore, the amount of each claim is an estimation for the reasons stated at the bottom of Official Form 206 and does not include any penalties, interest or legal fees that may also be due and owing.

**Kossoff PLLC**
**21-10669**
**Page Two**

**Schedule D: Secured Creditors (cont . . .)**

Ace Funding
(address unknown)
info@acefundingsource.cash
(631) 766-3425                          $    23,000.00

Apex Funding
(address unknown)
c/o Josh Eisenberg
(848) 373 – 4898
(786) 600 – 3611                             508,000.00

Biz Funding
(no information available)                   20,000.00

Capital Stack, LLC
c/o Eprodigy – Attention: Brian
90 Broad Street
New York, New York 10004
(813) 340-0593                            3, 948,000.00

Cedar Advance, LLC
2917 Avenue I
Brooklyn, New York 11210
funding@cedaradvance.com
(718) 400 – 9030                             217,000.00

Columbus Properties, Inc.
Attention: John Dimurro
217 Broadway – 7th Floor
New York, New York 10007                  1, 500,000.00

**Kossoff PLLC**
**21-10699**
**Page Three**

**Schedule D: Secured Creditors (cont. . .)**

Elite Enterprises of NY, Inc.
247-44 90th Avenue
Bellerose, NY 11426                         $     651,000.00

Glo Funding
Attention: Andy Getreu
(address unknown)
andy@onewayfunding.com
(516) 444 -0804                                       602,000.00

World Global Funding, LLC
Attn.: Marcus Elias
Adar Realty Mgmt.
5309 13th Avenue
Brooklyn, New York 11219
(732) 385 – 5550 ext. 108                             473,000.00

Upon information and belief, both Tenantracers, LLC and Burton Packaging
Co.,Inc. are jointly and severally liable to the secured parties for the amounts set
forth above with the exception of Columbus Properties (debtor's landlord).

**Schedule E/F:  Creditors (Priority and Unsecured)**

**Part 1 – Priority**

Upon information and belief, because debtor is wholly owned by Mitchell H.
Kossoff, his wife, Pamela Kossoff may have a priority claim against the assets of
the debtor for an eventual award of spousal support pursuant to either 11 US
Code Section 507(a)(1)(A) & (B).  Her address is Pamela Kossoff, ▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  The amount of this claim is
unknown. Her email is Pamela.Kossoff@gmail.com.

Kossoff PLLC
21-10699
Page Four

Part 1 – Priority (cont. . .)

Upon information and belief Albert Togut, the interim bankruptcy trustee, and his
law firm may have a priority claim under 11 US Code Section 507(a)(1)(C) and
507(a)(2); however, the amount of these claims are unknown. The address for
the trustee and his law firm is Togut, Segal & Segal, One Pennsylvania Plaza, Suite
3335, New York, NY 10119.

Valley National Bank is upon information and belief a federal reserve bank which
has extended loans to debtor pursuant to programs noted in Section 507(a)(2)
also known as PPP loans, The approximate amount of these loans excluding
interest, fees and penalties is **two million**. The address for VNB in this regard is
SBA/Valley National Bank, Attn. Hugh Rabjohns, 1902 N. Avenida DeCuba,
Tampa, Florida 33605 and email is hrabjohns@Valley.Com.

Undersigned is not privy to the names or claims of entities or individuals who may
have filed a proof of claim with this Court under 11 US Code Section 501 and who
may be eligible for a priority under sections 11 US Code 503(b) and 11 USC
507(a)(3).

Attached to this addendum is a list of employees of debtor and their addresses
who may be owed wages, salaries or commissions from debtor in accordance with
507(a)(4); however, the undersigned has no information of the amounts that may
be owed.

Pursuant to Section 507(a)8) the IRS has asserted a claim for withholding tax due
for the tax period ending 12/31/2015 in the approximate sum of **$382,000**. Their
address for is Department of the Treasury, Internal Revenue Service, Cincinnati,
Ohio 45999-0038. In addition and under this section there may be withholding
taxes due to both New York State and the Department of the Treasury for the
three years before the date of the filing of the bankruptcy

Kossoff PLLC
21-10699
Page Five

**Part 1 – Priority (cont . .)**

petition although the amount of these taxes is unknown. The mailing address for
the IRS is Internal Revenue Service, P.O. box 7346, Philadelphia, PA 19101-7346
and the mailing address for New York State is NYS Department of Taxation and
Finance, Attn: Office of Counsel, Building 9, W A Harriman Campus, Albany, NY
1227.

Upon information and belief all of the above claims are unliquidated and the 2015
claim for withholding by the IRS is disputed.

**Part 2 – Nonpriority Unsecured Creditors List**

All bills from debtor's vendors or suppliers that the undersigned could locate are
annexed to this addendum in alphabetical order, upon information and belief the
trustee would have more up to date information since it has been collecting all of
debtor's mail since it took possession of debtor's leased premises months ago and
at least the amounts set forth in the attached bills are owed. Also the names and
addresses of these creditors appears on the attached invoices. Further these
claims are not subject to offset and the total due is **$196,000** and these amounts
are not disputed.

Univest Capital Inc. with an address of P.O. Box 1329, Bensalem PA 19020-1329
and an attorney's address of Cohen Fineman LLC, 1999 Marlton Pike East, Suite 4,
Cherry Hill, NY 08003 has asserted a claim against the debtor in the sum of
**$20,891** together with interest, penalties and legal fees on a defaulted installment
note & security agreement.

The undersigned is aware of a claim asserted by a credit card company against the
debtor in a lawsuit commenced by American Express National Bank in the amount
of **$90,715.13.** The address for plaintiff's counsel is Anthony J. Migliaccio, Esq.,
200 Vesey Street, NY, NY 10285.

Kossoff PLLC
21-10699
Page Six

Part 2 – Non-Priority (cont. . .)

John Boswell with an address of 330 East 38th Street, Apt. 46-1, New York, New York 10016 has asserted a claim against debtor in the sum of **$500,000** plus interest, late charges, and legal fees based upon a defaulted promissory note and extension agreement.

Evan Xenopoulos with an address c/o Paul Petras, Esq., 60 Hillside Avenue, Manhasset, NY 11030-2230 has a claim against debtor in the approximate sum of **$550,000** plus interest, late fees and attorney's fees pursuant to a defaulted promissory note

Phyllis Kossoff with an address of ███████████████████████ has a claim against the debtor for a defaulted Promissory Note in the approximate sum of **$474,729** plus interest, legal fees and late charges.

Ernest Perevoski with an address of 3463 State Street, #511, Santa Barbara, California 93105 has a claim against the debtor in the approximate sum of **$850,000** plus interest, late fees and late charges pursuant to a defaulted Loan Modification and Extension Agreement.

Michael Besen with an address of 381 Park Avenue South, New York, New York has a claim against the debtor in the approximate sum of **$890,000** plus interest, legal fees and late fees pursuant to a defaulted Superseding and Consolidated Promissory Note.

Upon information and belief employees of debtor may also have claims for damages against debtor for causes of action yet to be asserted and for amounts unknown and causes of action unknown to the undersigned.

Chad Eggers with an address of 185 East 85th Street, NY, NY 10028 has asserted a claim against debtor for missing escrow funds in the sum of **$158,000.**

Kossoff PLLC
**21-10699**
**Page Seven**

**Part 2 – Non-Priority (cont...)**

The Estate of Peyton with an address c/o Angela Easley, 1700 Binford Court,
Richmond, Virginia 23223 has asserted a claim against debtor in the sum of
**$34,000.**

Irwin Ostrega  with an address of 322 West 57th Street, Apt. 41-S, NY<NY 10019
and c/o Steven Heller, Esq., 15 Hastings Street, Dix Hills, NY 11746 has asserted a
claim against debtor in the sum of **$160,000** for missing escrow funds.

Giorgio Angelini/ Gran Sabana Corporation N.V. with a business address of 4299
NW 36th Street, Suite #1, Miami Springs, Florida and c/o Pillsbury Winthrop Shaw
Pittman LLP, 31 W 52nd Street, 29th Floor, NY, NY 10019 have asserted claims
against the debtor in the approximate sum of **$4,500,000** for missing escrow
funds.

David Svenson and Katherine El-Hillow with an address of 35 Charter Oak Lane,
New Canaan CT 06840 have asserted a claim against the debtor in the sum of
**$25,000** for missing escrow funds.

Georgica Capital Partners, LLC with an address of c/o Curtis Sachs, 155 East 55th
Street, Suite 5F, NY,NY 10022 has asserted a claim against the debtor in the sum
of **$61,250** for missing escrow funds.

Louis and Jeanmarie Giordano with an address of 48 Strong Place, Brooklyn, NY
11231 have asserted a claim against the debtor in the sum of **$250,000** for
missing escrow funds.

Coco-Mat 49 Mercer LLC c/o Berliner & Pilson, 40 Cutter Mill Road, Suite 308,
Great Neck, NY 11021 has asserted claims against the debtor totaling **$191,000**
for missing escrow funds.

Kossoff PLLC
21-10699
Page Eight

**Part 2 – Non-Priority (cont...)**

118 Duane, LLC and Decker Associates both with an address of United American Land, 73 Spring Street, 6th Floor, NY, NY 10012 have been awarded default judgments against the debtor for **$2,495,558 and $823,727** respectively for missing escrow funds. It is unknown by the debtor what law firm is representing these entities.

Aurora Capital Assets c/o SCF Management LLC, 1407 Broadway, 41st Floor, NY, NY 10018 have asserted claims against the debtor for **$3900 and $100,000** for legal fees paid and missing escrow funds.

Sasson Real Estate Group with an address of 42 Main Street, Suite 203, Nyack, NY 10960 have asserted a claim against the debtor for **$342,500** for missing escrow funds.

537 Realty Associates LLC with an address c/o Rob Yaffa ,30 East 81st Street, Apt. 11B. NY, NY and c/o Karlinsky LLC,  570 Lexington Avenue, Suite 1600, NY, NY 10022 was awarded a default judgment against debtor in the sum of **$609, 385** for missing escrow funds and has asserted an additional claim against the debtor for **$2,000,000** for damages relating to a loss of 1031 tax benefits.

Jonathan Ostrow with an address of 1 Meadow Road, Old Westbury, NY 11568 has asserted a claim against the debtor in the sum of **$250,000** for missing escrow funds.

Heiner Friedrich with an address of 182 Sagg Road, Sagaponack, NY 11962 has asserted a claim against the debtor in the sum of **$291,000** for missing escrow funds.

Jason Breitstone having an address of 39 Bramble Lane, Melville, NY 11747 has asserted a claim against the debtor in the sum of **$30,625** for missing escrow funds.

Kossoff PLLC
21-10699
Page Nine

**Part 2 – Non-Priority (cont...)**

David Shorenstein having an address of 130 West 19th Street, PHB1, NY ,NY 10011 has asserted a claim against debtor in the sum of **$30,625** for missing escrow funds.

SSM Realty Group II LLC c/o Borah Golstein, Altschuler Nahins & Goidel,P.C., 377 Broadway, 6th Floor, NY, NY 10013 who sued for breach of a loan agreement and missing escrow funds was awarded a default judgment against debtor in the sum of **$1,565,042.**

Prince Street Holdings c/o Meister Seelig & Fein LLP, 125 Park Avenue, 7th Floor, NY, NY 10017 who sued for missing escrow funds was a awarded a default judgment against the debtor in the sum **$555,275.**

Suydam 1, LLC and 818 Woodward LLC c/o Smith Buss & Jacobs LLP, 733 Yonkers Avenue, Suite 200, Yonkers, NY 10704 have asserted a claim against debtor in the sum of **$180,000** together with interest, penalties and attorneys' fees based upon a defaulted loan agreement.

3432 43rd LLC and 5557 LLC c/o Albanese & Albanese, 1050 Franklin Avenue, Garden City, New York 11530 have filed a complaint against Debtor in the sum of **$3900** for breach of contract, **$81,000** for missing escrow funds and breach of contract and an indeterminate amount for lost rental income, together with court costs, interest and legal fees.

Valley National Bank with an address of One Jericho Plaza, Suite 107, Jericho, NY 11753 has asserted a claim against the debtor on a defaulted demand note for **$200,902** plus interest, penalties and attorneys' fees.

## Employee Summary

**Pay Frequency: Weekly**

| Employee Information | Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| **Alexandra, Quentin A** 350 West 43rd Street, Apt S23D, New York, NY 10036, Home Phone:, Mobile:, Salary Per Pay: 1,442.31, SSN: xx-xxxxxx, Hire Date: 10/28/2019, Status: Active, Emp Type: Full time | Gross / Regular / Bonus | 13,490.79 / 12,980.79 / 500.00 | 0.00 / 0.00 / 0.00 | FIT / SOCSEC / MEDICARE / NY SIT / NY PFL / NY-New York / City Resident LIT | Married/1 ... Married/1 | 1,124.85 / 808.52 / 189.09 / 648.01 / 20.56 / 445.73 | New York voluntary disability / Medical pre-tax / Transit pass pre-tax | 0.50% / 22.04 / 29.31 | 6.40 / 176.32 / 263.79 | Check |
| **Almodovar, Jennifer** 29-50 170th Street, Flushing, NY 11358, Home Phone:, Mobile:, Salary Per Pay: 1,125.00, SSN: xxx-xx-xxxx, Hire Date: 9/17/2018, Status: Active, Emp Type: Full time | Gross / Regular / Bonus | 59,000.00 / 58,500.00 / 500.00 | 0.00 / 0.00 / 0.00 | FIT / SOCSEC / MEDICARE / NY SIT / NY PFL / NY-New York / City Resident LIT | Married - but withhold at higher single rate/0, $5.00 - Addtl / Married/1 | 9,409.50 / 3,474.38 / 765.78 / 2,421.07 / 89.44 / 1,657.84 | New York voluntary disability / Medical pre-tax / Transit pass pre-tax | 0.50% / 58.81 / 62.31 | 31.20 / 3,058.12 / 3,129.24 | Check |
| **Arzano-Barbuano, Paola** 139 Clinton Avenue, Apt 5A, Brooklyn, NY 11205, Home Phone:, Mobile:, Salary Per Pay: 2,500.00, SSN: xxx-xx-xxxx, Hire Date: 1/12/2015, Status: Active, Emp Type: Full time | Gross / Regular / Bonus | 120,615.44 / 119,615.44 / 1,000.00 | 0.00 / 0.00 / 0.00 | FIT / SOCSEC / MEDICARE / NY SIT / NY PFL / NY-New York / City Resident LIT | Single/2 / Single/Head of Household/2 | 19,335.71 / 7,295.47 / 1,706.20 / 6,587.07 / 107.97 / 4,578.08 | New York voluntary disability / Medical pre-tax / Transit pass pre-tax | 0.50% / 27.70 / 28.51 | 31.20 / 1,440.40 / 1,506.18 | Check |
| **Barreira, Maitre** 6024 20 Avenue, Apt 2F, Brooklyn, NY 11204, Home Phone: 7182836588, Mobile:, Salary Per Pay: 1,826.92, SSN: xxx-xx-xxxx, Hire Date: 6/2/2014, Status: Active, Emp Type: Full time | Gross / Regular / Bonus | 95,499.84 / 94,999.84 / 500.00 | 0.00 / 0.00 / 0.00 | FIT / SOCSEC / MEDICARE / NY SIT / NY PFL / NY-New York / City Resident LIT | Single/0 / Single/Head of Household/0 | 15,734.21 / 5,923.99 / 1,386.05 / 5,987.52 / 107.97 / 3,456.57 | New York voluntary disability / Life insurance pre-tax / Transit pass pre-tax | 0.50% / 6.26 / 30.46 | 325.52 / 1,656.07 | Check |

Company: Kossoff PLLC
Year: 2019, Quarter: 4

*CROSSED OUT EMPLOYEES WERE UPON INFORMATION AND BELIEF NOT WORKING AS OF 1/1/21* (handwritten)

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

## Employee Summary

### Black, Ron
1384 York Avenue
New York, NY 10021
Home Phone:
Mobile:
Salary Per Pay: 2019.23
SSN: xxx-xx-xxxx
Hire Date: 3/19/2012
Status: Active
Emp Type: Full time

| Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 107,519.19 | 0.00 | FIT | Single/00 | 18,607.23 | New York voluntary disability | 0.50% | 31.20 | Check |
| Regular | 107,019.19 | 0.00 | SOCSEC | | 6,599.85 | Medical pre-tax | 20.84 | 1,073.28 | |
| Bonus | 500.00 | 0.00 | MEDCARE | | 1,543.47 | | | | |
| | | | NY SIT | | 5,880.19 | | | | |
| | | | NY PFL | | 107.97 | | | | |
| | | | NY-New York | | - | | | | |
| | | | City Resident | | 3,073.35 | | | | |
| | | | LIT | | | | | | |

### Boothe, Andranee
3310 Avenue H
Apt 2J
Brooklyn, NY 11210
Home Phone:
Mobile:
Salary Per Pay: 1923.08
SSN: xxx-xx-xxxx
Hire Date: 8/21/2006
Status: Active
Emp Type: Full time

| Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 100,693.16 | 0.00 | FIT | Single/00 | 16,311.00 | New York voluntary disability | 0.50% | 31.20 | Check |
| Regular | 100,000.16 | 0.00 | SOCSEC | | 5,921.20 | Life insurance | 2.13 | 110.76 | |
| Bonus | 500.00 | 0.00 | MEDCARE | | 1,384.80 | Transit pass pre-tax | 28.31 | 1,506.18 | |
| Misc pay | 193.00 | 0.00 | NY SIT | | 5,189.46 | | | | |
| | | | NY PFL | | 107.97 | | | | |
| | | | NY-New York City Resident | | 3,523.11 | | | | |
| | | | LIT | | | | | | |

### Buchanan, Carla Y
128 Christopher Street
Montclair, NJ 07042
Home Phone:
Mobile:
Salary Per Pay: 3557.69
SSN: xxx-xx-xxxx
Hire Date: 11/18/2014
Status: Active
Emp Type: Full time

| Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 173,980.83 | 0.00 | FIT | Single/4 | 30,149.76 | New York voluntary disability | 0.50% | 31.20 | Check |
| Regular | 172,980.83 | 0.00 | SOCSEC | | 8,239.80 | Parking pass pre-tax | 0.00 | 244.50 | |
| Bonus | 1,000.00 | 0.00 | MEDCARE | | 2,460.09 | Transit pass pre-tax | 61.15 | 2,695.60 | |
| | | | NY SIT | | 10,545.83 | | | | |
| | | | NY PFL | | 107.97 | | | | |
| | | | NY-New York | | 0.00 | | | | |
| | | | LIT | | | | | | |

### Cohen, Michael I
25 Elisabeth Street
Farmingdale, NY 11735
Home Phone:
Mobile:
Salary Per Pay: 2698.15
SSN: xxx-xx-xxxx
Hire Date: 5/10/2010
Status: Active
Emp Type: Full time

| Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 135,999.80 | 0.00 | FIT | Single/Head of Household/00 | 24,193.55 | Medical pre-tax | 70.80 | 3,681.60 | Check |
| Regular | 134,999.80 | 0.00 | SOCSEC | | 8,014.00 | Life insurance 1 | 74.30 | 3,863.60 | |
| Bonus | 1,000.00 | 0.00 | MEDCARE | | 1,974.24 | Transit pass pre-tax | 58.85 | 3,050.20 | |
| | | | NY SIT | | 7,592.26 | | | | |
| | | | NY PFL | | 107.97 | | | | |

Company: Kossoff PLLC
Year: 2019, Quarter: 4

Date Printed: 12/30/2019 16:55
2171837 - RXGAX

**Company: Kossoff PLLC**
**Year: 2019, Quarter: 4**

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Conrad, Matthew A**<br>204 East 77th Street<br>Apt 4D<br>New York, NY 10075<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1346.15<br>SSN: xxx-xx-xxxx<br>Hire Date: 9/10/2018<br>Termination Date: 6/28/2019<br>Last Day Worked: 6/27/2019<br>Status: Terminated<br>Emp Type: Full time | Gross<br>Regular | 35,000.16<br>35,000.16 | 0.00<br>0.00 | FIT<br>SOSSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/0<br><br><br>Single/Head of Household/0 | 5047.64<br>2123.88<br>496.71<br>1754.09<br>53.56<br>11192.62 | New York<br>voluntary<br>disability<br>Transit pass<br>pre-tax | 0.50%<br><br><br>29.31 | 15.60<br><br><br>743.99 | Check |
| **Coorla, Cassandra**<br>140 Bellamy Loop<br>Apt 9C<br>Bronx, NY 10475<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1442.31<br>SSN: xxx-xx-xxxx<br>Hire Date: 7/28/2014<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 75,500.12<br>75,000.12<br>500.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOSSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/1<br><br><br>Single/Head of Household/1 | 10,143.17<br>4543.37<br>1092.56<br>3728.98<br>107.97<br>25535.34 | New York<br>voluntary<br>disability<br>Life Insurance<br>Loan<br>Transit pass<br>pre-tax | 0.50%<br><br><br>3.24<br>100.00<br>42.80 | 31.20<br><br><br>168.48<br>210.00<br>2,610.88 | Check |
| **Coorle, Raven**<br>1270 Ocean Avenue<br>Apt 1C<br>Brooklyn, NY 11129<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1250.00<br>SSN: xxx-xx-xxxx<br>Hire Date: 7/7/2008<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 54,250.00<br>53,750.00<br>500.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOSSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/1<br><br><br>Single/Head of Household/1 | 6026.98<br>3083.86<br>723.56<br>2414.71<br>82.13<br>1,945.25 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>Life Insurance | 0.50%<br><br><br>101.14<br>1.73 | 25.60<br><br><br>4,349.07<br>74.39 | Check |
| **Cronin, Michael P**<br>139 Apple Hill<br>Wethersfield, CT 06109<br>Home Phone:<br>Mobile:<br>Hourly: 30.000<br>SSN: xxx-xx-xxxx<br>Date: 6/3/2019 | Gross<br>Regular | 12,000.00<br>12,000.00 | 0.00<br>400.00 | FIT<br>SOSSEC<br>MEDCARE<br>NY SIT<br>NY PFL | Single/2<br><br><br>Single/Head of Household/2 | 1,327.40<br>744.00<br>174.00<br>577.80<br>18.40 | New York<br>voluntary<br>disability | 0.50% | 6.00 | Check |

## Employee Summary

**Cutitta, Michael F**
92 Fr Capodanno Blvd
Staten Island, NY 10...
Home Phone:
Mobile:
Salary Per Pay: 2403.85
SSN: xxx-xx-xxxx
Hire Date: 8/20/2016
Status: Active
Emp Type: Full time
Termination Date: 8/9/2019
Status: Terminated
Emp Type: Temporary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| | Gross | 113,960.95 | 0.00 | FIT | Single/1 | 18,260.04 | | | | Check |
| | Regular | 112,960.95 | 0.00 | SOCSEC | | 6,749.935 | | | | |
| | Bonus | 1,000.00 | 0.00 | MEDICARE | | 1,578.62 | | | | |
| | | | | NY SIT | | 6,077.27 | | | | |
| | | | | NY PFL | | 107.97 | | | | |
| | | | | NY-New York | | 4,047.41 | | | | |
| | | | | City Resident | | | | | | |
| | | | | LIT | | | | | | |

**Dylewski, Christopher**
35-12 24th Avenue
Astoria, NY 11103
Home Phone:
Mobile:
Salary Per Pay: 4230.77
SSN: xxx-xx-xxxx
Hire Date: 7/5/2015
Status: Active
Emp Type: Full time

| | Description | YTD Amount | YTD Hours | Description | Withholding/Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Gross | 211,384.54 | 0.00 | FIT | Single/Head of Household/2 | 44,155.57 | New York voluntary disability | 0.50% | 31.20 | Check |
| | Regular | 210,384.54 | 0.00 | SOCSEC | | 8,239.80 | Medical pre-tax | 41.63 | 2,164.76 | |
| | Bonus | 1,000.00 | 0.00 | MEDICARE | | 3,033.89 | | | | |
| | | | | MEDICARE-HI | | 82.98 | | | | |
| | | | | NY SIT | | 19,518.15 | | | | |
| | | | | NY PFL | | 107.97 | | | | |
| | | | | NY-New York | | 8,268.83 | | | | |
| | | | | City Resident | | | | | | |
| | | | | LIT | | | | | | |

**Elben, Matthew E**
226 Grand Street
Apt 1214
Jersey City, NJ 07302
Home Phone:
Mobile:
Salary Per Pay: 4325.92
SSN: xxx-xx-xxxx
Hire Date: 6/26/2015
Status: Active
Emp Type: Full time

| | Description | YTD Amount | YTD Hours | Description | Withholding/Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Gross | 239,519.84 | 0.00 | FIT | Single/0 | 54,952.50 | New York voluntary disability | 0.50% | 33.00 | Check |
| | Regular | 224,326.77 | 0.00 | SOCSEC | | 8,239.80 | Medical pre-tax | 56.81 | 3,058.12 | |
| | Bonus | 1,000.00 | 0.00 | MEDICARE | | 3,412.98 | Life Insurance | 2.02 | 105.04 | |
| | Commission | 14,193.07 | 0.00 | MEDICARE-HI | | 318.40 | Transit pass pre-tax | 24.46 | 1,083.78 | |
| | | | | NY SIT | Single/Head of Household/0 | 15,449.05 | | | | |
| | | | | NY PFL | | 107.97 | | | | |

**Ellem, Ashley R**
12 Brooklyn Avenue
Apt 411
Valley Stream, NY 11581
Home Phone:
Mobile:
Salary Per Pay: 2403.85
SSN: xxx-xx-xxxx
Hire Date: 9/29/2014
Status: Active
Emp Type: Full time

| | Description | YTD Amount | YTD Hours | Description | Withholding/Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Gross | 118,786.65 | 0.00 | FIT | Single/10 | 10,931.98 | New York voluntary disability | 0.50% | 31.20 | Check |
| | Regular | 117,786.65 | 0.00 | SOCSEC | | 7,033.52 | Medical pre-tax | 41.63 | 2,164.76 | |
| | Bonus | 1,000.00 | 0.00 | MEDICARE | | 1,644.94 | Life Insurance | 1.62 | 84.24 | |
| | | | | NY SIT | Single/Head of Household/10 | 5,734.33 | Transit pass pre-tax | 62.31 | 3,180.00 | |
| | | | | NY PFL | | 107.97 | | | | |

Company: Kossoff PLLC
Year: 2019, Quarter: 4

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

## Employee Summary

**Company: Kossoff PLLC**
**Year: 2019, Quarter: 4**

| Employee Information | Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| **Pang, Peter** 160 Claremont Avenue #5D New York, NY 10027 Home Phone: Mobile: Salary Per Pay: 1442.31 SSN: xxx-xx-xxxx Hire Date: 8/20/2018 Status: Active Emp Type: Full time | Gross Regular Bonus Misc pay | 62,249.42 61,538.42 500.00 211.00 | 0.00 0.00 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL NY-New York City Resident LIT | Single/1 Single/Head of Household/1 | 6,892.13 3,617.57 846.00 2,799.24 94.59 1,910.23 | New York voluntary disability Medical pre-tax Life insurance Transit pass pre-tax | 0.50% 41.63 1 5.08 33.46 | 31.20 2,164.76 234.16 1,739.92 | Check |
| **Farley, Jessica** 28-51 32nd Street Apt D3 Astoria, NY 11105 Home Phone: Mobile: Salary Per Pay: 1442.31 SSN: xxx-xx-xxxx Hire Date: 4/1/2013 Status: Active Emp Type: Full time | Gross Regular Bonus | 73,096.12 72,596.12 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL NY-New York City Resident LIT | Single/2 Single/Head of Household/2 | 8,607.40 4,397.74 1,828.50 3,517.85 107.97 2,992.29 | New York voluntary disability Medical pre-tax Life insurance | 0.50% 41.63 1 1.62 | 31.20 2,164.76 84.24 | Check |
| **Favliludde, Vladimir** 323 East 8th Street Apt G. New York, NY 10009 Home Phone: Mobile: Salary Per Pay: 6250.00 SSN: xxx-xx-xxxx Hire Date: 1/28/2019 Status: Active Emp Type: Full time | Gross Regular Bonus Commission | 351,000.00 300,000.00 1,000.00 50,000.00 | 0.00 0.00 0.00 0.00 | FIT SOCSEC MEDICARE-HI NY SIT NY PFL NY-New York City Resident LIT | Single/1 Single/Head of Household/1 | 93,409.46 8,239.80 5,045.47 1,331.57 24,485.95 107.97 14,197.97 | New York voluntary disability Medical pre-tax Life insurance Transit pass pre-tax | 0.50% 39.23 1 1.85 25.38 | 31.20 1,843.81 85.95 1,192.88 | Check |
| **Feldman, Stacie B** 325 East 77th Street Apt #9E New York, NY 10075 Home Phone: Mobile: Salary Per Pay: 8075.92 SSN: xxx-xx-xxxx Status: Active Emp Type: Full time | Gross Regular Bonus Commission | 441,397.60 419,134.46 1,000.00 21,263.14 | 0.00 0.00 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL | Single/2 Single/Head of Household/2 | 121,573.78 8,239.80 6,351.81 2,142.50 30,908.55 107.97 | New York voluntary disability Medical pre-tax Life insurance Transit pass pre-tax | 0.50% 41.63 1 13.15 0.00 | 31.80 2,164.76 683.80 1,179.90 | Check |

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

## Employee Summary

| Employee Information | Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| **Flores, Joseph A** 93-48 202nd Street Hollis, NY 11423 Home Phone: Mobile: Salary Per Pay: 1250.00 SSN: xxx-xx-xxxx Hire Date: 2/16/2012 Status: Active Emp Type: Full time | Gross Regular Bonus Misc pay | 85,640.00 85,000.00 500.00 140.00 | 0.00 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT NY PFL NY-New York City Resident LIT | Single/0 Single/Head of Household/0 | 8,350.01 3,773.59 882.53 3,016.87 90.54 2,055.06 | New York voluntary disability Medical pre-tax Life insurance Transit pass pre-tax | -0.50% 30.10 1 1.82 62.31 | 31.20 1,596.98 84.24 8,178.89 | Check |
| **Flores, Veronica** 190 Mineola Boulevard Apt 2N Mineola, NY 11501 Home Phone: Mobile: Salary Per Pay: 1316.35 SSN: xxx-xx-xxxx Hire Date: 1/1/2012 Status: Active Emp Type: Full time | Gross Regular Bonus | 68,950.20 68,450.20 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT | Single/0 FIT - Addtl $59.27 Single/Head of Household/00 NY SIT - Addtl $12.95 | 13,111.80 4,274.91 999.78 4,177.68 | | | | Check |
| **Fotopoulos, Alexander** 30-60 23rd Street Astoria, NY 11102 Home Phone: Mobile: Salary Per Pay: 3846.15 SSN: xxx-xx-xxxx Hire Date: 8/21/2013 Status: Active Emp Type: Full time | Gross Regular Bonus Commission | 204,993.84 200,991.34 1,010.00 2,992.50 | 0.00 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT NY PFL NY-New York City Resident LIT | Married/1 Married/1 | 32,993.55 8,239.80 2,892.57 12,994.97 107.97 7,606.77 | New York voluntary disability Medical pre-tax Life insurance Parking pass pre-tax | 0.50% 61.88 1 1.62 60.00 | 31.20 3,200.52 84.00 2,895.38 | Check |
| **Friedmann, Dana** 29-36 211th Street Bayside, NY 11360 Home Phone: Mobile: Salary Per Pay: 1923.08 SSN: xxx-xx-xxxx Hire Date: 5/6/2019 Status: Active Emp Type: Full time | Gross Regular Bonus | 100,250.16 100,000.16 250.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT NY PFL NY-New York City Resident LIT | Single/00 Single/Head of Household/00 | 16,335.29 5,971.42 1,396.54 5,245.39 107.97 3,559.43 | New York voluntary disability Medical pre-tax | 0.50% 75.71 1 | 31.20 3,935.92 | Check |

Company: Kossoff PLLC
Year: 2019, Quarter 4

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Georgia, Tara M**<br>135-08 227th Street<br>Laurelton, NY 11413<br>Home Phone: 347-xx-3878<br>Mobile:<br>SSN: xxx-xx-xxxx<br>Salary Per Pay: 855.38<br>Hire Date: 7/21/2014<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 43,595.93<br>43,095.93<br>500.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/1<br><br><br>Single/Head of Household/1<br><br><br>Married/1 | 3,850.04<br>2,679.86<br>1,785.49<br>65.74<br>1,229.08 | New York voluntary disability<br>Medical pre-tax<br>1 | 0.50%<br>41.63 | 30.00<br>2,051.50 | Check |
| **Gilikas, Francesca**<br>65 East 96th Street<br>Brooklyn, NY 11212<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1192.31<br>SSN: xxx-xx-xxxx<br>Hire Date: 12/30/2013<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 62,500.12<br>62,000.12<br>500.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Married/1<br><br><br><br><br><br>Married/1 | 4,434.03<br>3,504.38<br>819.57<br>2,651.57<br>194.64<br>1,611.38 | New York voluntary disability<br>Medical pre-tax<br>Life Insurance pre-tax<br>Transit pass<br>1 | 0.50%<br>86.00<br>2.13<br>29.31 | 31.20<br>4,472.00<br>110.76<br>1,506.18 | Check |
| **Grasso, Meredith P**<br>408 East 73rd Street<br>Apt 2D<br>New York, NY 10021<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2788.46<br>SSN: xxx-xx-xxxx<br>Hire Date: 12/1/2014<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 145,999.92<br>144,999.92<br>1,000.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/3<br><br><br><br><br><br>Single/Head of Household/1 | 24,235.67<br>8,239.80<br>2,853.77<br>8,498.11<br>107.97<br>5,592.84 | New York voluntary disability<br>Medical pre-tax<br>Life Insurance pre-tax<br>Transit pass<br>1 | 0.50%<br>41.63<br>5.08<br>29.31 | 31.20<br>2,164.76<br>264.16<br>1,506.18 | Check |
| **Hadjigeorghi, Bessie**<br>6 Greystone Drive<br>East Northport, NY 11731<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2115.38<br>SSN: xxx-xx-xxxx<br>Hire Date: 2/22/2016<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus<br>Commission | 113,144.00<br>109,519.00<br>1,000.00<br>2,625.00 | 0.00<br>0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br>NY PFL | Single/1<br><br><br>Single/Head of Household/1 | 17,775.57<br>6,787.52<br>1,575.71<br>5,896.86<br>107.97 | New York voluntary disability<br>Medical pre-tax<br>Life Insurance pre-tax<br>Transit pass<br>1 | 0.50%<br>57.08<br>1.62<br>29.31 | 32.06<br>2,968.16<br>84.24<br>1,506.18 | Check |

Company: Kossoff PLLC
Year: 2019, Quarter: 4

Date Printed: 12/30/2019  16:55
21171837 - RX/GAX

**Company: Kossoff PLLC**
**Year: 2019, Quarter: 4**

## Employee Summary

| Employee Information | Description | Earnings | | Description | Taxes | | Description | Deductions | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | | YTD Amount | YTD Hours | | Withholding/ Overrides | YTD Amount | | Per Pay | YTD Amount | |
| Henry, Andreana 1537 East 95th Street Brooklyn, NY 11236 Home Phone: Mobile: SSN: xxx-xx-xxxx Salary Per Pay: 1250.00 Hire Date: 8/6/2018 Status: Active Emp Type: Full time | Gross Regular Bonus | 65,250.00 64,750.00 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL NY-New York City Resident LIT | Married/1 Married/1 | 5,481.47 4,045.50 946.13 3,193.42 98.94 2,173.59 | New York voluntary disability | 0.50% | 31.20 | Check |
| Huot, Christopher #2E 417 East 64th Street New York, NY 10065 Home Phone: Mobile: SSN: xxx-xx-xxxx Salary Per Pay: 576.92 Hire Date: 2/19/2018 Status: Active Emp Type: Full time | Gross Regular | 10,528.79 10,528.79 | 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL NY-New York City Resident LIT | Single/1 Single/Head of Household/1 | 802.08 628.47 146.98 343.00 18.06 242.81 | New York voluntary disability Medical pre-tax Life Insurance | 0.50% 20.64 5.36 | 11.40 392.16 101.84 | Check |
| Jones, Brian A 109-07 225th Street Queens Village, NY 11429 Home Phone: Mobile: SSN: xxx-xx-xxxx Salary Per Pay: 423.08 Hire Date: 8/20/2018 Status: Active Emp Type: Part time | Gross Regular | 22,000.16 22,000.16 | 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL NY-New York City Resident LIT | Single/0 Single/Head of Household/0 | 1,990.04 1,364.01 319.00 841.16 2.60 466.95 | | | | Check |
| Kathen-Koehl, Hesikel 18 Arileigh Road Great Neck, NY 11021 Home Phone: Mobile: SSN: xxx-xx-xxxx Salary Per Pay: 442.31 Hire Date: 1/28/2019 Status: Active Emp Type: Full time | Gross Regular Bonus | 13,480.79 12,980.79 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL | Single/2 Single/Head of Household/2 | 1,847.73 820.36 191.96 654.50 20.66 | New York voluntary disability Transit pass pre-tax | 0.50% 62.31 | 5.40 249.24 | Check |
| Kessel, Julia E #9 Key Place | Gross Regular | 14,923.10 14,423.10 | 0.00 0.00 | FIT SOCSEC | Married/0 | 1,484.44 903.78 | New York voluntary | 0.50% | 6.00 | Check |

## Employee Summary

| Employee Information | Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Hawthorne, NJ 07506<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1...31<br>SSN: xxx-xxx-<br>Hire Date: 9/21/2019<br>Status: Active<br>Emp Type: Full time | Bonus | 500.00 | 0.00 | MEDICARE<br>NY SIT<br>NY PFL | Married/0 | 212.77<br>747.02<br>22.87 | disability<br>Medical pre-tax | 1<br>27.70 | 249.30 | |
| Kelly, Samantha<br>83-52 Talbot Street<br>Apt 3A<br>Kew Gardens, NY 11415<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 11153.85<br>SSN: xxx-xx-xxxx<br>Hire Date: 2/19/2014<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 60,500.20<br>60,000.20<br>500.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDICARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/1<br>Single/Head of Household/1 | 6,416.55<br>3,491.77<br>816.62<br>2,673.46<br>92.04<br>1,371.19 | New York voluntary disability<br>Medical pre-tax<br>Life Insurance<br>Transit pass pre-tax | 0.50%<br>30.10<br>1.62<br>50.31 | 31.20<br>1,565.20<br>84.24<br>2,616.12 | Check |
| Koch-Miller, Nina<br>94 Stockton Street<br>Hillsdale, NJ 07642<br>Home Phone:<br>Mobile:<br>Salary Per Pay: ...00<br>SSN: xxx-xx-xxxx<br>Hire Date: 2/9/2015<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 47,820.00<br>47,320.00<br>500.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDICARE<br>NY SIT<br>NY PFL | Single/1<br>Single/Head of Household/1 | 3,925.26<br>2,935.64<br>816.40<br>1,815.95<br>73.05 | New York voluntary disability<br>Medical pre-tax<br>Transit pass pre-tax | 0.50%<br>58.31<br>48.46 | 31.20<br>3,032.12<br>2,277.62 | Check |
| Kossoff, Alec<br>245 East 63th Street<br>Apt 26A<br>New York, NY 10022<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 38.46<br>SSN: xxx-xxx-xxx<br>Hire Date: 1/12/2016<br>Termination Date: 5/3/2019<br>Last Day Worked: 5/3/2019<br>Status: Terminated<br>Emp Type: Full time | Gross<br>Regular | 28,760.21<br>28,760.21 | 0.00<br>0.00 | FIT<br>SOCSEC<br>MEDICARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/1<br>Single/Head of Household/1 | 3,729.23<br>1,626.10<br>380.30<br>1,345.83<br>140.89<br>918.09 | New York voluntary disability<br>Medical pre-tax | 1<br>30.10 | 10.80<br>541.80 | Check |

Company: Kossoff PLLC
Year: 2019, Quarter: 4

Date Printed: 12/30/2019 16:55
2117837 - RX/GAX

Company: Kossoff PLLC
Year: 2019, Quarter: 4

## Employee Summary

| Employee Information | Earnings Description | Earnings YTD Amount | Earnings YTD Hours | Taxes Description | Taxes Withholding/Overrides | Taxes YTD Amount | Deductions Description | Deductions Per Pay | Deductions YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Kossoff, Joshua<br>1070 Edgewater Park<br>Bronx, NY 10465<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1923.08<br>SSN: xxx-xx-xxxx<br>Hire Date: 9/28/2007<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 93,769.31<br>93,269.31<br>500.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDICARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident | Single/1<br><br><br>Single/Head of Household/1 | 12,514.41<br>5,210.28<br>1,218.53<br>4,395.80<br>107.97<br>2,092.63 | New York voluntary disability<br>Medical pre-tax 1<br>Life insurance<br>Transit pass pre-tax | 0.50%<br>126.50<br>2.02<br>62.31 | 31.20<br>6,578.00<br>105.04<br>3,154.54 | Check |
| Lee, Sara<br>108 Grohmans Lane<br>Plainview, NY 11803<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1442.31<br>SSN: xxx-xx-xxxx<br>Hire Date: 12/22/2017<br>Termination Date: 8/30/2019<br>Last Day Worked: 8/30/2019<br>Status: Terminated<br>Emp Type: Full time | Gross<br>Regular | 25,961.68<br>25,961.68 | 0.00<br>0.00 | FIT<br>SOCSEC<br>MEDICARE<br>NY SIT<br>NY PFL | Single/2<br><br><br>Single/Head of Household/2 | 3,042.34<br>1,518.18<br>355.06<br>1,219.24<br>30.78 | New York voluntary disability<br>Medical pre-tax 1 | 0.50%<br>74.59 | 10.80<br>1,474.85 | Check |
| Londoner, Ramakdevi<br>185-E 85th Street<br>New York, NY 10028<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 3657.69<br>SSN: xxx-xx-xxxx<br>Hire Date: 10/15/2012<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus<br>Commission | 186,924.88<br>184,999.88<br>1,000.00<br>825.00 | 0.00<br>0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDICARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident | Married/00<br><br><br>Married/00 | 28,659.70<br>8,239.80<br>2,621.84<br>11,813.45<br>107.97<br>7,116.95 | New York voluntary disability<br>Medical pre-tax 1<br>Transit pass pre-tax | 0.50%<br>88.40<br>26.85 | 31.20<br>4,595.80<br>1,211.70 | Check |
| McNally, Julia<br>28-60 170th Street<br>Flushing, NY 11358<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 3395.39<br>SSN: xxx-xx-xxxx<br>Hire Date: 1/27/2003<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 173,355.67<br>173,355.67<br>1,000.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDICARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident | Single/00<br><br><br>Single/Head of Household/00 | 30,614.26<br>8,239.80<br>2,587.32<br>9,651.92<br>107.97<br>5,594.59 | New York voluntary disability<br>Medical pre-tax<br>Life insurance<br>Transit pass pre-tax | 0.50%<br>23.04<br>37.15<br>62.51 | 31.20<br>1,198.08<br>1,931.80<br>3,160.00 | Check |

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

**Employee Summary**

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Mohabir, Ashti S** 160-09 109th Avenue Jamaica, NY 11433 Home Phone: Mobile: Salary Per Pay: 1250.00 SSN: xxx-xx-xxxx Hire Date: 9/11/2016 Status: Active Emp Type: Full time | Gross Regular Bonus | 60,307.72 59,807.72 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL NY-New York City Resident LIT | Single/2 Single/Head of Household/2 | 5,867.77 3,568.65 829.93 2,657.14 91.40 1,620.05 | New York voluntary disability Medical pre-tax 1 Transit pass pre-tax | 0.50% 30.10 29.31 | 31.20 1,565.20 1,506.16 | Check |
| **Morabite, Leon** 49 Ludlow Street #7B New York, NY 10002 Home Phone: Mobile: Salary Per Pay: 1442.31 SSN: xxx-xx-xxxx Hire Date: 3/1/2016 Term Date: 8/16/2019 Last Day Worked: 8/8/2019 Status: Terminated Emp Type: Full time | Gross Regular Commission | 51,138.92 49,038.54 2,100.38 | 0.00 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL NY-New York City Resident LIT | Single/0 Single/Head of Household/0 | 7,544.86 3,082.86 720.99 2,572.92 75.55 1,750.40 | New York voluntary disability Medical pre-tax 1 Life insurance | 0.50% 41.63 1.38 | 21.00 1,415.42 46.92 | Check |
| **Muhlenberg, Daniel** 500 East 73rd Street Apt D3 New York, NY 10021 Home Phone: Mobile: Salary Per Pay: 1057.70 SSN: xxx-xx-xxxx Hire Date: 12/2/2019 Status: Active Emp Type: Full time | Gross Regular Bonus | 4,232.10 3,973.10 250.00 | 0.00 40.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL NY-New York City Resident LIT | Single/1 Single/Head of Household/1 | 441.03 261.83 61.23 188.05 6.08 25.51 | New York voluntary disability Life insurance | 0.50% 2.40 | | Check |
| **Myers, Dawn** 722 East 40th Street Brooklyn, NY 11210 Home Phone: Mobile: Salary Per Pay: 4326.92 SSN: xxx-xx-xxxx Hire Date: 8/30/1998 Status: Active | Gross Regular Bonus | 227,922.92 225,922.92 1,000.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDICARE MEDICARE-H NY SIT NY PFL NY-New York City Resident LIT | Single/2 Single/Head of Household/2 | 47,655.56 8,239.60 3,198.00 184.36 14,334.99 107.97 8,750.59 | New York voluntary disability Medical pre-tax 1 Life insurance Parking pass Transit pass pre-tax | 0.50% 75.71 25.30 60.00 0.00 | 31.20 3,895.92 1,367.60 3,120.00 314.34 | Check |

Company: Kossoff PLLC
Year: 2019, Quarter: 4

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

## Employee Summary

Company: Kossoff PLLC
Year: 2019, Quarter: 4

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| Palmer, Alexandra
301 East 78th Street
Apt 15B
New York, NY 10075
Home Phone:
Mobile:
Salary Per Pay: 1346.15
SSN: xxx-xx-xxxx
Hire Date: 4/21/2019
Status: Active
Emp Type: Full time | Gross
Regular
Bonus | 41,653.81
41,153.81
500.00 | 0.00
0.00
0.00 | FIT
SOCSEC
MEDICARE
NY SIT
NY PFL
NY-New York City Resident
LIT | Single/0 | 5,135.87
2,385.11
559.74
1,909.05
62.95
1,302.76 | New York voluntary disability
Medical pre-tax
Transit pass pre-tax | 0.50%
41.53
29.31 | 21.50
1,457.05
904.64 | Check |
| Pittor, Eric N
25-40 Shore Boulevard
#7T
Astoria, NY 11102
Home Phone:
Mobile:
Salary Per Pay: 3385.38
SSN: xxx-xx-xxxx
Hire Date: 9/2/2015
Status: Active
Emp Type: Full time | Gross
Regular
Bonus
Commission | 179,996.93
174,711.30
1,000.00
1,284.63 | 0.00
0.00
0.00
0.00 | FIT
SOCSEC
MEDICARE
NY SIT
NY PFL
NY-New York City Resident
LIT | Married/3 | 23,871.95
8,239.80
2,496.56
10,875.07
107.97
6,818.66 | New York voluntary disability
Medical pre-tax
Life insurance
Transit pass pre-tax | 0.50%
58.61
3.70
39.23 | 31.20
3,058.12
192.40
1,760.98 | Check |
| Quevedo, Veronica
34-05 Jordan Street
Apt 5D
Flushing, NY 11358
Home Phone:
Mobile:
Salary Per Pay: 961.54
SSN: xxx-xx-xxxx
Hire Date: 12/7/2015
Status: Active
Emp Type: Full time | Gross
Regular
Bonus | 50,500.08
50,000.08
500.00 | 0.00
0.00
0.00 | FIT
SOCSEC
MEDICARE
NY SIT
NY PFL
NY-New York City Resident
LIT | Single/2 | 4,202.94
3,644.71
712.07
2,162.59
76.44
1,482.82 | New York voluntary disability
Life Insurance
Transit pass pre-tax | 0.50%
1.38
27.23 | 31.20
71.76
1,391.91 | Check |
| Rabizadeh, Jennifer
19 Cricket Lane
Great Neck, NY 11024
Home Phone:
Mobile:
Salary Per Pay: 2115.38
SSN: xxx-xx-xxxx
Hire Date: 11/4/2019
Status: Active | Gross
Regular
Bonus | 17,423.04
16,923.04
500.00 | 0.00
0.00
0.00 | FIT
SOCSEC
MEDICARE
NY SIT
NY PFL | Single/00
Single/Head of Household/00 | 3,052.56
1,075.11
251.44
965.47
26.59 | New York voluntary disability
Medical pre-tax | 0.50%
20.64 | -4.60
82.58 | Check |

Date Printed: 12/30/2019 16:55
2171837 - RX/GAX

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Ramirez, Crystal** 88-03 102 Road Ozone Park, NY 11416 Home Phone: Mobile: Salary Per Pay: 1442.31 SSN: xxx-xx-xxxx Hire Date: 6/4/2015 Status: Active Emp Type: Full time | Gross Regular Bonus | 68,288.62 67,788.62 500.00 | 0.00 0.00 0.00 | FIT SOSEC MEDCARE NY SIT NY-New York City Resident LIT | Single/2 Single/Head of Household/2 | 7,440.48 4,049.47 945.56 3,162.76 103.92 2,154.05 | New York voluntary disability Medical pre-tax Transit pass | 0.50% 30.10 29.31 | 31.20 1,596.20 1,606.18 | Check |
| **Rodriguez Jr., Anthony J** 189 Grand Boulevard Massapequa Park, NY 11762 Home Phone: Mobile: Salary Per Pay: 6346.15 Hire Date: 6/4/2008 Status: Active Emp Type: Full time | Gross Regular Bonus | 316,576.80 315,576.80 1,000.00 | 0.00 0.00 0.00 | FIT SOSEC MEDCARE NY SIT MEDCARE-H | Married/2 Married/2 | 57,057.00 8,239.80 4,454.54 20,892.81 107.97 | New York voluntary disability Medical pre-tax Transit pass | 0.50% 118.99 62.31 | 31.20 6,187.48 3,180.00 | Check |
| **Rodriguez, Bryana** 2929 West 31st Street Apt 1L1 Brooklyn, NY 11224 Home Phone: Mobile: Salary Per Pay: 1250.00 SSN: xxx-xx-xxxx Hire Date: 8/13/2018 Status: Active Emp Type: Full time | Gross Regular Bonus | 60,307.72 59,807.72 500.00 | 0.00 0.00 0.00 | FIT SOSEC MEDCARE NY SIT NY-New York City Resident LIT | Single/0 Single/Head of Household/0 | 7,698.41 3,645.70 852.62 2,890.93 91.40 1,959.38 | New York voluntary disability Transit pass | 0.50% 29.31 | 31.20 1,606.05 | Check |
| **Rodriguez, Magda** 20 Pawhtuxet Avenue Monroe, NY 10950 Home Phone: Mobile: Salary Per Pay: 750.00 SSN: xxx-xx-xxxx Hire Date: 10/28/2015 Status: Active Emp Type: Full time | Gross Regular Bonus | 25,125.00 24,875.00 250.00 | 0.00 0.00 0.00 | FIT SOSEC MEDCARE NY SIT NY PFL | Married/0 Married/0 | 1,788.66 1,557.75 364.31 1,932.86 38.13 | New York voluntary disability | 0.50% | 21.00 | Check |

Date Printed: 12/30/2019 16:55
21171837 - RXGAX

## Employee Summary

Company: Kossoff PLLC
Year: 2019, Quarter: 4

| Employee Information | Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/ Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Samanta, Mary Charmel M<br>1 River Place<br>#2715<br>New York, NY 1003...<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1576.93<br>SSN: xxx-xx-xxxx<br>Hire Date: 12/3/2019<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 6,492.34<br>5,992.34<br>500.00 | 0.00<br>0.08<br>0.08 | FIT<br>SOCSEC<br>MEDACRE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/1<br><br><br><br><br><br>Single/Head of Household/1 | 876.38<br>386.28<br>92.44<br>318.39<br>9.93<br>217.21 | New York voluntary disability<br>Transit pass pre-tax | 0.50%<br>29.31 | 2.40<br>117.24 | Check |
| Smaa Harrington, Elizabeth<br>33 Brookside Road<br>Darien, CT 06820<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1923.08<br>SSN: xxx-xx-xxxx<br>Hire Date: 2/8/2016<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 101,003.16<br>100,000.16<br>1,000.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDACRE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Married/0<br><br><br><br><br><br>100.00% | 9,194.65<br>6,117.63<br>1,490.74<br>5,239.74<br>107.97<br>3,553.54 | New York voluntary disability<br>Medical pre-tax<br>Transit pass pre-tax | 0.50%<br>39.99<br>62.31 | 31.20<br>2,079.48<br>249.24 | Check |
| Somers, Olga<br>84-01 Main Street<br>#422<br>Briarwood, NY 11435<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 3846.15<br>SSN: xxx-xx-xxxx<br>Hire Date: 7/30/2018<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 188,980.55<br>187,980.55<br>1,000.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDACRE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Married/0 | 30,287.47<br>8,239.80<br>2,710.21<br>12,320.67<br>107.97<br>7,385.74 | New York voluntary disability<br>Medical pre-tax<br>Life insurance pre-tax<br>Transit pass pre-tax | 0.50%<br>46.13<br>1.85<br>0.00 | 31.20<br>1,709.81<br>96.20<br>362.96 | Check |
| Stosnowski, Nicole M<br>1209 65th Street<br>Apt D<br>Brooklyn, NY 11219<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2884.62<br>SSN: xxx-xx-xxxx<br>Hire Date: 6/1/2015<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 150,519.47<br>149,519.47<br>1,000.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDACRE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/1<br><br><br><br><br><br>Single/Head of Household/1 | 27,953.28<br>9,299.60<br>2,185.16<br>9,219.79<br>107.97<br>5,785.23 | New York voluntary disability<br>Medical pre-tax | 0.50%<br>23.04 | 31.20<br>1,198.08 | Check |

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Soto, Marc A** 27 Fox Boulevard Merrick, NY 11566 Home Phone: Mobile: Salary Per Pay: 1442.31 SSN: xxx-xx-xxxx Hire Date: 9/9/2019 Status: Active Emp Type: Full time | Gross Regular Bonus | 23,576.96 23,076.96 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT NY PFL | Single/00 | 3,504.77 1,500.58 322.88 1,136.96 38.13 | New York voluntary disability Medical pre-tax 1 Transit-pass pre-tax | 0.50% 62.31 | 9.60 509.99 799.59 | Check |
| **Steinhart, Steven Y** 510 So 1st Avenue Highland Park, NJ 08904 Home Phone: Mobile: Salary Per Pay: 6546.15 SSN: xxx-xx-xxxx Hire Date: 4/29/2003 Status: Active Emp Type: Full time | Gross Regular Bonus Commission | 342,296.34 319,038.32 1,000.00 22,258.02 | 0.00 0.00 0.00 0.00 | FIT SOCSEC MEDCARE MEDCARE-HI NY SIT NY PFL | Married - but withhold at higher single rate/00 Married - but withhold at higher single rate/00 | 90,342.58 8,239.80 4,897.28 1,239.69 23,760.86 197.97 | New York voluntary disability Medical pre-tax 1 Life insurance | 0.50% 87.55 10.67 | 32.40 4,552.60 554.84 | Check |
| **Steinhart, Yosef** 510 South First Avenue Highland Park, NJ 08904 Home Phone: Mobile: Hourly: 20.0000 SSN: xxx-xx-xxxx Hire Date: 7/19/2019 Termination Date: 7/19/2019 Last Date Worked: 7/19/2019 Status: Terminated Emp Type: Temporary | Gross Regular | 2,240.00 2,240.00 | 0.00 112.00 | FIT SOCSEC MEDCARE NY SIT NY PFL | Single/00 | 231.39 138.88 32.48 98.03 3.42 | New York voluntary disability | 0.50% | 1.80 | Check |
| **Tavarez, Anaivi E** 101 South 8th Street Apt 4A Brooklyn, NY 11249 Home Phone: Mobile: Salary Per Pay: 1000.00 SSN: xxx-xx-xxxx Hire Date: 2/8/2016 Status: Active | Gross Regular Bonus | 61,500.00 61,000.00 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT | Married - but withhold at higher single rate/0 | 5,593.39 2,939.71 694.63 2,228.69 78.03 | New York voluntary disability Medical pre-tax 1 Life insurance Transit-pass pre-tax | 0.50% 41.63 2.01 29.31 | 30.60 2,123.13 192.51 1,478.25 | Check |

Company: Kossoff PLLC
Year: 2019, Quarter: 4

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

**Company: Kossoff PLLC**
**Year: 2019, Quarter: 4**

## Employee Summary

| Employee Information | Earnings Description | Earnings YTD Amount | Earnings YTD Hours | Taxes Description | Withholding/Overrides | Taxes YTD Amount | Deductions Description | Per Pay | Deductions YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Theodoris, Martha<br>9412 Ridge Boulevard<br>Brooklyn, NY 11209<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2884.62<br>SSN: xxx-xx-xxxx<br>Hire Date: 4/30/2018<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus<br>Commission | 135,808.57<br>133,172.29<br>1,000.00<br>1,635.98 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDICARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/1<br><br><br>Single/Head of (1) | 23,742.22<br>8,206.55<br>1,919.27<br>7,614.42<br>107.97<br>5,034.78 | New York voluntary disability<br>Medical pre-tax<br>Transitpass pre-tax | 0.50%<br>30.10<br>57.23 | 31.20<br>1,565.20<br>1,579.75 | Check |
| Tzortzatos, Olga<br>21-23 21st Road<br>Astoria, NY 11105<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 5576.92<br>SSN: xxx-xx-xxxx<br>Hire Date: 2/1/2010<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 264,076.79<br>253,076.79<br>1,000.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDICARE<br>MEDICARE-HI<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/2<br><br><br><br>Single/Head of (2) | 62,541.13<br>8,239.80<br>3,806.42<br>582.60<br>17,875.67<br>107.97<br>10,533.83 | New York voluntary disability<br>Medical pre-tax<br>Life Insurance | 0.50%<br>30.10<br>5.08 | 31.20<br>1,565.20<br>284.16 | Check |
| Urbano, Lisa<br>201 East 28th Street<br>Apt 21B<br>New York, NY 10016<br>Home Phone: 2126844755<br>Mobile:<br>Salary Per Pay: 5769.23<br>SSN: xxx-xx-xxxx<br>Hire Date: 6/2/2014<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus<br>Commission | 456,619.19<br>299,619.19<br>1,000.00<br>156,000.00 | 0.00<br>0.00<br>0.00<br>0.00 | FIT<br><br><br>SOCSEC<br>MEDICARE<br>MEDICARE-HI<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Married – but withheld at higher single rate/0<br>$0.00<br>FIT - Add'l<br><br><br><br>Single/Head of (2) | 125,813.47<br><br><br>8,239.80<br>6,612.33<br>2,304.21<br>32,554.81<br>107.97<br>18,175.17 | New York voluntary disability<br>Transitpass pre-tax | 0.50%<br>30.00 | 31.20<br>498.16 | Check |
| Williams, Michael<br>37 Willow Street<br>Apt 4<br>Brooklyn, NY 11201<br>Home Phone:<br>Mobile:<br>Salary: 25.0000 | Gross<br>Regular | 32,317.04<br>32,317.04 | 0.00<br>100.00 | FIT<br>SOCSEC<br>MEDICARE<br>NY SIT<br>NY-New York<br>City Resident<br>LIT<br>NY PFL | Single/2<br><br><br>Single/Head of (2) | 2,407.69<br>1,868.42<br>436.97<br>1,242.34<br>49.38 | New York voluntary disability<br>Medical pre-tax<br>Transitpass pre-tax | 0.50%<br>0.00<br>0.00 | 24.40<br>1,250.53<br>890.67 | Check |

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

## Employee Summary

| Employee Information | Description | Earnings YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | Taxes YTD Amount | Deductions Description | Per Pay | Deductions YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Wright, Lahmeek<br>89 East 56th Street<br>Brooklyn, NY 11203<br>Home Phone:<br>Mobile:<br>Hourly: 17.50<br>SSN: xxx-xx-xxxx<br>Hire Date: 6/10/2019<br>Status: Active<br>Emp Type: Part time | Gross<br>Regular<br>Bonus | 11,922.50<br>11,672.50<br>250.00 | 0.06<br>659.06<br>0.03 | FIT<br>SOCSEC<br>MEDICARE<br>NY SIT<br>NY-New York<br>City Resident<br>LIT | Single/0 | 1,027.32<br>708.48<br>165.99<br>375.38<br>17.81<br>297.70 | New York<br>voluntary<br>disability<br>Medical pre-tax | 0.50%<br>20.64 | 17.40<br>495.38 | Check |
| Wright, Patricia C<br>65 E 96th Street Apt 2<br>Brooklyn, NY 11212<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2115.39<br>SSN: xxx-xx-xxxx<br>Hire Date: 6/18/1998<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 111,000.28<br>110,000.28<br>1,000.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDICARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/Head of Household/0 | 14,681.44<br>6,882.02<br>1,609.50<br>5,672.01<br>107.97<br>3,954.51 | New York<br>voluntary<br>disability<br>Life Insurance | 0.50%<br>6.63 | 31.20<br>344.76 | Check |
| Pay Frequency Totals: | Weekly<br>Gross<br>Regular<br>Bonus<br>Misc pay<br>Commission | $7,125,698.06<br>$6,810,176.94<br>$40,000.00<br>$544.00<br>$274,917.12 | 1,911.00 | FIT<br>SOCSEC<br>MEDICARE<br>MEDICARE-HI<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | | $1,304,189.24<br>$310,555.88<br>$100,642.78<br>$99,131.89<br>$421,870.02<br>$5,247.99<br>$193,587.98 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>disability<br>Life Insurance<br>Loan<br>Transit pass<br>pre-tax<br>Parking pass<br>pre-tax | | $1,680.25<br>$111,756.50<br>$11,895.17<br>$210.00<br>$55,740.00<br>$6,259.96 | |
| Total Employees – Weekly: 68 | | | | | | | | | | |
| Company Totals: | Gross<br>Regular<br>Bonus<br>Misc pay<br>Commission | $7,125,698.06<br>$6,810,176.94<br>$40,000.00<br>$544.00<br>$274,917.12 | 1,311.00 | SOCSEC<br>MEDICARE<br>MEDICARE-HI<br>NY SIT | | $310,555.88<br>$100,642.78<br>$9,131.89<br>$421,870.02 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>disability<br>Life insurance | | $1,680.25<br>$111,756.50<br>$11,895.17 | |

# AT&T TeleConference Services

 **AT&T**

Page    3 of 18

ACCOUNT ID:          88764734-00001
INVOICE #:           103-014311
PAYMENT DUE DATE:    PAYABLE UPON RECEIPT
CUSTOMER:            ATTN: MITCHELL KOSSOFF
                     KOSSOFF PLLC

BILL DATE:           MAR 01 2021

BILLING INQUIRIES: (800) 722-3481
                   (214) 527-0032

---

**BALANCE BROUGHT FORWARD:**

| | |
|---|---:|
| PRIOR BALANCE | 417.00 |
| PAYMENTS | 0.00 |
| BALANCE FORWARD | $417.00 |

---

**NEW CHARGES - CREDIT CARD:**

| | |
|---|---:|
| CONFERENCE CHARGES | 0.00 |
| OTHER CHARGES & CREDITS | 0.00 |
| TAXES | 0.00 |
| SURCHARGES | 0.00 |
| TOTAL | $0.00 |

---

**NEW CHARGES - NON-CREDIT CARD:**

| | |
|---|---:|
| CONFERENCE CHARGES | 207.39 |
| OTHER CHARGES & CREDITS | 103.88 |
| TAXES | 0.00 |
| SURCHARGES | 9.61 |
| TOTAL | $320.88 |

---

TOTAL NEW BALANCE (EXCLUDING NEW CREDIT CARD CHARGES)          $737.88

---

TO ENSURE PROPER CREDIT, PLEASE DETACH AND RETURN WITH REMITTANCE
(PLEASE WRITE YOUR ACCOUNT ID NUMBER ON YOUR CHECK)

# AT&T TeleConference Services

ATTN: MITCHELL KOSSOFF
KOSSOFF PLLC
217 Broadway
NEW YORK NY 10007

 **AT&T**

Account Id:    88764734-00001
Invoice Date: MAR 01 2021

MAKE CHECKS PAYABLE TO:
AT&T TELECONFERENCE SERVICES
PO BOX 5002
CAROL STREAM IL 60197-5002

AMOUNT DUE:    $737.88

88764734000010000301202138300000007378800000320889



6/3/2020

Marina Theodoris
Kossoff PLLC
217 Broadway Suite 401
New York NY 10007



**American Express**
Attention: Subpoena Response Unit
43 Butterfield Circle
El Paso, TX 79906

RE:        NY Park N Salem Inc VS Carlos Pedreros AKA
Case No:    603062019
American Express File No. CI - 6R2BW

Dear Sir or Madam:

We have assembled the required documents kept in the ordinary course of business responsive to your subpoena or legal document. The cost for production of these documents is set forth below:

## INVOICE

|  | Qty |  |  |
|---|---|---|---|
|  |  | $ | - |
| *Hours Worked* | 6 | $ | - |
| *Ground Shipping* | 1 | $ | 15.00 |
| *Flash Drive USB* | 1 | $ | 10.00 |
|  |  | $ | - |
|  |  | $ | - |
| *Subtotal* |  | $ | 25.00 |
| *Paid* |  | $ | (18.00) |
| *Total Due* |  | $ | 7.00 |
| Due Date |  |  | July 3, 2020 |

Please send a check payable to American Express along with a copy of this invoice by the indicated due date to the address listed below. We do not accept cash payments.

>        **American Express**
>        Attention: Subpoena Response Unit
>        43 Butterfield Circle
>        El Paso, TX 79906
>        **Our TAX ID NUMBER is 13-3133497**

If you have any questions, please feel free to contact us at 1-888-257-7775 and reference the above American Express file number. We are available to assist you Monday through Friday from 9:00 a.m. to 4:00 p.m. Eastern Standard Time.

Sincerely,

American Express Subpoena Response Unit

Bolton-St. Johns, LLC
146 State Street
Albany, NY 12207
Tax ID 26-1586198

Phone # 518-462-4620

# Invoice

Date 2/1/2021
Invoice # 300541

**Bill To**

KOSSOFF, PLLC
Mitchell Kossoff
217 BROADWAY. SUITE 401
NEW YORK, NY 10007

| Description | Amount |
|---|---|
| Consulting/Lobbying Services - February 2021 (NYC only) | 3,000.00 |
| **Total** | **$3,000.00** |

Please return a copy of this
invoice with your payment.
Thank You.

# Canon

**CANON FINANCIAL SERVICES, INC.**
14904 Collections Center Drive
Chicago, IL 60693-0149

**INVOICE**

Address Service Requested

## Remittance Section

| | |
|---|---|
| Invoice Number | 26357075 |
| Invoice Date | 03/05/2021 |
| Payment Terms | Due Date |
| Total Due | $50.31 |

**Amount Paid** $_____

Use enclosed envelope and make payable to:

ԼԵՈՑՈՈՈ&5Ʌ   PRESORT PBPS003 <B>

ATTN:
KOSSOFF PLLC
217 BROADWAY SUITE 401
NEW YORK NY 10007-2944

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

00263570755 0000005031 001

---

Keep lower portion for your records - Please return upper portion with your payment.

# Canon
**CANON FINANCIAL SERVICES, INC.**

14904 Collections Center Drive
Chicago, IL 60693-0149

| | | | |
|---|---|---|---|
| **Invoice Number** | 26357075 | **Invoice Date** | 03/05/2021 |
| **Payment Terms** | Due Date | **Total Due** | $50.31 |

## Important Messages

This invoice includes charges due for the current billing period.
Please note that any open charges will continue to remain on your account until paid.

Please remit your **PAYMENTS ONLY** to:
14904 Collections Center Drive
Chicago, IL 60693-0149

Please send all **CORRESPONDENCE** to:
P.O. Box 5008, Mt. Laurel, NJ 08054
Via e-mail to: customer@cfs.canon.com
Via fax to: 856-813-5122

## Itemized Charge Detail and Equipment Schedule

Contract Number: 0712423-001
Legacy Contract Number:001-0712423-001
PO #:

Contract Special Ref 1:

Contract Special Ref 2:

Term: 60     Billing Frequency: Monthly

| Due Date | Charge Description | Period of Performance | Charge Amt | Tax Amt | Total Due |
|---|---|---|---|---|---|
| 03/25/2021 | Late Fee | | 50.31 | 0.00 | 50.31 |

---

Asset Description: B&W Copier     Model: ImageRUNNER ADVANCE 4251     SN: RKP07726

Installation Date: 09/22/2016     Quantity: 1

Asset Location:     217 BROADWAY
SUITE 401
NEW YORK, NY 10007     Tax Rate: 0.000%

Asset Description: B&W Copier     Model: ImageRUNNER 6565i     SN: SMJ00773

Installation Date: 09/22/2016     Quantity: 1

Asset Location:     217 BROADWAY
SUITE 401
NEW YORK, NY 10007     Tax Rate: 0.000%

# Canon

**CANON FINANCIAL SERVICES, INC.**
14904 Collections Center Drive
Chicago, IL 60693-0149

**INVOICE**

Address Service Requested

## Remittance Section

| | |
|---|---|
| Invoice Number | 26329960 |
| Invoice Date | 02/27/2021 |
| Payment Terms | **Due Date** |
| Total Due | $2,079.69 |

**Amount Paid**    $_____

Use enclosed envelope and make payable to:

216400402b    PRESORT P3P8023 <B>

ATTN:
KOSSOFF PLLC
217 BROADWAY SUITE 401
NEW YORK NY 10007-2944

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

00263299607 0000207969 001

---

Keep upper portion for your records. Please return upper portion with your payment.

# Canon

**CANON FINANCIAL SERVICES, INC.**

14904 Collections Center Drive
Chicago, IL 60693-0149

| | | | |
|---|---|---|---|
| **Invoice Number** | 26329960 | **Invoice Date** | 02/27/2021 |
| **Payment Terms** | Due Date | **Total Due** | $2,079.69 |

## Important Messages

This invoice includes charges due for the current billing period.
Please note that any open charges will continue to remain on your account until paid.

Please remit your **PAYMENTS ONLY** to:
14904 Collections Center Drive
Chicago, IL 60693-0149

Please send all **CORRESPONDENCE** to:
P.O. Box 5008, Mt. Laurel, NJ 08054
Via e-mail to: customer@cfs.canon.com
Via fax to: 856-813-5122

## Itemized Charge Detail and Equipment Schedule

Contract Number: 0712423-001
Legacy Contract Number: 001-0712423-001
PO #:

Contract Special Ref 1:

Contract Special Ref 2:

Term: 60    Billing Frequency: Monthly

| Due Date | Charge Description | Period of Performance | Charge Amt | Tax Amt | Total Due |
|---|---|---|---|---|---|
| 03/20/2021 | Contract Charge | 03/20/2021 - 04/19/2021 | 1,497.79 | 132.92 | 1,630.71 |
| 03/20/2021 | Insurance Charge | 03/20/2021 - 04/19/2021 | 38.37 | 0.00 | 38.37 |
| 03/20/2021 | Late Fee | | 410.61 | 0.00 | 410.61 |

Asset Description: B&W Copier    Model: imageRUNNER ADVANCE 4251    SN: RKP07726

Installation Date: 09/22/2016    Quantity: 1

Asset Location:    217 BROADWAY
SUITE 401
NEW YORK, NY 10007    Tax Rate: 8.875000%

Asset Description: B&W Copier    Model: imageRUNNER 6565I    SN: SMJ00773

Installation Date: 09/22/2016    Quantity: 1

Asset Location:    217 BROADWAY
SUITE 401
NEW YORK, NY 10007    Tax Rate: 8.875000%

Customer Service hours are M-F 8:30 am to 7:00 pm, Eastern Time
Phone: 800-220-0330    Fax: 856-813-5122    Email: customer@cfs.canon.com

# Canon

**CANON FINANCIAL SERVICES, INC.**
*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

**INVOICE**

· Address Service Requested

**Remittance Section**

| | |
|---|---|
| Invoice Number | 26196755 |
| Invoice Date | 02/05/2021 |
| Payment Terms | **Due Date** |
| Total Due | **$248.10** |

**Amount Paid** $_____

Use enclosed envelope and make payable to:

9862001271    PRESORT PBPS004 <B>

ATTN:
KOSSOFF PLLC
217 BROADWAY SUITE 401
NEW YORK NY 10007-2944

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

00261967551 0000024810 001

---

*Keep lower portion for your records • Please return upper portion with your payment.*

# Canon
**CANON FINANCIAL SERVICES, INC.**

*14904 Collections Center Drive*
*Chicago, IL 60693-0149*

| | | | |
|---|---|---|---|
| **Invoice Number** | 26196755 | **Invoice Date** | 02/05/2021 |
| **Payment Terms** | Due Date | **Total Due** | $248.10 |

## Important Messages

This invoice includes charges due for the current billing period.
Please note that any open charges will continue to remain on your account until paid.

**Please remit your PAYMENTS ONLY to:**
14904 Collections Center Drive
Chicago, IL 60693-0149

**Please send all CORRESPONDENCE to:**
P.O. Box 5008, Mt. Laurel, NJ 08054
Via e-mail to: customer@cfs.canon.com
Via fax to: 856-813-5122

## Itemized Charge Detail and Equipment Schedule

Contract Number: 0712423-001                   Contract Special Ref 1:
Legacy Contract Number:001-0712423-001          Contract Special Ref 2:
PO #:

Term: 60      Billing Frequency: Monthly

| Due Date | Charge Description | Period of Performance | Charge Amt | Tax Amt | Total Due |
|---|---|---|---|---|---|
| 02/25/2021 | Late Fee | | 248.10 | 0.00 | 248.10 |

---

Asset Description: B&W Copier                   Model: imageRUNNER ADVANCE 4251      SN: RKP07726

Installation Date: 09/22/2016      Quantity: 1

Asset Location:      217 BROADWAY
                     SUITE 401
                     NEW YORK, NY 10007          Tax Rate: 0.000%

---

Asset Description: B&W Copier                   Model: imageRUNNER 6565I      SN: SMJ00773

Installation Date: 09/22/2016      Quantity: 1

Asset Location:      217 BROADWAY
                     SUITE 401
                     NEW YORK, NY 10007          Tax Rate: 0.000%

# Canon

**CANON FINANCIAL SERVICES, INC.**
14904 Collections Center Drive
Chicago, IL 60693-0149

**INVOICE**

Address Service Requested

## Remittance Section

| | |
|---|---|
| Invoice Number | 26174314 |
| Invoice Date | 01/30/2021 |
| Payment Terms | Due Date |
| Total Due | $1,669.08 |

**Amount Paid**    $ _____

Use enclosed envelope and make payable to:

6750008504    PRESORT PBP5022 <B>

ATTN:
KOSSOFF PLLC
217 BROADWAY SUITE 401
NEW YORK NY 10007-2944

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

00261743148  0000166908 001

---

# Canon

**CANON FINANCIAL SERVICES, INC.**

Keep lower portion for your records · Please return upper portion with your payment.

14904 Collections Center Drive
Chicago, IL 60693-0149

| | | | |
|---|---|---|---|
| Invoice Number | 26174314 | Invoice Date | 01/30/2021 |
| Payment Terms | Due Date | Total Due | $1,669.08 |

## Important Messages

This invoice includes charges due for the current billing period.
Please note that any open charges will continue to remain on your account until paid.

Please remit your **PAYMENTS ONLY** to:
14904 Collections Center Drive
Chicago, IL 60693-0149

Please send all **CORRESPONDENCE** to:
P.O. Box 5008, Mt. Laurel, NJ 08054
Via e-mail to: customer@cfs.canon.com
Via fax to: 856-813-5122

## Itemized Charge Detail and Equipment Schedule

**Contract Number:** 0712423-001    **Contract Special Ref 1:**
**Legacy Contract Number:** 001-0712423-001
**PO #:**    **Contract Special Ref 2:**

**Term:** 60    **Billing Frequency:** Monthly

| Due Date | Charge Description | Period of Performance | Charge Amt | Tax Amt | Total Due |
|---|---|---|---|---|---|
| 02/20/2021 | Contract Charge | 02/20/2021 - 03/19/2021 | 1,497.79 | 132.92 | 1,630.71 |
| 02/20/2021 | Insurance Charge | 02/20/2021 - 03/19/2021 | 38.37 | 0.00 | 38.37 |

**Asset Description:** B&W Copier    **Model:** imageRUNNER ADVANCE 4251    **SN:** RKP07726

**Installation Date:** 09/22/2016    **Quantity:** 1

**Asset Location:**    217 BROADWAY
SUITE 401
NEW YORK, NY 10007    **Tax Rate:** 8.875000%

**Asset Description:** B&W Copier    **Model:** imageRUNNER 6565I    **SN:** SMJ00773

**Installation Date:** 09/22/2016    **Quantity:** 1

**Asset Location:**    217 BROADWAY
SUITE 401
NEW YORK, NY 10007    **Tax Rate:** 8.875000%


**Citi-Tel**

**Kossoff, PLLC**
217 Broadway 401
New York, NY 10007
212-267-6364

Billing Date:   12/09/2020
Billing Period:  12/09/2020 to
1/08/2021
Invoice   1874190
Number:
Account   147137 - 63573
Number:

## Account Summary

**Referral Program**

Receive one month free service for each
new referral that signs up for Citi-Tel voice
services.

| | |
|---|---|
| Previous Account Balance | $1,811.61 |
| Monthly Charges | $1,632.90 |
| One Time Charges | $0.00 |
| Call Usage | $0.17 |
| Surcharges | $0.00 |
| Taxes and Fees | $178.73 |
| Total New Charges - Due 12/09/2020 | $1,811.80 |
| Total Due | $3,623.41 |

A late payment charge may apply for unpaid balances. The charge is the greater of
$5 or 1.5% per month or as permitted by law, and are liquidated damages, not a
penalty.

If your account is paid via credit card, we have submitted the Total Due to your
credit card provider. Payment will be reflected on your next statement pending
authorization from your credit card provider and applied automatically on the date
we charged your card. If you pay via credit card, there is no need to send in
payment at this time.

## Payment Slip

Please return the portion below with your check or money order.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Kossoff, PLLC**
217 Broadway 401
New York, NY 10007
212-267-6364

Account Number:   147137 - 63573
Invoice Number:   1874190
Billing Date:   12/09/2020

Current Charges:   $1,811.80
Total Due:   $3,623.41

Amount Paid:   $ _____ . _____

Citi-Tel Hosting Solutions LLC   ,
25 Willowdale Ave
Port Washington, NY 11050

# CNA



| Pay Online | **BILLING.CNA.COM** | **Account Number** | **0129119284** |
|---|---|---|---|
| Questions | 877-276-7507 M-F 7a-7p CT | Invoice Date | March 10, 2021 |
| Claims | 877-262-2727 24/7 | | |

**2021031100114601021100**

001146

KOSSOFF, PLLC
217 BROADWAYSUITE 401
NEW YORK   NY   10007

> **Payments made that are less than the total amount due with no items disputed will be applied equally to all policies with a balance due. Please contact our Customer Care Center to open a dispute.**

## YOUR ACCOUNT IS NOW PAST DUE

You must remit the total amount due immediately to avoid cancellation of your policies. CNA may issue Direct Notice of Cancellation on all past due policies within three business days of this invoice.

## PAST DUE ACCOUNT INFORMATION

Receipt of your payment after policies have cancelled will not automatically result in reinstatement.

In the event of cancellation, you must contact your Agent to make a formal request before reinstatement of cancelled policies will be considered.

## INVOICE SUMMARY

| | | |
|---|---|---|
| Prior Invoice 2/8/2021 | $ | 12,028.50 |
| Payments/Adjustments | $ | -6,014.25 |
| Account Fees | $ | 7.00 |
| Policy Premiums | $ | 6,007.25 |
| **AMOUNT DUE NOW** | **$** | **12,028.50** |

Your Agent:

USI INSURANCE SERVICES, LLC
MATAWAN   NJ   (800) 727-7770

**Want to receive your invoice paperlessly?**
Sign on to billing.cna.com and update your invoice delivery options today!

Continental Casualty Company serves as the payment agent for the underwriting company that issued your policy. CNA is the registered trademark of CNA Financial Corporation.

Page 1 of 4

---



| Account Number | 0129119284 |
|---|---|
| Due Date | **DUE NOW** |
| Amount Due | **$   12,028.50** |

Bill to

KOSSOFF, PLLC
217 BROADWAYSUITE 401
NEW YORK   NY   10007

Please include account number on your check.

CNA INSURANCE
PO BOX 74007619
CHICAGO   IL   60674-7619

1000129119284500000120285020000012028502

**Community Housing Improvement Program**
5 Hanover Square Suite 1605
New York, NY 10004

| Date | Invoice # |
|------|-----------|
| 12/6/2020 | 2020-21-409 |

| BALANCE DUE | $875.00 |
|-------------|---------|

Bill To

Mitchell Kossoff
Kossoff PLLC
217 Broadway Suite 401
New York, NY 10007

For any questions regarding this Invoice or if address is Incorrect or has
changed please call 212.838.7442 or email Info@chipnyc.org.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Description | Amount |
|-------------|--------|
| 2021 Associate Membership Dues | 875.00 |

Wire Transfer Information

Bank Name: Signature Bank
Routing: 026013576
Account: 1503833804
Beneficiary: Community Housing Improvement Program

Contributions or gifts to the Community Housing Improvement Program, Inc. are not tax deductible as charitable
contributions for Federal Income tax purposes. They may be tax deductible under other provisions of the Internal
Revenue Code.

Please make checks payable to: CHIP

**chip**    **TOTAL**    **$875.00**

TEL 212.838.7442  |  FAX 212.838.7456  |  5 HANOVER SQUARE SUITE 1605   NEW YORK NY 10004  |  WWW.CHIPNYC.ORG



**Bill To:**

115503-0029553   946-0Statem-002
Kossoff, PLLC
Julia McNally

217 Broadway, Suite 401

NEW YORK, NY 10007

**Remittance for Invoice**

Customer ID:   B15776

Legacy ID:

Invoice:   789246

Invoice Date:   03/01/2021

Due Date:   03/30/2021
Terms:   Net 30 Days

| | |
|---|---|
| Total Current Charges | $700.00 |
| Past Due Balance Upon Receipt | 1,452.50 |
| Prior Balance | 700.00 |
| Late Payment Charge | 63.96 |
| **Grand Total (USD)** | **$2,916.46** |

**Wire / ACH Information:**

JP Morgan Chase Bank
Crown Castle Fiber LLC
Acct #: 198710895
ABA #: 021000021

For Billing or Payment Inquiries:
Billing: fiberbillinghd@crowncastle.com
Phone: (855) 91-FIBER(34237)
Fax: (724) 416-6473

**Please include the remittance below with your mailed payment.**

**Thank you for your business.**

**For California Customers Only**
Additional information is available at https://www.crowncastle.com/pdfs/california-customers.pdf

**For New York Customers Only**
Additional information is available at https://www.crowncastle.com/new-york-customers.pdf

| | |
|---|---|
| Customer: | Kossoff, PLLC |
| Customer ID: | B15776 |
| Invoice: | 789246 |

**Please Remit Payments to:**

Crown Castle Fiber LLC
PO Box 28730
New York, NY 10087-8730

Total Amount Due (USD)      $2,916.46

Amount Enclosed      $

Saturday, January 9, 2021 at 10:56:18 Eastern Standard Time

**Subject:** Invoice 202613 from Dickinson & Avella, PLLC
**Date:** Tuesday, January 5, 2021 at 9:54:00 AM Eastern Standard Time
**From:** Dickinson & Avella, PLLC
**To:** mkossoff@kaulaw.com
**Attachments:** Invoice_202613_from_Dickinson__Avella_PLLC.pdf

---

INVOICE 202613 DETAILS

## Dickinson & Avella, PLLC

DUE 01/31/2021

# $3,000.00

**Print or save**

Powered by QuickBooks

Dear Kossoff, PLLC,

Here's your invoice! We appreciate your prompt payment.

Have a great day,
Dickinson & Avella, PLLC

**Bill to**

Kossoff, PLLC
217 Broadway, STE 401
New York, NY 10007

# GREGORY EDWARDS

### WORLDWIDE COURT REPORTING ⊕ GLOBAL REACH WITHOUT COMPROMISE

WE'RE GROWING, AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS



October 2018 New Remittance Address: 4401 Garden City Drive Suite 420, Hyattsville MD 20785

## INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 1/29/2020 | 117947 |

**Bill To**

Kossoff, PLLC
217 Broadway ,Suite 401
New York, NY 10007
Attn: Accounts Payable

**Ship To**

Kossoff, PLLC
217 Broadway, Suite 401
New York, NY 10007
Attn: Ms. Marina Theodoris

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 050719-JTJ | 2/29/2020 | JN | KOS-NY | Federal Express | 103 E 86th Street vs. Cohen |

January 8, 2020 - New York, NY
Deponent: Alexander Brian Cohen

Certified original transcript of Alexander Brian Cohen
[Five business day expedite]

Court reporter's wait time

Provide PTX, TXT & PDF transcript files - Fee Waived
Provide minuscript - Fee Waived
Create CD Master - Fee Waived

Errata sheet preparation and distribution
Secure GE cloud server access (transcripts) - Fee Waived

It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| Subtotal | $1,597.06 |
|----------|-----------|
| Sales Tax (0.0%) | $0.00 |
| **Total** | **$1,597.06** |

October 2018 New Remittance Address: 4401 Garden City Drive Suite 420, Hyattsville MD 20785

WASHINGTON, DC ⊕ HYATTSVILLE ⊕ RICHMOND ⊕ SAN FRANCISCO ⊕ PALO ALTO ⊕ NEW YORK ⊕ HONG KONG ⊕ AUSTIN ⊕ DENVER ⊕ LOS ANGELES ⊕ LONDON
SCHEDULE@GREGORYEDWARDS.COM ⊕ 866 4 TEAM GE ⊕ FINANCE@GREGORYEDWARDS.COM

# GREGORY EDWARDS
WORLDWIDE COURT REPORTING ⊙ GLOBAL REACH WITHOUT COMPROMISE

WE'RE GROWING, AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS



October 2018 New Remittance Address: 4301 Garden City Drive, Suite 420, Hyattsville, MD 20785

## INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 2/18/2020 | 118064 |

**Bill To**
Kossoff, PLLC
217 Broadway, Suite 401
New York, NY 10007
Attn: Accounts Payable

**Ship To**
Kossoff, PLLC
217 Broadway, Suite 401
New York, NY 10007
Attn: Ms. Ashley Elem

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-------------------------------------|
| 012820-NEJ | 3/18/2020 | JN | KOS-NY | Federal Express | PSA Lesage vs. Thomas |

January 28, 2020 - New York, NY
Deponent: Tracey Thomas

Certified original transcript of Tracey Thomas

Provide PTX, TXT & PDF transcript files - Fee Waived
Provide minuscript - Fee Waived

Errata sheet preparation and distribution
Secure GE cloud server access (transcripts/exhibits) - Fee Waived

It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $728.40 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $728.40 |

October 2018 New Remittance Address: 4301 Garden City Drive, Suite 420, Hyattsville, MD 20785

WASHINGTON, DC ⊕ HYATTSVILLE ⊙ RICHMOND ⊙ SAN FRANCISCO ⊙ PALO ALTO ⊙ NEW YORK ⊕ HONG KONG ⊙ AUSTIN ⊙ DENVER ⊙ LOS ANGELES ⊙ LONDON
SCHEDULE@GREGORYEDWARDS.COM ⊙ 866 4 TEAM GE ⊙ FINANCE@GREGORYEDWARDS.COM

# GREGORY EDWARDS

WORLDWIDE COURT REPORTING ⊕ GLOBAL REACH WITHOUT COMPROMISE

WE'RE GROWING, AGAIN.
PLEASE SEE NEW PAYMENT
ADDRESS



(October 2018) New Remittance Address: 401 Garden City Drive, Suite 420, Hyattsville, MD 20785

## INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 7/13/2020 | 118873 |

**Bill To**

Kossoff, PLLC
217 Broadway, Suite 401
New York, NY 10007
Attn: Accounts Payable

**Ship To**

Kossoff, PLLC
217 Broadway, Suite 401
New York, NY 10007
Attn: Ms. Lisa Urban

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-----------------------------------|
| 042020(B)-KKJ | 7/13/2020 | JN | KOS-NY | Federal Express | PSA 818 Eoodward v. Suydam |

April 20, 2020 – Zoom Video Deposition
Real Estate Closing

Process and certify original depo exhibits
Process and certify original color depo exhibits

Secure GE cloud server access (exhibits) - Fee Waived

It is a pleasure working with you!

| | |
|---|---|
| **Subtotal** | $83.88 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $83.88 |

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

(October 2018) New Remittance Address: 401 Garden City Drive, Suite 420, Hyattsville, MD 20785

WASHINGTON, DC ⊕ HYATTSVILLE ⊕ RICHMOND ⊕ SAN FRANCISCO ⊕ PALO ALTO ⊕ NEW YORK ⊕ HONG KONG ⊕ AUSTIN ⊕ DENVER ⊕ LOS ANGELES ⊕ LONDON
SCHEDULE@GREGORYEDWARDS.COM ⊕ 866 4 TEAM GE ⊕ FINANCE@GREGORYEDWARDS.COM

# GREGORY EDWARDS

**WORLDWIDE COURT REPORTING ⊕ GLOBAL REACH WITHOUT COMPROMISE**



Remittance Address 4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

## INVOICE

EIN: 52-2360813

| Date | Invoice # |
|------|-----------|
| 1/26/2021 | 120157 |

**Bill To**

Kossoff, PLLC
217 Broadway, Suite 401
New York, NY 10007
Attn: Accounts Payable
epitter@kaulaw.com

**Ship To**

Kossoff, PLLC
217 Broadway, Suite 401
New York, NY 10007
Attn: Mr. Eric Pitter
epitter@kaulaw.com

| GE Job No. | Due Date | Rep | Account # | Ship Via: | Client Project/Billing Information |
|------------|----------|-----|-----------|-----------|-------------------------------------|
| 011221-EFJ | 2/26/2021 | JN | KOS-NY | E-Mail | Liebenthal, et al v. Scheiner |

January 12, 2021 – GE Virtual Deposition
Deponent: Brett Scheiner

Certified original transcript of Brett Scheiner

Process and certify original depo exhibits
Process and certify original color depo exhibits.

Provide PTX, LEF, TXT and PDF transcript files - waived
Errata sheet preparation and distribution
Provide minuscript - waived

Remote deposition setup and administration fees - waived
Secure GE cloud server access (transcripts) - waived

It is a pleasure working with you!

Payment is due on receipt of invoice. Accounts not paid within 30 days of the date of the invoice are subject to a 1.5% monthly finance charge. In the event GregoryEdwards retains legal counsel to collect any amount due and owing, the customer agrees to pay GregoryEdwards' attorneys' fees and costs, including contingency fees, regardless of whether formal legal action is filed. If a civil action is filed, the customer agrees that it shall be subject to the exclusive jurisdiction and venue of the state and/or federal courts in Maryland.

| | |
|---|---|
| **Subtotal** | $1,277.73 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $1,277.73 |

4301 Garden City Drive • Suite 420 • Hyattsville, MD 20785

## Insurance Bill

Page   1

**THE HARTFORD**
Billing Company:
Hartford Fire Insurance Company

Pay Online: www.thehartford.com/servicecenter
For Customer Service Call: **1-866-467-8730**
7 a.m. to 7 p.m. Central Time (Mon – Fri)

Report Claims 24 hours a day: 1-800-327-3636

**Bill Date: 03/08/21**

**Billing Account #: 13559885**

| Current Balance: $8,440.26 | Minimum Due: $2,903.14 | Due Date: 04/01/21 |

Please pay either the Current Balance or no less than the Minimum Due. By paying the Current Balance in full, you can avoid future service fees associated with administering your payment plan. If your payment is not received by the due date, a late fee of $30.00 will be assessed.

Named Insured: **KOSSOFF PLLC**
Your Agent:     **USI/BAR ASSOCIATION PROGRAM/PHS**

### ACCOUNT SUMMARY                    IMPORTANT MESSAGES

| | |
|---|---|
| Previous Account Balance | $7,657.54 |
| Payments & Adjustments | -$1,428.28 |
| Premium Activity | $2,204.00 |
| New Fee(s) | $7.00 |
| Account Balance | $8,440.26 |

### TRANSACTION DETAILS (Since your last bill)

| Transaction Date | Transaction Description | Policy # | Policy Type | Payment & Adjustments | Premium Activity | Fee Activity |
|---|---|---|---|---|---|---|
| 03/08/21 | Service Fee | | | | | $7.00 |
| 03/05/21 | NY Wc Assmt | 39WBGBU0444 | Workers Compensation | | $247.00 | |
| 03/05/21 | Final Audit | 39WBGBU0444 | Workers Compensation | | $1,957.00 | |
| 02/22/21 | Electronic Payment- Thank You | | | -$1,428.28 | | |
| | Totals | | | -$1,428.28 | $2,204.00 | $7.00 |

Thank you for selecting The Hartford. We appreciate your business.

Please detach here and return with your payment. Write the account number on the check or make payable to The Hartford.

Check below and complete reverse side to request:
☐ Address Changes

Account Number: **13559885**

Amount Enclosed: _____

| Payment Due Date | 04/01/21 |
|---|---|
| Current Balance | Minimum Due |
| $8,440.26 | $2,903.14 |

**Mail Payments To:**

The Hartford
P O Box 660916
Dallas, TX 75266-0916

AB 01  000318 30278 B 1 A
KOSSOFF PLLC
217 BROADWAY RM 401
NEW YORK, NY 10007-3398

3913559885073204110000029031400000844026810000

# IVES & SULTAN, LLP

**100 CROSSWAYS PARK DR. WEST**
**SUITE 206**
**WOODBURY, NY 11797-2012**
**FED ID# 11-2715389**
**(516)496-9500**

KOSSOFF, PLLC
Mitchell Kossoff
217 Broadway, Suite 401
New York, NY 10007

Invoice No.    347537
Date           01/05/2021
Client No.     10399

Financial Statements - three months ended March 31, 2020 and for the six months ended June 30, 2020

|  |  |
|---|---|
| $ | 1,000.00 |
| PRIOR BALANCE | 1,600.00 |
| BALANCE DUE | $ 2,600.00 |

# KANTOLA
## TRAINING SOLUTIONS
Mill Valley, CA 94941

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/13/2020 | 244964 |

| Bill To | Ship To |
|---------|---------|
| Kassoff PLLC. <br> Julia McNally <br> 217 Broadway Suite 401 <br> New York, NY 10007 | Kassoff PLLC. <br> Julia McNally <br> 217 Broadway Suite 401 <br> New York, NY 10007 |

| P.O. Number | Salesforce Quote # | Sales ID | Ship Via | Terms | Due Date |
|-------------|--------------------|----------|----------|-------|----------|
| | 00032700 | KPS | None | Net 30 | 11/12/2020 |

| Product | Qty. | Sales Price | Discount | Unit Price | Total Price |
|---------|------|-------------|----------|-----------|-------------|
| Harassment Prevention Commonsense New York eLearning - KOD +Seats | 45 | 16.79 | 0.0 | 16.79 | 755.55T |
| Total sales tax calculated by AvaTax | | | | 67.05 | 67.05 |

| | |
|---|---|
| Remit to: <br> Kantola Training Solutions, LLC <br> 55 Sunnyside Avenue <br> Mill Valley, California 94941 <br> kantola@kantola.com <br> 415.381.9363 <br> Federal Tax ID #83-1869321 | **Total**    $822.60 <br><br> **Payments/Credits**    $0.00 <br><br> **Balance Due**    $822.60 |



# STATEMENT

MAKE CHECKS PAYABLE TO
*LAWYERS DIARY AND MANUAL®*

**Mail or FAX back to: (973) 642-4280**

PO Box 1027, Summit, NJ 07902-1027
Tel.: (973) 642-1440, ext. 2

*Please advise of address and telephone change.*

```
00167327-S
MITCHELL H KOSSOFF C/O KOSSOFF, PLLC
STE 401
217 BROADWAY
NEW YORK, NY 10007
```

**Payment**
O Check enclosed
O VISA
O MasterCard
O AMEX

**STATEMENT DATE**
01/06/2021

**AMOUNT DUE**
136.37

*PLEASE ENTER AMOUNT REMITTED $_____*

Card Number _____ Exp Date _____

Authorized Signature _____

*FOR PROPER CREDIT TO YOUR ACCOUNT — PLEASE DETACH ABOVE SECTION AND RETURN WITH YOUR PAYMENT*

```
LDM
NUMBER    00167327-S
MITCHELL H KOSSOFF C/O KOSSOFF, PLLC
STE 401
217 BROADWAY
NEW YORK, NY 10007
```



PO Box 1027, Summit, NJ 07902-1027
Tel.: (973) 642-1440, ext. 2

**Mail or FAX back to: (973) 642-4280**

**STATEMENT DATE**
01/06/2021

| INVOICE NUMBER | TRANSACTION DATE | TRANSACTION | INVOICE AMOUNT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 550907182 | 11/30/2020 | INVOICE | 136.37 | | |
| | 12/30/2020 | FINANCE CHARGES | 0.00 | | |
| | | BALANCE | | | 136.37 |

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 136.37 | 0.00 | 0.00 | 0.00 | 136.37 |

**STATEMENT**

*PAYABLE UPON RECEIPT*
*Late payments are assessed a finance charge of 1% per month.*

**AMOUNT DUE** 136.37



| Invoice | 152269-0419M01 |
|---|---|

| Tax ID# | 13-3716338 |
|---|---|
| May 10, 2019 | |

Bill To:   KOSSOFF, PLLC.
217 BROADWAY, SUITE 401
NEW YORK, NY 10007

LWK- 24436

In the matter of:   229 WEST 109 STREET REALTY CORP., .v. ALICIA HIDALGO
Attorney Present:   STEVEN STEINHART
File Number:   79034/18

Deposition taken on May 7, 2019   at the office of KOSSOFF, PLLC., 217 BROADWAY,
SUITE 401, NEW YORK, NY 10007.

For Spanish Interpreter
Standard Interpretation
3 Hours                                                  $285.00

| | |
|---|---|
| Invoice Total: | $285.00 |
| Amount Due: | **$285.00** |

**Please return copy of bill with
your remittance.   Include
invoice number on check:**

| Inv. # | 152269-0419M01 |
|---|---|

Terms: Net 30, 1.5% finance charge after 30 days
We accept Visa, MasterCard and American Express
Pay online at www.LWInterpreting.com

Please note that while Legal World Interpreting Inc. will attempt to accommodate third-party billing requests,
such accommodation in no way relieves the party who ordered the services of their obligation to pay this invoice.

Worldwide Languages / National Coverage

1325 Franklin Ave. Suite 520 Garden City, NY 11530 - 800.254.7891 - 212.766.5900 - Fax 212.766.5905

TRIAL MODE - Click here for more information



**Mutual of Omaha**
Mutual of Omaha Plaza
Omaha, NE 68175

**PERSONAL & CONFIDENTIAL**
KOSSOFF, PLLC AND TENANTRACERS, LLC
JULIA MC NALLY
217 BROADWAY
SUITE 401
NEW YORK  NY  10007

| | |
|---|---|
| Group ID: | G000ALR2 |
| Bill Group ID: | 0001 |
| Due Date: | 03/01/2021 |
| Boston Group Office | |



Billing Tip:
Make sure to include the premium remittance slip if mailing in your payment. This leads to quicker premium processing and more accurate billing.

**Mutual of Omaha**

DETACH HERE AND RETURN THIS SLIP WITH YOUR PAYMENT

*Billing Statement*          *Premium Remittance Slip*          *Invoice Number:* 001176604246
*Please make check or money order payable to Mutual of Omaha.  Return this premium remittance with your payment to ensure proper credit.*



**KOSSOFF, PLLC AND TENANTRACERS, LLC**
**JULIA MC NALLY**
**217 BROADWAY**
**SUITE 401**
**NEW YORK  NY  10007**

| | |
|---|---|
| Group ID: | G000ALR2 |
| Bill Group ID: | 0001 |
| Due Date: | 03/01/2021 |
| Boston Group Office | |

MUTUAL OF OMAHA
PAYMENT PROCESSING CENTER
PO BOX 2147
OMAHA  NE 68103-2147

**TOTAL AMOUNT DUE:  $ 3,077.58**



126201  G000ALR200017  9999999990  D0001565696

# NEW YORK LEGAL FORMS INC.

11 Park Place Lobby
New York, NY 10007
212-619-6012
212-619-4096

# Invoice

| Date | Invoice # |
| --- | --- |
| 3/4/2021 | 8290 |

| Bill To | Ship To |
| --- | --- |
| Kossoff, PLLC<br>217 Broadway RM#401<br>New York NY10007<br>ATT:Julia | Kossoff, PLLC<br>217 Broadway RM#401<br>New York NY10007<br>ATT:Julia |

| P.O. No. | Terms | Due Date |
| --- | --- | --- |
| MASON | Net 30 | 4/3/2021 |

| Item | Description | Qty | UOM | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 1 | SMD17034 1/3 CUT BLUE LEGAL FILE FOLDERS | 1 | BX | 61.95 | 61.95T |
| 2 | SMD17334 1/3 CUT GRAY LEGAL FILE FOLDERS | 1 | BX | 61.95 | 61.95T |
| 3 | SMD17834 1/3 CUT WHITE LEGAL FILE FOLDERS | 1 | BX | 61.95 | 61.95T |
| 4 | UNV10524 1/3 CUT YELLOW LEGAL FILE FOLDERS | 1 | BX | 39.95 | 39.95T |

| | |
| --- | --- |
| Subtotal | $225.80 |
| Sales Tax (8.875%) | $20.04 |
| Total | $245.84 |
| **Balance Due** | $245.84 |



**PM Legal**

PM Legal, LLC

75 Malden Lane, 11th Floor
New York, NY 10038
(212) 233-4040
(212) 732-4327 (fax)
info@pmlegal.com

### STATEMENT (2/7/2020 - 2/10/2021)

TAX ID #

Account: KU

ATTN: KOSSOFF PLLC
KOSSOFF PLLC
217 BROADWAY
NEW YORK, NY 10007

Route: AB1

| Date | Invoice# | Plaintiff | Index # | File # | Balance |
|---|---|---|---|---|---|
| 02/07/20 | 10256935 | 118 EAST 7 LLC | | | 287.40 |
| 03/07/20 | 10261067 | 121 3RD PLACE LLC | | 121Third.Allierl | 2,539.00 |
| 04/07/20 | 10264174 | 145 BLEECKER LLC | | 145Bleecker.Remi | 3,313.00 |
| 04/16/20 | 10265176 | COURT SERVICES | | | 65.40 |
| 05/07/20 | 10265648 | 145 HENRY PARTNERS LLC | | 145Henry.Ortiz(6D | 590.00 |
| 06/07/20 | 10267667 | 227-231 E 59TH PARTNERS LLC | | 147Grand.Duval | 599.00 |
| 07/07/20 | 10270219 | 192 LEXINGTON AVENUE LLC | | 147Grand.Duval | 746.00 |
| 07/31/20 | 10272248 | COURT SERVICES | | | 52.80 |
| 08/07/20 | 10273224 | 192 LEXINGTON AVENUE LLC | | | 1,242.00 |
| 09/08/20 | 10277487 | 122 W. 81 LLC | | | 1,554.00 |
| 09/16/20 | 10280510 | COURT SERVICES | | | 49.80 |
| 10/07/20 | 10281594 | 100 S 4TH ST. LLC | | | 3,697.00 |
| 11/07/20 | 10286225 | 144 ST LLC | | | 2,646.00 |
| 11/16/20 | 10288891 | COURT SERVICES | | | 147.15 |
| 12/07/20 | 10289831 | 160 EAST 48TH STREET OWNER II LLC | | 122W26.Fondue2t | 3,851.80 |
| 12/16/20 | 10291922 | COURT SERVICES | | | 147.15 |
| 01/07/21 | 10292682 | 122 W. 81 LLC | | | 2,616.00 |
| 01/16/21 | 10295648 | COURT SERVICES | | | 196.20 |
| 02/07/21 | 10296662 | 109 ELDRIDGE PARTNERS LLC | | 109Eldridge.Peker | 744.00 |
| | | | | | **25,083.70** |

Page 1



**PrintingHousePress**
10 East 39th Street, 7th Floor
New York, NY 10016
Phone: (212) 719-0990   Fax: (212) 398-9253

# Invoice #70628
*Please refer to invoice number with Payment*

To:   Nicole Sosnowski, Esq.
      Kossoff, PLLC
      217 Broadway, Suite 401
      New York, NY 10007

> **If this invoice is being forwarded to
> a third party for payment, e.g.,
> Insurance Carrier, Law Firm, Client,
> etc., then please cc: to
> ar@phpny.com. Thank you.**

| Invoice Date | Net Terms | Appellate Consultant | Court |
|---|---|---|---|
| 1/25/2021 | Net 30 Days | Paul LaMar | Appellate Division - Second Department |

## Shulem Herman v. 818 Woodward LLC
## Reply Brief

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | 30 Page Reply Brief - 10 Copies (includes covers & binding) @ | 425.00 | 425.00 |
| 1 | Electronic File Production and Review @ | 450.00 | 450.00 |
| 1 | Service and Filing (1st party only) @ | 95.00 | 95.00 |
| 1 | Fed Ex Priority Overnight @ | 41.60 | 41.60 |

*818 Woodward . Sup Ct. Appeal*

| | |
|---|---|
| Subtotal: | 1,011.60 |
| Sales Tax: | 89.77 |
| Total Invoice Amount: | 1,101.38 |
| Payment Received: | 0.00 |
| **Total Amount Due:** | **1,101.38** |

**Please remit payment by:   2/27/2021**

4717 PL 90057    (212) 267-6364    Page 1 of 1



**PrintingHousePress**
10 East 39th Street, 7th Floor
New York, NY 10016
Phone: (212) 719-0990   Fax: (212) 398-9253

# Invoice #70415

*Please refer to invoice number with Payment*

To:   Marina M. Theodoris, Esq.
      Kossoff, PLLC
      217 Broadway, Suite 401
      New York, NY 10007

**If this invoice is being forwarded to a third party for payment, e.g., Insurance Carrier, Law Firm, Client, etc., then please cc: to ar@phpny.com. Thank you.**

| Invoice Date | Net Terms | Appellate Consultant | Court |
|---|---|---|---|
| 1/7/2021 | Net 30 Days | Paul LaMar | Appellate Division - First Department |

### Sokoloff Arts Foundation Inc. v. Nur Ashki Jerrahi Community
### Respondent's Brief

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | 24 Page Respondent's Brief - 8 Copies (includes covers & binding) @ | 400.00 | 400.00 |
| 1 | Typeset Table of Contents @ | 90.00 | 90.00 |
| 2 | Typeset Table(s) of Authorities @ | 125.00 | 250.00 |
| 1 | Printing Specifications Statement @ | 62.50 | 62.50 |
| 1 | Electronic File Production and Review @ | 250.00 | 250.00 |
| 1 | Court Filing @ | 75.00 | 75.00 |

*5-7 White*
*Sokoloff*

|  |  |
|---|---|
| Subtotal: | 1,127.50 |
| Sales Tax: | 100.06 |
| Total Invoice Amount: | 1,227.57 |
| Payment Received: | 0.00 |
| **Total Amount Due:** | 1,227.57 |

**Please remit payment by:   2/7/2021**

Tax ID: ▇▇▇▇▇

4717 PL 89953   (212) 267-6364                Page 1 of 1



**PrintingHousePress**
10 East 39th Street, 7th Floor
New York, NY 10016
Phone: (212) 719-0990   Fax: (212) 398-9253

# Invoice #69620

*Please refer to Invoice number with Payment*

To:   Nicole Sosnowski, Esq.
Kossoff, PLLC
217 Broadway, Suite 401
New York, NY 10007

> **If this invoice is being forwarded to
> a third party for payment, e.g.,
> Insurance Carrier, Law Firm, Client,
> etc., then please cc: to
> ar@phpny.com. Thank you.**

| Invoice Date | Net Terms | Appellate Consultant | Court |
|---|---|---|---|
| 11/10/2020 | Net 30 Days | Paul LaMar | Appellate Division - Second Department |

### Shulem Herman v. 818 Woodward LLC
### Cross Appellant Brief

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 1 | 68 Page Brief - 10 Copies (includes covers & binding) @ | 625.00 | 625.00 |
| 1 | Electronic File Production and Review @ | 575.00 | 575.00 |
| 1 | Service and Filing (1st party only) @ | 95.00 | 95.00 |
| 1 | Fed Ex Priority Overnight @ | 39.20 | 39.20 |

| | |
|---|---|
| Subtotal: | 1,334.20 |
| Sales Tax: | 118.41 |
| Total Invoice Amount: | 1,452.61 |
| Payment Received: | 0.00 |
| **Total Amount Due:** | **1,452.61** |

**Please remit payment by:   12/11/2020**

Tax ID: ▬▬▬▬▬

4717 PL 88849    (212) 267-6364                 Page 1 of 1



**Superior Office Solutions**

49 West 37th Street, 3rd Floor
New York, NY 10018
Ph:(212) 695 5588 Fox:(212) 967 5678

# CONTRACT INVOICE

| | |
|---|---:|
| **Invoice Number:** | 1015305 |
| **Invoice Date:** | 1/21/2021 |
| **Account Number:** | KP02 |
| **Balance Due:** | $656.84 |

**Bill To:**  Kossoff, PLLC
Julia McNally
217 Broadway, Suite#401
New York, NY 10007

**Customer:**  Kossoff, PLLC
217 Broadway, Suite#401
New York, NY 10007

| Account No. | Payment Terms | Due Date | Invoice Total | Balance Due |
|---|---|---|---|---|
| KP02 | Net 30 Days | 2/20/2021 | $656.84 | **$656.84** |

| Invoice Remarks |
|---|
| |

| Contract Number | Contact | Contract Amount | P.O. Number | Start Date | Exp. Date |
|---|---|---|---|---|---|
| 8068IW-03 | | $603.30 | | 10/21/2020 | 10/20/2021 |

| Contract Remarks |
|---|
| Email-Actual meters taken through ImageWare |

**Summary:**

| | |
|---|---:|
| Contract base rate charge for the 1/21/2021 to 4/20/2021 billing period | $591.47 |
| Contract overage charge for the 10/21/2020 to 1/20/2021 overage period | $0.00 ** |
| Supply Shipping | $11.83 |
| **See overage details below | $503.30 |

**Detail:**

**Equipment included under this contract**

### CANON/IR ADV6265

| Number | Serial Number | | Base Adj. | Location |
|---|---|---|---|---|
| 7539 | NML08355 | | $0.00 | Kossoff, PLLC 217 Broadway, Suite#401 New York, NY 10007 IW |

| Meter Type | Meter Group | Begin Meter | End Meter | Credits | Total | Covered | Billable | Rate | Overage |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL 2 (102) | TOTAL 2 | 2,613,705 | 2,656,451 | | 42,746 | 57,000 | 0 | 0.012500 | $0.00 |
| | | | | | | | | | $0.00 |

A late fee of 1.5% per Month with a minimum charge of $5.00 will be assessed on all past due invoices.

| | |
|---|---:|
| Invoice SubTotal | $603.30 |
| Tax: | $53.54 |
| Invoice Total | $656.84 |
| **Balance Due:** | **$656.84** |

# Spectrum
### ENTERPRISE

KOSSOFF PLLC
KEN HATCH
217 BROADWAY
APT 401
NEW YORK, NY 10007-2944

| | |
|---|---|
| Invoice Number: | 058003201030221 |
| Account Number: | 058003201 |
| Invoice Date: | 03/02/21 |
| Due Date: | 03/31/21 |
| Security Code: | 017539 |

## Summary
*Services from 03/01/2021 through 03/31/2021 details on following pages*

| | |
|---|---|
| Previous Statement Balance | $429.96 |
| Payments | $0.00 |
| **Previous Statement Balance Subtotal** | **$429.96** |
| Adjustments | $0.00 |
| Prorated Charges | $0.00 |
| Recurring Charges | $214.98 |
| One Time Charges | $0.00 |
| Taxes, Fees & Surcharges | $0.00 |
| Current Charges Subtotal | $214.98 |
| **BALANCE DUE** | **$644.94** |

**HOW TO CONTACT US**
For Sales, Support, or Billing questions, please contact us at:
1-877-692-4662

**PAYMENT OPTIONS**
Checks:
Time Warner Cable
Box 223085
Pittsburgh PA 15251-2085

ACH/Wire Transfers:
Bank Name: Mellon Bank
ABA Number: 043000261
Account Name: Time Warner Cable
Account Number: 0001215564
Email remit information to:
DL-CASHMGMT-FL@CHARTER.COM

Credit Cards:
http://enterprise.spectrum.com/billpay

To set up an automatic recurring credit card payment:
Call 1-877-692-4662

Thank you for choosing Spectrum Enterprise. We value you as our client and appreciate your prompt payment.

Note: Payments made after 02/20/2021 may not be reflected in the Payments section of this statement. They will appear on the following month's statement.

---

Please detach and enclose this coupon with your payment.

# Spectrum
### ENTERPRISE
1900 BLUE CREST LN
SAN ANTONIO, TX 78247
6810 0225 NO RP 02 03022021 NNNNNNNY 01 003115 0011

KOSSOFF PLLC
KEN HATCH
217 BROADWAY RM 401
NEW YORK NY 10007-2944

**KEN HATCH**
**ACCOUNT NUMBER 058003201**

| | |
|---|---|
| DUE DATE | 03/31/21 |
| PREVIOUS BALANCE SUBTOTAL | $429.96 |
| CURRENT CHARGES SUBTOTAL | $214.98 |
| **BALANCE DUE** | **$644.94** |
| AMOUNT PAID | $ |

TIME WARNER CABLE
BOX 223085
PITTSBURGH, PA 15251-2085

0019900100105800320178000064494


**TIAA Bank**
PO BOX 911608
DENVER CO 80291-1608

### Remittance Section

| | |
|---|---|
| Contract Number | 41257061 |
| Invoice Date | 11/30/2020 |
| Due Date | 12/20/2020 |
| **Total Due** | **$5,182.96** |

**Amount Paid** $_____

4334000336    PRESORT PBPS001 <B4>

KOSSOFF, PLLC
217 BROADWAY SUITE 401
NEW YORK NY 10007-2944

Write your contract number and make check payable to:

TIAA COMMERCIAL FINANCE, INC.
PO BOX 911608
DENVER CO 80291-1608

000412570612020113000005182960

*Please return above portion with your payment. Do not enclose correspondence.*

### Account Information

KOSSOFF, PLLC
217 BROADWAY SUITE 401
NEW YORK NY 10007-2944

| | |
|---|---|
| Contract Number | 41257061 |
| Invoice Number | 7739450 |
| Invoice Date | 11/30/2020 |
| Due Date | 12/20/2020 |
| Total Due | $5,182.96 |

### Summary of Charges

| | |
|---|---|
| Previous Balance | $4,535.09 |
| Current Charges | $647.87 |
| Total Due | $5,182.96 |

### Important Messages

**URGENT!**

Your account has a past due balance. If you have not done so already, please contact us at 1.866.653.8795 to make payment arrangements.

### Sales Tax

If equipment located in AL, DE, Chicago IL, or NM; the Sales Tax amount may include AL Rental Tax, DE Use/Lease Tax, Chicago Transaction Tax, or NM Gross Receipts Tax. If you have questions regarding Sales Tax, please contact us at 1.866.653.8795.

### Online Access and Overnight Payments

View your account at - FinanceService.TIAABank.com

**For Overnight Payments Only:**
TIAA COMMERCIAL FINANCE INC.
1700 Lincoln Street
Lower Level 3 - Dept #1608
Denver, CO 80203
Please be advised that we will assess a $35 fee against your account for any submitted check or ACH payment that is rejected due to non-sufficient funds.

### Questions and Correspondence

Email: clientsupport@financeservicecenter.com
Phone: 1.866.650.8795

Send Correspondence to:
TIAA Commercial Finance, Inc.
PO Box 1283
Charlotte, NC 28201-1283
(Do Not Mail Payments To This Address)

Insurance Questions (Great American Insurance Co):
Phone: 1.866.223.6365
Email: cs-seattle@gaig.com



FLORES. TRANSFER

**TitleVest Agency, LLC**
*110 E. 42nd Street, 10th Floor*
*New York, NY 10017*
*Phone: 212.757.5800*
*/Fax: 212.757.0466*

### Invoice

To: Kossoff PLLC
217 Broadway, Suite 401
Suite 401
New York NY 10007

| | |
|---|---|
| Invoice No: | 13056-1305621459 |
| Date: | 08-NOV-19 |
| | |
| Our File No: | AQU720967 |
| Title Officer: | Eric Mcgivern |
| Escrow Officer: | |
| | |
| Customer ID: | NY1305633 |
| Bill to ID: | NYORK-NY1305633 |

Attention: Bessie Hadjigeorghi
Your Reference No:

RE: Property:
93-46 202ND STREET,,NY,,USA

Liability Amounts
Owner's Liability: $0.00

Buyers: VERONICA FLORES
Sellers: JOSE FLORES

Lenders Liability: $0.00

| Description of Charge | | | | | |
|---|---|---|---|---|---|
| Date | Line Number | Description | Quantity | Unit Price | Amount |
| 08-NOV-19 | 1 | Transaction Tax Form Service Fee | 1 | $150.00 | $150.00 |

**INVOICE TOTAL**              $150.00

Payment Terms: Due On Receipt

Payment

--------- Balance Due ---------                    $150.00

Comments:

### Thank you for your business!

*To assure proper credit, please send a copy of this invoice and payment to:*
*Attention: Accounts Receivable Department*

UnitedHealthcare
Oxford
UnitedHealthcare Oxford Health Plans
4 Research Drive
Shelton, CT 06484

| Manage your Account |
| --- |
| www.oxfordhealth.com |
| Invoice No: 308860595773 |
| Invoice Date: 03/05/2021 |
| Customer No: 1346093 |
| Bill Group No: 256313 |
| Coverage Period: 04/01/2021 - 04/30/2021 |
| Due Date: 04/01/2021 |

0662DREGULARBW0003006-09648-01
KOSSOFF PLLC
VERONICA FLORES
217 BROADWAY RM 401
NEW YORK NY 10007-2944

## Account Summary

| | |
| --- | --- |
| Previous Balance | $112,015.35 |
| Payments (-) | -$58,521.67 |
| Account Adjustments (+/-) | $0.00 |
| Current Charges (+) | $57,640.48 |
| **Total Balance Due** | **$111,134.16** |

*57640.48*

## Thank you for your business.

### About Your Payment

We offer several payment options to help you manage your account.

**Pay Online.** Go to www.oxfordhealth.com to make a one-time payment or schedule monthly payments directly from your bank account.

**Pay By Phone.** Call **1-888-201-4216**, TTY 711, 24 hours a day, 7 days a week, to make a payment directly from your bank account.

**Pay By Check.** Use the enclosed envelope to send us your payment. Your payment must be sent to the address on the form below to ensure it is applied to your account. Checks returned for lack of funds or checks that can't be cashed for any reason are not considered payment.

**Payment is due in full on or before the due date above. If full payment is not received by the end of your grace period, your coverage may be terminated as stated in your policy requirements. If a premium payment is deposited late, it does not automatically mean we will accept the premium.**

Please detach and return with your payment.

| Customer Name | Customer Number | Payment Due Date | Invoice # |
| --- | --- | --- | --- |
| KOSSOFF, PLLC | 1346093 | 04/01/2021 | 308860595773 |

**Send payment to:**

UHS Premium Billing
PO BOX 94017
Palatine, IL 60094-4017

Minimum Amount Due: $111,134.16

**Amount Enclosed**

| | | | | | | | | | | | | | | . | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

308863714600100000111134163088605957733