# EXHIBIT B

# MATRIX OF CREDITORS
# AND/OR CLAIMANTS

Kossoff PLLC
21-10699
Page One                    **MATRIX OF CREDITORS
                             AND/OR CLAIMANTS***


Ace Funding
(address unknown)
info@acefundingsource.cash
(631) 766-3425

Apex Funding
(address unknown)
c/o Josh Eisenberg
(848) 373 – 4898
(786) 600 – 3611

Biz Funding
(no information available)

Capital Stack, LLC
c/o Eprodigy – Attention: Brian
90 Broad Street
New York, New York 10004
(813) 340-0593

Cedar Advance, LLC
2917 Avenue I
Brooklyn, New York 11210
funding@cedaradvance.com
(718) 400 – 9030

Columbus Properties, Inc.
Attention: John Dimurro
217 Broadway – 7th Floor
New York, New York 10007

Kossoff PLLC
21-10699
Page Two

Elite Enterprises of NY, Inc.
247-44 90th Avenue
Bellerose, NY 11426

Glo Funding
Attention: Andy Getreu
(address unknown)
andy@onewayfunding.com
(516) 444-0804

World Global Funding, LLC
Attn.: Marcus Elias
Adar Realty Mgmt.
5309 13th Avenue
Brooklyn, New York 11219
(732) 385 – 5550 ext. 108

Pamela Kossoff



Phyllis Kossoff



Togut, Segal & Segal
One Pennsylvania Plaza
Suite 3335
New York, NY 10119

Kossoff PLLC
21-10699
Page Three

SBA/Valley National Bank
Attn.  Hugh Rabjohns, 1902 N. Avenida DeCuba
Tampa, Florida 33605
hrabjohns@Valley.Com.

Employees of Kossoff PLLC
See address list attached

Department of the Treasury
Internal Revenue Service,
Cincinnati, Ohio 45999-0038.

Internal Revenue Service
P.O. box 7346,
Philadelphia, PA 19101-7346

NYS Department of Taxation and Finance
Attn: Office of Counsel
Building 9, W A Harriman Campus
Albany, NY 1227.

Univest Capital Inc.
P.O. Box 1329
Bensalem PA 19020-1329.

American Express National Bank
c/o Anthony J. Miglaccio, Esq,
200 Vesey Street, NY, NY 10285.

John Boswell
330 East 38th Street, Apt. 46-1
New York, New York 10016

Kossoff PLLC
21-10699
Page Four

Evan Xenopoulos
c/o Paul Petras, Esq.
60 Hillside Avenue,
Manhasset, NY 11030-2230

Ernest Perevoski
3463 State Street, #511,
Santa Barbara, California 93105

Michael Besen
381 Park Avenue South,
New York, New York 10016

Chad Eggers
185 East 85th Street
NY, NY 10028

The Estate of Peyton
c/o Angela Easley
1700 Binford Court
Richmond, Virginia 23223

Irwin Ostrega
322 West 57th Street, Apt. 41-S
NY, NY 10019

Giorgio Angelini/ Gran Sabana Corporation N.V.
4299 NW 36th Street, Suite #1
Miami Springs, Florida 33139

David Svenson and Katherine El-Hillow
35 Charter Oak Lane
New Canaan CT 06840

**Kossoff PLLC**
**21-10699**
**Page Five**

Georgica Capital Partners, LLC
c/o Curtis Sachs, 155 East 55th Street
Suite 5F, NY,NY 10022

Louis and Jeanmarie Giordano
48 Strong Place
Brooklyn, NY 11231

Coco-Mat 49 Mercer LLC
c/o Berliner & Pilson,
40 Cutter Mill Road, Suite 308
Great Neck, NY 11021

118 Duane, LLC and Decker Associates
c/o United American Land,
73 Spring Street, 6th Floor,
NY, NY 10012

Aurora Capital Assets
c/o SCF Management LLC,
1407 Broadway, 41st Floor,
NY, NY 10018

Sasson Real Estate Group
42 Main Street, Suite 203,
Nyack, NY 10960

537 Realty Associates LLC
c/o Rob Yaffa ,
30 East 81st Street, Apt. 11B.
New York, NY 10028

**Kossoff PLLC**
**21-10699**
**Page Six**

Jonathan Ostrow
1 Meadow Road,
Old Westbury, NY 11568

Heiner Friedrich
182 Sagg Road,
Sagaponack, NY 11962

Jason Breitstone
39 Bramble Lane,
Melville, NY 11747

David Shorenstein
130 West 19th Street
PHB1, NY, NY 10011

SSM Realty Group II LLC
c/o Borah Golstein, Altschuler Nahins & Goldel,P.C.,
377 Broadway, 6th Floor,
NY, NY 10013

Prince Street Holdings
c/o Meister Seelig & Fein LLP
125 Park Avenue, 7th Floor,
NY, NY 10017

Suydam 1, LLC and 818 Woodward LLC
c/o Smith Buss & Jacobs LLP
733 Yonkers Avenue, Suite 200
Yonkers, NY

**Kossoff PLLC**
**21-10699**
**Page Seven**

3432 43rd LLC and 5557 LLC
c/o Albanese & Albanese,
1050 Franklin Avenue,
Garden City, New York 11530

Valley National Bank
One Jericho Plaza, Suite 107,
Jericho, NY 11753

AT&T Teleconference Services
PO Box 5002
Carol Stream, Illinois 60197-5002

American Express
43 Butterfield Circle
El Paso, Texas 79906
Attn – Suboena Response Unit

Bolton-St. Johns, LLC
146 State Street
Albany, NY 12207

Cannon Financial Services, Inc.
14904 Collections Center Drive
Chicago, Illinois 60693-0149

Citi-Tel Hosting Solutions, LLC
25 Willowdale Avenue
Port Washington, NY 11050

CNA Insurance
PO Box 74007619
Chicago, Illinois 60674-7619

**Kossoff, PLLC**
**21-10699**
**Page Eight**

Community Housing Improvement Program
5 Hanover Square Suite 1605
New York, NY 10004

Crown Castle Fiber LLC
PO Box 28730
New York, NY 10087-8730

Dickinson & Avella, PLLC
111 Washington Avenue Suite 702
New York, NY 12110

Gregory Edwards
4301 Garden City Drive
Suite 420
Hyattsville, MD 20785

The Hartford
PO Box 660916
Dallas, Texas 75266-0916

Ives & Sultan
100 Crossways Park Dr. West
Suite 206
Woodbury, NY 11797-2012

Kantola Training Solutions LLC
55 Sunnyside Avenue
Mill Valley, California 94941

Lawyers Diary and Manual
PO Box 1027
Summit, NJ 07902-1027

**Kossoff PLLC**
**21-10699**
**Page Nine**

Legal-World Interpreting
1325 Franklin Avenue
Suite 520
Garden City, NY 11530

Mutual of Omaha
Mutual of Omaha Plaza
Omaha, NE 6815

New York Legal Forms Inc.
11 Park Place
New York, NY 10007

PM Legal, LLC
75 Maiden Lane
11th Floor
New York, NY 10038

PrintingHouse Press
10 East 39th Street, 7th Floor
New York, NY 10016

Superior Office Solutions
49 West 37th Street
New York, NY 10018

Spectrum Enterprise
1900 Blue Crest Lane
San Antonio, TX 78247

TIAA Bank
PO Box 911608
Denver, Colorado 80291-1608

**Kossoff PLLC**
**21-10699**
**Page Ten**

TitleVest Agency, LLC
110 East 42nd Street
10th Floor
New York, NY 10017

UnitedHealthcare
Oxford Health Plans
4 Research Drive
Shelton, CT 06484

*This chart is complete based upon the information available to the designated
representative; however, it is noted that materials in the DA's possession, the
trustee's possession and/or are otherwise not available to the undersigned would
more than likely add additional creditors and/or claimants to the within matrix.

Mitchell H. Kossoff, Designated Representative on November 30, 2021

# EMPLOYEE SUMMARY

## Employee Summary

*Handwritten note:* CROSSED OUT EMPLOYEES WERE UPON INFORMATION AND BELIEF NOT WORKING asof 1/1/21

*Handwritten:* 21171837 - RX/GAX

**Pay Frequency: Weekly**

### Alexandre, Quentin A
360 West 43rd Street
Apt S23D
New York, NY 10036
Home Phone:
Mobile:
Salary Per Pay: 1442.31
SSN: xxx-xx-xxxx
Hire Date: 10/28/2019
Status: Active
Emp Type: Full time

| Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 13,480.79 | 0.00 | FIT | Married/1 | 1,124.85 | New York voluntary disability | 0.50% | 5.40 | Check |
| Regular | 12,980.79 | 0.00 | SOCSEC | | 808.52 | Medical pre-tax | 22.04 | 176.32 | |
| Bonus | 500.00 | 0.00 | MEDCARE | | 189.09 | Transit pass pre-tax | 29.31 | 263.79 | |
| | | | NY SIT | Married/1 | 648.01 | | | | |
| | | | NY PFL | | 20.68 | | | | |
| | | | NY-New York City Resident | | 445.73 | | | | |
| | | | LIT | | | | | | |

### Almodovar, Jennifer
29-50 170th Street
Flushing, NY 11358
Home Phone:
Mobile:
Salary Per Pay: 1125.00
SSN: xxx-xx-xxxx
Hire Date: 9/17/2016
Status: Active
Emp Type: Full time

| Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 58,000.00 | 0.00 | FIT | Married - but withhold at higher single rate/0 FIT - Addtl $5.00 | 5,409.50 | New York voluntary disability | 0.55% | 31.20 | Check |
| Regular | 58,500.00 | 0.00 | SOCSEC | | 3,274.38 | Medical pro-tax | 53.81 | 3,058.12 | |
| Bonus | 500.00 | 0.00 | MEDCARE | | 765.78 | Transit pass pre-tax | 62.31 | 3,129.24 | |
| | | | NY SIT | Married/1 | 2,421.07 | | | | |
| | | | NY PFL | | 89.44 | | | | |
| | | | NY-New York City Resident | | 1,557.84 | | | | |
| | | | LIT | | | | | | |

### Arzeno-Barbanno, Paola
193 Clinton Avenue
Apt 5A
Brooklyn, NY 11205
Home Phone:
Mobile:
Salary Per Pay: 2500.00
SSN: xxx-xx-xxxx
Hire Date: 1/12/2015
Status: Active
Emp Type: Full time

| Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 120,615.44 | 0.00 | FIT | Single/2 | 19,335.71 | New York voluntary disability | 0.50% | 31.20 | Check |
| Regular | 119,615.44 | 0.00 | SOCSEC | | 7,295.47 | Medical pre-tax | 27.70 | 1,440.40 | |
| Bonus | 1,000.00 | 0.00 | MEDCARE | | 1,706.20 | Transit pass pre-tax | 29.31 | 1,506.18 | |
| | | | NY SIT | Single/Head of Household/2 | 6,667.07 | | | | |
| | | | NY PFL | | 107.97 | | | | |
| | | | NY-New York City Resident | | 4,378.08 | | | | |
| | | | LIT | | | | | | |

### Barrera, Maire
6024 20 Avenue
Apt 2R
Brooklyn, NY 11204
Home Phone: 7182563586
Mobile:
Salary Per Pay: 1826.92
SSN: xxx-xx-xxxx
Hire Date: 6/2/2014

| Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 95,499.84 | 0.00 | FIT | Single/0 | 15,734.21 | New York voluntary disability | 0.50% | 31.20 | Check |
| Regular | 94,999.84 | 0.00 | SOCSEC | | 5,823.96 | Life insurance | 6.26 | 325.52 | |
| Bonus | 500.00 | 0.00 | MEDCARE | | 1,362.05 | Transit pass pre-tax | 30.46 | 1,565.07 | |
| | | | NY SIT | Single/Head of Household/0 | 5,687.52 | | | | |
| | | | NY PFL | | 107.97 | | | | |
| | | | NY-New York City Resident | | 3,456.37 | | | | |
| | | | LIT | | | | | | |

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Status: Active** <br> Emp Type: Full time | | | | | | | | | | |
| **Black, Ron** <br> 1384 York Avenue <br> New York, NY 10021 <br> Home Phone: <br> Mobile: <br> Salary Per Pay: 2019.23 <br> SSN: xxx-xx-xxxx <br> Hire Date: 3/19/2012 <br> Status: Active <br> Emp Type: Full time | Gross <br> Regular <br> Bonus | 107,519.19 <br> 107,019.19 <br> 500.00 | 0.00 <br> 0.00 <br> 0.00 | FIT <br> SOCSEC <br> MEDCARE <br> NY SIT <br> <br> NY PFL <br> NY-New York <br> City Resident <br> LIT | Single/00 <br> <br> <br> Single/Head of Household/00 | 18,607.23 <br> 6,599.65 <br> 1,543.47 <br> 5,880.19 <br> <br> 107.97 <br> 3,978.35 <br> 1 | New York voluntary disability <br> Medical pre-tax 1 | 0.50% <br> <br> 20.54 | 31.20 <br> <br> 1,073.28 | Check |
| **Boothe, Andrenae** <br> 3310 Avenue H <br> Apt 2J <br> Brooklyn, NY 11210 <br> Home Phone: <br> Mobile: <br> Salary Per Pay: 1923.08 <br> SSN: xxx-xx-xxxx <br> Hire Date: 8/21/2006 <br> Status: Active <br> Emp Type: Full time | Gross <br> Regular <br> Bonus <br> Misc pay | 100,693.16 <br> 100,000.16 <br> 500.00 <br> 193.00 | 0.00 <br> 0.00 <br> 0.00 <br> 0.00 | FIT <br> SOCSEC <br> MEDCARE <br> NY SIT <br> <br> NY PFL <br> NY-New York <br> City Resident <br> LIT. | Single/00 <br> <br> <br> Single/Head of Household/00 | 16,111.00 <br> 5,921.20 <br> 1,384.80 <br> 5,188.48 <br> <br> 107.97 <br> 3,623.11 | New York voluntary disability <br> Medical pre-tax <br> Life Insurance <br> Transit pass pre-tax | 0.50% <br> <br> 70.80 <br> 2.13 <br> 29.31 | 31.20 <br> <br> 3,683.73 <br> 110.76 <br> 1,506.18 | Check |
| **Buchanan, Carla Y** <br> 128 Christopher Street <br> Montclair, NJ 07042 <br> Home Phone: <br> Mobile: <br> Salary Per Pay: 3557.69 <br> SSN: xxx-xx-xxxx <br> Hire Date: 11/18/2014 <br> Status: Active <br> Emp Type: Full time | Gross <br> Regular <br> Bonus | 173,980.63 <br> 172,980.63 <br> 1,000.00 | 0.00 <br> 0.00 <br> 0.00 | FIT <br> SOCSEC <br> MEDCARE <br> NY SIT <br> <br> NY PFL <br> NY-New York <br> City Resident <br> LIT | Single/4 <br> <br> <br> Single/Head of Household/4 | 30,549.73 <br> 8,239.80 <br> 2,480.09 <br> 10,646.83 <br> <br> 107.97 <br> 0.00 | New York voluntary disability <br> Parking pass pre-tax <br> Transit pass pre-tax | 0.50% <br> <br> 0.00 <br> 61.15 | 31.20 <br> <br> 244.60 <br> 2,695.60 | Check |
| **Cohen, Michael I** <br> 25 Elisabeth Street <br> Farmingdale, NY 11735 <br> Home Phone: <br> Mobile: <br> Salary Per Pay: 2596.15 <br> SSN: xxx-xx-xxxx <br> Hire Date: 5/10/2010 <br> Status: Active | Gross <br> Regular <br> Bonus | 135,998.80 <br> 134,998.80 <br> 1,000.00 | 0.00 <br> 0.00 <br> 0.00 | FIT <br> SOCSEC <br> MEDCARE <br> NY SIT <br> <br> NY PFL | Single/00 <br> <br> <br> Single/Head of Household/00 | 24,169.56 <br> 8,414.00 <br> 1,874.24 <br> 7,692.26 <br> <br> 107.97 | New York voluntary disability <br> Medical pre-tax 1 <br> Life insurance 1 <br> Transit pass pre-tax | 0.50% <br> <br> 70.80 <br> 74.30 <br> 58.85 | 31.20 <br> <br> 3,681.60 <br> 3,863.50 <br> 3,060.20 | Check |

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Conrad, Matthew A** 204 East 77th Street Apt 4D New York, NY 1007 Home Phone: Mobile: Salary Per Pay: 1,346.16 SSN: xxx-xx-xxxx Hire Date: 9/10/2018 Termination Date: 6/28/2019 Last Day Worked: 6/27/2019 Status: Terminated Emp Type: Full time | Gross Regular | 35,000.16 35,000.16 | 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT NY PFL NY-New York City Resident LIT | Single/0 Single/Head of Household/0 | 5,047.54 2,123.98 496.71 1,754.09 53.56 1,192.62 | New York voluntary disability Transit pass pre-tax | 0.50% 29.31 | 15.60 743.99 | Check |
| **Coorla, Cassandra** 140 Bellamy Loop Apt 9C Bronx, NY 10475 Home Phone: Mobile: Salary Per Pay: 1,442.31 SSN: xxx-xx-xxxx Hire Date: 7/28/2014 Status: Active Emp Type: Full time | Gross Regular Bonus | 75,500.12 75,000.12 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT NY PFL NY-New York City Resident LIT | Single/1 Single/Head of Household/1 | 10,148.17 4,548.37 1,062.56 3,726.98 107.97 2,635.34 | New York voluntary disability Life Insurance Loan Transit pass pre-tax | 0.50% 3.24 100.00 42.69 | 31.20 168.48 210.00 2,219.88 | Check |
| **Coorla, Raven** 1270 Ocean Avenue Apt 1C Brooklyn, NY 11230 Home Phone: Mobile: Salary Per Pay: 1250.00 SSN: xxx-xx-xxxx Hire Date: 7/7/2008 Status: Active Emp Type: Full time | Gross Regular Bonus | 54,250.00 53,750.00 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT NY PFL NY-New York City Resident LIT | Single/1 Single/Head of Household/1 | 6,025.93 3,083.86 723.56 2,414.71 82.13 1,845.25 | New York voluntary disability Medical pre-tax 1 Life Insurance | 0.59% 101.14 1.73 | 25.80 4,349.07 74.59 | Check |
| **Cronin, Michael P** 139 Apple Hill Wethersfield, CT 06 Home Phone: Mobile: Hourly: 0.000 SSN: xxx-xx-xxxx Hire Date: 5/3/2019 Status: Active Emp Type: Full time | Gross Regular | 12,000.00 12,000.00 | 0.00 400.00 | FIT SOCSEC MEDCARE NY SIT NY PFL | Single/2 Single/Head of Household/2 | 1,327.40 744.00 174.00 577.80 18.40 | New York voluntary disability | 0.50% | 6.00 | Check |

## Employee Summary

### Cuttita, Michael F

92 Fr Capodanno Blvd
Staten Island, NY 10305
Home Phone:
Mobile:
Salary Per Pay: 2403.85
SSN: xxx-xx-xxxx
Hire Date: 8/30/2016
Status: Active
Emp Type: Full time
Termination Date: 8/9/2019
Status: Terminated
Emp Type: Temporary

| Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 113,980.95 | 0.00 | FIT | Single/1 | 18,250.04 | New York voluntary disability | 0.50% | 31.20 | Check |
| Regular | 112,980.95 | 0.00 | SOCSEC | | 6,749.96 | | | | |
| Bonus | 1,000.00 | 0.00 | MEDCARE | | 1,578.62 | Medical pre-tax 1 | 41.63 | 2,164.76 | |
| | | | NY SIT | Single/Head of Household/1 | 6,077.27 | | | | |
| | | | NY PFL | | 107.97 | Life Insurance | 2.76 | 143.52 | |
| | | | NY-New York City Resident LIT | | 4,047.41 | Transit pass pre-tax | 57.23 | 2,945.93 | |

### Dylewski, Christopher

35-12 24th Avenue
Astoria, NY 11103
Home Phone:
Mobile:
Salary Per Pay: 4280.77
SSN: xxx-xx-xxxx
Hire Date: 1/5/2015
Status: Active
Emp Type: Full time

| Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 211,384.54 | 0.00 | FIT | Single/2 | 44,155.57 | New York voluntary disability | 0.50% | 31.20 | Check |
| Regular | 210,384.54 | 0.00 | SOCSEC | | 8,239.80 | | | | |
| Bonus | 1,000.00 | 0.00 | MEDCARE | | 3,033.69 | Medical pre-tax 1 | 41.63 | 2,164.76 | |
| | | | MEDCARE-HI | | 82.98 | | | | |
| | | | NY SIT | Single/Head of Household/2 | 13,518.15 | | | | |
| | | | NY PFL | | 107.97 | | | | |
| | | | NY-New York City Resident LIT | | 8,268.83 | | | | |

### Eiben, Matthew E

225 Grand Street
Apt 1214
Jersey City, NJ 07302
Home Phone:
Mobile:
Salary Per Pay: 4926.92
SSN: xxx-xx-xxxx
Hire Date: 6/29/2015
Status: Active
Emp Type: Full time

| Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 239,519.84 | 0.00 | FIT | Single/0 | 54,352.50 | New York voluntary disability | 0.50% | 33.00 | Check |
| Regular | 224,326.77 | 0.00 | SOCSEC | | 8,239.80 | | | | |
| Bonus | 1,000.00 | 0.00 | MEDCARE | | 3,412.98 | Medical pre-tax 1 | 58.81 | 3,058.12 | |
| Commission | 14,193.07 | 0.00 | MEDCARE-HI | | 318.40 | | | | |
| | | | NY SIT | Single/Head of Household/0 | 15,249.05 | Life Insurance | 2.02 | 105.04 | |
| | | | NY PFL | | 107.97 | Transit pass pre-tax | 24.46 | 1,083.76 | |

### Elem, Ashley R

12 Brooklyn Avenue
Apt 411
Valley Stream, NY 11581
Home Phone:
Mobile:
Salary Per Pay: 2403.85
SSN: xxx-xx-xxxx
Hire Date: 9/29/2014

| Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|
| Gross | 118,788.65 | 0.00 | FIT | Single/10 | 10,531.98 | New York voluntary disability | 0.50% | 31.20 | Check |
| Regular | 117,788.65 | 0.00 | SOCSEC | | 7,033.52 | | | | |
| Bonus | 1,000.00 | 0.00 | MEDCARE | | 1,644.94 | Medical pre-tax 1 | 41.63 | 2,164.76 | |
| | | | NY SIT | Single/Head of Household/10 | 5,734.33 | Life Insurance | 1.62 | 84.24 | |
| | | | NY PFL | | 107.97 | Transit pass pre-tax | 62.31 | 3,180.00 | |

Company: Kossoff PLLC
Year: 2019, Quarter: 4

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Fang, Peter**<br>160 Claremont Avenue<br>#5D<br>New York, NY 10027<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1442.31<br>SSN: xxx-xx-xxxx<br>Hire Date: 8/20/2018<br>Status: Active<br>Emp Type: Full-time | Gross<br>Regular<br>Bonus<br>Misc pay | 62,249.42<br>61,538.42<br>500.00<br>211.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br><br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/1<br><br><br>Single/Head of<br>Household/1 | 6,862.13<br>3,617.37<br>846.00<br>2,769.24<br><br>94.59<br>1,910.23 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>1<br>Life Insurance<br>Transit pass<br>pre-tax | 0.50%<br><br><br>41.63<br><br>5.08<br>33.46 | 31.20<br><br><br>2,164.76<br><br>264.16<br>1,739.92 | Check |
| **Farley, Jessica**<br>23-51 32nd Street<br>Apt. D3<br>Astoria, NY 11105<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1442.31<br>SSN: xxx-xx-xxxx<br>Hire Date: 4/1/2013<br>Status: Active<br>Emp Type: Full-time | Gross<br>Regular<br>Bonus | 73,096.12<br>72,596.12<br>500.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br><br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/2<br><br><br>Single/Head of<br>Household/2 | 8,697.40<br>4,397.74<br>1,028.50<br>3,517.83<br><br>107.97<br>2,392.29 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>1<br>Life Insurance | 0.50%<br><br><br>41.63<br><br>1.62 | 31.20<br><br><br>2,164.76<br><br>84.24 | Check |
| **Favilukis, Vladimir**<br>323 East 8th Street<br>Apt. G<br>New York, NY 10009<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 6250.00<br>SSN: xxx-xx-xxxx<br>Hire Date: 1/28/2019<br>Status: Active<br>Emp Type: Full-time | Gross<br>Regular<br>Bonus<br>Commission | 361,000.00<br>300,000.00<br>1,000.00<br>50,000.00 | 0.00<br>0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>MEDCARE-HI<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/1<br><br><br><br>Single/Head of<br>Household/1 | 93,409.45<br>8,239.80<br>5,645.47<br>1,331.67<br>24,485.95<br>107.97<br>14,197.97 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>1<br>Life Insurance<br>Transit pass<br>pre-tax | 0.50%<br><br><br>39.23<br><br>1.85<br>25.38 | 31.20<br><br><br>1,843.81<br><br>86.95<br>1,192.86 | Check |
| **Feldman, Stacie B**<br>325 East 77th Street<br>Apt #3E<br>New York, NY 10075<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 8076.92<br>SSN: xxx-xx-xxxx | Gross<br>Regular<br>Bonus<br>Commission | 441,397.60<br>419,134.46<br>1,000.00<br>21,263.14 | 0.00<br>0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>MEDCARE-HI<br>NY SIT<br>NY PFL | Single/2<br><br><br><br>Single/Head of<br>Household/2 | 121,579.78<br>8,239.80<br>6,951.81<br>2,142.50<br>30,908.55<br>107.97 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>1<br>Life insurance<br>Transit pass<br>pre-tax | 0.50%<br><br><br>41.63<br><br>13.15<br>0.00 | 31.50<br><br><br>2,164.76<br><br>683.80<br>1,176.90 | Check |

## Employee Summary

| Employee Information | Earnings Description | Earnings YTD Amount | YTD Hours | Taxes Description | Taxes YTD Amount | Whithholding/Overrides | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Hire Date: 10/7/2013<br>Status: Active<br>Emp Type: Full time | | | | NY-New York City Resident<br>LIT | 17,935.51 | | | | | |
| Flores, Joseph A<br>93-46 202nd Street<br>Hollis, NY 11423<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1250.00<br>SSN: xxx-xx-xxxx<br>Hire Date: 2/16/2012<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus<br>Misc pay | 65,640.00<br>65,000.00<br>500.00<br>140.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOOSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York City Resident<br>LIT | 8,350.01<br>3,773.59<br>882.53<br>3,018.87<br>190.54<br>2,065.06 | Single/0<br>Single/Head of Household/0 | New York voluntary disability<br>Medical pre-tax<br>1<br>Life Insurance<br>Transit pass pre-tax | 0.50%<br>30.10<br>1.62<br>82.51 | 31.20<br>1,596.98<br>84.24<br>3,176.69 | Check |
| Flores, Veronica<br>150 Mineola Boulevard<br>Apt 2N<br>Mineola, NY 11501<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1316.35<br>SSN: xxx-xx-xxxx<br>Hire Date: 1/1/2012<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 68,950.20<br>68,450.20<br>500.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOOSEC<br>MEDCARE<br>NY SIT | 13,311.80<br>4,274.91<br>999.78<br>4,377.68 | Single/0<br>FIT - Addtl<br>$68.27<br>Single/Head of Household/00<br>NY SIT - Addtl<br>$12.05 | | | | Check |
| Fotopoulos, Alexander<br>30-80 23rd Street<br>Astoria, NY 11102<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 3846.15<br>SSN: xxx-xx-xxxx<br>Hire Date: 8/21/2013<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus<br>Commission | 204,893.84<br>200,961.34<br>1,000.00<br>2,932.50 | 0.00<br>0.00<br>0.00<br>0.00 | FIT<br>SOOSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York City Resident<br>LIT | 32,393.55<br>8,239.80<br>2,882.57<br>12,994.97<br>107.97<br>7,806.77 | Married/1<br>Married/1 | New York voluntary disability<br>Medical pre-tax<br>1<br>Life Insurance<br>Parking pass pre-tax | 0.50%<br>61.88<br>1.62<br>60.00 | 31.20<br>3,200.52<br>84.00<br>2,895.36 | Check |
| Friedman, Dana<br>29-36 211th Street<br>Bayside, NY 11360<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1923.08<br>SSN: xxx-xx-xxxx<br>Hire Date: 5/6/2013<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 100,260.16<br>100,000.16<br>250.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOOSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York City Resident<br>LIT | 16,335.29<br>5,971.42<br>1,395.54<br>5,245.39<br>107.97<br>3,559.43 | Single/00<br>Single/Head of Household/00 | New York voluntary disability<br>Medical pre-tax<br>1 | 0.50%<br>75.71 | 31.20<br>3,936.92 | Check |

Company: Kossoff PLLC
Year: 2019, Quarter: 4

## Employee Summary

| Employee Information | Earnings Description | Earnings YTD Amount | YTD Hours | Taxes Description | Withholding/ Overrides | Taxes YTD Amount | Deductions Description | Per Pay | Deductions YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Georgis, Tara M<br>135-08 227th Street<br>Laurelton, NY 11413<br>Home Phone: 347-xxx-9878<br>Mobile:<br>Salary Per Pay: 965.38<br>SSN: xxx-xx-xxxx<br>Hire Date: 7/21/2014<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 43,595.93<br>43,095.93<br>500.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/1<br><br><br>Single/Head of Household/1 | 3,850.04<br>2,573.89<br>601.96<br>1,785.49<br>?65.74<br>1,229.08 | New York voluntary disability<br>Medical pre-tax 1 | 0.50%<br>41.63 | 30.00<br>2,081.50 | Check |
| Gilkes, Francoesa<br>65 East 96th Street<br>Brooklyn, NY 11212<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1192.31<br>SSN: xxx-xx-xxxx<br>Hire Date: 12/30/2013<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 62,500.12<br>62,000.12<br>500.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Married/1<br><br><br>Married/1 | 4,434.03<br>3,504.38<br>819.57<br>2,651.51<br>?94.64<br>1,811.38 | New York voluntary disability<br>Medical pre-tax 1<br>Life Insurance 1<br>Transit pass pre-tax | 0.50%<br>86.00<br>2.13<br>29.31 | 31.20<br>4,472.00<br>110.76<br>1,506.18 | Check |
| Grasso, Meredith P<br>408 East 73rd Street<br>Apt 2D<br>New York, NY 10021<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2786.46<br>SSN: xxx-xx-xxxx<br>Hire Date: 12/1/2014<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 145,999.92<br>144,999.92<br>1,000.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/3<br><br><br>Single/Head of Household/3 | 24,235.67<br>8,239.80<br>2,063.77<br>8,496.11<br>107.97<br>5,382.84 | New York voluntary disability<br>Medical pre-tax 1<br>Life Insurance 1<br>Transit pass pre-tax | 0.50%<br>41.63<br>5.08<br>29.31 | 31.20<br>2,164.76<br>264.16<br>1,506.18 | Check |
| Hadjigeorghi, Bessie<br>6 Greystone Drive<br>East Northport, NY 11731<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2115.38<br>SSN: xxx-xx-xxxx<br>Hire Date: 2/22/2016<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus<br>Commission | 113,144.00<br>109,519.00<br>1,000.00<br>2,625.00 | 0.00<br>0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br>NY PFL | Single/1<br><br><br>Single/Head of Household/1 | 17,775.57<br>6,737.52<br>1,575.71<br>5,896.85<br>107.97 | New York voluntary disability<br>Medical pre-tax 1<br>Life Insurance 1<br>Transit pass pre-tax | 0.50%<br>57.08<br>1.62<br>29.31 | 32.05<br>2,968.16<br>84.24<br>1,506.18 | Check |

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Henry, Andrew** 1537 East 96th Street Brooklyn, NY 11236 Home Phone: Mobile: Salary Per Day: 1250.00 SSN: xxx-xx-xxxx Hire Date: 8/6/2018 Birth Date: Status: Active Emp Type: Full time | Gross Regular Bonus | 66,250.00 64,750.00 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL NY-New York City Resident LIT | Married/1 Married/1 | 5,481.47 4,045.50 946.13 3,193.42 98.94 2,179.59 | New York voluntary disability | 0.50% | 31.20 | Check |
| **Huot, Christopher** 417 East 84th Street #2E New York, NY 10028 Home Phone: Mobile: Salary Per Pay: 576.92 SSN: xxx-xx-xxxx Hire Date: 2/16/2016 Birth Date: Status: Active Emp Type: Part time | Gross Regular | 10,528.79 10,528.79 | 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL NY-New York City Resident LIT | Single/1 Single/Head of Household/1 | 802.28 628.47 146.99 343.08 16.06 242.81 | New York voluntary disability Medical pre-tax 1 Life insurance | 0.50% 20.84 5.36 | 11.40 382.16 101.84 | Check |
| **Jones, Brian A** 109-07 226th Street Queens Village, NY 11429 Home Phone: Mobile: Salary Per Pay: 423.08 SSN: xxx-xx-xxxx Hire Date: 8/20/2018 Birth Date: Status: Active Emp Type: Full time | Gross Regular | 22,000.16 22,000.16 | 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL NY-New York City Resident LIT | Single/0 Single/Head of Household/0 | 1,990.04 1,364.01 319.00 641.16 2.50 485.96 | | | | Check |
| **Kahen-Kashi, Heskel** 18 Arleigh Road Great Neck, NY 11021 Home Phone: Mobile: Salary Per Pay: 1442.31 SSN: xxx-xx-xxxx Hire Date: 10/29/2019 Birth Date: Status: Active Emp Type: Full time | Gross Regular Bonus | 13,460.79 12,960.79 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL | Single/2 Single/Head of Household/2 | 1,647.73 820.38 191.86 654.50 20.66 | New York voluntary disability Transit pass pre-tax | 0.50% 62.31 | 5.40 249.24 | Check |
| **Kessel, Julia** ...ly Place | Gross Regular | 14,923.10 14,423.10 | 0.00 0.00 | FIT SOCSEC | Married/0 | 1,464.44 909.78 | New York voluntary | 0.50% | 6.00 | Check |

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| Hawthorne, NJ 07506 Home Phone: Mobile: Salary Per Pay: 14,231 SSN: xxx-xx-xxxx Hire Date: 8/21/2019 SSN: Active Emp Type: Full time | Bonus | 500.00 | 0.00 | MEDCARE NY SIT NY PFL | Married/0 | 212.77 747.02 22.87 | disability Medical pre-tax 1 | 27.70 | 249.30 | |
| Kelly, Samantha 83-52 Talbot Street Apt 3A Kew Gardens, NY 11415 Home Phone: Mobile: Salary Per Pay: 1153.85 SSN: xxx-xx-xxxx Hire Date: 2/19/2014 Birth Date: Status: Active Emp Type: Full time | Gross Regular Bonus | 60,500.20 80,000.20 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT NY PFL NY-New York City Resident LIT | Single/1 Single/Head of Household/1 | 6,616.65 3,491.77 816.62 2,673.46 92.04 1,371.19 | New York voluntary disability Medical pre-tax 1 Life Insurance Transit pass pre-tax | 0.50% 30.10 1.62 50.31 | 31.20 1,565.20 84.24 2,616.12 | Check |
| Koch-Miller, Nina 94 Stockton Street Hillsdale, NJ 07642 Home Phone: Mobile: Salary Per Pay: 0.00 SSN: xxx-xx-xxxx Hire Date: 7/8/2015 Birth Date: Status: Active Emp Type: Full time | Gross Regular Bonus | 47,820.00 47,320.00 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY PFL | Single/1 Single/Head of Household/1 | 3,925.26 2,935.64 616.40 1,815.95 173.05 | New York voluntary disability Medical pre-tax 1 Transit pass pre-tax | 0.50% 59.31 48.46 | 31.20 3,032.12 2,277.62 | Check |
| Kossoff, Aleo 245 East 58th Street Apt 25A New York, NY 10022 Home Phone: Mobile: Salary Per Pay: 538.46 SSN: xxx-xx-xxxx Hire Date: 4/12/2015 Termination Date: 5/3/2019 Last Day Worked: 5/3/2019 Birth Date: Status: Terminated Emp Type: Full time | Gross Regular | 26,769.21 26,769.21 | 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT NY PFL NY-New York City Resident LIT | Single/1 Single/Head of Household/1 | 3,729.23 1,625.10 380.30 1,348.63 40.89 918.09 | New York voluntary disability Medical pre-tax 1 | 0.50% 30.10 | 10.80 541.80 | Check |

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| Kossoff, Joshua<br>1070 Edgewater Park<br>Bronx, NY 10465<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1923.06<br>SSN: xxx-xx-xxxx<br>Hire Date: 9/28/2007<br>Birth Date:<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 93,769.31<br>93,269.31<br>500.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br><br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/1<br><br><br>Single/Head of<br>Household/1 | 12,514.41<br>5,210.28<br>1,218.53<br>4,395.00<br><br>107.97<br>2,892.63 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>1<br>Life insurance<br>Transit pass<br>pre-tax | 0.50%<br><br><br>126.50<br><br>2.02<br>62.31 | 31.20<br><br><br>6,578.00<br><br>105.04<br>3,154.54 | Check |
| Lea, Sara<br>108 Grohmans Lane<br>Plainview, NY 11803<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1442.31<br>SSN: xxx-xx-xxxx<br>Hire Date: 12/22/2017<br>Termination Date: 8/30/2019<br>Last Day Worked: 8/30/2019<br>Birth Date:<br>Status: Terminated<br>Emp Type: Full time | Gross<br>Regular | 25,961.58<br>25,961.58 | 0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br><br>NY PFL | Single/2<br><br><br>Single/Head of<br>Household/2 | 3,042.34<br>1,518.18<br>355.06<br>1,219.24<br><br>39.78 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>1 | 0.50%<br><br><br>74.69 | 10.80<br><br><br>1,474.86 | Check |
| Londoner, Ramakdevi<br>185 E 85th Street<br>New York, NY 10028<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 3557.69<br>SSN: xxx-xx-xxxx<br>Hire Date: 10/15/2012<br>Birth Date:<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus<br>Commission | 186,624.88<br>184,999.88<br>1,000.00<br>625.00 | 0.00<br>0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Married/00<br><br><br>Married/00 | 28,660.70<br>8,239.80<br>2,621.84<br>11,813.45<br>107.97<br>7,116.95 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>1<br>Transit pass<br>pre-tax | 0.50%<br><br><br>88.40<br><br>28.85 | 31.20<br><br><br>4,596.80<br><br>1,211.70 | Check |
| McNally, Julia<br>29-50 170th Street<br>Flushing, NY 11358<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 3365.39<br>SSN: xxx-xx-xxxx<br>Hire Date: 1/27/2003<br>Birth Date:<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 179,365.67<br>178,365.67<br>1,000.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br><br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/00<br><br><br>Single/Head of<br>Household/00 | 30,814.26<br>8,239.80<br>2,637.32<br>9,851.92<br><br>107.97<br>5,994.68 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>1<br>Life insurance<br>Transit pass<br>pre-tax | 0.50%<br><br><br>23.04<br><br>37.15<br>62.31 | 31.20<br><br><br>1,198.08<br><br>1,931.80<br>3,180.00 | Check |

Company: Kossoff PLLC
Year: 2019, Quarter: 4

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Mohabir, Aashti S** <br> 160-09 105th Avenue <br> Jamaica, NY 11433 <br> Home Phone: <br> Mobile: <br> Salary Per Pay:1250.00 <br> SSN: xxx-xx-xxxx <br> Hire Date: 3/10/2016 <br> Birth Date: <br> Status: Active <br> Emp Type:Full time | Gross <br> Regular <br> Bonus | 60,307.72 <br> 59,807.72 <br> 500.00 | 0.00 <br> 0.00 <br> 0.00 | FIT <br> SOCSEC <br> MEDCARE <br> NY SIT <br><br> NY PFL <br> NY-New York City Resident LIT | Single/2 <br><br> Single/Head of Household/2 | 5,647.77 <br> 3,546.65 <br> 829.93 <br> 2,657.14 <br><br> 91.40 <br> 1,820.05 | New York voluntary disability <br> Medical pre-tax 1 <br> Transit pass pre-tax | 0.60% <br><br> 30.10 <br> 29.31 | 31.20 <br><br> 1,665.20 <br> 1,506.18 | Check |
| **Morabia, Leon** <br> 49 Ludlow Street #7B <br> New York, NY 1000? <br> Home Phone: <br> Mobile: <br> Salary Per Pay:1442.31 <br> SSN: xxx-xx-xxxx <br> Hire Date: 5/1/2015 <br> Termination Date: 8/16/2019 <br> Last Day Worked: 8/6/2019 <br> Status: Terminated <br> Emp Type:Full time | Gross <br> Regular <br> Commission | 51,138.92 <br> 49,038.54 <br> 2,100.38 | 0.00 <br> 0.00 <br> 0.00 | FIT <br> SOCSEC <br> MEDCARE <br> NY SIT <br><br> NY PFL <br> NY-New York City Resident LIT | Single/0 <br><br> Single/Head of Household/0 | 7,544.86 <br> 3,082.86 <br> 720.99 <br> 2,572.82 <br><br> 75.65 <br> 1,750.40 | New York voluntary disability <br> Medical pre-tax 1 <br> Life Insurance | 0.50% <br><br> 41.63 <br> 1.38 | 21.00 <br><br> 1,415.42 <br> 46.92 | Check |
| **Muhlenberg, Daniel** <br> 500 East 73rd Street Apt C3 <br> New York, NY 10021 <br> Home Phone: <br> Mobile: <br> Salary Per Pay:1057.70 <br> SSN: xxx-xx-xxxx <br> Hire Date: 12/2/2019 <br> Birth Date: <br> Status: Active <br> Emp Type:Full time | Gross <br> Regular <br> Bonus | 4,223.10 <br> 3,973.10 <br> 250.00 | 0.00 <br> 40.00 <br> 0.00 | FIT <br> SOCSEC <br> MEDCARE <br> NY SIT <br><br> NY PFL <br> NY-New York City Resident LIT | Single/1 <br><br> Single/Head of Household/1 | 441.03 <br> 261.83 <br> 61.23 <br> 168.06 <br><br> 6.06 <br> 128.91 | New York voluntary disability | 0.50% | 2.40 | Check |
| **Myers, Dawn** <br> 722 East 40th Street <br> Brooklyn, NY 11210 <br> Home Phone: <br> Mobile: <br> Salary Per Pay:4326.92 <br> SSN: xxx-xx-xxxx <br> Hire Date: 9/9/1996 <br> Birth Date: <br> Status: Active <br> Emp Type:Full time | Gross <br> Regular <br> Bonus | 227,922.92 <br> 226,922.92 <br> 1,000.00 | 0.00 <br> 0.00 <br> 0.00 | FIT <br> SOCSEC <br> MEDCARE <br> MEDCARE-HI <br> NY SIT <br><br> NY PFL <br> NY-New York City Resident LIT | Single/2 <br><br><br> Single/Head of Household/2 | 47,855.36 <br> 8,239.80 <br> 3,198.00 <br> 184.96 <br> 14,334.99 <br><br> 107.97 <br> 8,750.59 | New York voluntary disability <br> Medical pre-tax 1 <br> Life Insurance <br> Parking pass pre-tax <br> Transit pass pre-tax | 0.50% <br><br> 75.71 <br> 26.30 <br> 60.00 <br> 0.00 | 31.20 <br><br> 3,936.92 <br> 1,367.60 <br> 3,120.00 <br> 314.34 | Check |

## Employee Summary

| Employee Information | Earnings Description | Earnings YTD Amount | YTD Hours | Taxes Description | Taxes Withholding/Overrides | Taxes YTD Amount | Deductions Description | Deductions Per Pay | Deductions YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| **Emp Type:** Full time | | | | | | | | | | |
| Palmer, Alexandra 301 East 78th Street Apt 15B New York, NY 10075 Home Phone: Mobile: Salary Per Pay: 1,846.15 SSN: xxx-xx-xxxx Hire Date: 4/21/2019 Status: Active **Emp Type:** Full time | Gross Regular Bonus | 41,653.81 41,153.81 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT NY PFL NY-New York City Resident LIT | Single/0 Single/Head of Household/0 | 6,135.67 2,436.11 569.74 1,809.05 62.85 1,302.76 | New York voluntary disability Medical pre-tax 1 Transit pass pre-tax | 0.50% 41.63 29.31 | 21.60 1,467.05 904.64 | Check |
| Pitner, Erio N 25-40 Shore Boulevard #77 Astoria, NY 11102 Home Phone: Mobile: Salary Per Pay: 3385.58 SSN: xxx-xx-xxxx Hire Date: 9/2/2015 Status: Active **Emp Type:** Full time | Gross Regular Bonus Commission | 176,995.93 174,711.30 1,000.00 1,284.63 | 0.00 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT NY PFL NY-New York City Resident LIT | Married/3 Married/3 | 23,671.86 8,239.80 2,466.56 10,875.07 107.97 6,616.65 | New York voluntary disability Medical pre-tax 1 Life Insurance Transit pass pre-tax | 0.50% 58.81 3.70 39.23 | 31.20 3,058.12 192.40 1,760.98 | Check |
| Quevedo, Veronica 34-06 Jordan Street Apt 6D Flushing, NY 11358 Home Phone: Mobile: Salary Per Pay: 961.54 SSN: xxx-xx-xxxx Hire Date: 12/7/2015 Status: Active **Emp Type:** Full time | Gross Regular Bonus | 50,500.08 50,000.08 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT NY PFL NY-New York City Resident LIT | Single/2 Single/Head of Household/2 | 4,202.94 3,644.71 712.07 2,162.59 76.44 1,482.62 | New York voluntary disability Life Insurance Transit pass pre-tax | 0.50% 1.38 27.23 | 31.20 71.76 1,391.91 | Check |
| Rabbzadeh, Jennifer 19 Crickett Lane Great Neck, NY 11024 Home Phone: Mobile: Salary Per Pay: 2115.38 SSN: xxx-xx-xxxx Hire Date: 11/4/2019 Status: Active | Gross Regular Bonus | 17,423.04 16,923.04 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDCARE NY SIT NY PFL | Single/00 Single/Head of Household/00 | 3,652.66 1,075.11 251.44 965.47 28.59 | New York voluntary disability Medical pre-tax 1 | 0.50% 20.64 | 4.60 82.58 | Check |

Company: Kossoff PLLC
Year: 2019, Quarter: 4

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

## Employee Summary

| Employee Information | Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/ Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| **Emp Type:Full time** | | | | | | | | | | |
| Ramdas, Crystal | Gross | 68,288.62 | 0.00 | FIT | Single/2 | 7,440.48 | New York voluntary disability | 0.50% | 31.20 | Check |
| 88-03 102 Road | Regular | 57,788.62 | 0.00 | SOCSEC | | 4,043.47 | | | | |
| Ozone Park, NY 11416 | Bonus | 500.00 | 0.00 | MEDICARE | | 945.65 | | | | |
| Home Phone: | | | | NY SIT | Single/Head of household/2 | 3,162.78 | Medical pre-tax 1 | 30.10 | 1,566.20 | |
| Mobile: | | | | | | | | | | |
| Salary Per Pay: 1442.31 | | | | NY PFL | | 103.92 | Transit pass pre-tax | 29.31 | 1,506.18 | |
| SSN: xxx-xx-xxxx | | | | NY-New York City Resident | | 2,154.05 | | | | |
| Hire Date: 6/4/2015 | | | | LIT | | | | | | |
| Birth Date: | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type:Full time | | | | | | | | | | |
| Rodriguez Jr, Anthony J | Gross | 316,576.80 | 0.00 | FIT | Married/2 | 57,057.00 | New York voluntary disability | 0.50% | 31.20 | Check |
| 169 Grand Boulevard | Regular | 315,576.80 | 0.00 | SOCSEC | | 8,239.80 | | | | |
| Massapequa Park, NY 11762 | Bonus | 1,000.00 | 0.00 | MEDICARE | | 4,454.54 | | | | |
| Home Phone: | | | | MEDICARE-HI | | 934.88 | Medical pre-tax 1 | 118.99 | 6,187.48 | |
| Mobile: | | | | NY SIT | Married/2 | 20,692.81 | | | | |
| Salary Per Pay: 8346.15 | | | | NY PFL | | 107.97 | Transit pass pre-tax | 62.31 | 3,180.00 | |
| SSN: xxx-xx-xxxx | | | | | | | | | | |
| Hire Date: 6/4/2006 | | | | | | | | | | |
| Birth Date: | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type:Full time | | | | | | | | | | |
| Rodriguez, Bryana | Gross | 60,307.72 | 0.00 | FIT | Single/0 | 7,896.41 | New York voluntary disability | 0.50% | 31.20 | Check |
| 2929 West 31st Street | Regular | 59,807.72 | 0.00 | SOCSEC | | 3,845.70 | | | | |
| Apt 214 | Bonus | 500.00 | 0.00 | MEDICARE | | 882.62 | | | | |
| Brooklyn, NY 11224 | | | | NY SIT | Single/Head of household/0 | 2,990.93 | Transit pass pre-tax | 29.31 | 1,506.05 | |
| Home Phone: | | | | | | | | | | |
| Mobile: | | | | NY PFL | | 91.40 | | | | |
| Salary Per Pay: 1250.00 | | | | NY-New York City Resident | | 1,969.38 | | | | |
| SSN: xxx-xx-xxxx | | | | LIT | | | | | | |
| Hire Date: 8/13/2018 | | | | | | | | | | |
| Birth Date: | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type:Full time | | | | | | | | | | |
| Rodriguez, Magda | Gross | 25,125.00 | 0.00 | FIT | Married/0 | 1,768.66 | New York voluntary disability | 0.50% | 21.00 | Check |
| 20 Pawtuxet Avenue | Regular | 24,875.00 | 0.00 | SOCSEC | | 1,557.75 | | | | |
| Monroe, NY 10950 | Bonus | 250.00 | 0.00 | MEDICARE | | 364.31 | | | | |
| Home Phone: | | | | NY SIT | Married/0 | 1,029.86 | | | | |
| Mobile: | | | | NY PFL | | 38.13 | | | | |
| Salary Per Pay: 750.00 | | | | | | | | | | |
| SSN: xxx-xx-xxxx | | | | | | | | | | |
| Hire Date: 10/29/2015 | | | | | | | | | | |
| Birth Date: | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type:Full time | | | | | | | | | | |

Company: Kossoff PLLC
Year:2019, Quarter: 4

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| Samonte, Mary Charmel M<br>1 River Place<br>#2715<br>New York, NY 10036<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1576.93<br>SSN: xxx-xx-xxxx<br>Hire Date: 12/3/2019<br>Birth Date:<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 6,492.34<br>5,992.34<br>500.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York City Resident<br>LIT | Single/1<br><br><br>Single/Head of Household/1 | 876.98<br>395.26<br>92.44<br>318.39<br>9.93<br>217.21 | New York voluntary disability<br>Transit pass pre-tax | 0.50%<br>29.31 | 2.40<br>117.24 | Check |
| Smee Harrington, Elisabeth<br>33 Brookside Road<br>Darien, CT 06820<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 1923.08<br>SSN: xxx-xx-xxxx<br>Hire Date: 2/8/2015<br>Birth Date:<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 101,000.16<br>100,000.16<br>1,000.00 | 0.00<br>0.06<br>0.06 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York City Resident<br>LIT | Married/0<br><br><br>Married/0<br><br>100.00% | 9,134.65<br>6,167.63<br>1,430.74<br>5,239.74<br>107.97<br>3,558.54 | New York voluntary disability<br>Medical pre-tax<br>Transit pass pre-tax | 0.50%<br>39.99<br>82.51 | 31.20<br>2,079.48<br>249.24 | Check |
| Somers, Olga<br>34-01 Main Street<br>#422<br>Briarwood, NY 11435<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 3846.15<br>SSN: xxx-xx-xxxx<br>Hire Date: 7/30/2018<br>Birth Date:<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 168,980.55<br>167,980.55<br>1,000.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York City Resident<br>LIT | Married/0<br><br><br>Married/0 | 30,287.47<br>8,239.80<br>2,770.21<br>12,920.67<br>107.97<br>7,385.74 | New York voluntary disability<br>Medical pre-tax<br>Life insurance<br>Transit pass pre-tax | 0.50%<br>46.13<br>1.85<br>0.00 | 31.20<br>1,706.81<br>96.20<br>382.96 | Check |
| Sosnowski, Nicole M<br>1209 85th Street<br>Apt D<br>Brooklyn, NY 11219<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2884.62<br>SSN: xxx-xx-xxxx<br>Hire Date: 8/15/2015<br>Birth Date:<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 150,519.47<br>149,519.47<br>1,000.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDCARE<br>NY SIT<br>NY PFL<br>NY-New York City Resident<br>LIT | Single/1<br><br><br>Single/Head of Household/1 | 27,968.28<br>8,239.80<br>2,185.16<br>9,219.79<br>107.97<br>5,766.23 | New York voluntary disability<br>Medical pre-tax | 0.50%<br>23.04 | 31.20<br>1,198.08 | Check |

Company: Kossoff PLLC
Year: 2019, Quarter: 4

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

## Employee Summary

| Employee Information | Earnings | | | Taxes | | | Deductions | | | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description | YTD Amount | YTD Hours | Description | Withholding/ Overrides | YTD Amount | Description | Per Pay | YTD Amount | |
| **Soto, Marco A** 27 Fox Boulevard Merrick, NY 11566 Home Phone: Mobile: Salary Per Pay: 1442.31 SSN: xxx-xx-xxxx Hire Date: 9/9/2019 Birth Date: Status: Active Emp Type: Full time | Gross Regular Bonus | 23,576.96 23,076.96 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL | Single/00 Single/Head of Household/00 | 3,304.77 1,380.58 322.88 1,138.96 36.13 | New York voluntary disability Medical pre-tax 1 Transit pass pre-tax | 0.50% 39.23 62.31 | 9.60 509.99 799.59 | Check |
| **Steinhart, Steven Y** 510 So 1st Avenue Highland Park, NJ 08904 Home Phone: Mobile: Salary Per Pay: 6346.15 SSN: xxx-xx-xxxx Hire Date: 4/28/2003 Birth Date: Status: Active Emp Type: Full time | Gross Regular Bonus Commission | 342,296.34 319,038.32 1,000.00 22,258.02 | 0.00 0.00 0.00 0.00 | FIT SOCSEC MEDICARE MEDICARE-HI NY SIT NY PFL | Married - but withhold at higher single rate/00 Married - but withhold at higher single rate/00 | 90,342.58 8,239.80 4,897.28 1,239.69 23,760.86 107.97 | New York voluntary disability Medical pre-tax 1 Life insurance | 0.50% 87.55 10.67 | 32.40 4,552.60 554.84 | Check |
| **Steinhart, Yosef** 510 South First Avenue Highland Park, NJ 08904 Home Phone: Mobile: Hourly: 20.0000 SSN: xxx-xx-xxxx Termination Date: 7/19/2019 Last Day Worked: 7/19/2019 Birth Date: Status: Terminated Emp Type: Temporary | Gross Regular | 2,240.00 2,240.00 | 0.00 112.00 | FIT SOCSEC MEDICARE NY SIT NY PFL | Single/00 Single/Head of Household/00 | 281.30 138.88 32.48 96.03 3.42 | New York voluntary disability | 0.50% | 1.80 | Check |
| **Tavarez, Anshvi E** 101 South 8th Street Apt 4A Brooklyn, NY 11249 Home Phone: Mobile: Salary Per Pay: 1000.00 SSN: xxx-xx-xxxx Hire Date: 2/3/2015 Birth Date: Status: Active | Gross Regular Bonus | 51,500.00 51,000.00 500.00 | 0.00 0.00 0.00 | FIT SOCSEC MEDICARE NY SIT NY PFL | Married - but withhold at higher single rate/0 Married - but withhold at higher single rate/0 | 5,693.39 2,969.71 694.53 2,226.09 78.03 | New York voluntary disability Medical pre-tax 1 Life insurance Transit pass pre-tax | 0.50% 41.63 2.01 29.31 | 30.60 2,123.13 102.51 1,478.25 | Check |

## Employee Summary

| Employee Information | Earnings Description | Earnings YTD Amount | YTD Hours | Taxes Description | Withholding/Overrides | Taxes YTD Amount | Deductions Description | Per Pay | Deductions YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| Emp Type: Full time | | | | NY-New York City Resident LIT | | 1,525.91 | | | | |
| Theodoris, Marina | Gross | 135,008.67 | 0.00 | FIT | Single/1 | 23,742.22 | New York voluntary disability | 0.50% | 31.20 | Check |
| 9412 Ridge Boulevard | Regular | 133,173.29 | 0.00 | SOCSEC | | 8,206.55 | Medical pre-tax 1 | 30.10 | 1,565.20 | |
| Brooklyn, NY 11209 | Bonus | 1,000.00 | 0.00 | MEDICARE | | 1,919.27 | Transit pass pre-tax | 57.23 | 1,879.75 | |
| Home Phone: | Commission | 1,685.38 | 0.00 | NY SIT | Single/Head of Household/1 | 7,814.42 | | | | |
| Mobile: | | | | | | | | | | |
| Salary Per Pay: 2984.62 | | | | NY PFL | | 107.97 | | | | |
| SSN: xxx-xx-xxxx | | | | NY-New York City Resident LIT | | 5,034.78 | | | | |
| Hire Date: 4/30/2018 | | | | | | | | | | |
| Birth Date: | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| Tzortzatos, Olga | Gross | 284,076.79 | 0.00 | FIT | Single/2 | 62,541.13 | New York voluntary disability | 0.50% | 31.20 | Check |
| 21-23 21st Road | Regular | 283,076.79 | 0.00 | SOCSEC | | 8,239.80 | Medical pre-tax | 30.10 | 1,565.20 | |
| Astoria, NY 11105 | Bonus | 1,000.00 | 0.00 | MEDICARE | | 3,606.42 | Life Insurance | 6.08 | 264.16 | |
| Home Phone: | | | | MEDICARE-HI | | 662.60 | | | | |
| Mobile: | | | | NY SIT | Single/Head of Household/2 | 17,875.57 | | | | |
| Salary Per Pay: 5576.92 | | | | | | | | | | |
| SSN: xxx-xx-xxxx | | | | NY PFL | | 107.97 | | | | |
| Hire Date: 2/1/2010 | | | | NY-New York City Resident LIT | | 10,533.83 | | | | |
| Birth Date: | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| Urban, Lisa | Gross | 456,519.19 | 0.00 | FIT | Married - but withhold at higher single rate/0 FIT - Addtl $0.00 | 125,613.47 | New York voluntary disability | 0.50% | 31.20 | Check |
| 201 East 28th Street | Regular | 289,519.19 | 0.00 | | | | Transit pass pre-tax | 30.00 | 496.16 | |
| Apt 21B | Bonus | 1,000.00 | 0.00 | SOCSEC | | 8,239.80 | | | | |
| New York, NY 10016 | Commission | 166,000.00 | 0.00 | MEDICARE | | 6,612.33 | | | | |
| Home Phone: 2126844765 | | | | MEDICARE-HI | | 2,304.21 | | | | |
| Mobile: | | | | NY SIT | Single/Head of Household/2 | 32,554.81 | | | | |
| Salary Per Pay: 5769.23 | | | | | | | | | | |
| SSN: xxx-xx-xxxx | | | | NY PFL | | 107.97 | | | | |
| Hire Date: 5/2/2014 | | | | NY-New York City Resident LIT | | 18,776.17 | | | | |
| Birth Date: | | | | | | | | | | |
| Status: Active | | | | | | | | | | |
| Emp Type: Full time | | | | | | | | | | |
| Williams, Michael | Gross | 32,317.04 | 0.00 | FIT | Single/2 | 2,407.69 | New York voluntary disability | 0.50% | 24.40 | Check |
| 37 Willow Street | Regular | 32,317.04 | 100.00 | SOCSEC | | 1,868.42 | Medical pre-tax 1 | 0.00 | 1,290.53 | |
| Apt 4 | | | | MEDICARE | | 436.97 | Transit pass pre-tax | 0.00 | 890.67 | |
| Brooklyn, NY 11201 | | | | NY SIT | Single/Head of Household/2 | 1,242.34 | | | | |
| Home Phone: | | | | | | | | | | |
| Mobile: | | | | NY PFL | | 49.38 | | | | |
| 25.0000 | | | | | | | | | | |

Company: Kossoff PLLC
Year: 2019, Quarter: 4

Date Printed: 12/30/2019 16:55
21171837 - RX/GAX

## Employee Summary

| Employee Information | Earnings Description | YTD Amount | YTD Hours | Taxes Description | Withholding/ Overrides | YTD Amount | Deductions Description | Per Pay | YTD Amount | Disbursement Type |
|---|---|---|---|---|---|---|---|---|---|---|
| SSN: xxx-xx-xxxx<br>Hire Date: 3/27/20<br>Birth Date:<br>Status: Active<br>Emp Type: Part time | | | | NY-New York<br>City Resident<br>LIT | | 855.75 | | | | |
| **Wright, Lahmeek**<br>68 East 56th Street<br>Brooklyn, NY 11203<br>Home Phone:<br>Mobile:<br>Hourly: 17.500<br>SSN: xxx-xx-xxxx<br>Hire Date: 6/10/2019<br>Birth Date:<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 11,922.50<br>11,672.50<br>250.00 | 0.00<br>659.00<br>0.00 | FIT<br>SOCSEC<br>MEDICARE<br>NY SIT<br><br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/0<br><br>Single/Head of<br>Household/0 | 1,027.32<br>708.48<br>165.69<br>375.38<br>1<br>17.81<br>267.70 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>1 | 0.50%<br><br>20.84 | 17.40<br><br>495.36 | Check |
| **Wright, Patricia C**<br>65 E 96th Street Apt 2<br>Brooklyn, NY 11212<br>Home Phone:<br>Mobile:<br>Salary Per Pay: 2115.39<br>SSN: xxx-xx-xxxx<br>Hire Date: 6/18/1998<br>Birth Date:<br>Status: Active<br>Emp Type: Full time | Gross<br>Regular<br>Bonus | 111,000.28<br>110,000.28<br>1,000.00 | 0.00<br>0.00<br>0.00 | FIT<br>SOCSEC<br>MEDICARE<br>NY SIT<br><br>NY PFL<br>NY-New York<br>City Resident<br>LIT | Single/5<br><br>Single/Head of<br>Household/25 | 14,831.44<br>6,882.02<br>1,609.50<br>5,672.01<br><br>197.97<br>3,984.51 | New York<br>voluntary<br>disability<br>Life insurance | 0.50%<br><br>6.63 | 31.20<br><br>344.76 | Check |
| **Pay Frequency Totals:** | Weekly<br>Gross<br>Regular<br>Bonus<br>Misc pay<br>Commission | $7,125,698.05<br>$6,810,176.94<br>$40,000.00<br>$644.00<br>$274,917.12 | 1,311.00<br>0.00<br>0.00<br>0.00 | FIT<br><br>SOCSEC<br>MEDICARE<br>MEDICARE-HI<br>NY SIT<br>NY PFL<br>NY-New York<br>City Resident<br>LIT | $1,304,189.<br>24 | $310,566.98<br>$100,642.78<br>$9,131.89<br>$421,870.02<br>$5,247.99<br>$198,547.08 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>1<br>Life insurance<br>Loan<br>Transit pass<br>pre-tax<br>Parking pass<br>pre-tax | | $1,630.25<br><br>$111,756.50<br><br>$11,886.17<br>$210.00<br>$66,740.09<br><br>$8,259.96 | |
| **Total Employees - Weekly: 66** | | | | | | | | | | |
| **Company Totals:** | Gross<br>Regular<br>Bonus<br>Misc pay<br>Commission | $7,125,698.05<br>$6,810,176.94<br>$40,000.00<br>$644.00<br>$274,917.12 | 1,311.00<br>0.00<br>0.00<br>0.00 | FIT<br><br>SOCSEC<br>MEDICARE<br>MEDICARE-HI<br>NY SIT | $1,304,189.<br>24 | $310,566.98<br>$100,642.78<br>$9,131.89<br>$421,870.02 | New York<br>voluntary<br>disability<br>Medical pre-tax<br>1<br>Life insurance | | $1,630.25<br><br>$111,756.50<br><br>$11,886.17 | |

17 of 18.