# EXHIBIT C

**Fill in this information to identify the case:**

Debtor name    KOSSOFF PLLC

United States Bankruptcy Court for the:    SOUTHERN    District of    NY
(State)

Case number (if known):    21-10699

☐ Check if this is an amended filing

\* WHENEVER AN ASTERISK APPEARS BY A QUESTION IT SIGNIFIES THAT MUCH OF THE INFORMATION AND OR DOCUMENTS TO ACCURATELY ANSWER ARE IN THE

Official Form 207    POSSESSION OF THE DA and/or TRUSTEE

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known) OR ARE OTHERWISE NO ANDINGE TO THE UNDERSIGNED SO RESPONSES MAY BE PARTIAL OR ESTIMATES OR UNKNOWN.

## Part 1:    Income

**1. Gross revenue from business**

☐ None

| | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| ☒ From the beginning of the fiscal year to filing date: | From 1/1/2021 to Filing date | ☒ Operating a business<br>☐ Other _____ | $ UNKNOWN |
| ☒ For prior year: | From 1/1/2020 to 12/31/2020 | ☒ Operating a business<br>☐ Other _____ | $ 11,449,000 |
| | For the year before that: | From 1/1/2019 to 12/31/2019 | ☒ Operating a business<br>☐ Other _____ | $ 15,210,524 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None    DEBTOR HAD NO INFREQUENT OR NON-RECURRING INCOME derived FROM SECONDARY SOURCES EXCEPT FOR BROKERAGE COMMISSIONS WHICH WERE INCLUDED IN THE GROSS REVENUE SET FORTH ABOVE.

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ to Filing date | | | |
| For prior year: | From _____ to _____ | | | $_____ |
| For the year before that: | From _____ to _____ | | | $_____ |

Debtor **KOSSOFF PLLC**
Name

Case number *(if known)* **21-10699**

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case** **# UNKNOWN**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. | | $ _____ | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| Street | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| City        State   ZIP Code | | | ☐ Other _____ |
| 3.2. | | $ _____ | ☐ Secured debt |
| Creditor's name | | | ☐ Unsecured loan repayments |
| Street | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| City        State   ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | | | |
| Insider's name | | | |
| Street | | | |
| City        State   ZIP Code | | | |
| Relationship to debtor | | | |
| 4.2. | | | |
| Insider's name | | | |
| Street | | | |
| City        State   ZIP Code | | | |
| Relationship to debtor | | | |

*UNKNOWN AND ALSO see ATTACHMENT BUT THERE WERE TRANSFERS TO BOTH MY MOTHER & WIFE IN THE ORDINARY COURSE AND TO THE EXTENT THEY QUALIFY AS INSIDERS ALSO see ADDENDUM TO FORM 206, Page ONE, UNDER OTHER ASSETS*

Debtor **KOSSOFF PLLC**

Case number (if known) **21-10699**

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $ |
| Street | | | |
| City    State    ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | |
| Street | | | |
| City    State    ZIP Code | | | |

*6. SET OFFS (NOTE) VNB PAID HSELF FROM ACCOUNT PROCEEDS TO PARTIALLY SATISFY AN LOC IN the sum of $790,000 extended to DEBTOR SHORTLY BEFORE 4/13/21*

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Valley National | SEE NOTE ABOVE | SEE NOTE ABOVE | $190,000 APPROX |
| 1 Jericho Plaza | | | |
| Suite 107 | | | |
| Jericho, NY 11753 | Last 4 digits of account number: XXXX–02 01 | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. *IRS PROCEEDING* | *INVESTIGATION INTO WRONGFUL WITHHOLDING FOR PERIOD ENDING 12/31/15* | *SEE LETTER DATED 6/4/19 ANNEXED* | ☒ Pending ☐ On appeal ☐ Concluded |
| Case number | | Name | |
| | | Street | |
| | | City    State    ZIP Code | |
| 7.2. | | | ☐ Pending ☐ On appeal ☐ Concluded |
| Case title | | | |
| Case number | | Name | |
| | | Street | |
| | | City    State    ZIP Code | |

Debtor   Name **KOSSOFF PLLC**          Case number (if known) **21-10699**

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| Street | Case title | Court name and address |
| City         State    ZIP Code | Case number | Name |
| | | Street |
| | Date of order or assignment | City         State         ZIP Code |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.

☐ None

*UNKNOWN BUT UPON INFOR-*
*MATION AND BELIEF COULD*
*NOT EXCEED 17,500*
*ANNUALLY.*

| Recipient's name and address | Description of the gifts or contributions | Value |
|---|---|---|
| **9.1.** Recipient's name | | |
| Street | | |
| City         State    ZIP Code | | |
| Recipient's relationship to debtor | | |
| **9.2.** Recipient's name | | $ |
| Street | | |
| City         State    ZIP Code | | |
| Recipient's relationship to debtor | | |

---

## Part 5:   Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | | $ |

---

Debtor   KOSSOFF PLLC
Name

Case number (if known) 21-10699

## Part 6:   Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1. _____   _____   _____   $_____

Address
_____   _____

Street
_____

_____
City          State     ZIP Code

Email or website address
_____

Who made the payment, if not debtor?
_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2. _____   _____   _____   $_____

Address
_____   _____

Street
_____

_____
City          State     ZIP Code

Email or website address
_____

Who made the payment, if not debtor?
_____

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| Trustee _____ | _____ | | |

Debtor **KOSSOFF PLLC**          Case number (if known) **21-10699**

**13. Transfers not already listed on this statement** *✱ SEE ADDENDUM TO FORM 2 07, PART 11 - OTHER ASSETS*

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |
| Address | _____ | | |
| Street | | | |
| City            State    ZIP Code | | | |
| Relationship to debtor | | | |
| | | | |
| Who received transfer? | _____ | _____ | $_____ |
| 13.2. _____ | | | |
| Address | | | |
| Street | | | |
| City            State    ZIP Code | | | |
| Relationship to debtor | | | |

---

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____  To _____ |
| Street | | |
| City            State    ZIP Code | | |
| 14.2. | | From _____  To _____ |
| Street | | |
| City            State    ZIP Code | | |

Debtor    Name  **KOSSOFF PLLC**    Case number (if known)  **21-10699**

---

## Part 8:    Health Care Bankruptcies

### 16. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>Check all that apply:<br>☐ Electronically<br>☐ Paper |
| | City        State        ZIP Code | | |
|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | Facility name | | |
| | Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>Check all that apply:<br>☐ Electronically<br>☐ Paper |
| | City        State        ZIP Code | | |

---

## Part 9:    Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☐ No.

☒ Yes. State the nature of the information collected and retained. **LEGAL FILES + DOCUMENTS**

Does the debtor have a privacy policy about that information?

☐ No

☒ Yes

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan _____    Employer Identification number of the plan

_____    EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    KOSSOFF PLLC
Name

Case number (if known)    21-10699

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None    **SEE NOTE BELOW**

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1.** CHASE BANKING 214 BROADWAY NY, NY 10007 | xxxx–0751 | ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other____ | UNKNOWN | UNKNOWN |
| **18.2.** SAME AS ABOVE | xxxx–9936 0023 | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☑ Other ROTH IOLA CHECKING | | $ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **✱ PART 10 (NOTE) ASIDE FROM THE ACCOUNTS LISTED ABOVE, THE ACCOUNTS LISTED ON PAGE ONE OF FORM 206 MAY HAVE BEEN CLOSED ONE YEAR PRIOR TO THE FILING DATE.** | | | ☐ No ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| BURTON PACKAGING 52-01 FLUSHING AVE MASPETH, NY 11378 | THE UNDERSIGNED AND 3 ADMINI-STRATIVE ASSIS-TANTS OF DEBTOR PLUS ALL THE EMPLOYEES OF BURTON PACKAGING CO., INC | CLIENT FILES | ☐ No ☑ Yes |

Debtor    Name  *KOSSOFF PLLC*    Case number (if known)  *21-10699*

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None  *EXCEPT FOR CLIENT FILES AND PROPERTY*

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name _____ Street _____ City    State    ZIP Code | *OFFICES OF THE DEBTOR AND BOLTON PACKAGING* | | *UNKNOWN* |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ Case number _____ | Name _____ Street _____ City    State    ZIP Code | _____ | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ Street _____ City    State    ZIP Code | Name _____ Street _____ City    State    ZIP Code | _____ | _____ |

Debtor    Name **KOSSOFF PLLC**    Case number (if known) **21-10699**

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City    State    ZIP Code | | From _____ To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City    State    ZIP Code | | From _____ To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| | Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Street | | Dates business existed |
| | City    State    ZIP Code | | From _____ To _____ |

Debtor  **KOSSOFF PLLC**   Case number (if known) **21-10699**

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **OWEN J. FLANAGAN & Co.**<br>Name<br>**60 E 42ND Street**<br>Street<br>**NY, NY 10165**<br>City    State    ZIP Code | From **UNKNOWN** To **DATE OF FILING** |
| 26a.2. **JULIA MCNALLY**<br>Name<br>**28-50 170TH STREET**<br>Street<br>**FLUSHING, NY    11358**<br>City    State    ZIP Code | From **2003** To **DATE OF FILING** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **IVES & SULTAN**<br>Name<br>**1010 Crosssways Park Dr. West.**<br>Street<br>**WOODBURY, NY   11797-2012**<br>**SUITE 206**<br>City    State    ZIP Code | From **UNKNOWN** To **DATE OF FILING** |
| 26b.2.<br>Name<br>Street<br>City    State    ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

26c.1. **IN ADDITION TO THE ENTITIES/INDIVIDUALS LISTED ABOVE, THE OFFICE OF THE MANHATTAN DA & THE DEBTOR'S COUNSEL ALTHOUGH DEBTOR TURNED OVER ALL DOCUMENTS TO THE TRUSTEE IN HIS LAWYER'S POSSESSION EXCEPT THOSE CONTAINED IN THE PRIVILEGE LOG ATTACHED HERETO AND A FEW DOCUMENTS RECENTLY FOUND WHEN CLEARING OUT SUITE 511.**

Debtor **KOSSOFF PLLC**    Case number (if known) **21·10699**

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name | |
| | Street | |
| | City          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address | |
|---|---|---|
| 26d.1. | UPON INFORMATION AND BELIEF THE SECURED CREDITORS LISTED IN THE ADDENDUM TO FORM 206 WITH THE EXCEPTION OF COLUMBUS PROPERTIES. ALSO VALLEY NATIONAL BANK AS NOTED ON PAGE FOUR OF THE ADDENDUM TO FORM 206 | |
| | Name | |
| | Street | |
| | City          State          ZIP Code | |

| | Name and address | |
|---|---|---|
| 26d.2. | Name | |
| | Street | |
| | City          State          ZIP Code | |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | | | $ |

Name and address of the person who has possession of inventory records

| | | |
|---|---|---|
| 27.1. | Name | |
| | Street | |
| | City          State          ZIP Code | |

Debtor  **KOSSOFF PLLC**    Case number (if known) **21-10699**

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

**27.2.**
Name _____

Street _____

City _____ State _____ ZIP Code _____

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| MITCHELL KOSSOFF | 245 EAST 58th Street, Apt. 25A NY, NY 10022 | SOLE MEMBER | 100% |
| | | | |
| | | | |
| | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders** *SEE ATTACHMENT AND RESPONSE TO SECTION 4, INFRA

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1.** Name _____ | _____ | _____ | _____ |
| Street _____ | | _____ | |
| City _____ State ____ ZIP Code ____ | | _____ | |
| Relationship to debtor _____ | | _____ | |

Debtor  KOSSOFF PLLC                    Case number *(if known)* 21-10699
        Name

---

Name and address of recipient

30.2
      Name

      Street

      City                    State      ZIP Code

      Relationship to debtor


**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

   Name of the parent corporation

                                          Employer Identification number of the parent
                                          corporation
   _____        EIN: __ __ - __ __ __ __ __ __ __


**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

   Name of the pension fund

                                          Employer Identification number of the pension fund
   _____        EIN: __ __ - __ __ __ __ __ __ __


## Part 14:   Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/29/2021
             MM / DD / YYYY


X _____          Printed name  MITCHELL
   Signature of individual signing on behalf of the debtor               KOSSOFF

   Position or relationship to debtor  DESIGNATED
                                       REPRESENTATIVE

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

---

**MITCHELL H. KOSSOFF**
217 Broadway, Suite 401
New York, New York 10007
(212) 981-4991 (office)
(917) 863-5725 (cell)

June 4, 2019

**Via FedEx**
Department of the Treasury
Internal Revenue Service
Cincinnati, Ohio 45999-0038
Attn: Ms. Susan M. O'Neill, Operations Manager

Re:   **Kossoff, PLLC**
      **Taxpayer ID Number:** ▓▓▓▓▓▓▓
      **Tax Period: December 31, 2015**
      **Form Number: 941**

Dear Ms. O'Neill:

I received the notice annexed hereto concerning certain arrears for the tax period
December 31, 2015 - Form 941, and dispute the current balance set forth in the notice
of $381,365.33. I got a print-out from the Internal Revenue Service of the account as of
December 31, 2015, and there are two entries thereon for which I never received any
paperwork or explanation as to the origins of these charges, except for a random notice
with no explanation from the Department of Treasury, a copy of which is annexed hereto
as well. These items are circled and as more fully set forth on the random notice dated
March 19, 2019, one is in the amount of $171,967.76 and the other one is in the sum of
$25,795.16. I believe these charges to my tax account are erroneous and if you find as I
do, that they are not supported, I would appreciate it if you could remove them from
those sums now due and owing, as well as any penalties and interest allocable thereto
and recompute the total tax due based upon the shortfall for this year and any penalties
and interest accruing thereon. In the interim, please find enclosed herein an initial
payment of those sums that are justly due and owing in the sum of $25,000.00. Please
credit this to my hopefully reduced tax liability for this period.

Thank you for your attention and consideration in this matter.

Very truly yours,

Mitchell H. Kossoff

MHK:ab

Enclosure

05/23/2019 3:11:21 PM -0500 IRS                                    PAGE 2   OF 5

 Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 05-23-2019
Response Date: 05-23-2019
Tracking Number: 100449726006

Account Transcript

FORM NUMBER: 941                        TAX PERIOD: Dec. 31, 2015

TAXPAYER IDENTIFICATION NUMBER: ▆▆▆▆▆▆

KOSSOFF PLLC
MITCHELL KOSSOFF SOLE MBR
217 BROADWAY
NEW YORK, NY 10007-2909-994

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:              $308,093.89
ACCRUED INTEREST:            $43,678.17          AS OF: Jun. 03, 2019
ACCRUED PENALTY:             $28,840.79          AS OF: Jan. 31, 2016

ACCOUNT BALANCE
 PLUS ACCRUALS
 (THIS IS NOT A
 PAYOFF AMOUNT):            $380,612.85

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TAX PER TAXPAYER:         $0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Feb. 02, 2016
PROCESSED DATE                                                Feb. 22, 2016

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150 | Tax return filed 26135-034-59545-6 | 201605 | 02-22-2016 | $0.00 |
| 290 | Additional tax assessed 17154-464-20063-6 | 201610 | 03-28-2016 | $382,503.48 |

05/23/2019 3:11:21 PM −0500 IRS

| 971 | Amended tax return or claim forwarded for processing | | 02-06-2016 | $0.00 |
| 976 | Duplicate return filed 17977-464-00979-6 | | 02-06-2016 | $0.00 |
| 196 | Interest charged for late payment | 201610 | 03-28-2016 | $1,791.21 |
| 670 | Payment | | 04-19-2016 | −$50,000.00 |
| 670 | Payment | | 05-03-2016 | −$50,000.00 |
| 971 | Pending installment agreement | | 05-09-2016 | $0.00 |
| 670 | Payment | | 06-10-2016 | −$15,000.00 |
| 670 | Payment | | 06-13-2016 | −$15,000.00 |
| 582 | Lien placed on assets due to balance owed | | 07-01-2016 | $0.00 |
| 360 | Fees and other expenses for collection | | 07-25-2016 | $160.00 |
| 670 | Payment | | 06-28-2016 | −$20,000.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 07-05-2016 | $0.00 |
| 670 | Payment | | 07-11-2016 | −$20,000.00 |
| 670 | Payment | | 06-08-2016 | −$110,330.94 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 09-29-2016 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 09-29-2016 | $0.00 |
| 670 | Payment | | 10-06-2016 | −$116,160.79 |
| 276 | Penalty for late payment of tax | | 11-07-2016 | $7,961.95 |
| 196 | Interest charged for late payment | 201642 | 11-07-2016 | $4,063.26 |
| 776 | Interest credited to your account | | 11-07-2016 | −$0.03 |
| 846 | Refund issued | | 11-07-2016 | $11.86 |

05/23/2019 3:11:21 PM -0500 IRS                                    PAGE 4   OF 5

| | | | | |
|---|---|---|---|---|
| 672 | Removed payment | | 06-08-2016 | $110,330.94 |
| 777 | Reduced or removed interest<br>credited to your account | | 11-07-2016 | $0.03 |
| 960 | Appointed representative | | 06-28-2018 | $0.00 |
| 290 | Additional tax assessed - quick assessment | 201914 | 03-19-2019 | $171,967.76 |
| | 29151-078-12812-9 | | | |
| 180 | Federal tax deposit penalty<br>03-19-2029 | 201914 | 03-19-2019 | $25,795.16 |
| 470 | Claim pending | | 04-13-2019 | $0.00 |

This Product Contains Sensitive Taxpayer Data

## Department of the Treasury
**Internal Revenue Service**
**Director**
1973 N. Rulon White Blvd.
Ogden, UT 84201

Document Locator Number

29151-078-12812-19

| MFT | Tax Period | Assessment Date | Trans Code |
|-----|-----------|-----------------|-----------|
| 01  | 201512    | 03/19/2019      | 370       |

Taxpayer

KOSSOFF PLLC
217 BROADWAY
NEW YORK, NY 10007

IDRS Number:  0584030061
Notice Date:  03/19/2019
Name Control: KOSS
Taxpayer ▶
Identifying
Number

Form Number:  941

Plan/Report Number:

Tax Period Ended:  12/31/2015

### Notice of Tax Due on Federal Tax Return

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the United States Treasury and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

The balance due may include penalty and interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (Individual filers).

| 31. Reference | 32. TC | 33. Assessment | 34. Adjustment or Credit | 35. Balance Due |
|---------------|--------|----------------|--------------------------|-----------------|
| 03/19/2019 ADD'L TAX | 290 | 171,967.76 | | |
| 03/19/2019 DEL PEN | 160 | 0.00 | | |
| 03/19/2019 FTD PEN | 180 | 25,795.16 | | |

36. Reference Code: see enclosed notice

197,762.92

see enclosed notice

Please return this copy with your payment to the address shown above

Form 3552 (Rev. 1-2018) (Part 3)
Catalog Number 49356T

**Department of the Treasury**

**Internal Revenue Service**
Director
1973 N. Rulon White Blvd.
Ogden, UT 84201

Document Locator Number

29151-078-12812-19

IDRS Number: 0584030061
Notice Date: 03/19/2019
Name Control: KOSS

| MFT | Tax Period | Assessment Date | Trans Code |
|-----|-----------|-----------------|-----------|
| 01  | 201512    | 03/19/2019      | 370       |

Taxpayer
Identifying
Number ▶

Taxpayer

KOSSOFF PLLC
217 BROADWAY
NEW YORK, NY 10007

Form Number: 941

Plan/Report Number:

Tax Period Ended: 12/31/2015

### Notice of Tax Due on Federal Tax Return

This is a notice of tax due on your tax return identified above. Please pay the amount shown as Balance Due when you receive this notice. Make your check payable to the United States Treasury and send it with a copy of this notice to the address shown above. If the balance due as shown below is incorrect because you made a recent payment, please send us the amount you believe you owe and an explanation of the difference.

The balance due may include penalty and interest. If you have any questions concerning the balance due or penalty and interest computation call us at 800-829-0115 (Business filers) or 800-829-8374 (Individual filers).

| 31. Reference | 32. TC | 33. Assessment | 34. Adjustment or Credit | 35. Balance Due |
|---------------|--------|----------------|-------------------------|-----------------|
| 03/19/2019 ADD'L TAX | 290 | 171,967.76 | | |
| 03/19/2019 DEL PEN | 160 | 0.00 | | |
| 03/19/2019 FTD PEN | 180 | 25,795.16 | | |

36. Reference Code: see enclosed notice

197,762.92

see enclosed notice

DUPLICATE—(Keep for your records)

Form 3552 (Rev. 1-2018) (Part 4)
Catalog Number 49356T

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

|  |  |  |
|---|---|---|
| In the Matter | : |  |
| -of- | : | Bankr. Case No. 21-10699 (DSJ) |
| KOSSOFF, PLLC | : |  |
| Debtor | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### PRIVILEGE LOG

The below-listed documents were generated at the specific request of criminal counsel in

connection with Mr. Kossoff's defense. Upon information and belief, the more complete set of

these documents has already been produced to the Trustee in a thumb-drive provided by

bookkeeper Julia McNally's criminal counsel. This specific subset of documents listed below

were generated for use in any criminal investigation, and are protected by the attorney-client and

attorney work product privileges:

1. Electronically generated documents reflecting money transfers to and from Kossoff
   PLLC from 2/4/14 to 4/1/21; and money transfers to and from Kossoff PLLC's
   predecessor firm from 2010 to 2014. Certain pages contain handwritten notes by Mr.
   Kossoff. [Bates No. 0001-13]
2. One folder with computer-generated documents reflecting merchant cash deposits into
   Kossoff PLLC and merchant cash payments from Kossoff PLLC from 1/2016 to 4/7/21;
   Standard Merchant Cash Advance Agreement dated 9/10/20 between Diesel Funding
   LLC and Kossoff PLLC, and handwritten chart prepared by Mr. Kossoff showing MCA
   credits and deposits [Bates No. 0014-110]
3. One folder with available computer-generated reports for 2021 reflecting deposits into
   and payments from Kossoff PLLC with handwritten notations by Mr. Kossoff [Bates No.
   0111-182]
4. One folder with computer-generated reports for 2020 reflecting deposits into and
   payments from Kossoff PLLC [Bates No. 0183-535]

5. One folder with selected computer-generated reports for 2019 reflecting deposits into and payments from Kossoff PLLC; and two-pages of handwritten calculations on yellow paper [Bates No. 0536-890]

6. One folder with selected computer-generated reports reflecting payments to and from Tenanttracers to and from Kossoff PLLC 2011 to 2013, and 2016 to 4/1/21 [Bates No. 0891-924]

Dated: New York, New York
        November 10, 2021

Walter Mack, Esq.
David Rivera, Esq.
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, New York 10007
(212) 619-3730 (telephone)
(212) 962-5037 (facsimile)
*Attorney for Mitchell Kossoff and
Kossoff, PLLC*

Kossoff PLLC
21-10699
Page One of One

### Attachment to Official Form 207

### 4. and 30. Payments etc. to insiders.

As indicated previously much of the information and/or documents needed by
the undersigned to accurately respond are in the possession the possession of
either the Manhattan DA or the trustee or are otherwise not available to the
debtor's representative and so no response with any degree of accuracy can be
offered at present. It would be helpful if the trustee pursuant to its previous
written representation would turn over to the undersigned's counsel copies of
the voluminous documents previously forwarded to trustee's own designee
pursuant to the order of this Court. Moreover, it is respectfully pointed out
herein that the bankruptcy code itself does not contain a definition of an LLC, nor
does it set out who might be insiders when a debtor is an LLC or as in the instant
case a PLLC. Continuing and this Court's undisturbed prior rulings at the trustee's
urging which underscores that a PLLC is not equatable with its individual and sole
member would seem to further complicate who is and who is not an insider for
purposes of formulating a proper response to this section of Form 207.