TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Brian F. Shaughnessy

*Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
: 
In the Matter : Chapter 7
: Case No. 21-10699 (DSJ)
-of- :
:
:
KOSSOFF PLLC, :
:
:
:
Debtor. :
:
------------------------------------------------------------ X

## OMNIBUS NOTICE OF ADJOURNMENTS

**PLEASE TAKE NOTICE** that the December 20, 2021 (A) status conference regarding the *Chapter 7 Interim Trustee's Motion for an Order Compelling Julia McNally to Comply with Bankruptcy Rule 2004 Order* [Docket No. 185] and (B) hearing to consider the *Trustee's Application for an Order Compelling Disclosure of Certain Grand Jury Materials* (the "Grand Jury Motion") [Docket No. 217] have been adjourned to **February 8, 2022 at 10:00 a.m. (Prevailing Eastern Time)** (together, the "Hearings").

**PLEASE TAKE NOTICE** that that the deadline for the New York County District Attorney to file a response to the Grand Jury Motion is extended to and including January 31, 2022, and the deadline for the Trustee to file a reply to such response is extended to and including February 3, 2022.

**PLEASE TAKE FURTHER NOTICE** that the Hearings will be held before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004.  In light of the COVID-19 pandemic, the Hearing shall take place via Zoom for Government.  Those wishing to appear before the Court at the Hearing must register for appearance utilizing the Electronic Appearance portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be entered no later than February 7, 2021 at 4:00 p.m. (Prevailing Eastern Time).

Dated:  New York, New York
           December 16, 2021

        ALBERT TOGUT, not individually but
        solely in his capacity as Chapter 7 Interim
        Trustee of Kossoff PLLC
        By His Attorneys,
        TOGUT, SEGAL & SEGAL LLP,
        By:

        */s/ Neil Berger*
        NEIL BERGER
        MINTA J. NESTER
        BRIAN F. SHAUGHNESSY
        One Penn Plaza, Suite 3335
        New York, New York 10119
        (212) 594-5000