TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Brian F. Shaughnessy

*Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
: 
In the Matter    :    Chapter 7
: 
-of-    :    Case No. 21-10699 (DSJ)
: 
KOSSOFF PLLC    : 
: 
Debtor.    : 
: 
---------------------------------------------------------------- X

**NOTICE OF FILING OF DISTRICT COURT ORDERS
DENYING MITCHELL H. KOSSOFF'S MOTION FOR
RECONSIDERATION OF ORDERS DISMISSING APPEALS**

**PLEASE TAKE NOTICE** that on January 11, 2022, the United States District Court for the Southern District of New York (the "District Court") entered the attached orders denying the *Notice of Motion for Reconsideration of Dismissal of Appeal* [Case No. 1:21-cv-09924-JPO, Docket No. 9; Case No. 1:21-cv-09938-JPO, Docket No. 12], filed by Mitchell H. Kossoff.

DATED:    New York, New York
January 12, 2022

ALBERT TOGUT, Not Individually
But Solely in His Capacity as Chapter 7
Interim Trustee of Kossoff PLLC
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Neil Berger*
NEIL BERGER
MINTA J. NESTER
BRIAN F. SHAUGHNESSY
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000