# TOGUT, SEGAL & SEGAL LLP

ATTORNEYS AT LAW

ONE PENN PLAZA

NEW YORK, NEW YORK 10119

(212) 594-5000

FACSIMILE
(212) 967-4258

January 27, 2022

**VIA EMAIL and ECF Filing**
Honorable David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

        Re:    *In re Kossoff PLLC*
                Bankr. Case No. 21-10699 (DSJ)

Dear Judge Jones:

     As counsel to Albert Togut, not individually, but solely in his capacity as the Chapter 7 Interim Trustee (the "Trustee") of Kossoff PLLC (the "Debtor") in the above-referenced case (the "Chapter 7 Case"), we write to request that the following matters be adjourned from February 8, 2022 until March 15, 2022 at 10:00 a.m. (prevailing Eastern Time):

(i)     the hearing to consider the *Trustee's Application for an Order Compelling Disclosure of Certain Grand Jury Materials* [Docket No. 217] (the "Grand Jury Motion"), and the related briefing deadlines;[1] and

(ii)    the status conference regarding the *Chapter 7 Interim Trustee's Motion for an Order Compelling Julia McNally to Comply with Bankruptcy Rule 2004 Order* [Docket No. 185] (the "McNally Motion").

     As your Honor is aware, the DA has obtained a sharing order from the New York State Supreme Court, pursuant to which the DA has begun to disclose to the Trustee materials that the DA seized prior to the commencement of this Chapter 7 Case.

     The Trustee requests that the deadline for the DA to file a response to the Grand Jury Motion be extended to March 7, 2022 at 5:00 p.m. (prevailing Eastern Time) and the deadline for the Trustee to file a reply be extended to March 11, 2022 at 5:00 p.m. (Prevailing Eastern Time). The Trustee's intention remains to withdraw the Grand Jury Motion only after he

---

[1]    The current deadline for the response of the Manhattan District Attorney (the "DA") is January 31, 2022 at 5:00 p.m. (prevailing Eastern Time), and the Trustee's reply would be due February 3, 2022 at 5:00 p.m. (prevailing Eastern Time) (*See* Docket No. 311.)

TOGUT, SEGAL & SEGAL LLP

Honorable David S. Jones
United States Bankruptcy Court
January 27, 2022
Page 2

receives copies of all of the materials sought in the Grand Jury Motion. The DA understands this course of action and joins the Trustee in his request for this adjournment.

The Trustee is reviewing documents in connection with a deposition of Ms. McNally. Many of those documents include copies of the materials being produced by the DA. Consequently, the Trustee seeks a corresponding adjournment to the conference for the McNally Motion.

            Respectfully submitted,

            TOGUT, SEGAL & SEGAL LLP
            By:
             */s/ Neil Berger*

cc: Albert Togut, Esq. (by email and ECF notification)
   Brian F. Shaughnessy, Esq. (by email and ECF notification)
   Andrew D. Velez-Rivera, Esq. (by email and ECF notification)
   Ryan Gee, Esq. (by email and ECF notification)
   Catherine McCaw, Esq. (by email and ECF notification)
   Julia McNally (by email)