TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Brian F. Shaughnessy

*Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ X
                                                 :
              In the Matter                      :        Chapter 7
                                                 :        Case No. 21-10699 (DSJ)
                 -of-                             :
                                                 :
KOSSOFF PLLC,                                     :
                                                 :
                                                 :
                          Debtor.                :
                                                 :
------------------------------------------------------------ X
```

<u>OMNIBUS NOTICE OF ADJOURNMENTS</u>

  **PLEASE TAKE NOTICE** that the February 8, 2022 (A) status conference regarding the *Chapter 7 Interim Trustee's Motion for an Order Compelling Julia McNally to Comply with Bankruptcy Rule 2004 Order* [Docket No. 185], and (B) hearing to consider the *Trustee's Application for an Order Compelling Disclosure of Certain Grand Jury Materials* (the "<u>Grand Jury Motion</u>") [Docket No. 217] have been adjourned to **March 15, 2022 at 10:00 a.m. (Prevailing Eastern Time)** (together, the "<u>Hearings</u>").

  **PLEASE TAKE FURTHER NOTICE** that the deadline for the Manhattan District Attorney to file a response to the Grand Jury Motion is extended to March 7, 2022 at 5:00 p.m. (Prevailing Eastern Time), and the deadline for the Trustee to file a reply to such response is extended to and including March 11, 2022 at 5:00 p.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Hearings will be held before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004.  In light of the COVID-19 pandemic, the Hearings shall take place via Zoom for Government.  Those wishing to appear before the Court at the Hearings must register for appearance utilizing the Electronic Appearance portal located at the Court's website:

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be entered no later than March 14, 2021 at 4:00 p.m. (Prevailing Eastern Time).

Dated:  New York, New York
       January 27, 2022

                    ALBERT TOGUT, not individually but
                    solely in his capacity as Chapter 7 Interim
                    Trustee of Kossoff PLLC
                    By His Attorneys,
                    TOGUT, SEGAL & SEGAL LLP,
                    By:

                    */s/ Neil Berger*
                    NEIL BERGER
                    MINTA J. NESTER
                    BRIAN F. SHAUGHNESSY
                    One Penn Plaza, Suite 3335
                    New York, New York 10119
                    (212) 594-5000