TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Minta J. Nester

*Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Interim Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In the Matter                                     :     Chapter 7
:     Case No. 21-10699 (DSJ)
-of-                                                   :
:
KOSSOFF PLLC,                                :
:
Debtor.                              :
:
---------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF TRUSTEE'S APPLICATION FOR AN
ORDER COMPELLING DISCLOSURE OF CERTAIN GRAND JURY MATERIALS**

**PLEASE TAKE NOTICE** that Albert Togut, not individually but solely in his capacity as the Chapter 7 Interim Trustee of the bankruptcy estate of Kossoff PLLC, by his attorneys, Togut, Segal & Segal, LLP, hereby withdraws without prejudice the *Trustee's Application for an Order Compelling Disclosure of Certain Grand Jury Materials* [Docket No. 217] in the above-captioned case.

DATED:    New York, New York
February 15, 2022

                                                  ALBERT TOGUT,
Not individually but solely in his capacity as
Chapter 7 Interim Trustee of
Kossoff PLLC
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Neil Berger*
NEIL BERGER
BRIAN F. SHAUGHNESSY
MINTA J. NESTER
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000