**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
                In the Matter  :  Chapter 7
                                               :  Case No. 21-10699 (DSJ)
                     -of- :
KOSSOFF PLLC,  :
                                   Debtor.  :
---------------------------------------------------------------- X

**ORDER CONCERNING CHAPTER 7 INTERIM TRUSTEE'S**
**RULE 2004 SUBPOENA TO JPMORGAN CHASE BANK, N.A.**

This Order (the "Order") is entered following the status conference held on February 4, 2022 (the "Status Conference") with respect to this Court's Order Authorizing Trustee to Issue Subpoenas and Obtain Testimony and for Injunctive Relief [Docket No. 27] and the Subpoena for Rule 2004 Examination served upon JPMorgan Chase Bank, N.A. (the "Subpoena")[1] and the parties' recent filings regarding the Subpoena [Docket Nos. 329, 340, 341]; and based upon the record of the Status Conference, it is

**ORDERED**, that JPMorgan Chase Bank, N.A. ("JPMC") shall produce external email communications which are responsive to the Subpoena (the "External Emails"), in accordance with the Court's directives during the Status Conference; and it is further

**ORDERED**, that JPMC and the Trustee shall confer in good faith regarding mutually acceptable search protocols for the External Emails; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Subpoena.

**ORDERED**, that JPMC and the Trustee shall also confer in good faith concerning the production of JPMC's internal communications, in accordance with the Court's directives during the Status Conference; and it is further

**ORDERED**, that JPMC and the Trustee reserve all of their respective rights regarding any additional disputes concerning the Subpoena to the extent such disputes were not resolved by the Court during the Status Conference; and it is further

**ORDERED**, that entry of this Order is without prejudice to the Trustee's right to submit further requests to JPMC for other aspects of JPMC's compliance with the Subpoena, and without prejudice to JPMC's right to object or otherwise be heard regarding such requests by the Trustee; and it is further

**ORDERED**, that entry of this Order is without prejudice to rights of the Trustee and JPMC to seek other or further relief from the Court.

Dated:   New York, New York
         February 24, 2022

                                            *s/ David S. Jones*
                                            HONORABLE DAVID S. JONES
                                            UNITED STATES BANKRUPTCY JUDGE