TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Brian F. Shaughnessy

*Attorneys for Albert Togut, Not Individually*
*But Solely in His Capacity as Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X
                                                             :
            In the Matter            :        Chapter 7
                                     :        Case No. 21-10699 (DSJ)
              -of-                   :
                                     :
KOSSOFF PLLC,                        :
                                     :
                                     :
              Debtor.                :
                                     :
------------------------------------------------------------ X

**NOTICE OF ADJOURNMENT OF STATUS CONFERENCE CONCERNING**
**CHAPTER 7 INTERIM TRUSTEE'S MOTION FOR AN ORDER COMPELLING**
**JULIA MCNALLY TO COMPLY WITH BANKRUPTCY RULE 2004 ORDER**

**PLEASE TAKE NOTICE** that the March 15, 2022 status conference

regarding the *Chapter 7 Interim Trustee's Motion for an Order Compelling Julia McNally to*

*Comply with Bankruptcy Rule 2004 Order* [Docket No. 185] has been adjourned to **April**

**14, 2022 at 10:00 a.m. (Prevailing Eastern Time)** (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be

held before the Honorable David S. Jones, United States Bankruptcy Judge for the

Southern District of New York, One Bowling Green, New York, New York 10004.  In

light of the COVID-19 pandemic, the Status Conference shall take place via Zoom for

Government.  Those wishing to appear before the Court at the Status Conference must

register for appearance utilizing the Electronic Appearance portal located at the Court's

website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances

must be entered no later than April 13, 2021 at 4:00 p.m. (Prevailing Eastern Time).

Dated:  New York, New York
        March 10, 2022

                                        ALBERT TOGUT, not individually but
                                        solely in his capacity as Chapter 7 Trustee of
                                        Kossoff PLLC
                                        By His Attorneys,
                                        TOGUT, SEGAL & SEGAL LLP,
                                        By:

                                        /s/ Neil Berger
                                        NEIL BERGER
                                        MINTA J. NESTER
                                        BRIAN F. SHAUGHNESSY
                                        One Penn Plaza, Suite 3335
                                        New York, New York 10119
                                        (212) 594-5000