**TOGUT, SEGAL & SEGAL LLP**
ATTORNEYS AT LAW
ONE PENN PLAZA
NEW YORK, NEW YORK 10119

———
(212) 594-5000
———
FACSIMILE
(212) 967-4258

April 13, 2022

**VIA EMAIL and ECF FILING**
Honorable David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

      Re:   *In re Kossoff PLLC*
                Bankr. Case No. 21-10699 (DSJ)

Dear Judge Jones:

      As counsel to Albert Togut, not individually, but solely in his capacity as the Chapter 7 Trustee (the "Trustee") of Kossoff PLLC (the "Debtor") in the above-referenced case (the "Chapter 7 Case"), we write to request that the April 14, 2022 the status conference regarding the *Chapter 7 Interim Trustee's Motion for an Order Compelling Julia McNally to Comply with Bankruptcy Rule 2004 Order* [Docket No. 185] (the "McNally Motion") be adjourned to June 16, 2022 at 10:00 a.m. (Prevailing Eastern Time).

      As your Honor is aware, the Manhattan District Attorney (the "DA") obtained a sharing order from the New York State Supreme Court, pursuant to which the DA disclosed to the Trustee materials that the DA seized prior to the commencement of this Chapter 7 Case.

***[Concluded on Following Page]***

TOGUT, SEGAL & SEGAL LLP

Honorable David S. Jones
United States Bankruptcy Court
April 13, 2022
Page 2

      The Trustee is reviewing documents in connection with a deposition of Ms. McNally. Many of those documents include copies of the materials that have recently been produced by the DA. Consequently, the Trustee seeks an adjournment to the conference for the McNally Motion.

      Respectfully submitted,

      TOGUT, SEGAL & SEGAL LLP
      By:
      */s/ Neil Berger*

cc:    Albert Togut, Esq. (by email and ECF notification)
      Brian F. Shaughnessy, Esq. (by email and ECF notification)
      Andrew D. Velez-Rivera, Esq. (by email and ECF notification)
      Ryan Gee, Esq. (by email and ECF notification)
      Catherine McCaw, Esq. (by email and ECF notification)
      Julia McNally (by email)