Adjourned Status Conference Date: October 6, 2022 at 10:00 a.m.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Jared C. Borriello

*Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X
:
              In the Matter              :     Chapter 7
:     Case No. 21-10699 (DSJ)
                   -of-                      :
:
KOSSOFF PLLC,                      :
:
:
                             Debtor.    :
:
------------------------------------------------------------- X

**NOTICE OF ADJOURNMENT OF STATUS CONFERENCE CONCERNING
CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER COMPELLING
JULIA MCNALLY TO COMPLY WITH BANKRUPTCY RULE 2004 ORDER**

      **PLEASE TAKE NOTICE** that the August 4, 2022 status conference regarding *Chapter 7 Trustee's motion for an Order Compelling Julia McNally to Comply with Bankruptcy Rule 2004 Order* [Docket No. 185} has been adjourned until **October 6, 2022 at 10:00 a.m. (Prevailing Eastern Time)** (the "Status Conference").

      **PLEASE TAKE FURTHER NOTICE** that the Status Conference will be held before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004. In light of the COVID-19 pandemic, the Status Conference shall take place via Zoom for Government. Those wishing to appear before the Court at the Status Conference must register for appearance utilizing the Electronic Appearance portal located at the Court's

website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be entered no later than October 5, 2022 at 4:00 p.m. (Prevailing Eastern Time).

Dated: New York, New York
July 29, 2022

>ALBERT TOGUT, not individually but solely in his capacity as Chapter 7 Trustee of Kossoff PLLC
> By His Attorneys,
> TOGUT, SEGAL & SEGAL LLP,
> By:
>
> /s/ Jared C. Borriello
> NEIL BERGER
> BRIAN F. SHAUGNESSY
> JARED C. BORRIELLO
> One Penn Plaza, Suite 3335
> New York, New York 10119
> (212) 594-5000