TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Jared C. Borriello

*Attorneys for Albert Togut, Not Individually*
*But Solely in His Capacity as Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
          In the Matter                                      :    Chapter 7
                                                             :    Case No. 21-10699 (DSJ)
               -of-                                          :
                                                             :
KOSSOFF PLLC,                                                :
                                                             :
                                                             :
                         Debtor.                             :
                                                             :
------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION FOR**
**AN ORDER COMPELLING AMERICAN EXPRESS TO COMPLY WITH**
**BANKRUPTCY RULE 2004 ORDER AND SUBPOENA**

TO THE HONORABLE DAVID S. JONES,
UNITED STATES BANKRUPTCY JUDGE:

       The undersigned counsel to Albert Togut, not individually but solely in his capacity as the Chapter 7 Trustee (the "Trustee") of Kossoff PLLC, respectfully states:

       1.    On July 28, 2022, the Trustee filed and served the *Chapter 7 Trustee's Motion for an Order Compelling American Express to Comply with Bankruptcy Rule 2004 Order and Subpoena* [Docket No. 421] (the "Motion") (with supporting documents).

2. Included with the Motion was a notice of hearing, which stated, among other things, that objections to the Motion were to be filed and served so that they were actually received no later than August 18, 2022 at 4:00 p.m. (Eastern Time).

3. The undersigned counsel hereby certifies that, as of the date hereof, no objection to the Motion has been received. Undersigned counsel further certifies that he has reviewed the docket in this case and no answer, objection or other response to the Motion appears thereon.

4. In accordance with Rule 9075-2 of the Local Bankruptcy Rules for the Southern District of New York, this certificate is being filed at least forty-eight (48) hours after expiration of the deadline for parties to file and serve any answer, objection or response to the Motion.

Dated: New York, New York
August 23, 2022

Respectfully submitted,

ALBERT TOGUT, not individually but
solely in his capacity as Chapter 7 Trustee
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/Neil Berger*
NEIL BERGER
BRIAN F. SHAUGHNESSY
JARED BORRIELLO
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000