**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matter of<br><br>KOSSOFF PLLC,<br><br>                 Debtor. | Chapter 7<br><br>Case No.: 21-10699 (DSJ) |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>                 Plaintiff,<br><br>                -against-<br><br>BURTON KOSSOFF TESTAMENTARY TRUST, ERNEST PEREVOSKI, TERRI ABBEY, HUI-FONG LEE, JOHN BOSWELL, EQUITY TRUST COMPANY, PETER XENOPOULOS, P. XENOPOULOS REALTY, LLC, PHYLLIS KOSSOFF, RONNY MINTZ, and CHALRON ENTERPRISES, LTD.,<br><br>                 Defendants. | Adv. Pro. No. 22-01141 (DSJ) |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>                 Plaintiff,<br><br>              -against-<br><br>PHYLLIS KOSSOFF,<br><br>                 Defendant. | Adv. Pro. No. 22-01146 (DSJ) |

# CORRECTED SCHEDULING ORDER[1]

On November 9, 2022, Mr. Kossoff filed a motion styled *Request to be recognized as a Required Party in the above proceedings and to attend the Court Conferences Scheduled for 11/15/22* (the "Rule 19 Motion") [Main Case, ECF No. 440].  Pre-trial conferences in adversary proceedings 22-ap-01141 and 22-ap-01146 were scheduled for November 15, 2022 at 10:00 a.m.  Both pre-trial conferences have been adjourned to January 19, 2023 at 10:00 a.m.  The Rule 19 Motion relates to adversary proceedings 22-ap-01141 and 22-ap-01146.  Accordingly, the Court will hear the Rule 19 Motion on January 19, 2023 at 10:00 a.m.  Any party who wishes to file a response shall do so no later than January 5, 2023.

It is so ordered

Dated:  New York, New York
        November 14, 2022

                                                    *s/ David S. Jones*
                                             HONORABLE DAVID S. JONES
                                             UNITED STATES BANKRUPTCY JUDGE

---

[1] This order corrects a prior order (ECF No. 441) that incorrectly referred to Mr. Kossoff as "Debtor."