TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Brian F. Shaughnessy
Jared C. Borriello

*Attorneys for Albert Togut, Not Individually*
*But Solely in His Capacity as Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X
:
In the Matter                  :    Chapter 7
:    Case No. 21-10699 (DSJ)
-of-                           :
:
KOSSOFF PLLC,                  :
:
:
Debtor.           :
:
------------------------------------------------------------- X

**NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER CONTINENTAL**
**CASUALTY COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that the January 12, 2023 hearing to consider Continental Casualty Company's Motion for Relief from the Automatic Stay [Docket No. 448] has been adjourned until **February 7, 2023 at 10:00 a.m. (Prevailing Eastern Time)** (the "Stay Relief Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Stay Relief Hearing will be held before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004.  In light of the COVID-19 pandemic, the Pre-Trial Conference shall take place via Zoom for Government.  Those wishing to appear before the Court at the Stay Relief Hearing must register for appearance utilizing the Electronic Appearance portal located at the Court's

website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than February 6, 2023 at 4:00 p.m. (Prevailing Eastern Time).

Dated: New York, New York
January 5, 2023

>ALBERT TOGUT, not individually but solely in his capacity as Chapter 7 Trustee of Kossoff PLLC
>By His Attorneys,
>TOGUT, SEGAL & SEGAL LLP,
>By:
>
>*/s/ Neil Berger*
>NEIL BERGER
>BRIAN F. SHAUGNESSY
>JARED C. BORRIELLO
>One Penn Plaza, Suite 3335
>New York, New York 10119
>(212) 594-5000