Status Conference Date:  March 28, 2023 at 10:00 AM (Prevailing Eastern Time)

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Jared C. Borriello

*Attorneys for Albert Togut, Not Individually
but Solely in his Capacity as Chapter 7 Interim Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
In the Matter   :   Chapter 7
:   Case No. 21-10699 (DSJ)
-of-   :
:
KOSSOFF PLLC,   :
:
Debtor.   :
:
------------------------------------------------------------- X

## NOTICE OF STATUS CONFERENCE (VIA ZOOM)

**PLEASE TAKE FUTHER NOTICE** that at the request of Albert Togut, in his capacity as the Chapter 7 Trustee of the Estate of Kossoff PLLC, the debtor herein, a status conference (the "Status Conference") will be held before the Honorable David S. Jones, United States Bankruptcy Judge for the Southern District of New York (the "Bankruptcy Court"), on **March 28, 2023 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that in light of the COVID-19 pandemic, the Status Conference shall take place via *Zoom for Government*.  Those wishing to appear before the Court at the Status Conference must register for appearance utilizing the Electronic Appearance portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  Appearances must be entered no later than March 27, 2023 at 4:00 p.m. (Prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that all case related filings can be

viewed and/or obtained by (i) accessing the Bankruptcy Court's Website for a fee, or (ii) by contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

Dated: New York, New York
       January 23, 2022

                          ALBERT TOGUT,
Not individually but solely in his capacity as
Chapter 7 Trustee of Kossoff PLLC
By His Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ Jared C. Borriello*
NEIL BERGER
MINTA J. NESTER
JARED C. BORRIELLO
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000

2