UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**ANSELL GRIMM & AARON, P.C.**
David J. Byrne, Esq.
214 Carnegie Center, Suite 112
Princeton, New Jersey 08540
Telephone: (609) 751-5551
E-mail: djb@ansellgrimm.com
*Attorneys for Twin Lights Terrace Condominium Association, Inc.*

In re:

KOSSOFF PLLC,

        Debtor.

Case No. 21-10699 (DSJ)

Chapter 7

### CREDITOR, TWIN LIGHTS TERRACE CONDOMINIUM ASSOCIATION, INC. RESPONSE TO PENDING APPLICATION OF CHAPTER 7 TRUSTEE TO PROCURE PERMISSION TO SELL UNIT I-9

TO THE HONORABLE DAVID S. JONES,
UNITED STATES BANKRUPTCY JUDGE:

      Ansell Grimm & Aaron, P.C. is counsel to creditor, Twin Lights Terrace Condominium Association, Inc. ("Association"). The Association does not contest the application of Albert Togut, not individually, but solely in his capacity as the Chapter 7 Trustee ("Trustee") of Kossoff PLLC ("Debtor") seeking entry of an order providing for the sale of Unit I-9 ("Unit"), free and clear of liens, claims, encumbrances and other interests ("Motion"). The Association files this pleading to reiterate Debtor's and/or Trustee's need to pay those amounts that have accrued vis a vis the Unit subsequent to April 13, 2021 ("Petition Date").

      Since the Petition Date, a significant balance has accrued with respect to the Unit, consisting of assessments, special assessments, common expenses, water assessments, bounced

069493.000023 8287953v1

check charges, counsel fees and other charges (collectively, "<u>Unit-Related Charges</u>").[1] Since the Petition Date, Trustee has not paid all of the Unit-Related Charges. The balance in Unit-Related Charges due at the time of the Unit's conveyance must be paid in the context of any court-approved sale of the Unit.

Lastly, the sale of the Unit may also implicate other sums due the Association such as a membership fee, escrow amounts and/or administrative fees.

## CONCLUSION

The Association wholeheartedly supports Trustee's effort to sell the Unit and procure the relief sought by virtue of the Motion. The Association simply needs to protect its members by ensuring payment, at the time of that sale's closing, of all sums due the Association.

                                            **ANSELL GRIMM & AARON, P.C.**
*Attorneys for Twin Lights Terrace Condominium Association, Inc.*

By: */s/ David J. Byrne*
      David J. Byrne, Esq.

DATED: March 21, 2023

---

[1] Obviously, additional Unit-Related Charges with respect to which the Trustee will be responsible until the Unit's conveyance, will accrue.