**ROSENBERG & ESTIS, P.C.**
733 Third Avenue
New York, New York 10017
(212) 867-6000
Howard W. Kingsley, Esq.
hkingsley@rosenbergestis.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re:                                                                    Chapter 7

**KOSSOFF PLLC,**                                              Case No. 21-10699 (DSJ)

                                                  Debtor.
---------------------------------------------------------x

### NOTICE OF MOTION OF ROSENBERG & ESTIS, P.C. TO WITHDRAW AS COUNSEL FOR JONATHAN OSTROW

**PLEASE TAKE NOTICE,** that pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York and Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, Howard W. Kingsley, attorney for Jonathan Ostrow ("Creditor") hereby requests an order, (a) permitting R&E to withdraw as counsel of record on behalf of Jonathan Ostrow, in this case, and all other related cases, and (b) removing Howard W. Kingsley, attorney at R&E, from any applicable service lists, including the Court's CM/ECF electronic notification list maintained in this case.

Dated:  New York, New York
        April 5, 2023

Respectfully submitted,

*Howard W. Kingsley*
Howard W. Kingsley
ROSENBERG & ESTIS, P.C.
733 Third Avenue
New York, New York 10017
Tel: (212) 867-6000
hkingsley@rosenbergestis.com