Adjourned Status Conference Date:  June 15, 2023 at 10:00 a.m.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Minta J. Nester
Jared C. Borriello

*Attorneys for Albert Togut, Not Individually
But Solely in His Capacity as Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
:
In the Matter  :  Chapter 7
:  Case No. 21-10699 (DSJ)
-of-  :
:
KOSSOFF PLLC,  :
:
:
Debtor.  :
:
------------------------------------------------------------ X

**NOTICE OF ADJOURNMENT OF STATUS
CONFERENCE CONCERNING THE CHAPTER 7 TRUSTEE'S
APPLICATION FOR AN ORDER (I) DIRECTING IVES &
SULTAN, LLP TO DISCLOSE DOCUMENTS AND INFORMATION
RELATING TO SERVICES PROVIDED TO PERSONS AFFILIATED WITH
THE DEBTOR AND (II) COMPELLING IVES & SULTAN, LLP TO FULLY
COMPLY WITH BANKRUPTCY RULE 2004 ORDER AND SUBPOENA**

**PLEASE TAKE NOTICE** that the May 23, 2023 status conference regarding *the Chapter 7 Trustee's Application for an Order (I) Directing Ives & Sultan, LLP to Disclose Documents and Information Relating to Services Provided to Persons Affiliated with the Debtor and (II) Compelling Ives & Sultan, LLP to Fully Comply with Bankruptcy Rule 2004 Order and Subpoena* [Docket No. 551} has been adjourned until **June 15, 2023 at 10:00 a.m. (Prevailing Eastern Time)** (the "Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be held before the Honorable David S. Jones, United States Bankruptcy Judge for the

Southern District of New York, One Bowling Green, New York, New York 10004. In light of the COVID-19 pandemic, the Status Conference shall take place via Zoom for Government. Those wishing to appear before the Court at the Status Conference must register for appearance utilizing the Electronic Appearance portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than June 14, 2023 at 4:00 p.m. (Prevailing Eastern Time).

Dated:  New York, New York
       May 22, 2023

                                      ALBERT TOGUT, not individually but
                                      solely in his capacity as Chapter 7 Trustee of
                                      Kossoff PLLC
                                      By His Attorneys,
                                      TOGUT, SEGAL & SEGAL LLP,
                                      By:

                                      */s/ Minta J. Nester*
                                      NEIL BERGER
                                      MINTA J. NESTER
                                      JARED C. BORRIELLO
                                      One Penn Plaza, Suite 3335
                                      New York, New York 10119
                                      (212) 594-5000