TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger
Minta J. Nester
Jared C. Borriello

*Attorneys for Albert Togut, Not Individually But Solely in His Capacity as Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| KOSSOFF PLLC, | Case No. 21-10699 (DSJ) |
| Debtor. | |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC, | Adv. Pro. No. 22-01113 (DSJ) |
| Plaintiff, | |
| v. | |
| VNB NEW YORK LLC, VALLEY NATIONAL BANK, MITCHELL H. KOSSOFF, and PAMELA KOSSOFF, in her capacity as Executor of the Estate of Phyllis Kossoff, | |
| Defendants. | |

| | |
|---|---|
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC,<br><br>Plaintiff,<br><br>v.<br><br>ROC LE TRIOMPHE ASSOCIATES LLC, HAMPTON MANAGEMENT CO., LLC, and MITCHELL H. KOSSOFF,<br><br>Defendants. | Adv. Pro. No. 22-01158 (DSJ) |

------------------------------------------------------------ X

**AGENDA FOR HEARING FOR MATTERS SCHEDULED**
**TO BE HEARD ON APRIL 17, 2024 AT 10:00 A.M.**
**(VIA ZOOM FOR GOVERNMENT)**

| | |
|---|---|
| **Time and Date of Hearing:** | April 17, 2024 at 10:00 a.m. (Prevailing Eastern Time) |
| **Location of Hearing:** | Judge David S. Jones, Courtroom 501<br>United States Bankruptcy Court,<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |
| **Hearing Attendance Instructions:** | The Hearing will be conducted Via Zoom for Government. Those wishing to appear before the Bankruptcy Court at the Omnibus Hearing must register their appearance by utilizing the Electronic Appearance portal located at the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than **April 16, 2024 at 4:00 p.m.** (Prevailing Eastern Time). In addition, Gen. Ord. M-543, along with other temporary procedures implemented by the Bankruptcy Court in connection with the COVID-19 pandemic (including electronic filing procedures for *pro se* parties) can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website") and clicking on the "Coronavirus COVID-19 Protocol" banner. |

**Copies of Pleadings:** Copies of each of the related pleadings can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's Website for a fee, or (ii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website.

**I. CASE CONFERENCES:**

1. *Togut v. VNB New York LLC, et al.,* Adv. Pro. No. 22-01113 (DSJ)

   Related Filings:

   (a) Scheduling Order [Docket No. 64]

   (b) Amended Scheduling Order [Docket No. 68]

   (c) Letter to Judge Jones re: Amended Scheduling Orders [Docket No. 70]

   Status: Case Conference re: Mitchell Kossoff's Letter [Docket No. 70] is moving forward.

2. *Togut v. Roc Le Triomphe Associates LLC, et al.,* Adv. Pro. No. 22-01158 (DSJ)

   Related Filings:

   (a) Notice of Status Conference (via Zoom) [Docket No. 104]

   Status: This case conference is moving forward.

**II. ADJOURNED MATTERS:**

1. *Togut v. VNB New York, et al.,* Adv. Pro. No. 22-01113 (DSJ)

   Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

2. *Togut v. Perevoski, et al.,* Adv. Pro. No. 22-01141 (DSJ)

   Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

3. *Togut v. Besen, et al.,* Adv. Pro. No. 23-01004 (DSJ)

   Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

4. *Togut v. 52-01 Flushing Avenue Company, LLC, et al.*, Adv. Pro. No. 23-01018 (DSJ)

   Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

5. *Togut v. Bank of America, N.A.,* Adv. Pro. No. 23-01063 (DSJ)

   Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

6. *Togut v. Bank of America, N.A.,* Adv. Pro. No. 23-01064 (DSJ)

   Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

7. *Togut v. Tremada 333 East 46 LLC et al.,* Adv. Pro. No. 23-01067 (DSJ)

   Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

8. *Togut v. Rosenblatt,* Adv. Pro. No. 23-01069 (DSJ)

   Status: This pre-trial conference has been adjourned until June 12, 2024 at 10:00 A.M. (Prevailing Eastern Time).

9. *Togut v. 333 East 46 St. Apartment Corp.,* Adv. Pro. No. 23-01075 (DSJ)

   Status: This pre-trial conference has been adjourned until June 12, 2024 at 10:00 A.M. (Prevailing Eastern Time).

10. *Togut v. 145 Henry Partners, LLC,* Adv. Pro. No. 23-01077 (DSJ)

    Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

11. *Togut v. Gatsby, et al.*, Adv. Pro. No. 23-01078 (DSJ)

    Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

12. *Togut v. Penna,* Adv. Pro. No. 23-01079 (DSJ)

    Status: This pre-trial conference and conference regarding the Motion filed by the Defendant to Vacate Clerk's Default has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

13. *Togut v. Jelic,* Adv. Pro. No. 23-01081 (DSJ)

Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

14. *Togut v. Rebecca Zweig, N/K/A Rebecca Zweig Katz*, Adv. Pro. No. 23-01084 (DSJ)

Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

15. *Togut v. Ranaan*, Adv. Pro. No. 23-01087 (DSJ)

Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

16. *Togut v. Zweig*, Adv. Pro. No. 23-01088 (DSJ)

Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

17. *Togut v. Zweig*, Adv. Pro. No. 23-01090 (DSJ)

Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

18. *Togut v. Alexander, et al.*, Adv. Pro. No. 23-01092 (DSJ)

Status: This pre-trial conference has been adjourned until June 12, 2024 at 10:00 A.M. (Prevailing Eastern Time).

19. *Togut v. Bloomingdale's Inc., et al.*, Adv. Pro. No. 23-01094 (DSJ)

Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

20. *Togut v. Citibank, N.A. et al.*, Adv. Pro. No. 23-01096 (DSJ)

Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

21. *Togut v. Costa, et al.*, Adv. Pro. No. 23-01100 (DSJ)

Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

22. *Togut v. Haverford College*, Adv. Pro. No. 23-01105 (DSJ)

Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

23. *Togut v. Apex Funding Source, LLC,* Adv. Pro. No. 23-01107 (DSJ)

    Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

24. *Togut v. Diesel Funding LLC,* Adv. Pro. No. 23-01108 (DSJ)

    Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

25. *Togut v. Queen Funding, LLC,* Adv. Pro. No. 23-01110 (DSJ)

    Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

26. *Togut v. Tiger Capital Group LLC,* Adv. Pro. No. 23-01111 (DSJ)

    Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

27. *Togut v. Unique Funding Solutions, LLC,* Adv. Pro. No. 23-01112 (DSJ)

    Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

28. *Togut v. BMF Advance, LLC,* Adv. Pro. No. 23-01113 (DSJ)

    Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

29. *Togut v. Cedar Advance, LLC,* Adv. Pro. No. 23-01114 (DSJ)

    Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

30. *Togut v. Elite Enterprises of NY, Inc.,* Adv. Pro. No. 23-01115 (DSJ)

    Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

31. *Togut v. Fordham University School of Law et al.,* Adv. Pro. No. 23-01155 (DSJ)

    Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

32. *Togut v. SSM Realty Group, LLC et al.*, Adv. Pro. No. 24-01004 (DSJ)

Status: This pre-trial conference has been adjourned until May 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

Dated: New York, New York
April 15, 2024

TOGUT, SEGAL & SEGAL LLP
*Attorneys for Albert Togut, Not Individually But Solely in His Capacity as Chapter 7 Trustee*
By:

*/s/ Minta J. Nester*

ALBERT TOGUT
NEIL BERGER
MINTA J. NESTER
JARED C. BORRIELLO
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000