UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                          Chapter 7

KOSSOFF PLLC,                                      Case No. 21-10699 (DSJ)

                              Debtor.
-------------------------------------------------------------------x

## MEMORANDUM ENDORSED SCHEDULING ORDER

The matters identified in the letter from Mr. Kossoff [ECF No. 735] will be discussed during the May 15 conference, as will Mr. Kossoff's request to discuss permissive intervention in additional adversary proceedings as described in his letter that was docketed on April 12, 2024 [ECF No.721].

**SO ORDERED.**

Dated: New York, New York            *s/ David S. Jones*
       May 8, 2024                          Honorable David S. Jones
                                             United States Bankruptcy Judge