TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger
Minta J. Nester
Jared C. Borriello

*Attorneys for Albert Togut, Not Individually But Solely in His Capacity as Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
In re:                                                        :    Chapter 7
                                                              :
KOSSOFF PLLC,                                                 :    Case No. 21-10699 (DSJ)
                                                              :
                       Debtor.                                :
                                                              :
------------------------------------------------------------- X
                                                              :
ALBERT TOGUT, Not Individually but Solely                     :
in His Capacity as Chapter 7 Trustee of the                   :
Estate of Kossoff PLLC,                                       :
                                                              :    Adv. Pro. No. 23-01080 (DSJ)
                       Plaintiff,                             :
                                                              :
             v.                                               :
                                                              :
BRUCE BARASKY,                                                :
                       Defendant.                             :
------------------------------------------------------------- X

## AGENDA FOR HEARING FOR MATTERS
## SCHEDULED TO BE HEARD ON DECEMBER 11, 2024 AT 10:00 A.M.
## (VIA ZOOM FOR GOVERNMENT)

| | |
|---|---|
| **Time and Date of Hearing:** | December 11, 2024 at 10:00 a.m. (Prevailing Eastern Time) |
| **Location of Hearing:** | Judge David S. Jones, Courtroom 501 United States Bankruptcy Court, Southern District of New York One Bowling Green New York, NY 10004 |

| | |
|---|---|
| **Hearing Attendance Instructions:** | The Hearing will be conducted via Zoom for Government. Those wishing to appear before the Bankruptcy Court at the Omnibus Hearing must register their appearance by utilizing the Electronic Appearance portal located at the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than **December 10, 2024 at 4:00 p.m.** (Prevailing Eastern Time). Additional procedures can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website"). |
| **Copies of Pleadings:** | Copies of each of the related pleadings can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's Website for a fee, or (ii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website. |

**I.    MOTION TO DISMISS CASE:**

1.  *Togut v. Barasky*, Adv. Pro. No. 23-01094 (DSJ)

    Related Filings:

    (a)    Complaint [Docket No. 1]

    (b)    Motion to Withdraw the Reference and Dismiss the Case [Docket No. 5]

    (c)    Motion to Withdraw the Reference and Dismiss the Case [Docket No. 6]

    (d)    Chapter 7 Trustee's Memorandum of Law and Objection to Defendant's Motion to Dismiss Case [Docket No. 46]

    Status:    This matter is moving forward regarding the Defendant's Motion to Dismiss the Chapter 7 Case.

**II.    ADJOURNED MATTERS:**

1.  *Togut v. VNB New York LLC, et al.*, Adv. Pro. No. 22-01113 (DSJ)

    Status:    This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

2.  *Togut v. Roc Le Triomphe Associates LLC,* Adv. Pro. No. 22-01158 (DSJ)

    Status:  This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

3.  *Togut v. 52-01 Flushing Avenue Company, LLC, et al.*, Adv. Pro. No. 23-01018 (DSJ)

    Status:  This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

4.  *Togut v. Prudential Insurance Company of America, et al.,* Adv. Pro. No. 23-01021 (DSJ)

    Status:  This pre-trial conference has been adjourned until September 13, 2025 at 10:00 A.M. (Prevailing Eastern Time).

5.  *Togut v. Hammer, et al.*, Adv. Pro. No. 23-01065 (DSJ)

    Status:  This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

6.  *Togut v. Tremada 333 East 46 LLC et al.*, Adv. Pro. No. 23-01067 (DSJ)

    Status:  This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

7.  *Togut v. Rosenblatt,* Adv. Pro. No. 23-01069 (DSJ)

    Status:  This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

8.  *Togut v. 333 East 46th St. Apartment Corp.*, Adv. Pro. No. 23-01075 (DSJ)

    Status:  This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

9.  *Togut v. Gatsby, et al.*, Adv. Pro. No. 23-01078 (DSJ)

    Status:  This pre-trial conference has been adjourned until December 11, 2024 at 10:00 A.M. (Prevailing Eastern Time).

10. *Togut v. Jelic,* Adv. Pro. No. 23-01081 (DSJ)

    Status:  This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

11. *Togut v. Rebecca Zweig, N/K/A Rebecca Zweig Katz,* Adv. Pro. No. 23-01084 (DSJ)

    Status:     This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

12. *Togut v. Ranaan*, Adv. Pro. No. 23-01087 (DSJ)

    Status:     This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

13. *Togut v. Zweig*, Adv. Pro. No. 23-01088 (DSJ)

    Status:     This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

14. *Togut v. Ramnani, et al.,* Adv. Pro. No. 23-01089 (DSJ)

    Status:     This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

15. *Togut v. Zweig*, Adv. Pro. No. 23-01090 (DSJ)

    Status:     This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

16. *Togut v. Alexander et al.,* Adv. Pro. No. 23-01092 (DSJ)

    Status:     This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

17. *Togut v. Bloomingdale's Inc. et al.,* Adv. Pro. No. 23-01094 (DSJ)

    Status:     This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

18. *Togut v. Columbus Properties, Inc., et al.,* Adv. Pro. No. 23-01095 (DSJ)

    Status:     This pre-trial conference has been adjourned until January 15, 2024 at 10:00 A.M. (Prevailing Eastern Time).

19. *Togut v. Citibank, N.A. et al.,* Adv. Pro. No. 23-01096 (DSJ)

    Status:     This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

20. *Togut v. Haverford College,* Adv. Pro. No. 23-01105 (DSJ)

        Status:        This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

21.    *Togut v. eProdigy Financial, LLC, et al.*, Adv. Pro. No. 23-01109 (DSJ)

        Status:        This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

22.    *Togut v. Queen Funding, LLC*, Adv. Pro. No. 23-01110 (DSJ)

        Status:        This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

23.    *Togut v. Tiger Capital Group LLC*, Adv. Pro. No. 23-01111 (DSJ)

        Status:        This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

24.    *Togut v. Unique Funding Solutions, LLC*, Adv. Pro. No. 23-01112 (DSJ)

        Status:        This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

25.    *Togut v. BMF Advance, LLC*, Adv. Pro. No. 23-01113 (DSJ)

        Status:        This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

26.    *Togut v. Cedar Advance, LLC*, Adv. Pro. No. 23-01114 (DSJ)

        Status:        This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

27.    *Togut v. Elite Enterprises of NY, Inc.*, Adv. Pro. No. 23-01115 (DSJ)

        Status:        This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

28.    *Togut v. Hammer et al.*, Adv. Pro. No. 23-01116 (DSJ)

        Status:        This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

29.    *Togut v. Unger, et al.*, Adv. Pro. No. 23-01127 (DSJ)

        Status:        This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

30. *Togut v. Fordham University School of Law, et al.*, Adv. Pro. No. 23-01055 (DSJ)

      Status:    This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

Dated: New York, New York
       December 9, 2024

TOGUT, SEGAL & SEGAL LLP
*Attorneys for Albert Togut, Not Individually But Solely in His Capacity as Chapter 7 Trustee*
By:

/s/ Minta J. Nester
ALBERT TOGUT
NEIL BERGER
MINTA J. NESTER
JARED C. BORRIELLO
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000