TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger
Minta J. Nester
Jared C. Borriello

*Attorneys for Albert Togut, Not Individually But Solely in His Capacity as Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

| | |
|---|---|
| In re: | Chapter 7 |
| KOSSOFF PLLC, | Case No. 21-10699 (DSJ) |
|                Debtor. | |

------------------------------------------------------------ X

| | |
|---|---|
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC, | |
| | Adv. Pro. No. 23-01080 (DSJ) |
|                Plaintiff, | |
|          v. | |
| BRUCE BARASKY, | |
|                Defendant. | |

------------------------------------------------------------ X

**AGENDA FOR HEARING FOR MATTERS
SCHEDULED TO BE HEARD ON FEBRUARY 12, 2025 AT 10:00 A.M.
(VIA ZOOM FOR GOVERNMENT)**

| | |
|---|---|
| **Time and Date of Hearing:** | February 12, 2025 at 10:00 a.m. (Prevailing Eastern Time) |
| **Location of Hearing:** | Judge David S. Jones, Courtroom 501<br>United States Bankruptcy Court,<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

|  |  |
|---|---|
| **Hearing Attendance Instructions:** | The Hearing will be conducted via Zoom for Government. Those wishing to appear before the Bankruptcy Court at the Omnibus Hearing must register their appearance by utilizing the Electronic Appearance portal located at the Bankruptcy Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than **February 11, 2025 at 4:00 p.m.** (Prevailing Eastern Time). Additional procedures can be found by visiting www.nysb.uscourts.gov (the "Bankruptcy Court's Website"). |
| **Copies of Pleadings:** | Copies of each of the related pleadings can be viewed and/or obtained by: (i) accessing the Bankruptcy Court's Website for a fee, or (ii) contacting the Office of the Clerk of the United States Bankruptcy Court, Southern District of New York. Please note that a PACER password is required to access documents on the Bankruptcy Court's Website. |

**I.   STATUS CONFERENCE:**

1. *Togut v. Barasky*, Adv. Pro. No. 23-01080 (DSJ)

    Related Filings:

    (a) Complaint [Docket No. 1]

    (b) Motion to Withdraw the Reference and Dismiss the Case [Docket No. 5]

    (c) Motion to Withdraw the Reference and Dismiss the Case [Docket No. 6]

    (d) Chapter 7 Trustee's Memorandum of Law and Objection to Defendant's Motion to Dismiss Case [Docket No. 46]

    (e) Order Signed on December 16, 2024 Denying the Defendant's Motion to Dismiss [Docket No. 49]

    (f) Scheduling Order Signed on December 16, 2024 [Docket No. 50]

    (g) Letter to the Honorable Judge Jones regarding Request to File Motion for Default Judgement [Docket No. 52]

    (h) Letter in Opposition [Docket No. 53]

    (i) Answer to Complaint [Docket No. 55]

  (j)  First Amended Scheduling Order [Docket No. 57]

  <u>Status</u>:  This matter is moving forward as a status conference.

## II. ADJOURNED MATTERS:

  1.  *Togut v. Perevoski, et al.*, Adv. Pro. No. 22-01141 (DSJ)

  <u>Status</u>:  This pre-trial conference has been adjourned until March 12, 2025 at 10:00 A.M. (Prevailing Eastern Time).

Dated: New York, New York
    February 10, 2025

TOGUT, SEGAL & SEGAL LLP
*Attorneys for Albert Togut, Not Individually But Solely in His Capacity as Chapter 7 Trustee*
By:

<u>/s/ Minta J. Nester</u>
ALBERT TOGUT
NEIL BERGER
MINTA J. NESTER
JARED C. BORRIELLO
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000