February 19, 2025

Hon. David S. Jones
United States Bankruptcy Courthouse
Southern District
One Bowling Green
New York, New York 10004

Appeals Clerk's Office
United States Bankruptcy Courthouse
Southern District
One Bowling Green
New York, New York 10004

Pro Se Intake Unit
Attention: Appeals Clerk
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Request For Extension of Time To File A Notice of Appeal Pursuant to FRBP Section 8002(d)(1)(A)
In Re Kossoff Pllc, Case 21-10699 (DSJ)
Date of Decision: February 14, 2025
Unofficial Cite: 2025 Bankr. Lexis 351

-------------------------------------------------

Dear Judge Jones and Sir/Madam:

I am writing this letter to extend my time to file a Notice of Appeal pertaining to the above Decision/Order up through and including the 26th day of March, 2025. Further this is an Appeal as of right pursuant to 28 USCA Section 158(a)(1) because the Decision/Order being appealed from determined the validity of a creditor's claim. Further and in the underlying Decision I am denominated as a Pro Se Defendant.

The reason for this request is that I am an incarcerated individual and the day after I became aware of the above Decision, the Correction Officers in New York State went on strike and as a result all prisoners like myself are on a modified lockdown due to severe staff shortages. As of the date of this letter the strike is continuing and I do not have access to our facility's law library,

nor do I have access to a typewriter or even the ability to make copies. As a result I cannot attach to this request a copy of the Decision being appealed from but the unofficial cite on Lexis is as set forth above because I printed a copy for myself the day before the strike. Further I am sending the within request to all of you because due to my inability to visit the law library, I am unsure who has the authority to grant the within request. Lastly, I am sending this request to a third party to print and mail on my behalf via Jpay Email because I cannot make copies and am not even sure our outgoing and incoming mail is being processed in a timely fashion due to the strike.

I am aware that the Decision being appealed from does contain a direction to the Trustee to settle an Order and that as a result the within Request might be premature. However if it is, then due to the exigencies resulting from the strike as noted above, perhaps the within extension request to file a Notice of Appeal can be granted within the confines of such an Order with a direction that the Trustee serve a copy of the Order upon me via Jpay email or at the very least the within extension request should be held and acted upon as soon as such an Order is signed and entered.

Thank you for your attention to the matters set forth herein.

Respectfully Submitted,
/Mitchell Kossoff/
Pro Se Defendant

Mitchell Kossoff
Din# 22B2108
Groveland Correctional Facility
7000 Sonyea Road, P.O. Box 50
Sonyea, New York 14556