**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Kossoff PLLC                                                  CASE NO.: 21–10699–dsj

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 7
00–0000000

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on March 7, 2025, document number 855, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 25–cv–2296 assigned to the Honorable Katherine Polk Failla.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: March 27, 2025                                                Vito Genna
                                                                     Clerk of the Court