# Notice Recipients

District/Off: 0208−1  User: admin  Date Created: 3/27/2025
Case: 21−10699−dsj  Form ID: tranapl  Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Jared C Borriello    jborriello@teamtogut.com

 TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk    Mitchell Kossoff    LEGAL MAIL    Groveland Correctional Facility    DIN No. 22B2108    7000
 Sonyea Road, P.O. Pox 50    Sonyea, NY 14556−0050

 TOTAL: 1