UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| KOSSOFF PLLC, | 25 Civ. 2296 (KPF) |
| Debtor. | **ORDER GRANTING IFP APPLICATION** |

KATHERINE POLK FAILLA, District Judge:

Leave to proceed in this Court without payment of fees is authorized for Appellant Mitchell Kossoff. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated: March 24, 2025
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge