TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
John McClain
Jonathan Samper

*Attorneys for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| KOSSOFF PLLC, | Case No. 21-10699 (DSJ) |
| Debtor. | |
| ALBERT TOGUT, Not Individually but Solely in His Capacity as Chapter 7 Trustee of the Estate of Kossoff PLLC, Plaintiff, v. JPMORGAN CHASE BANK, N.A.; Defendant. | Adv. Pro. No. 24-_____ (DSJ) |

**COMPLAINT**

Albert Togut, not individually but solely in his capacity as Chapter 7 Trustee (the "Plaintiff" or the "Trustee") of the estate of Kossoff PLLC (the "Debtor") in the above-captioned Chapter 7 bankruptcy case (the "Chapter 7 Case") and as Plaintiff in this adversary proceeding (the "Adversary Proceeding"), by and through his attorneys, Togut, Segal & Segal LLP, hereby makes this complaint (the "Complaint") against JPMorgan Chase Bank, N.A. ("Defendant" or "Chase") and in support thereof respectfully alleges as follows upon information and belief:

## PRELIMINARY STATEMENT[1]

1. Mitchell Kossoff ("Kossoff") is currently serving a prison sentence for his admitted theft of moneys from the clients of the Debtor law firm that he controlled. It was not a large firm and yet, based upon the proofs of claim filed in the Debtor's case, some $18.5 million of client money was stolen. In his guilty plea, Kossoff admitted to $14.5 million of these thefts; the rest have been discovered since his guilty plea.

2. Kossoff, as the Debtor's head, had signing authority on the law firm's bank accounts. When the Debtor was forced into bankruptcy, it was difficult to understand how Kossoff, himself, could have stolen all this money. For it to have happened, it had to be done over years. And he could not have done it alone. He needed help.

3. The Defendant, a highly respected, hugely profitable bank, helped Kossoff steal the money. The Trustee never would have suspected this at the outset of the case. But from the beginning of his work to administer the Debtor's estate, the Defendant forcefully resisted the Trustee's information requests.

4. The U.S. Department of Justice maintains a vetted panel of trustees from which Chapter 7 trustees are appointed. The Trustee for the Debtor has served on the S.D.N.Y. panel since 1981 and has a tremendous amount of experience from thousands of cases over nearly forty-five years. Separate from his trustee work, the Trustee is a practicing bankruptcy lawyer with particular expertise in law-firm insolvencies.

---

1 Capitalized terms not defined within this section are defined below.

5. In those capacities, the Trustee has dealt with many banks, over many years, and never, not in one case, has he met the opposition to his discovery efforts by any other bank like he experienced from the Defendant. He became suspicious as a result.

6. So in his investigation, the Trustee looked to see why Defendant fought him so hard when he was only looking for information about the Debtor's bank accounts, not unusual for any Chapter 7 trustee. He found the answer that has led to the bringing of this action. The Defendant was complicit in what Kossoff and the Debtor did. And it is clear in retrospect that the Defendant knows it, and was bracing for an action like this one to be brought against it.

7. Weeding out a bad apple from the legal profession is important for the public's trust. The same can be said of a trusted financial institution that helped him. For the same reasons that a bad lawyer is held up to public scrutiny for all the public to see, the bank that helped facilitate the fraud should be made to account. That is especially true for a bank that is an authorized depository for attorney IOLA accounts.

8. It should be emphasized, as detailed below, that Kossoff and the Debtor were not just small-time lawyers who got lost by a megabank in the shuffle. Quite the opposite, they were designated by Defendant as "V.I.P.s" and consistently given special treatment, the type only afforded most valued customers. They did not have only one account officer but at least twelve Chase representatives who were personally involved in the management of the Kossoff JPMC Accounts during the Relevant Period, as described below. What Kossoff and the Debtor were doing was thus widely known to, and understood by, Defendant.

9. It is also important to understand, as detailed below, that Defendant is not being accused of bad behavior in only a few instances. Over a five-year period, Defendant knowingly assisted Kossoff and the Debtor in regularly and frequently moving large sums of money into and out of various accounts that Kossoff controlled—notably including the Debtor's IOLA Accounts in which Kossoff held his clients' funds as a fiduciary—all in violation of Kossoff's statutory and common-law duties to his clients, and in violation of Defendant's duties as a depository of IOLA funds. Had Defendant put a stop to what was going on years ago, Kossoff and the Debtor could not have hurt clients to the tune of nearly $20 million.

10. The way in which to make Defendant account for its involvement is for it to pay at least $18.5 million to make the creditors whole. Nothing less can be acceptable.

## SUMMARY OF THE ACTION

11. From at least 2015 until 2021, Mitchell Kossoff—a prominent New York real-estate lawyer—orchestrated and perpetrated a fraudulent scheme by which he stole millions of dollars from the Debtor and its clients. Defendant materially enabled and helped him.

12. As early as 2014, Kossoff, personally, and his various businesses were in financial distress. In addition to misappropriating Debtor funds, Kossoff started using client funds held in special fiduciary accounts called "IOLA Accounts" (defined below) to help advance his misdeeds. Kossoff took these funds, which he was required to safeguard and use solely for the Debtor's clients and their specific real-estate transactions, to instead pay his own personal expenses, cover overdrafts in the Debtor's operating accounts, and prop up his non-Debtor insolvent businesses, among other things. Then he would transfer money back into the IOLA Accounts from numerous

other accounts he controlled at Chase to cover up the scheme. Kossoff did this hundreds of times over several years.

13. Kossoff pleaded guilty to this conduct, and he is incarcerated.

14. Kossoff's past statements that he acted alone in perpetrating his fraudulent scheme are untrue. Kossoff could not have stolen millions of dollars from the Debtor and from its clients over such an extended period without the help of Defendant.

15. Defendant administered more than a dozen bank accounts that Kossoff used for his fraudulent scheme, including the Debtor IOLA Accounts from which client funds were stolen. Defendant actively monitored every one of those accounts. Defendant even assigned no fewer than five Relationship Managers (defined below) to directly oversee Kossoff's banking activities at Chase. Those Relationship Managers discovered dozens of instances where Kossoff either misappropriated client funds from the Debtor's IOLA Accounts or improperly added to those accounts with non-client funds to conceal his thefts. And then they knowingly helped Kossoff to conceal his misconduct, first in 2015, and then repeatedly thereafter, into 2021.

16. Kossoff may have been the mastermind of his fraud, but Defendant was his enabler. For example, when Defendant helped Kossoff conceal a fraudulent transaction for the first time in October 2015, Kossoff was commingling and/or misappropriating approximately $500,000 of IOLA Account funds at Chase each month. By January 2021, that number was approximately $2 million per month. All told, Defendant assisted in more than $20 million in improper transfers between the Debtor IOLA Accounts and the other accounts that Kossoff used and controlled at Chase.

17. Each of the dozens of times that it discovered Kossoff's misconduct between 2015 and 2021, Defendant was required to report Kossoff and the Debtor to the

authorities that govern IOLA Accounts in New York. Defendant never did. Instead, Chase allowed Kossoff to perpetuate and conceal his fraud.

18. For these reasons, and those detailed below, Defendant should be held liable for aiding and abetting Kossoff's fraud and breaches of his fiduciary duties.

**THE PARTIES AND RELEVANT NON-PARTIES**

19. Plaintiff is the Chapter 7 Trustee of the Debtor and was assigned the claims brought herein, directly and indirectly, by Kossoff/the Debtor's clients as discussed below in Section VII.

20. Defendant is a banking association organized under the laws of the State of Ohio, with its principal place of business in the State of New York. With almost $4 trillion of assets, Defendant is the largest bank in the United States, and the fifth-largest bank in the world.

21. The Debtor is a New York professional limited-liability company that, prior to April 13, 2021 (the "Petition Date"), operated as a law firm located at 217 Broadway, Suite 401, New York, New York 10007. The Debtor's Articles of Organization were filed with the New York Secretary of State on December 6, 2013.

22. From its inception until the Petition Date, the Debtor provided legal services in New York City's real-estate market. Specifically, the Debtor specialized in structuring and negotiating real-estate transactions.

23. Before he pleaded guilty to grand larceny and scheming to defraud the Debtor's clients and others, Kossoff was an attorney licensed to practice law in the State of New York and was the Debtor's sole member. He is no more, has been disbarred, and is serving time for his crimes.

24. Non-party Burton Packaging Company Inc. ("Burton Packaging") was a New York corporation founded by Kossoff's father in or around 1950 and operated as a consumer-products packaging business. Burton Packaging is defunct.

25. Burton Packaging was an "affiliate" of the Debtor as that term is defined in section 101(2) of the Bankruptcy Code. At all relevant times, Kossoff was an officer, shareholder, and creditor of Burton Packaging.

26. Non-party Phyllis Kossoff (deceased) was Kossoff's mother and, at all relevant times, was an "insider" of the Debtor and Burton Packaging as that term is defined in Bankruptcy Code section 101(31). Prior to her death in November 2022 and at all relevant times, Phyllis Kossoff was an officer, shareholder, and creditor of Burton Packaging and a resident of the State of New York. She and Kossoff collectively owned a majority of the equity of Burton Packaging.

27. Kossoff and Phyllis Kossoff each personally guaranteed Burton Packaging's obligations to lenders, and, prior to the date of this Complaint, both were named defendants in lawsuits commenced in New York state courts to enforce obligations allegedly owed by Burton Packaging.

28. Burton Packaging was grossly insolvent since at least 2011. For example, during each year in the period of 2011-2013, Burton Packaging's liabilities exceeded its assets by at least $2 million. Burton Packaging remained insolvent each year thereafter. Among Burton Packaging's creditors were Kossoff and Phyllis Kossoff, on account of their individual officer loans to Burton Packaging totaling more than $7 million.

29. Non-party Tenantracers, LLC ("Tenantracers") was a New York limited-liability company that provided residential-tenant-surveillance services. Tenantracers is defunct.

30. Tenantracers was an "affiliate" of the Debtor as that term is defined in section 101(2) of the Bankruptcy Code (Tenantracers, together with Burton Packaging, the "Affiliates"). At all relevant times, Kossoff was an officer and shareholder of Tenantracers and owned between 30-45% of the company.

## JURISDICTION AND VENUE

31. The United States Bankruptcy Court for the Southern District of New York (the "Court") has jurisdiction over this Adversary Proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and the United States District Court for the Southern District of New York's Amended Standing Order of Reference M-431, dated January 31, 2012, which refers such proceedings to this Court.

32. This Adversary Proceeding is commenced pursuant to: sections 323 and 544 of the Bankruptcy Code; Rules 6009 and 7001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and the laws of the State of New York.

33. This Adversary Proceeding is a "core" proceeding under 28 U.S.C. §§ 157(b)(2)(A), (E), and (O), and this Court has jurisdiction to hear and to determine this proceeding and to enter a final order and judgment herein. In the event that this Court or any other court finds any part of this Adversary Proceeding to be "non-core," this Court has non-core concurrent jurisdiction over this proceeding under 28 U.S.C. § 1334 because the relief sought herein relates to the Chapter 7 Case and will have a material impact upon the administration of the Debtor's estate.

34. The Trustee consents to the entry of final orders and judgments by the Court in this Adversary Proceeding pursuant to Bankruptcy Rule 7008. The Trustee also consents to the entry of final orders or judgments by this Court if it is determined

that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

35. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409 because this Adversary Proceeding arises in and is related to the Chapter 7 Case pending in this Court.

## FACTUAL ALLEGATIONS

### I. The Kossoff JPMC Accounts

36. Under New York law, lawyers who take possession of their clients' funds in connection with the practice of law possess the funds as their clients' fiduciaries and are statutorily required to handle the funds in specific ways.

37. Among other things, New York lawyers are statutorily prohibited from misappropriating client funds and from commingling client funds with the funds of others or their own funds. As stated by the New York Rules of Professional Conduct:

> A lawyer in possession of any funds or other property belonging to another person, where such possession is incident to his or her practice of law, is a fiduciary, and must not misappropriate such funds or property or commingle such funds or property with his or her own.

22 N.Y.C.R.R. § 1200.1.15.

38. New York lawyers are generally required to open separate, interest-bearing accounts for each individual client to segregate each client's funds from other clients' funds, and from the lawyer's own funds.

39. However, New York law provides that when a lawyer determines that client funds in their possession are unlikely to generate sufficient interest income to justify the expense of administering a segregated account for the client's benefit, the lawyer may hold those funds in an Interest on Lawyer Account (each an "IOLA Account").

40. Any interest or dividends that accrue on funds held in IOLA Accounts are themselves segregated and periodically provided to the New York Interest on Lawyer Account Fund (the "IOLA Fund"), a New York government entity that distributes funds for the provision of basic legal services to the State's poor.

41. Starting in January 2015, as part of the Debtor's practice representing real-estate clients, Kossoff set up three IOLA Accounts at Chase (with account numbers ending -1975, -9936, and -0023) (the "Debtor IOLA Accounts").

42. The Debtor IOLA Accounts, however, were just part of Kossoff's relationship with Chase. Since 2006, Kossoff used Chase for virtually all of his banking needs, including, in addition to the Debtor IOLA Accounts: (1) Kossoff's personal accounts (ending -8968 and -9827); (2) the Debtor's operating accounts (ending -0751 and -7973); (3) the Affiliates' accounts (ending -3892, -0065, -1765, and -7890 for Burton Packaging; and ending -3310, -2885, and -6483 for Tenantracers); (4) Phyllis Kossoff's accounts (ending -8065 and -5886); and (5) an account for one of Kossoff's sons, Noah Kossoff (ending -2113). The Defendant held and administered all of these accounts (collectively with the Debtor IOLA Accounts, the "Kossoff JPMC Accounts").

## II. Kossoff's Fraud and Breaches of Fiduciary Duty

43. Given the fiduciary nature of the Debtor IOLA Accounts, Kossoff (on behalf of the Debtor) executed an escrow agreement with each of the Debtor's clients expressly stating that the funds provided by that client were: (1) to be held in the Debtor IOLA Accounts in escrow for safekeeping; and (2) to be distributed by the Debtor only upon the client's written instructions.

44. However, Kossoff ignored the promises he made to his clients. Between at least December 2017 and April 2021 (the "Relevant Period"), Kossoff engaged in a fraudulent scheme whereby he regularly used the Debtor IOLA Accounts

as though they were his own, and as if they were common depositories of not only client funds, but also of: (1) his personal funds; (2) the Debtor's operating funds; (3) the Affiliates' funds; and (4) Phyllis Kossoff's funds. Kossoff often disbursed these commingled funds to accounts in no way related to the Debtor's clients or their counterparties, *e.g.*, the other Kossoff JPMC Accounts. Thus, Kossoff misappropriated his clients' funds for his personal benefit.

45. By engaging in such commingling within, and misappropriation from, the Debtor IOLA Accounts, Kossoff breached his fiduciary duties to his clients over and over again during the Relevant Period. A summary of all these transfers during the Relevant Period is annexed hereto as **Exhibit 1**.

46. **First**, during the Relevant Period, Kossoff commingled at least $6,634,993.56 of the Debtor's operating funds within the Debtor IOLA Accounts, and misappropriated at least $10,215,438.30 from the Debtor IOLA Accounts to the Debtor's operating accounts solely for Kossoff's personal benefit.

47. For example, in a one-week period between February 7, 2020 and February 14, 2020, Kossoff transferred the following amounts from the Debtor IOLA Account ending -9936 to the Debtor's operating account ending -0751: (1) $5,498.50 on February 7, 2020; (2) $25,000 on February 10, 2020; (3) $18,000 on February 10, 2020; (4) $47,000 on February 11, 2020; (5) $63,000 on February 12, 2020; and (6) $205,000 on February 14, 2020.

48. During the Relevant Period, there were at least 395 transfers like these between the Debtor IOLA Account ending -9936 and the Debtor's operating account ending -0751.

49. Many of the transfers between the Debtor IOLA Accounts and the Debtor's operating accounts were unusual transactions involving large, round-number

deposits and withdrawals of identical or similar amounts between the same accounts within a very short time period.

50. For example, on May 29, 2019, there was a transfer of $200,000 from the Debtor IOLA Account ending -9936 to the Debtor's operating account ending -0751. The very next day, there was a transfer of $200,000 going back into the same IOLA Account from the same operating account.

51. Then, on November 12, 2019, there was a transfer of $100,000 from the Debtor IOLA Account ending -9936 to the Debtor's operating account ending -0751. Two days later, there was a transfer of $100,000 going back into the same IOLA Account from the same operating account.

52. **<u>Second</u>**, during the Relevant Period, Kossoff also commingled at least $5,000 of his personal funds within the Debtor IOLA Accounts and misappropriated at least $85,000 from those accounts for his personal benefit, including, for example, by: (1) causing the Debtor to transfer $65,000 on February 9, 2018 and $25,000 on March 3, 2021 from the Debtor IOLA Account ending -9936 to Kossoff's personal account ending -8968; and (2) transferring $5,000 from the same personal account to the same IOLA Account on January 7, 2021.

53. **<u>Third</u>**, during the Relevant Period, Kossoff commingled at least $2,415,000 of the Affiliates' funds within the Debtor IOLA Accounts and misappropriated at least $1,359,516.31 from the Debtor IOLA Accounts to various accounts of the Affiliates solely for Kossoff's own personal benefit.

54. Many of the transfers between the Debtor IOLA Accounts and the Affiliates' accounts also involved large and unusual deposits and withdrawals of identical or similar round-number amounts between the same accounts within a very short time period.

55. For an example involving Burton Packaging, on April 10, 2020, there was a transfer of $144,000 from the Debtor IOLA Account ending -9936 to Burton Packaging's Valley National Bank Account ending in 6685. A few weeks later, on May 6, 2020, there was a transfer of $144,000 from the same Burton Packaging account going back into the same IOLA Account. As another example, on March 5, 2021, there was a transfer of $70,000 from Burton Packaging's account ending -3892 to the Debtor IOLA Account ending -9936. Less than one week later, on March 10, 2021, there was a transfer of $70,000 going back into the same IOLA Account from the same Burton Packaging account.

56. For an example involving Tenantracers, on January 28, 2020, there was a transfer of $20,000 from the Debtor IOLA Account ending -9936 to Tenantracers' account ending -3310. The next day there was a transfer of $20,000 going back into the same IOLA Account from the same Tenantracers account.

57. And **fourth**, during the Relevant Period, Kossoff commingled at least $115,000 of Phyllis Kossoff's funds within the Debtor IOLA Accounts.

58. In addition to a $15,000 transfer from Phyllis Kossoff's account ending -8065 to the Debtor IOLA Account ending -9936 on March 4, 2021, there was a large and unusual deposit and withdrawal of an identical round-number amount between those same accounts within a very short time period: (1) a $100,000 transfer from Phyllis Kossoff's account to that IOLA Account on May 9, 2018; followed by (2) a $100,000 transfer back from the IOLA account to Phyllis Kossoff's account on May 15, 2018.

59. Kossoff's misappropriation of funds from the Debtor IOLA Accounts frequently put those accounts at risk of being overdrafted when payments to Debtor clients or their counterparties came due. As a result, Kossoff's (1) transfers of

non-client funds into the Debtor IOLA Accounts to prevent overdrafts in that account and then (2) transfers of commingled funds back out of the Debtor IOLA Accounts to the other Kossoff JPMC Accounts were recurrent and impossible to ignore.

60. For example, Kossoff commingled within the Debtor IOLA Accounts at least $1.94 million from Burton Packaging co-owner Michael Besen ("Besen") during the Relevant Period to cover IOLA Account checks that otherwise would have been dishonored. Again, this was done through large deposits and withdrawals of identical or similar round-number amounts between the same accounts within a very short time period. For instance, on June 5, 2019, Besen transferred $100,000 to the Debtor's IOLA Account ending -9936, and five days later, $100,000 was transferred from that IOLA Account back to Besen.

61. Because neither the Affiliates, Phyllis Kossoff, nor Besen were clients of the Debtor, Kossoff had no legitimate reason to transfer any of their funds into the Debtor IOLA Accounts. It was all to perpetuate his fraud.

62. On or about December 3, 2021, after years of running this scheme, Kossoff was finally charged in New York state court with multiple counts of grand larceny and scheming to defraud.

63. On December 13, 2021, Kossoff pleaded guilty to, among other things, orchestrating a scheme to defraud his and the Debtor's clients.

64. In his May 2022 Plea Agreement with the Manhattan District Attorney (the "Plea Agreement"), Kossoff admitted:

> a. From at least December 2017 to April 2021, I was an attorney licensed to practice in New York and the sole member of Kossoff PLLC, a law firm located in Manhattan. Part of my law firm's business was to collect and hold funds in trust for my clients and other individuals involved in matters relating to my clients. I did not have permissions or authority to disburse the

funds without authorization from the relevant parties to do so.

b. . . . I admit that, from on or about December 21, 2017 to on or about April 9, 2021, in the County of New York, I engaged in a *systematic ongoing course of conduct* with the intent to defraud more than one person and to obtain property from more than one person by false or fraudulent pretenses, representations, or promises. In doing so, I obtained more than $1,000 from such person. *In particular, I defrauded multiple clients, by falsely representing that certain funds would be held in escrow and, notwithstanding those representations, intentionally causing unauthorized and impermissible disbursement of those funds*. (emphases added)

A copy of Kossoff's Plea Agreement is annexed hereto as **Exhibit 2**.

65. Kossoff admitted in his Plea Agreement that he stole at least $14.5 million from dozens of his clients, including millions of dollars that had been deposited into the Debtor IOLA Accounts.

66. It was more. The Trustee's investigation to date, including his review of proofs of claim filed in the Chapter 7 Case and of other litigations against Kossoff and the Debtor, has revealed that Kossoff stole at least $18.5 million of client funds for his personal benefit.

67. On May 6, 2022, Kossoff was sentenced to a term of 4.5 years to 13.5 years in prison for his crimes.

## III. Defendant's Knowledge of, and Participation in, Kossoff's Misconduct

68. Defendant was a knowing participant in Kossoff's scheme to defraud his clients.

69. For years, Defendant knew that Kossoff, the Debtor, and the Affiliates were all in trouble financially and had closely intertwined finances, *i.e.*, the dozen-plus Kossoff JPMC Accounts that Kossoff controlled. The motive for Kossoff to steal client funds from the Debtor IOLA Accounts to stay afloat was easy to understand.

70. And then the fraud happened, continually for years under the watchful eye of Chase. Defendant knew that the Debtor IOLA Accounts, by definition, were fiduciary in nature and intended to safeguard client funds. Defendant actively monitored those accounts and the other Kossoff JPMC Accounts. Defendant thus knew about Kossoff's commingling and misappropriation of client funds, and yet did nothing to prevent or stop it. Instead, as set forth in detail below, Defendant affirmatively and knowingly *helped* Kossoff use those accounts to commit and perpetuate his self-enriching fraud for years for Defendant's benefit.

### A. Defendant Knew as Early as 2014 that the Debtor and Kossoff Were Financially Distressed and Financially Irresponsible

71. While Kossoff pled guilty to conducting his fraudulent scheme starting in December 2017, the financial troubles experienced by Kossoff, the Debtor, and the Affiliates that fueled the fraud were apparent much earlier. And Defendant knew it.

72. In July 2014, Defendant's employees Troy Neal ("Neal") and Billy Karagianis ("Karagianis"), who were among those assigned by Defendant to act as liaisons between Defendant and Kossoff in connection with the Kossoff JPMC Accounts (the "Relationship Managers" discussed in greater detail below), began discussions with Kossoff about a loan to the Debtor. Shortly thereafter, Neal and Karagianis began to conduct extensive diligence concerning the Debtor's finances (the "2014 Debtor Loan Diligence").

73. As part of Defendant's 2014 Debtor Loan Diligence, Defendant received not only the Debtor's financial information, but also Kossoff's personal financial information and the Affiliates' financial information. Defendant learned then

that Kossoff's personal finances, the Debtor's finances, and the Affiliates' finances were both distressed and deeply intertwined.

74. **First**, Defendant received the Debtor's balance sheets for 2013 and 2014 (as of June 30, 2014). Both balance sheets showed Defendant that the Debtor was insolvent and that Kossoff's accounting for the Debtor was improper. For example, the balance sheets listed the Debtor's assets and accounts receivables as having negative values, neither of which was possible under any accepted accounting methods.

75. **Second**, Defendant obtained Kossoff's personal financial statements for 2012 and a copy of his 2013 personal tax-return-extension application. Thus, in August 2014, Neal discussed with Kossoff's assistant, Julia McNally ("McNally"), how Kossoff was personally $2.5 million in debt.

76. Defendant also learned that during the preceding years, Kossoff had been financially ruined by giving personal guarantees to other investors in a failed real-estate-investment project located in Dutchess County, New York that dissolved in October 2013 (the "Farmview Venture"). Kossoff's millions of dollars in personal liabilities from the Farmview Venture became a catalyst for Kossoff's fraudulent scheme.

77. As part of Defendant's 2014 Debtor Loan Diligence, Neal also learned that Kossoff was using funds in the Debtor's accounts to address his personal liabilities arising from the failure of the Farmview Venture.

78. For example, the Debtor's June 30, 2014 balance sheet listed as Debtor liabilities amounts that Kossoff owed personally to Farmview Venture investors, including $158,941.87 owed to Ernest Perevoski and $45,000 owed to Ronny Mintz.

79. As stated in the Trustee's complaint in the adversary proceeding *Togut v. Burton Kossoff Testamentary Trust et al.* [Adv. Pro. No. 22-01141-DSJ], which is

incorporated herein by reference, during the period between November 2014 and May 2020, Kossoff used funds from the Debtor's operating and IOLA Accounts—held by Defendant—to pay millions of dollars of Kossoff's personal liabilities resulting from the Farmview Venture.

80. **Third**, as part of the 2014 Debtor Loan Diligence, Defendant received information regarding Burton Packaging's finances.

81. In September 2014, in connection with the "KOSSOFF, PLLC Loan Application," Neal wrote to McNally (copying Karagianis) and asked for an explanation as to why Burton Packaging had been suffering "reoccurring" losses, and for financial documents associated with "the sale of FARMVIEW."

82. Kossoff responded to Neal the next day:

> Burton Packaging is a closely held company with three (3) shareholders. My mother, Phyllis L. Kossoff and I together own 75% of the company and Michael Besen owns 25%. This company has been operating at a loss since the economic downturn in 2009, but it's my belief that last year's financials when finalized will show a slight profit. I have been able to take the loss against ordinary income based upon my ownership interest in the company and my shareholder equity balances.

83. Neal and Karagianis were thus informed that Burton Packaging was a closely held company that Kossoff and his mother controlled, and that—like the Debtor and Kossoff—Burton Packaging was in financial distress.

84. Yet, despite Kossoff's personal financial distress and the financial distress of the businesses that Kossoff controlled, Kossoff somehow lived a lavish lifestyle at the same time he was taking money from the Debtor, which Defendant fully knew. For example, the Trustee has learned that the Debtor paid not less than approximately $1,597,697.55 by direct and indirect transfers to Kossoff's personal

landlord in connection with the lease on Kossoff's personal residence. Defendant was aware that Kossoff was satisfying his rent obligation with the Debtor's funds.

85. Defendant's 2014 Debtor Loan Diligence also revealed that the Debtor appeared to list liabilities to the Affiliates and various Kossoff family members. For example, the Debtor's June 30, 2014 balance sheet listed among the Debtor's liabilities: (1) an $8,940.09 loan and a $31,819.20 promissory note from Tenantracers; (2) a $33,206.03 loan from Kossoff's wife, Pamela Kossoff; and (3) a $54,000 loan from Phyllis Kossoff, all of which were curiously listed with negative values.

86. The 2014 Debtor Loan Diligence also revealed to Defendant's Relationship Managers Neal and Karagianis that Michael Besen was a 25% stakeholder in Burton Packaging. Nonetheless, as described further below, Defendant oversaw more than a million dollars of transfers made directly from the Debtor IOLA Accounts to Besen in the proceeding years, during the Relevant Period.

87. Recognizing that Kossoff and his businesses were all financially distressed *and* deeply intertwined, Defendant denied the Debtor's 2014 loan application.

88. Kossoff's incentive and ability to commit fraud with his, the Debtor's, and the Affiliates' interconnected finances was therefore clear to Chase as early as 2014.

**B. <u>Defendant Actively Monitored the Kossoff JPMC Accounts</u>**

89. Defendant learned about Kossoff's commingling and misappropriation of client funds through its monitoring of the Kossoff JPMC Accounts, as well as its Relationship Managers' direct participation in Kossoff's scheme.

**i. Chase's "Know Your Customer" Policy**

90. Banks, like Defendant, are subject to a wide variety of laws and regulations designed to help prevent, *e.g.*, the fraud perpetrated by Kossoff. But banks,

like Defendant, are quick to point out that they do not generally have an affirmative duty to monitor their customers' accounts. That said, Defendant voluntarily and proactively monitored its customers' accounts anyway.

91. For example, Defendant had a compliance initiative called the "Know Your Customer" policy (the "KYC Policy"), pursuant to which Defendant conducted periodic reviews of its customers' accounts. This included randomly identifying a customer transaction, and then identifying the parties involved, the amounts exchanged, and the transaction's purpose.

92. The centrality of the KYC Policy was such that each of Defendant's customers—including Kossoff, the Debtor, the Affiliates, and Phyllis Kossoff—had to sign a "Deposit Account Agreement" in which they each agreed to comply with any demands for information made by Defendant pursuant to the KYC Policy or else face potential closure of their respective accounts.

93. Through its KYC Policy, which was in place during the entire Relevant Period, Defendant reviewed various transactions concerning the Debtor IOLA Accounts and the other Kossoff JPMC Accounts.

**ii. Defendant Assigned Relationship Managers to Directly Monitor the Kossoff JPMC Accounts**

94. Given their extensive array of accounts at Chase, Kossoff, the Debtor, and the Affiliates were each designated "Platinum Business Clients" by Defendant, a designation reserved for important customers that generated significant revenue for the bank. As such, Defendant invited Kossoff to exclusive cocktail receptions that Defendant held for important customers.

95. Because of Kossoff's status as a Platinum Business Client, one of Chase's Assistant Vice Presidents and several other high-ranking employees were

appointed to act as the Defendant's Relationship Managers for Kossoff, the Debtor, and the Affiliates. The Relationship Managers addressed all banking matters for the Kossoff JPMC Accounts.

96. The Relationship Managers that Defendant assigned to Kossoff and the Debtor included: (1) Jeffrey Decarlo ("Decarlo"); (2) Cristina Illescas ("Illescas"); (3) Silvia Lara ("Lara"); (4) Karagianis; and (5) Neal.

**iii. The Defendant's Relationship Managers Actively and Closely Monitored the Kossoff JPMC Accounts**

97. During the Relevant Period, the Relationship Managers regularly corresponded with Kossoff and McNally to discuss, review, and resolve issues concerning the Kossoff JPMC Accounts. The Relationship Managers also often met with Kossoff and McNally in connection with the Kossoff JPMC Accounts.

98. Defendant knew that Kossoff controlled all of the Kossoff JPMC Accounts, but the Relationship Managers often bent the rules and dealt with McNally alone. For example, McNally was not authorized under the Debtor IOLA Account agreements to make deposits into, or withdrawals from, the Debtor IOLA Accounts; only Kossoff and Debtor partner Lisa Urban had such authority. Yet, McNally by herself liaised with Defendant multiple times about the Debtor IOLA Accounts on those very issues.

99. The Relationship Managers often communicated only with McNally about issues with the non-Debtor Kossoff JPMC Accounts, including Kossoff's personal accounts, the Affiliates' accounts, and Phyllis Kossoff's accounts, for which she had no signing or other authority. She was only an employee of the Debtor.

100. At all relevant times, Kossoff and/or McNally regularly contacted Defendant's Relationship Managers to notify them before significant Debtor IOLA

account wire transfers and to eliminate disruptions and issues that would alarm clients and parties to transactions in which the Debtor represented a participant.

101. During these communications, Kossoff and/or McNally relayed to the Relationship Managers the amount, date, and parties to the wire transfers involving the Debtor IOLA Accounts to secure pre-approval.

102. Defendant understood that the Debtor's practice focused on real-estate transactions and that the Debtor IOLA Accounts were intended to protect client funds in connection with those transactions. The Relationship Managers frequently acknowledged this by calling the Debtor IOLA Accounts "escrow" accounts throughout the Relevant Period. For example, in April 2018, McNally coordinated a meeting between Kossoff and Relationship Manager Illescas to secure Defendant's approval of a $2 million wire to be sent from the Debtor's "escrow account" on behalf of Debtor-client 380-382 E 10th LLC in connection with a real-estate transaction. Later that day, $2 million was wired from the Debtor IOLA Account ending -9936.

103. Defendant knew that the Debtor's real-estate practice depended upon the timely execution of wire transfers into and out of the Debtor IOLA Accounts and acknowledged that fact to Kossoff. For example, Relationship Manager Decarlo stated in an April 2020 email that Kossoff could be disbarred if Defendant did not process wire transfers sent from the Debtor IOLA Accounts.

104. As a result of their regular interactions with Kossoff and McNally, the Relationship Managers not only became familiar with the identities of the Debtor's clients and Affiliates but also regularly communicated with Kossoff and/or McNally about the Kossoff JPMC Accounts as an overall network of accounts.

105. For example, in a January 2015 email exchange, McNally and Relationship Managers Neal and Karagianis discussed the Debtor IOLA Accounts, the

Debtor's operating accounts, and Tenantracers' accounts at the same time. And in a March 2021 email exchange, Relationship Manager Illescas (with Relationship Manager Decarlo copied) provided Kossoff with the account balances for the Debtor IOLA Accounts, the Debtor's operating accounts, Tenantracers' accounts, and Burton Packaging's accounts, all in the same email.

106. Defendant and the Relationship Managers also understood that Kossoff had the authority to, and did, execute transactions involving each and every one of the Kossoff JPMC Accounts. For example, Kossoff had the single login[2] to Defendant's website that allowed him to manage all activity in each of the Kossoff JPMC Accounts.

107. In short, the Relationship Managers were intimately involved in managing and monitoring all of the Kossoff JPMC Accounts, and knew about everything that happened with those accounts during the Relevant Period.

#### iv. Defendant Assumed Heightened Obligations By Offering IOLA Accounts to Its Customers

108. By administering IOLA Account services for attorneys and law firms, including Kossoff and the Debtor, Defendant understood the fiduciary nature of IOLA Accounts and knew that their sole purpose was to safeguard client funds. Significantly, Defendant is one of a small number of banks listed on the IOLA Fund's website as an eligible IOLA provider and a "Gold Partner Bank" for the IOLA program.

109. Because IOLA Accounts are fiduciary accounts, banks that choose to offer IOLA Account services undertake additional obligations to comply with the various rules, regulations, and other requirements governing IOLA Accounts,

---

[2] Defendant refused to provide Kossoff's login information and access credentials to the Trustee in response to a Rule 2004 subpoena issued by the Trustee.

including, *inter alia*, the requirements that participating banks: (1) designate such accounts as "IOLA Accounts" or "Attorney Trust Accounts"; (2) report certain transactions involving IOLA Accounts, including overdrafts and dishonored transactions, to the New York Lawyers' Fund for Client Protection; and (3) when on notice that fiduciary and non-fiduciary funds have been commingled within an IOLA Account, or when on notice that fiduciary funds have been misappropriated from an IOLA Account, to take reasonable steps to investigate the misconduct and prevent any misappropriation.

110. Defendant and its Relationship Managers thus knew that commingling funds from, *e.g.*, the Debtor's operating accounts with funds in the Debtor IOLA Accounts was patently improper.

111. Defendant set up procedures designed to identify and prevent potentially improper transactions involving the IOLA Accounts that it administered. For customers like Kossoff, the Defendant's Relationship Managers were tasked with actively monitoring those customers' IOLA Accounts, as discussed above.

112. Additionally, certain, but not all, transactions involving IOLA Accounts suspected of being fraudulent or otherwise improper were flagged, identified, and purportedly reviewed by Defendant's "Online Money Movement Fraud Prevention Group" (the "Fraud Prevention Group"). In each instance, the Fraud Prevention Group would contact the customer—and/or Defendant's Relationship Managers assigned to that customer—to investigate the flagged transaction. After conducting its investigation, the Fraud Prevention Group would determine whether the transaction was proper and could be executed.

113. This happened with the Debtor IOLA Accounts numerous times. Just one example: on January 13, 2020, Relationship Manager Illescas reviewed a wire

transfer of $1,281,385.68 initiated from the IOLA Account ending -0023 because the transaction was flagged by the Fraud Prevention Group as being potentially fraudulent. Apparently after completing her review, Illescas told the Fraud Prevention Group that the transaction could be executed because the wire was an "escrow repayment" that was confirmed by "a lawyer's letter."

114. Furthermore, any overdrafts from IOLA Accounts were identified by Defendant's "Transaction Approval Group." As the Fraud Prevention Group did with respect to suspected fraud, the Transaction Approval Group would then investigate whether the overdraft should be covered and whether the transaction should be approved.

115. The Defendant affirmatively assumed the duty to monitor its customers' IOLA Accounts for fraudulent activity by creating and mobilizing the Fraud Prevention Group and Transaction Approval Group. As they were supposed to, both of these groups reviewed multiple clearly fraudulent Kossoff JPMC Account transactions. But then, they failed to expose or act to stop Kossoff's misconduct and knowingly allowed it to continue.

### C. Since 2015, Defendant Knew that Improper Activity Plagued Kossoff's Personal Accounts and the Debtor's Operating Accounts

116. Since at least 2015, Defendant knew that Kossoff frequently used the Debtor's operating accounts to pay for his personal expenses and other non-business costs. For example, in January 2015, Relationship Managers Neal and Karagianis contacted Kossoff and McNally regarding unauthorized access to one of the Kossoff JPMC Accounts, which caused Defendant to close all of the accounts.

117. The Relationship Managers required Kossoff to personally meet with them several times before the bank would open new accounts—including new

operating and IOLA Accounts for the Debtor.

118. Immediately after new accounts were opened in January 2015, McNally informed Karagianis and Neal that Kossoff had used the Debtor's funds to pay for certain expenses incurred by one of Kossoff's friends, explaining that she did not want Defendant "to think that there was anything fishy going on with the new accounts."

119. Kossoff's commingling of business and personal finances continued throughout Kossoff's relationship with Defendant. In fact, it became so frequent that in December 2020, Mary Apkan ("Apkan"), a member of Defendant's internal team conducting a "KYC Due Diligence Review" of Kossoff's personal accounts under the KYC Policy, told Relationship Manager Lara that "Action [was] Required" to address the issue. Apkan stated that "during the review we have identified business activity in [the] Consumer account," and asked Lara that Kossoff be "advise[d] . . . to open a business account to conduct any business related transactions" instead of improperly using his personal accounts for business purposes.

## D. Defendant Concealed a 2015 Debtor IOLA Account Overdraft

120. Defendant's knowledge of, and assistance with, Kossoff's improper use of the Debtor IOLA Accounts went as far back as 2015, when the accounts were opened. For example, in October 2015, McNally notified Relationship Manager Neal that there would be insufficient funds in the Debtor IOLA Account ending -9936 to cover a check in the amount of $1,540,000. McNally stated:

> I just checked and as anticipated the operating account is negative - also it doesn't appear that the large 1,540,000 check has hit the [Debtor IOLA] account (unless you see something different on the bank side), however a smaller check did come through leaving the available at 1,507,039 which is less than needed for the large check.

121. Neal responded the same day by confirming that a $75,000 check had cleared against the Debtor IOLA Account and that there would indeed be an overdraft in the IOLA Account if the $1.54 million check was drawn against the IOLA Account. Neal stated: "Obviously we still have the rest of the business day to monitor the activity for overdraft in case the client attempts to deposit the $1.5amm [*sic*] check into a Chase account at a branch."

122. The next day McNally emailed Neal, stating that the $1.54 million check "does not show as presented" against the Debtor IOLA Account and asking Neal to "check on the bank's side of the account to make sure it wasn't presented and flagged for return." Neal replied: "All is good with both accounts. The $1.54mm check has not been presented against the IOLA yet. **Glad we avoided a potential catastrophe**" (emphasis added).

123. Neal stated that it would have been a "catastrophe" because he knew that (1) the Debtor IOLA Account did not hold sufficient funds at the time to cover the check, and (2) such an overdraft would have to be reported by Chase to the Lawyers' Fund under 22 N.Y.C.R.R. § 1300.1(c), which (3) in turn would have reported such an issue on its website (as was its practice), exposing Kossoff's fraudulent conduct to the public.[3]

124. The next day, the $1.54 million check was presented against the IOLA Account, because the intended recipient, Vitali Baganov ("Baganov"), had deposited it. Defendant dishonored the check for insufficient funds. Baganov then emailed Kossoff: "Mitch, the check was bounced. L[a]ck of funds. How come?"

[3] 22 N.Y.C.R.R. § 1300.1(c) states that: "A dishonored check report by a banking institution shall be required whenever a properly payable instrument is presented against an attorney special, trust or escrow account which contains insufficient available funds, and the banking institution dishonors the instrument for that reason."

125. McNally emailed Neal immediately thereafter (copying Kossoff), stating: "You assured us the check would not be returned and that you were watching the account and that it had not been presented for payment but Mitch just received a call from the payee that the check was returned!"

126. Kossoff himself then demanded that Neal write a letter on Defendant's behalf saying that the check had not been dishonored due to insufficient funds, but rather due to a bank error.

127. Neal told Kossoff he would have to talk with his superiors. As Kossoff later told McNally:

> Julia I have been in touch with Troy but things just seem to go from bad to worse - now he tells me that he can't even issue a letter saying the funds were returned due to bank error until the IOLTA group lets him - I think that we should be contacting someone higher up - maybe the branch manager to get some clarity here - try and see if you can walk over tomorrow and maybe involve Troy in a discussion with the manager of the branch – Mkyy[.]

128. Kossoff transferred the $1.54 million to Baganov later that day from the Debtor IOLA Account ending -9936.

129. Several days later, after further demands by both Kossoff and McNally, Defendant provided the requested letter falsely stating that the bounced check was the result of a bank error. The letter, which is annexed hereto as **<u>Exhibit 3</u>,** was addressed to Kossoff from Chase Vice President Tracey Delaney and states in pertinent part:

> On behalf of Chase Bank, we sincerely apologize and acknowledge our internal bank error which resulted in check number 8105 for $1,540,000 written to Vitali Bagnov being returned from your IOLA account (ending 9936) on October 6, 2015 when funds were available.
>
> As a result Chase confirms this incident has not (and will not) be reported to the New York State Bar Association IOLA Disciplinary Committee. We apologize for any inconvenience this may have caused.

130. After receiving the signed letter, Kossoff scanned and emailed it to Baganov and his counsel later that day, writing: "Dear Vitali: Again, I am sorry for any inconvenience cause by my bank's error. Attached is a copy of the bank's letter of apology."

131. True to its word, Defendant never complied with its obligation to report the dishonored check to the Lawyers' Fund. Instead, Defendant helped Kossoff conceal it.

132. Had Defendant reported the dishonored check, Kossoff's fraud and fiduciary breaches would have been exposed and, more importantly, stopped from progressing before Kossoff stole millions of dollars from the Debtor's clients and others during the Relevant Period.

### E. During the Relevant Period, Defendant Knew About, and Helped Perpetuate, Kossoff's Continuing Misappropriation of Client Funds

133. During the Relevant Period, Defendant was alerted to dozens of instances of fraudulent activity associated with the Debtor IOLA Accounts and other Kossoff JPMC Accounts, about which Defendant and its Relationship Managers contacted Kossoff and/or McNally each time. Defendant thus became aware of actual, and mounting, evidence of Kossoff's commingling and misappropriation.

134. Given that they worked so closely with Kossoff and McNally to manage the Kossoff JPMC Accounts, the Relationship Managers knew that there existed

no legitimate reason that funds would be sent between the Debtor IOLA Accounts and the other Kossoff JPMC Accounts, especially in light of the frequency, and the large amounts, of such improper transfers. Yet the Relationship Managers knowingly processed millions of dollars of wire transfers during the Relevant Period between the Debtor IOLA Accounts and the Debtor's operating accounts, as well as between the Debtor IOLA Accounts and the accounts of both the Affiliates and Phyllis Kossoff, whom the Relationship Managers knew were not the Debtor's clients.

135. On top of this, the Fraud Prevention Group received more than a dozen alerts issued by Defendant each year of the Relevant Period regarding suspicious activity in the Debtor IOLA Accounts and the Debtor's operating accounts, all of which were purportedly investigated. The Transaction Approval Group was aware of, and "investigated," *hundreds* of overdrafts in the Debtor's operating accounts during the Relevant Period. Defendant also periodically reviewed Kossoff JPMC Account statements and transactions under its KYC Policy.

136. That Defendant knew about Kossoff's misconduct is therefore indisputable. But, as it did with the 2015 dishonored check, Defendant continued to help Kossoff conceal his fraud during the Relevant Period and did nothing to stop it. The following additional examples are just a few of the many other instances demonstrating Defendant's complicity in Kossoff's fraudulent scheme.

**i. Defendant Knew that Overdrafts in the Debtor's Operating Account Were Covered by Funds from the Debtor IOLA Accounts**

137. Between 2014 and 2021, Defendant was alerted to hundreds of overdrafts in the Debtor's operating accounts. On at least one occasion, in September 2014, all of the Debtor's payroll checks bounced because of this chronic problem.

138. Instead of trying to put a stop to Kossoff's misconduct, Defendant

offered lines of credit to prevent further overdrafts. For example, in October 2018, Relationship Manager Illescas emailed Transaction Approval Group member Joel Luciano in response to an alert about an overdraft from the Debtor's operating accounts. Illescas stated:

> FYI I have been following up with them nonstop to get their docs for a line of credit. I've gone to their office to fill out the [necessary paperwork] and then they get *too busy*. I had a joint appointment with them with Adam. I mean, the opportunity has been there [since] 9/2017[.] We talked about it again today.

139. The chronic overdraft activity in the Debtor's operating accounts was often caused by improper transfers from those accounts to the Debtor IOLA Accounts, to avoid overdrafts in the IOLA Accounts. Funds were also often transferred in the other direction from the Debtor IOLA Accounts, to remedy the overdrafts in the operating accounts. Defendant knew about this but did nothing.

140. For example, at the end of October 2018, Joel Luciano and Ken Wright of the Transaction Approval Group alerted Relationship Manager Illescas that the Debtor's operating account ending -0751 was overdrawn. Illescas and McNally corresponded about the overdraft that morning, and Illescas emailed Luciano and Wright in the afternoon saying: "Please pay all the checks. I verified this with the client this morning. They made an internal transfer with verified funds and the account is positive." The pending transactions were then executed.

141. Illescas emailed McNally later that evening about the transfers saying: "I see one transfer of $75,000 and one check deposit . . . for $15,000." The $75,000 transfer that Illescas said that she saw came from the Debtor IOLA Account ending -9936, and the $15,000 transfer that Illescas said that she saw came from Burton Packaging's account at Valley National Bank ending -6685.

142. Thus, despite "see[ing]": (1) a plainly improper transfer of client funds from a Debtor IOLA Account to a Debtor operating account; and (2) a transfer into the Debtor's operating account from Burton Packaging, an entity distinct from the Debtor that she knew Kossoff controlled, Illescas told others at Chase that these transactions were "internal transfer[s]" of "verified funds," and cleared the way for Kossoff to continue with his fraudulent activity.

143. Two weeks later in mid-November 2018, Luciano and Joan Good of the Transaction Approval Group alerted Illescas about another overdraft in the Debtor's operating account ending -0751.

144. Illescas emailed McNally and asked when the operating account would receive transfers that would bring the account to a positive balance. McNally responded that "the overdraft was covered," attaching a deposit slip. Illescas responded the same day: "Okay great! We paid the items Julia." The overdraft was covered by funds from one of the Debtor IOLA Accounts.

145. In that same email exchange from November 14, 2018, Illescas asked McNally to schedule "an in person meeting tomorrow" with Kossoff to discuss the frequent overdrafts, telling McNally: "Whenever there has been an increase in overdraft activity, as your advisor I am required to go over everything" with Kossoff. Illescas met with Kossoff and McNally the next day.

146. At end of day on November 14, 2018, the balance of the Debtor IOLA Account ending -9936 was $19,484.82.

147. On the morning of November 15, 2018, the Debtor's client AARE Broadway Investors LLC ("AARE Broadway") deposited $1.725 million into the same Debtor IOLA Account to be held by Kossoff in escrow.

148. Later the same day, after the $1.725 million of AARE Broadway's funds were deposited into the Debtor IOLA Account, Kossoff caused the Debtor to withdraw $440,000 from the same IOLA Account, including the following transfers: (1) $100,000 sent to the Debtor's operating account ending 0751; (2) $82,000 sent to Burton Packaging's account ending -3892 held by Defendant; (3) $58,000 sent to Burton Packaging's Valley National Bank Account ending -6685; and (4) $200,000 sent to Burton Packaging co-owner Michael Besen's Signature Bank account.

149. Because: (1) the November 14, 2018 end-of-day balance in the Debtor IOLA Account ending -9936 was $19,484.82; and (2) the AARE Broadway deposit was the only deposit made into that IOLA Account on November 15, 2018, hundreds of thousands of dollars were clearly misappropriated from the funds deposited by the Debtor's client AARE Broadway.

150. Defendant was aware of all of the aforementioned misappropriation because, during their November 15, 2018 meeting, Illescas, Kossoff, and McNally discussed "everything" related to the overdraft activity connecting the Debtor's operating accounts and the Debtor IOLA Accounts, as Illescas stated she was "required to" do.

151. On the morning of the very following day, November 16, 2018, Kossoff caused the Debtor to withdraw another $247,000 from the Debtor IOLA Account ending -9936—entirely AARE Broadway's escrowed funds—and impermissibly transferred these fiduciary funds to the Debtor's operating account ending -0751.

152. Despite its direct knowledge of these improper transfers, Defendant did nothing except rubber stamp the fraudulent transactions.

### ii. Defendant Knowingly Approved Improper Transfers from the Debtor IOLA Accounts to Kossoff's Insiders and Affiliates

153. Defendant also knew about Kossoff's misappropriation of client funds by flagging, purportedly investigating, and ultimately approving fraudulent transfers from the Debtor IOLA Accounts to Kossoff's insiders and Affiliates.

154. For example, on November 16, 2018—the day after Illescas' meeting with Kossoff and McNally to discuss the rampant operating-account overdrafts and improper transfers of AARE Broadway's escrowed funds from one of the Debtor IOLA Accounts—Varsha Gadkari of Defendant's Fraud Prevention Group contacted Illescas about a $60,000 wire transfer from Debtor IOLA Account ending -9936 to Cary Kadin, a Tenantracers employee who Defendant knew was not a client of Kossoff or the Debtor. Gadkari asked Illescas to verify the transaction, asking, for example, whether Illescas knew Kadin personally.

155. Illescas responded that the purpose of the $60,000 wire to Cary Kadin was the "[r]epayment of deposited proceeds" of an unspecified transaction, and expressed that Kadin was known to her personally and that the transfer should be executed. She also asked the Fraud Prevention Group twice within the span of 20 minutes to "unblock" Kossoff's online-banking privileges, which had been suspended. Gadkari later confirmed that the transaction was approved and that Kossoff's online-banking privileges had been restored.

156. Thus, despite the events of the previous two days, on November 16, 2018: (1) Defendant approved a transaction that sent money from the Debtor IOLA Accounts, completely comprised of the Debtor's client AARE Broadway's funds, to an employee of Tenantracers, one of Kossoff's disclosed and known insiders, whom Illescas attested that she personally knew; and (2) Illescas went out of her way to

ensure that Kossoff had online-banking privileges, and could thus continue to perpetrate his fraud and breaches of his fiduciary duties.

157. Defendant also flagged, investigated, and approved multiple transfers from the Debtor IOLA Accounts to the Affiliates. For example, in October 2019, Relationship Manager Lara contacted members of the bank's Fraud Prevention Group to approve and ensure execution of a transfer of $50,000 from the Debtor IOLA Account ending -9336 to Burton Packaging's account at Valley National Bank ending -6685. Later that same day, even though Lara and the other Relationship Managers knew that Burton Packaging was not a client of Kossoff or the Debtor and was financially distressed, Defendant approved the improper $50,000 transfer.

**iii. Defendant Knowingly Helped Kossoff Conceal Other Dishonored Transfers from the IOLA Accounts Caused by Insufficient Funds**

158. The $1.54 million check that Chase dishonored in 2015 (*see supra* Section III.D.) was not the only time that Defendant covered up a dishonored transfer from the Debtor IOLA Accounts.

159. For example, in May 2020, Defendant was expressly told by McNally that an outgoing wire drawn against one of the Debtor IOLA Accounts had "bounced back" due to insufficient funds, which again triggered Defendant's reporting obligations to the Lawyers' Fund. Despite McNally's report and its prior awareness of Kossoff's fraudulent scheme, Defendant again did nothing.

160. At the beginning of the day on May 28, 2020, the opening balance of the Debtor IOLA Account ending -9936 was $176,414.84.

161. Later that day, Kossoff caused the Affiliates to improperly commingle non-client funds within that Debtor IOLA Account: (1) Tenantracers transferred $50,000 from its Chase account ending -3310; and (2) Burton Packaging

transferred $27,000 from its Valley National Bank account ending -6685 to the same IOLA Account.

162. The next day, Kossoff caused the Debtor to improperly deposit $49,000 of non-client funds into the Debtor IOLA Account ending -9936 from the Debtor's operating account ending -0751, and within an hour, caused the Debtor to transfer $3,100 of funds from that IOLA Account back to the Debtor's operating account, bringing the IOLA Account balance to $299,314.84.

163. Later that day, Kossoff initiated a wire transfer of $284,900 from the Debtor IOLA Account ending -9936 to the IM Beverly M. Galban Revocable Trust (the "Galban Trust"), one of the Debtor's clients, which was only made possible by Kossoff's improper commingling.

164. Once initiated, the Galban Trust wire transfer triggered a fraud alert, and Defendant's Fraud Prevention Group asked Relationship Manager Decarlo to contact Kossoff to investigate and verify the transaction.

165. But before Decarlo could verify the transaction and have it approved for execution, Kossoff caused the Debtor to transfer $284,900 from the Debtor IOLA Account ending -9936 to the Debtor IOLA Account ending -0023.

166. As a result, the Galban Trust wire transfer from the Debtor IOLA Account ending -9936 was dishonored by Defendant for insufficient funds.

167. Early in the evening on May 29, 2020, McNally emailed Decarlo, asking: "Were there any additional issues with the outgoing wire – I still do not see it having left our account." Decarlo responded: "They said it was approved . . . ." McNally responded: "I just double checked – apparently there was some issue, it bounced back – I guess we will try again on Monday." Decarlo concluded: "Okay have a good weekend."

168. A wire transfer for $284,900 was successfully sent to the Galban Trust on Monday June 1, 2020 from the Debtor IOLA Account ending -0023, without any further investigation by Defendant or the Relationship Managers, and without any report to the Lawyers' Fund even though Defendant knew that the transaction was dishonored as an overdraft.

169. Had Defendant performed its duties, the Debtor IOLA Accounts would have been closed, the Debtor's clients would have received notice of Kossoff's fraudulent commingling-and-misappropriation scheme, and the clients would thereby have avoided millions in additional losses.

170. Later that year, Defendant was warned by Kossoff and McNally in advance regarding transactions that they anticipated would cause the Debtor IOLA Accounts to "go negative." Despite those warnings, Defendant did nothing to protect the Debtor's clients from Kossoff's misconduct, but instead *helped protect Kossoff* by ensuring that such transactions were executed outside the normal course to avoid overdrafts and, by extension, Defendant's reporting obligations under 22 N.Y.C.R.R. § 1300.1(c).

171. For example, at the end of the day on September 8, 2020, the balance of the Debtor IOLA Account ending -9936 was $41,766.03. On September 9, 2020, Kossoff caused the Debtor to make three transfers totalling $300,000 from the Debtor's operating account ending -0751 into that IOLA Account.

172. After business hours on September 9, 2020, Kossoff warned Relationship Managers Decarlo and Illescas of expected overdrafts in the Debtor IOLA Accounts and requested that holds be placed on those accounts when funds therein dipped below $50,000:

> [B]ecause of a series of unexpected events I may go negative in my account overnight – I would really appreciate it if Chase would not return any items offered for presentment but merely hold them and if I covered the short by no later than 1pm (which should be no problem) that the presented items be paid – anyway let me know if anything can be done[.]

173. Defendant approved Kossoff's request. Shortly thereafter, Defendant processed transactions in and out of the Debtor IOLA Accounts in accordance with Kossoff's request while ignoring internal warnings of fraudulent activity.

174. Later on the evening of September 9, 2020, Defendant processed a $300,000 check drawn on the Debtor IOLA Account ending -9936 to GFI Development Company LLC, after Kossoff had "covered the short" with the same exact amount of funds transferred from the Debtor's operating accounts.

175. The very next day, on September 10, 2020: (1) a $50,000 "LOAN" from Michael Besen was deposited into the same Debtor IOLA Account, which was followed 24 minutes later by a $45,000 transfer from the IOLA Account to the Debtor's operating account; and (2) a Debtor client made deposits of $300,000 and $336,356 into the IOLA Account, which was followed 28 minutes later by a $65,000 transfer from the IOLA Account to the Debtor's operating account. And the next day, additional transfers of $181,000 and $75,000 were made back to the Debtor's operating accounts, among others.

176. Two days later, on September 11, 2020, the activity in the Debtor's IOLA Account ending -9936 triggered an internal fraud alert in Defendant's systems, causing the Fraud Prevention Group to ask Relationship Manager Decarlo to contact Kossoff to investigate and verify a transfer out of the IOLA Account. The Fraud Prevention Group then approved the transaction after Relationship Manager Decarlo

stated the transfer was a valid transaction.

177. In short, Kossoff misappropriated hundreds of thousands of dollars client funds from the Debtor IOLA Accounts in just a matter of days, all under the watch of Relationship Managers Decarlo and Illescas. In fact, they helped Kossoff use those funds to avoid the Debtor IOLA Account overdrafts that Kossoff told them to expect.

178. Defendant also knowingly helped Kossoff avoid overdrafts in the Debtor's operating accounts by using Debtor IOLA Account funds. For example, on the morning of January 5, 2021, McNally emailed Relationship Manager Decarlo, requesting coverage of an overdraft in the Debtor's operating account ending -0751: "We find ourselves in an overdraft situation this morning . . . is it possible for you to give us time to cover the shortfall today – if so, when will we need to cover by[?]" Decarlo replied that he would "extend the cutoff time until 2:00."

179. Kossoff then caused the Debtor to make two transfers of $45,000 and $100,000 from the Debtor IOLA Account ending -9936 to the operating account ending -0751 to cover the expected overdraft. McNally then told Decarlo: "We have covered the overdraft on account 0751 – Thanks for your help." Decarlo then responded: "Okay, thanks!"

180. Even into 2021, after years of Kossoff's scheming and hundreds of operating-account overdrafts, Defendant and the Relationship Managers still knowingly helped Kossoff misappropriate funds from the Debtor IOLA Accounts.

**IV. <u>Defendant Finally Closes All of the Kossoff JPMC Accounts</u>**

181. It was not until March 2021 that Defendant finally closed the

Kossoff JPMC Accounts, when Defendant saw that Kossoff was "kiting" checks[4] between the various accounts that he controlled, including the Debtor's Chase operating account ending -0751, Tenantracers' Chase account ending -3310, and Burton Packaging's account at Valley National Bank ending -6685.

182. Unlike Kossoff's misappropriation of client funds from the Debtor IOLA Accounts, Kossoff's check-kiting scheme posed a direct risk to Chase, since the scheme would have resulted in Chase's loss of its own funds. So Defendant finally acted, to protect itself and its own interests. During the first week of March 2021, Defendant advised Kossoff that the Debtor IOLA Accounts would be closed.

183. The average daily balance of the Debtor IOLA Account ending -9936 between March 1, 2021 and March 18, 2021 was $34,412.52. The highest daily balance in that account reached $170,840.49 on March 8, 2021, and it had a negative balance of -$39,659.51 on March 10, 2021. During that same period, the Debtor's books and records indicate that the Debtor IOLA Accounts should have held deposits of more than $20 million of the Debtor's clients' funds.

184. Over the course of March 2021, each of the Kossoff JPMC Accounts were quietly closed. All remaining funds were transferred out of the Kossoff JPMC Accounts, and Defendant never made any public disclosures or reports to any public authority regarding Kossoff's fraudulent activities.

185. It seems clear that Defendant kept quiet for two reasons: (1) Kossoff expressly requested that he be allowed to "exit gracefully"; and (2) more

[4] Check kiting is a form of fraud in which a person: (1) intentionally writes a check for a value greater than the balance within the account against which the check is drawn at Bank A; and (2) then writes a check from another account at Bank B, which account also has insufficient funds to cover the check, with the second check from Bank B serving to cover the non-existent funds from the first account at Bank A. The purpose of check kiting is to falsely inflate the balance of a checking account to allow written checks to clear that would otherwise be dishonored for insufficient funds.

importantly, public disclosure of Kossoff's fraud would have exposed Defendant's complicity therein.

186. On April 7, 2021, many of the Debtor's clients told Defendant that they had been robbed of millions of dollars misappropriated from the Debtor IOLA Accounts. Debtor partners Lisa Urban and Joseph Goldsmith also learned of Kossoff's fraud and fiduciary breaches after Chase closed the Kossoff JPMC Accounts, but had they learned about the fraud and fiduciary breaches earlier they could have, and would have, stopped the fraud and fiduciary breaches, *e.g.*, by (1) reversing the transactions through which the Debtor's clients' funds were misappropriated, (2) alerting the Debtor's clients, and (3) alerting law enforcement.

## V. <u>The Bankruptcy</u>

187. A week later, on the Petition Date, the Debtor's creditors filed an involuntary petition for relief under Chapter 7 of the Bankruptcy Code in this Court [Docket No. 1].

188. On May 11, 2021, this Court entered an order for relief under Chapter 7 of the Bankruptcy Code [Docket No. 14].

189. On May 12, 2021, the Trustee was appointed as the Chapter 7 Interim Trustee of the Debtor [Docket No. 15]; he accepted his appointment and is the duly qualified trustee of the Debtor's estate.

190. Thereafter, the Trustee conducted a series of Rule 2004 investigations, through which the Trustee requested and obtained documents from Defendant and other parties. Defendant resisted the Trustee's discovery at every turn, and only produced key correspondence about the Kossoff JPMC Accounts after being compelled to do so by this Court. And even after that, Defendant appears to have failed to produce many of its employees' communications and other documents in its

possession that are referenced herein; the Trustee discovered these documents from other sources.

## VI. **Defendant's Misconduct Has Caused Millions in Damages**

191. Defendant's obstructionist tactics and improper withholding of key documents now makes perfect sense. Chase may not have been the ringleader of Kossoff's fraud, but its direct participation was the mechanism through which Kossoff was able to execute his scheme.

192. Despite knowing for years about hundreds of instances in which Kossoff commingled and misappropriated client funds, Defendant aided in at least $26,478,558.55 of impermissible transfers between the Debtor IOLA Accounts and the other Kossoff JPMC Accounts during the Relevant Period, including: (1) at least $18,699,564.99 of transfers from the Debtor IOLA Accounts to the other Kossoff JPMC Accounts; and (2) at least $7,778,993.56 of transfers to the Debtor IOLA Accounts from the other Kossoff JPMC Accounts.

193. As early as 2015, once it became aware of the $1.54 million dishonored check drawn against the Debtor IOLA Account ending -9936, Defendant could have, and should have, closed all of the Kossoff JPMC Accounts and notified the Lawyers' Fund as required. The fraud would have ended there. Defendant allowed it to continue. Defendant had many other chances. Defendant could have stopped Kossoff's fraud after each of the dozens of subsequent examples of impermissible commingling and misappropriation that Kossoff committed and about which Defendant was contemporaneously made aware. Defendant did not do that, either. Defendant instead chose to conceal the fraud and help Kossoff continue his scheme.

194. As a result of Defendant's active and knowing participation in Kossoff's fraud, the Debtor's creditors and the Debtor's estate have suffered damages of

at least $18.5 million.

195. The cat is now out of the bag and Defendant must be held accountable.

## VII. Claims Asserted by the Trustee on Behalf of the Estate and on Behalf of Certain Creditors

196. The Trustee asserts claims against Defendant on behalf of the Debtor's estate, as well as numerous creditors whose claims against Defendant have been assigned to the Trustee (the "Assignors"), which the Court approved in the *Order (I) Approving Stipulations of Assignment of Claims to the Trustee and (II) Establishing Procedures for Approval of Subsequent Stipulations of Assignment of Claims to the Trustee* [Docket No. 932].[5]

197. The Assignors deposited millions of dollars in the Debtor's IOLA Account as clients of Kossoff and the Debtor pursuant to escrow agreements (each an "Escrow Agreement") that were executed by each of the Assignors and the Debtor/Kossoff. According to the Escrow Agreement, Kossoff represented to the Assignors that all withdrawals or disbursements of funds or other property of the Assignors in the Debtor's IOLA Account would only be made upon the Debtor's receipt of a detailed letter signed by the Assignor providing the Debtor with instructions to make such disbursement or withdrawal. Kossoff also made the same representation verbally to each of the Assignors.

198. However, Kossoff never intended to comply with the representations he made to the Assignors concerning the conditions in which he

[5] The Assignors' claims include many assigned to the Trustee by the New York Lawyers' Fund for Client Protection (the "Lawyer's Fund"), which provided limited reimbursements to many of the Debtor's clients whose escrow funds Kossoff misappropriated as part of his scheme in connection with reimbursement agreements through which these Assignors previously assigned their claims relating to Kossoff's fraud to the Lawyer's Fund. A list of these Assignors is annexed hereto as **Exhibit 4.**

(and/or the Debtor) would withdraw or disburse the Assignors' funds from the IOLA Accounts. Kossoff intentionally made the false representation that the Assignors' funds would not be withdrawn or otherwise disbursed from the Debtor's IOLA Accounts without written instruction signed by the respective Assignor.

199. The Assignors only deposited their funds in the Debtor's IOLA Accounts because they relied upon Kossoff's false representations that the Assignors' funds would not be withdrawn or otherwise disbursed from the Debtor's IOLA Accounts without written instructions signed by the respective Assignor.

200. The Assignors subsequently lost millions of dollars that they deposited in the Debtor's IOLA Accounts.

201. For example, 118 Duane LLC deposited millions of dollars in the Debtor's IOLA Accounts in reliance upon Kossoff's false representations. Kossoff subsequently misappropriated and stole the funds that 118 Duane LLC had deposited in the Debtor's IOLA Accounts. Kossoff admitted in the Plea Agreement that his fraudulent scheme caused 118 Duane LLC to lose at least $2.425 million. *See* Ex. 2 (Appendix to Plea Agreement).

202. As another example, SSM Realty Group II LLC deposited millions of dollars in the Debtor's IOLA Accounts in reliance upon Kossoff's false representations. Kossoff subsequently misappropriated and stole the funds that SSM Realty Group II LLC had deposited in the Debtor's IOLA Accounts. Kossoff admitted in the Plea Agreement that his fraudulent scheme caused SSM Realty Group II LLC to lose at least $1.3 million. *See* Ex. 2 (Appendix to Plea Agreement).

203. As another example, Prince Street Holdings, LLC deposited millions of dollars in the Debtor's IOLA Accounts in reliance upon Kossoff's false representations. Kossoff subsequently misappropriated and stole the funds that Prince

Street Holdings, LLC had deposited in the Debtor's IOLA Accounts. Kossoff admitted in the Plea Agreement that his fraudulent scheme caused Prince Street Holdings, LLC to lose at least $525,000. *See* Ex. 2 (Appendix to Plea Agreement).

**COUNT I**
**AIDING AND ABETTING FRAUD**

204. The Trustee repeats and realleges the allegations set forth above.

205. Under oath and in open court at the hearing at which the New York court accepted his Plea Agreement, Kossoff admitted to "engag[ing] in a systematic ongoing course of conduct with the intent to defraud . . . [and actually] defraud[ing] multiple clients of [his] law firm…by falsely representing that certain funds would be held in escrow and, notwithstanding those representations, intentionally causing unauthorized and impermissible disbursements of those funds" thereby "cau[sing] those victims to incur [] losses." *See* Ex. 2.

206. Kossoff defrauded clients of the Debtor by misappropriating millions of dollars in client funds held in the Debtor IOLA Accounts, using them to advance his personal financial interests by, among other things: (1) covering overdrafts in the Debtor's operating accounts; (2) propping up the financially distressed Debtor and Affiliates; (3) paying for Kossoff's personal expenses; and (4) otherwise helping conceal and perpetuate Kossoff's fraudulent scheme. Kossoff did this through a years-long practice of transferring and commingling client and non-client funds between the Debtor IOLA Accounts and the other Kossoff JPMC Accounts.

207. Defendant learned about Kossoff's scheme in 2015 after it dishonored a check drawn against one of the Debtor IOLA Accounts for insufficient funds, something that would have been impossible had Kossoff been properly managing those accounts. Kossoff was a lucrative client for Chase, and Defendant

helped cover it up. This was just the beginning of Defendant's direct and knowing participation in Kossoff's fraud. Over the next five-plus years, Defendant and the Relationship Managers affirmatively and repeatedly helped Kossoff continue his fraudulent scheme, and concealed the same, as set forth in detail above.

208. Defendant did all of this even though it: (1) was required to report Kossoff to the New York Lawyers' Fund for Client Protection multiple times under 22 N.Y.C.R.R. § 1300.1(c); and (2) should have conducted a full investigation of the Kossoff JPMC Accounts multiple times throughout the Relevant Period (and before), given the rampant overdrafts, impermissible commingling, and misappropriation of client funds that Kossoff was perpetrating in front of the Relationship Managers' eyes. Defendant's own internal policies required this, as well as well-established law in the Second Circuit.

209. Defendant could have, and should have, put a stop to Kossoff's misconduct at Chase, for example, by reporting the fraud to the New York Lawyers' Fund for Client Protection as required, closing the Kossoff JPMC Accounts, and alerting law enforcement, which would have caused the Debtor's clients to learn that their money had been stolen in time to recover the misappropriated funds and to prevent additional misappropriation. But Defendant chose to aid and abet Kossoff instead.

210. As a direct and proximate result of Defendant's aiding and abetting Kossoff's fraud, the Debtor's clients, including the Assignors, incurred damages in an amount to be determined at trial.

**COUNT II**
**<u>AIDING AND ABETTING BREACHES OF FIDUCIARY DUTY</u>**

211. The Trustee repeats and realleges the allegations set forth above, including the allegations in Count I.

212. Defendant knew that Kossoff owed fiduciary duties of good faith, loyalty, and care to the Debtor's clients in connection with the Debtor IOLA Accounts, and that he was obligated to safeguard and protect the client funds held therein.

213. Instead of fulfilling his fiduciary duties, Kossoff repeatedly breached them by engaging in his years-long fraudulent scheme of misappropriating millions of dollars in client funds held in the Debtor IOLA Accounts to advance his own personal financial interests.

214. Since at least 2015, Defendant and the Relationship Managers affirmatively and repeatedly helped Kossoff continue his fraudulent scheme, and concealed the same instead of reporting it, as set forth in detail above.

215. Defendant could have, and should have, put a stop to Kossoff's misconduct at Chase, for example, by reporting the fiduciary breaches to the New York Lawyers' Fund for Client Protection as required, closing the Kossoff JPMC Accounts, and alerting law enforcement, which would have caused the Debtor's clients to learn that their money had been stolen in time to recover the misappropriated funds and to prevent additional misappropriation. But Defendant chose to aid and abet Kossoff's fiduciary breaches instead.

216. As a direct and proximate result of Defendant's aiding and abetting Kossoff's breaches of his fiduciary duties, the Debtor's clients, including the Assignors, incurred damages in an amount to be determined at trial.

## **RESERVATION OF RIGHTS**

217. The Trustee does not waive and instead specifically reserves all of his rights, claims, and defenses as they pertain to the Debtor and any claims or liens that Defendant may assert against the Debtor's estate.

218. The Trustee also expressly reserves the right to amend and supplement this Complaint or to commence a new action against Defendant with other claims as his investigation continues.

## PRAYER FOR RELIEF

**WHEREFORE**, for the foregoing reasons, the Trustee respectfully requests that this Court enter judgment against Defendant:

a) awarding damages, including punitive damages, in an amount to be determined at trial, but not less than $18.5 million;

b) awarding pre- and post-judgment interest at the maximum legal rate;

c) awarding costs and attorneys' fees; and

d) awarding such other and further relief as the Court deems just and proper.

Dated: New York, New York
September 9, 2026

ALBERT TOGUT, not individually but
solely in his capacity as Chapter 7 Trustee,
By his Attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

*/s/ John McClain*
JOHN McCLAIN
JONATHAN SAMPER
One Penn Plaza, suite 3335
New York, New York 10119
(212) 594-5000

# **EXHIBIT 1**

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 8 | JPM Chase | 8888 | | 8/13/14 | Check | 1417 | $ (125,000.00) | $ - | $ (125,000.00) |
| 9 | JPM Chase | 8888 | 9/26/14 | 9/26/14 | Check | 1442 | $ (150,000.00) | $ - | $ (150,000.00) |
| 10 | JPM Chase | 9936 | 6/18/15 | 6/18/15 | Check | 8003 | $ (95,000.00) | $ - | $ (95,000.00) |
| 11 | JPM Chase | 9936 | 7/2/15 | 7/2/15 | Check | 8022 | $ (105,000.00) | $ - | $ (105,000.00) |
| 12 | JPM Chase | 9936 | 1/27/17 | 1/27/17 | Check | 8395 | $ (25,000.00) | $ - | $ (25,000.00) |
| 13 | JPM Chase | 9936 | 2/14/17 | 2/14/17 | Pre-Authorized Deposit | | $ 15,000.00 | $ 15,000.00 | $ - |
| 14 | JPM Chase | 9936 | 2/15/17 | 2/15/17 | Pre-Authorized Payment | | $ (15,000.00) | $ - | $ (15,000.00) |
| 15 | JPM Chase | 9936 | 9/25/17 | 9/25/17 | Outbound Fed Wire Transfer | | $ (190,000.00) | $ - | $ (190,000.00) |
| 16 | JPM Chase | 9936 | 1/11/18 | 1/11/18 | Outbound Fed Wire Transfer | | $ (20,000.00) | $ - | $ (20,000.00) |
| 17 | JPM Chase | 9936 | 1/11/18 | 1/11/18 | Outbound Fed Wire Transfer | | $ (30,000.00) | $ - | $ (30,000.00) |
| 18 | JPM Chase | 9936 | 3/9/18 | 3/9/18 | Outbound Fed Wire Transfer | | $ (124,000.00) | $ - | $ (124,000.00) |
| 19 | JPM Chase | 9936 | 5/21/18 | 5/21/18 | Outbound Fed Wire Transfer | | $ (75,000.00) | $ - | $ (75,000.00) |
| 20 | JPM Chase | 9936 | 5/23/18 | 5/23/18 | Outbound Fed Wire Transfer | | $ (25,000.00) | $ - | $ (25,000.00) |
| 21 | JPM Chase | 9936 | 6/8/18 | 6/8/18 | Outbound Fed Wire Transfer | | $ (149,000.00) | $ - | $ (149,000.00) |
| 22 | JPM Chase | 9936 | 7/6/18 | 7/6/18 | Outbound Fed Wire Transfer | | $ (50,000.00) | $ - | $ (50,000.00) |
| 23 | JPM Chase | 9936 | 7/30/18 | 7/30/18 | Outbound Fed Wire Transfer | | $ (83,000.00) | $ - | $ (83,000.00) |
| 24 | JPM Chase | 9936 | 8/23/18 | 8/23/18 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 25 | JPM Chase | 9936 | 8/29/18 | 8/29/18 | Pre-Authorized Payment | | $ (105,000.00) | $ - | $ (105,000.00) |
| 26 | JPM Chase | 9936 | 11/6/18 | 11/6/18 | Inbound Fed Wire Transfer | | $ 60,000.00 | $ 60,000.00 | $ - |
| 27 | JPM Chase | 9936 | 11/15/18 | 11/15/18 | Outbound Fed Wire Transfer | | $ (58,000.00) | $ - | $ (58,000.00) |
| 28 | JPM Chase | 9936 | 11/15/18 | 11/15/18 | Pre-Authorized Payment | | $ (82,000.00) | $ - | $ (82,000.00) |
| 29 | JPM Chase | 9936 | 12/12/18 | 12/12/18 | Pre-Authorized Payment | | $ (30,000.00) | $ - | $ (30,000.00) |
| 30 | JPM Chase | 9936 | 12/12/18 | 12/12/18 | Outbound Fed Wire Transfer | | $ (50,000.00) | $ - | $ (50,000.00) |
| 31 | JPM Chase | 9936 | 12/18/18 | 12/18/18 | Pre-Authorized Payment | | $ (30,000.00) | $ - | $ (30,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 32 | JPM Chase | 9936 | 12/18/18 | 12/18/18 | Outbound Fed Wire Transfer | | $ (60,000.00) | $ - | $ (60,000.00) |
| 33 | JPM Chase | 9936 | 1/3/19 | 1/3/19 | Outbound Fed Wire Transfer | | $ (22,883.18) | $ - | $ (22,883.18) |
| 34 | JPM Chase | 9936 | 2/1/19 | 2/1/19 | Outbound Fed Wire Transfer | | $ (100,000.00) | $ - | $ (100,000.00) |
| 35 | JPM Chase | 9936 | 4/4/19 | 4/4/19 | Outbound Fed Wire Transfer | | $ (50,000.00) | $ - | $ (50,000.00) |
| 36 | JPM Chase | 9936 | 5/17/19 | 5/17/19 | Pre-Authorized Payment | | $ (20,000.00) | $ - | $ (20,000.00) |
| 37 | JPM Chase | 9936 | 5/17/19 | 5/17/19 | Outbound Fed Wire Transfer | | $ (25,000.00) | $ - | $ (25,000.00) |
| 38 | JPM Chase | 9936 | 5/30/19 | 5/30/19 | Outbound Fed Wire Transfer | | $ (20,000.00) | $ - | $ (20,000.00) |
| 39 | JPM Chase | 9936 | 6/4/19 | 6/4/19 | Outbound Fed Wire Transfer | | $ (50,000.00) | $ - | $ (50,000.00) |
| 40 | JPM Chase | 9936 | 6/10/19 | 6/10/19 | Pre-Authorized Payment | | $ (63,000.00) | $ - | $ (63,000.00) |
| 41 | JPM Chase | 9936 | 6/13/19 | 6/13/19 | Outbound Fed Wire Transfer | | $ (25,000.00) | $ - | $ (25,000.00) |
| 42 | JPM Chase | 9936 | 7/9/19 | 7/9/19 | Outbound Fed Wire Transfer | | $ (10,000.00) | $ - | $ (10,000.00) |
| 43 | JPM Chase | 9936 | 7/10/19 | 7/10/19 | Pre-Authorized Payment | | $ (43,000.00) | $ - | $ (43,000.00) |
| 44 | JPM Chase | 9936 | 7/11/19 | 7/11/19 | Outbound Fed Wire Transfer | | $ (100,000.00) | $ - | $ (100,000.00) |
| 45 | JPM Chase | 9936 | 7/22/19 | 7/22/19 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 46 | JPM Chase | 9936 | 8/2/19 | 8/2/19 | Pre-Authorized Payment | | $ (60,000.00) | $ - | $ (60,000.00) |
| 47 | JPM Chase | 9936 | 8/22/19 | 8/22/19 | Outbound Fed Wire Transfer | | $ (38,000.00) | $ - | $ (38,000.00) |
| 48 | JPM Chase | 9936 | 8/23/19 | 8/23/19 | Pre-Authorized Payment | | $ (20,000.00) | $ - | $ (20,000.00) |
| 49 | JPM Chase | 9936 | 9/11/19 | 9/11/19 | Inbound Fed Wire Transfer | | $ 100,000.00 | $ 100,000.00 | $ - |
| 50 | JPM Chase | 9936 | 10/7/19 | 10/7/19 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 51 | JPM Chase | 9936 | 10/17/19 | 10/17/19 | Outbound Fed Wire Transfer | | $ (50,000.00) | $ - | $ (50,000.00) |
| 52 | JPM Chase | 9936 | 10/30/19 | 10/30/19 | Pre-Authorized Payment | | $ (70,000.00) | $ - | $ (70,000.00) |
| 53 | JPM Chase | 9936 | 11/20/19 | 11/20/19 | Outbound Fed Wire Transfer | | $ (43,000.00) | $ - | $ (43,000.00) |
| 54 | JPM Chase | 9936 | 11/22/19 | 11/22/19 | Outbound Fed Wire Transfer | | $ (17,000.00) | $ - | $ (17,000.00) |
| 55 | JPM Chase | 9936 | 12/3/19 | 12/3/19 | Outbound Fed Wire Transfer | | $ (27,000.00) | $ - | $ (27,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 56 | JPM Chase | 9936 | 12/4/19 | 12/4/19 | Outbound Fed Wire Transfer | | $ (27,000.00) | $ - | $ (27,000.00) |
| 57 | JPM Chase | 9936 | 12/5/19 | 12/5/19 | Pre-Authorized Payment | | $ (46,000.00) | $ - | $ (46,000.00) |
| 58 | JPM Chase | 9936 | 12/5/19 | 12/5/19 | Outbound Fed Wire Transfer | | $ (70,000.00) | $ - | $ (70,000.00) |
| 59 | JPM Chase | 9936 | 1/31/20 | 1/31/20 | Pre-Authorized Payment | | $ (25,000.00) | $ - | $ (25,000.00) |
| 60 | JPM Chase | 9936 | 2/12/20 | 2/12/20 | Outbound Fed Wire Transfer | | $ (18,000.00) | $ - | $ (18,000.00) |
| 61 | JPM Chase | 9936 | 3/18/20 | 3/18/20 | Outbound Fed Wire Transfer | | $ (27,000.00) | $ - | $ (27,000.00) |
| 62 | JPM Chase | 9936 | 3/19/20 | 3/19/20 | Inbound Fed Wire Transfer | | $ 137,000.00 | $ 137,000.00 | $ - |
| 63 | JPM Chase | 9936 | 4/10/20 | 4/10/20 | Outbound Fed Wire Transfer | | $ (144,000.00) | $ - | $ (144,000.00) |
| 64 | JPM Chase | 9936 | 5/6/20 | 5/6/20 | Inbound Fed Wire Transfer | | $ 144,000.00 | $ 144,000.00 | $ - |
| 65 | JPM Chase | 9936 | 5/7/20 | 5/7/20 | Inbound Fed Wire Transfer | | $ 100,000.00 | $ 100,000.00 | $ - |
| 66 | JPM Chase | 9936 | 5/28/20 | 5/28/20 | Inbound Fed Wire Transfer | | $ 27,000.00 | $ 27,000.00 | $ - |
| 67 | JPM Chase | 9936 | 6/2/20 | 6/2/20 | Outbound Fed Wire Transfer | | $ (27,000.00) | $ - | $ (27,000.00) |
| 68 | JPM Chase | 9936 | 6/11/20 | 6/11/20 | Pre-Authorized Payment | | $ (82,000.00) | $ - | $ (82,000.00) |
| 69 | JPM Chase | 9936 | 7/7/20 | 7/7/20 | Outbound Fed Wire Transfer | | $ (22,000.00) | $ - | $ (22,000.00) |
| 70 | JPM Chase | 9936 | 7/7/20 | 7/7/20 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 71 | JPM Chase | 9936 | 7/8/20 | 7/8/20 | Outbound Fed Wire Transfer | | $ (18,000.00) | $ - | $ (18,000.00) |
| 72 | JPM Chase | 9936 | 7/9/20 | 7/9/20 | Outbound Fed Wire Transfer | | $ (9,000.00) | $ - | $ (9,000.00) |
| 73 | JPM Chase | 9936 | 7/16/20 | 7/16/20 | Outbound Fed Wire Transfer | | $ (25,000.00) | $ - | $ (25,000.00) |
| 74 | JPM Chase | 9936 | 7/22/20 | 7/22/20 | Outbound Fed Wire Transfer | | $ (9,000.00) | $ - | $ (9,000.00) |
| 75 | JPM Chase | 9936 | 7/27/20 | 7/27/20 | Pre-Authorized Payment | | $ (63,000.00) | $ - | $ (63,000.00) |
| 76 | JPM Chase | 9936 | 7/31/20 | 7/31/20 | Pre-Authorized Payment | | $ (40,000.00) | $ - | $ (40,000.00) |
| 77 | JPM Chase | 9936 | 8/5/20 | 8/5/20 | Pre-Authorized Payment | | $ (83,000.00) | $ - | $ (83,000.00) |
| 78 | JPM Chase | 9936 | 8/13/20 | 8/13/20 | Outbound Fed Wire Transfer | | $ (19,000.00) | $ - | $ (19,000.00) |
| 79 | JPM Chase | 9936 | 8/13/20 | 8/13/20 | Pre-Authorized Payment | | $ (26,000.00) | $ - | $ (26,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 80 | JPM Chase | 9936 | 9/1/20 | 9/1/20 | Inbound Fed Wire Transfer | | $ 301,000.00 | $ 301,000.00 | $ - |
| 81 | JPM Chase | 9936 | 9/23/20 | 9/23/20 | Outbound Fed Wire Transfer | | $ (36,000.00) | $ - | $ (36,000.00) |
| 82 | JPM Chase | 9936 | 9/24/20 | 9/24/20 | Pre-Authorized Payment | | $ (92,000.00) | $ - | $ (92,000.00) |
| 83 | JPM Chase | 9936 | 10/15/20 | 10/15/20 | Pre-Authorized Payment | | $ (98,000.00) | $ - | $ (98,000.00) |
| 84 | JPM Chase | 9936 | 10/27/20 | 10/27/20 | Pre-Authorized Payment | | $ (10,000.00) | $ - | $ (10,000.00) |
| 85 | JPM Chase | 9936 | 10/27/20 | 10/27/20 | Outbound Fed Wire Transfer | | $ (35,000.00) | $ - | $ (35,000.00) |
| 86 | JPM Chase | 9936 | 10/28/20 | 10/28/20 | Outbound Fed Wire Transfer | | $ (27,000.00) | $ - | $ (27,000.00) |
| 87 | JPM Chase | 9936 | 11/3/20 | 11/3/20 | Pre-Authorized Payment | | $ (31,000.00) | $ - | $ (31,000.00) |
| 88 | JPM Chase | 9936 | 11/4/20 | 11/4/20 | Outbound Fed Wire Transfer | | $ (15,000.00) | $ - | $ (15,000.00) |
| 89 | JPM Chase | 9936 | 11/5/20 | 11/5/20 | Pre-Authorized Payment | | $ (10,000.00) | $ - | $ (10,000.00) |
| 90 | JPM Chase | 9936 | 11/5/20 | 11/5/20 | Outbound Fed Wire Transfer | | $ (19,000.00) | $ - | $ (19,000.00) |
| 91 | JPM Chase | 9936 | 11/9/20 | 11/9/20 | Pre-Authorized Payment | | $ (35,000.00) | $ - | $ (35,000.00) |
| 92 | JPM Chase | 9936 | 11/12/20 | 11/12/20 | Outbound Fed Wire Transfer | | $ (37,000.00) | $ - | $ (37,000.00) |
| 93 | JPM Chase | 9936 | 11/17/20 | 11/17/20 | Outbound Fed Wire Transfer | | $ (27,000.00) | $ - | $ (27,000.00) |
| 94 | JPM Chase | 9936 | 11/18/20 | 11/18/20 | Outbound Fed Wire Transfer | | $ (36,000.00) | $ - | $ (36,000.00) |
| 95 | JPM Chase | 9936 | 11/24/20 | 11/24/20 | Outbound Fed Wire Transfer | | $ (44,000.00) | $ - | $ (44,000.00) |
| 96 | JPM Chase | 9936 | 11/30/20 | 11/30/20 | Outbound Fed Wire Transfer | | $ (18,000.00) | $ - | $ (18,000.00) |
| 97 | JPM Chase | 9936 | 12/14/20 | 12/14/20 | Inbound Fed Wire Transfer | | $ 20,000.00 | $ 20,000.00 | $ - |
| 98 | JPM Chase | 9936 | 12/23/20 | 12/23/20 | Inbound Fed Wire Transfer | | $ 36,000.00 | $ 36,000.00 | $ - |
| 99 | JPM Chase | 9936 | 2/1/21 | 2/1/21 | Pre-Authorized Deposit | | $ 300,000.00 | $ 300,000.00 | $ - |
| 100 | JPM Chase | 9936 | 2/3/21 | 2/3/21 | Pre-Authorized Deposit | | $ 75,000.00 | $ 75,000.00 | $ - |
| 101 | JPM Chase | 9936 | 2/9/21 | 2/9/21 | Outbound Fed Wire Transfer | | $ (24,000.00) | $ - | $ (24,000.00) |
| 102 | JPM Chase | 9936 | 2/17/21 | 2/17/21 | Outbound Fed Wire Transfer | | $ (25,700.00) | $ - | $ (25,700.00) |
| 103 | JPM Chase | 9936 | 2/23/21 | 2/23/21 | Outbound Fed Wire Transfer | | $ (12,000.00) | $ - | $ (12,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 104 | JPM Chase | 9936 | 2/25/21 | 2/25/21 | Outbound Fed Wire Transfer | | $ (20,000.00) | $ - | $ (20,000.00) |
| 105 | JPM Chase | 9936 | 3/4/21 | 3/4/21 | Outbound Fed Wire Transfer | | $ (7,000.00) | $ - | $ (7,000.00) |
| 106 | JPM Chase | 9936 | 3/5/21 | 3/5/21 | Pre-Authorized Deposit | | $ 70,000.00 | $ 70,000.00 | $ - |
| 107 | JPM Chase | 9936 | 3/5/21 | 3/5/21 | Outbound Fed Wire Transfer | | $ (2,000.00) | $ - | $ (2,000.00) |
| 108 | JPM Chase | 9936 | 3/8/21 | 3/8/21 | Inbound Fed Wire Transfer | | $ 1,000.00 | $ 1,000.00 | $ - |
| 109 | | | | | | | | | |
| 110 | JPM Chase | 9936 | 11/8/18 | 11/8/18 | Inbound Fed Wire Transfer | | $ 60,000.00 | $ 60,000.00 | $ - |
| 111 | JPM Chase | 9936 | 11/16/18 | 11/16/18 | Outbound Fed Wire Transfer | | $ (60,000.00) | $ - | $ (60,000.00) |
| 112 | JPM Chase | 9936 | 5/20/20 | 5/20/20 | Outbound Fed Wire Transfer | | $ (49,000.00) | $ - | $ (49,000.00) |
| 113 | JPM Chase | 9936 | 6/3/20 | 6/3/20 | Outbound Fed Wire Transfer | | $ (3,150.00) | $ - | $ (3,150.00) |
| 114 | | | | | | | | | |
| 115 | Signature Bank | 4735 | 3/26/21 | 3/26/21 | Outgoing Wire | | $ (5,000.00) | $ - | $ (5,000.00) |
| 116 | | | | | | | | | |
| 117 | JPM Chase | 8888 | 3/19/14 | 3/19/14 | Check | 1334 | $ (30,000.00) | $ - | $ (30,000.00) |
| 118 | | | | | | | | | |
| 119 | JPM Chase | 8888 | | 12/18/13 | Check | 1297 | $ (25,000.00) | $ - | $ (25,000.00) |
| 120 | JPM Chase | 8888 | 3/19/14 | 3/19/14 | Check | 1333 | $ (50,000.00) | $ - | $ (50,000.00) |
| 121 | | | | | | | | | |
| 122 | Valley National | 6576 | 3/19/21 | 3/19/21 | Outgoing Wire | | $ (15,692.10) | $ - | $ (15,692.10) |
| 123 | | | | | | | | | |
| 124 | JPM Chase | 8888 | | 12/13/13 | Check | 1290 | $ (75,000.00) | $ - | $ (75,000.00) |
| 125 | JPM Chase | 8888 | | 12/30/13 | Check | 1011 | $ (40,000.00) | $ - | $ (40,000.00) |
| 126 | JPM Chase | 8888 | 8/7/14 | 8/7/14 | Pre-Authorized Deposit | | $ 40.00 | $ 40.00 | $ - |
| 127 | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 128 | JPM Chase | 8888 | 3/3/14 | 3/4/14 | Check | 1327 | $ (25,000.00) | $ - | $ (25,000.00) |
| 129 | JPM Chase | 8888 | 3/31/14 | 3/31/14 | Check | 1343 | $ (2,850.00) | $ - | $ (2,850.00) |
| 130 | JPM Chase | 8888 | 4/11/14 | 4/11/14 | Check | 1357 | $ (50,000.00) | $ - | $ (50,000.00) |
| 131 | JPM Chase | 8888 | 5/13/14 | 5/13/14 | Check | 1364 | $ (225,000.00) | $ - | $ (225,000.00) |
| 132 | JPM Chase | 8888 | 7/7/14 | 7/7/14 | Check | 1393 | $ (25,000.00) | $ - | $ (25,000.00) |
| 133 | JPM Chase | 8888 | 7/14/14 | 7/14/14 | Check | 1400 | $ (10,000.00) | $ - | $ (10,000.00) |
| 134 | JPM Chase | 8888 | 9/3/14 | 9/3/14 | Pre-Authorized Deposit | | $ 285,000.00 | $ 285,000.00 | $ - |
| 135 | JPM Chase | 8888 | 9/15/14 | 9/15/14 | Check | 1434 | $ (25,000.00) | $ - | $ (25,000.00) |
| 136 | JPM Chase | 8888 | 9/17/14 | 9/17/14 | Pre-Authorized Deposit | | $ 225,000.00 | $ 225,000.00 | $ - |
| 137 | JPM Chase | 8888 | 9/16/14 | 9/17/14 | Check | 1435 | $ (31,775.17) | $ - | $ (31,775.17) |
| 138 | JPM Chase | 8888 | | 10/6/14 | Deposit | | $ 12,000.00 | $ 12,000.00 | $ - |
| 139 | JPM Chase | 8888 | 10/29/14 | 10/29/14 | Check | 1461 | $ (1,500.00) | $ - | $ (1,500.00) |
| 140 | JPM Chase | 8888 | 1/2/15 | 1/2/15 | Pre-Authorized Payment | | $ (175,000.00) | $ - | $ (175,000.00) |
| 141 | JPM Chase | 8888 | 1/5/15 | 1/5/15 | Phone Funds Transfer Deposit | | $ 3.26 | $ 3.26 | $ - |
| 142 | JPM Chase | 8888 | 1/5/15 | 1/5/15 | Pre-Authorized Payment | | $(1,034,265.56) | $ - | $ (1,034,265.56) |
| 143 | JPM Chase | 1975 | 6/2/15 | 6/2/15 | Check | 1909 | $ (50,000.00) | $ - | $ (50,000.00) |
| 144 | JPM Chase | 1975 | 6/4/15 | 6/4/15 | Check | 1911 | $ (48,000.00) | $ - | $ (48,000.00) |
| 145 | JPM Chase | 9936 | 6/8/15 | 6/8/15 | Credit Memo | | $ 1,371,624.22 | ############# | $ - |
| 146 | JPM Chase | 1975 | 6/8/15 | 6/8/15 | Miscellaneous Charge | | $(1,371,624.22) | $ - | $ (1,371,624.22) |
| 147 | JPM Chase | 9936 | 7/2/15 | 7/2/15 | Pre-Authorized Deposit | | $ 1,200.00 | $ 1,200.00 | $ - |
| 148 | JPM Chase | 9936 | 7/30/15 | 7/30/15 | Check | 8052 | $ (3,850.00) | $ - | $ (3,850.00) |
| 149 | JPM Chase | 9936 | 7/31/15 | 7/31/15 | Check | 8057 | $ (10,000.00) | $ - | $ (10,000.00) |
| 150 | JPM Chase | 9936 | 8/12/15 | 8/12/15 | Check | 8062 | $ (3,350.00) | $ - | $ (3,350.00) |
| 151 | JPM Chase | 9936 | 8/11/15 | 8/13/15 | Check | 8068 | $ (190,277.00) | $ - | $ (190,277.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 152 | JPM Chase | 9936 | 8/31/15 | 8/31/15 | Check | 8082 | $ (130,000.00) | $ - | $ (130,000.00) |
| 153 | JPM Chase | 9936 | 9/17/15 | 9/17/15 | Pre-Authorized Deposit | | $ 20,000.00 | $ 20,000.00 | $ - |
| 154 | JPM Chase | 9936 | 9/18/15 | 9/18/15 | Check | 8097 | $ (5,000.00) | $ - | $ (5,000.00) |
| 155 | JPM Chase | 9936 | 9/18/15 | 9/18/15 | Check | 8095 | $ (150,000.00) | $ - | $ (150,000.00) |
| 156 | JPM Chase | 9936 | 10/5/15 | 10/5/15 | Pre-Authorized Deposit | | $ 150,000.00 | $ 150,000.00 | $ - |
| 157 | JPM Chase | 9936 | 10/7/15 | 10/7/15 | Pre-Authorized Payment | | $ (150,000.00) | $ - | $ (150,000.00) |
| 158 | JPM Chase | 9936 | 10/16/15 | 10/16/15 | Check | 8107 | $ (223,000.00) | $ - | $ (223,000.00) |
| 159 | JPM Chase | 9936 | 10/30/15 | 11/2/15 | Check | 8118 | $ (27,500.00) | $ - | $ (27,500.00) |
| 160 | JPM Chase | 9936 | 11/5/15 | 11/5/15 | Deposit | 23345 | $ 43,000.00 | $ 43,000.00 | $ - |
| 161 | JPM Chase | 9936 | 11/6/15 | 11/6/15 | Deposit | 23346 | $ 90,000.00 | $ 90,000.00 | $ - |
| 162 | JPM Chase | 9936 | 11/4/15 | 11/9/15 | Check | 8123 | $ (2,850.00) | $ - | $ (2,850.00) |
| 163 | JPM Chase | 9936 | 11/24/15 | 11/25/15 | Check | 8136 | $ (125,000.00) | $ - | $ (125,000.00) |
| 164 | JPM Chase | 9936 | 12/2/15 | 12/2/15 | Check | 8141 | $ (2,350.00) | $ - | $ (2,350.00) |
| 165 | JPM Chase | 9936 | 12/24/15 | 12/24/15 | Check | 8161 | $ (120,000.00) | $ - | $ (120,000.00) |
| 166 | JPM Chase | 9936 | 1/4/16 | 1/4/16 | Pre-Authorized Deposit | | $ 50,000.00 | $ 50,000.00 | $ - |
| 167 | JPM Chase | 9936 | 1/8/16 | 1/8/16 | Check | 8165 | $ (125,000.00) | $ - | $ (125,000.00) |
| 168 | JPM Chase | 9936 | 2/19/16 | 2/19/16 | Check | 8183 | $ (100,000.00) | $ - | $ (100,000.00) |
| 169 | JPM Chase | 9936 | 3/4/16 | 3/4/16 | Check | 8191 | $ (25,000.00) | $ - | $ (25,000.00) |
| 170 | JPM Chase | 9936 | 4/6/16 | 4/6/16 | Check | 8203 | $ (150,000.00) | $ - | $ (150,000.00) |
| 171 | JPM Chase | 9936 | 4/20/16 | 4/20/16 | Check | 8217 | $ (150,000.00) | $ - | $ (150,000.00) |
| 172 | JPM Chase | 9936 | 4/29/16 | 4/29/16 | Check | 8222 | $ (200,000.00) | $ - | $ (200,000.00) |
| 173 | JPM Chase | 9936 | 6/10/16 | 6/10/16 | Check | 8252 | $ (52,000.00) | $ - | $ (52,000.00) |
| 174 | JPM Chase | 9936 | 8/16/16 | 8/16/16 | Pre-Authorized Deposit | | $ 50,000.00 | $ 50,000.00 | $ - |
| 175 | JPM Chase | 9936 | 8/17/16 | 8/17/16 | Pre-Authorized Deposit | | $ 50,000.00 | $ 50,000.00 | $ - |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 176 | JPM Chase | 9936 | 8/29/16 | 8/29/16 | Check | 8304 | $ (35,000.00) | $ - | $ (35,000.00) |
| 177 | JPM Chase | 9936 | 9/7/16 | 9/7/16 | Check | 8311 | $ (5,000.00) | $ - | $ (5,000.00) |
| 178 | JPM Chase | 9936 | 11/22/16 | 11/23/16 | Check | 8348 | $ (2,600.00) | $ - | $ (2,600.00) |
| 179 | JPM Chase | 9936 | 12/6/16 | 12/6/16 | Pre-Authorized Deposit | | $ 52,000.00 | $ 52,000.00 | $ - |
| 180 | JPM Chase | 9936 | 12/12/16 | 12/12/16 | Pre-Authorized Deposit | | $ 10,000.00 | $ 10,000.00 | $ - |
| 181 | JPM Chase | 9936 | 1/17/17 | 1/17/17 | Pre-Authorized Deposit | | $ 29,000.00 | $ 29,000.00 | $ - |
| 182 | JPM Chase | 9936 | 2/1/17 | 2/1/17 | Pre-Authorized Payment | | $ (60,000.00) | $ - | $ (60,000.00) |
| 183 | JPM Chase | 9936 | 2/3/17 | 2/3/17 | Pre-Authorized Payment | | $ (90,000.00) | $ - | $ (90,000.00) |
| 184 | JPM Chase | 9936 | 2/22/17 | 2/22/17 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 185 | JPM Chase | 9936 | 2/27/17 | 2/27/17 | Pre-Authorized Deposit | | $ 50,000.00 | $ 50,000.00 | $ - |
| 186 | JPM Chase | 9936 | 3/2/17 | 3/2/17 | Pre-Authorized Payment | | $ (43,000.00) | $ - | $ (43,000.00) |
| 187 | JPM Chase | 9936 | 3/6/17 | 3/6/17 | Pre-Authorized Deposit | | $ 50,000.00 | $ 50,000.00 | $ - |
| 188 | JPM Chase | 9936 | 3/8/17 | 3/8/17 | Pre-Authorized Deposit | | $ 5,000.00 | $ 5,000.00 | $ - |
| 189 | JPM Chase | 9936 | 3/10/17 | 3/10/17 | Pre-Authorized Payment | | $ (31,000.00) | $ - | $ (31,000.00) |
| 190 | JPM Chase | 9936 | 3/10/17 | 3/10/17 | Pre-Authorized Payment | | $ (155,000.00) | $ - | $ (155,000.00) |
| 191 | JPM Chase | 9936 | 3/16/17 | 3/16/17 | Pre-Authorized Payment | | $ (55,000.00) | $ - | $ (55,000.00) |
| 192 | JPM Chase | 9936 | 3/31/17 | 4/4/17 | Check | 8429 | $ (2,600.00) | $ - | $ (2,600.00) |
| 193 | JPM Chase | 9936 | 4/7/17 | 4/7/17 | Pre-Authorized Deposit | | $ 30,000.00 | $ 30,000.00 | $ - |
| 194 | JPM Chase | 9936 | 5/4/17 | 5/4/17 | Check | 8440 | $ (85,895.34) | $ - | $ (85,895.34) |
| 195 | JPM Chase | 9936 | 5/19/17 | 5/19/17 | Check | 8451 | $ (25,042.00) | $ - | $ (25,042.00) |
| 196 | JPM Chase | 9936 | 5/30/17 | 5/30/17 | Pre-Authorized Deposit | | $ 10,000.00 | $ 10,000.00 | $ - |
| 197 | JPM Chase | 9936 | 6/16/17 | 6/16/17 | Check | 8478 | $ (35,000.00) | $ - | $ (35,000.00) |
| 198 | JPM Chase | 9936 | 6/30/17 | 6/30/17 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 199 | JPM Chase | 9936 | 7/28/17 | 7/28/17 | Pre-Authorized Payment | | $ (125,000.00) | $ - | $ (125,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 200 | JPM Chase | 9936 | 8/15/17 | 8/18/17 | Check | 8506 | $ (2,500.00) | $ - | $ (2,500.00) |
| 201 | JPM Chase | 9936 | 8/30/17 | 8/30/17 | Pre-Authorized Payment | | $ (132,315.00) | $ - | $ (132,315.00) |
| 202 | JPM Chase | 9936 | 9/25/17 | 9/25/17 | Pre-Authorized Payment | | $ (190,000.00) | $ - | $ (190,000.00) |
| 203 | JPM Chase | 9936 | 10/6/17 | 10/6/17 | Pre-Authorized Payment | | $ (65,000.00) | $ - | $ (65,000.00) |
| 204 | JPM Chase | 9936 | 10/31/17 | 10/31/17 | Pre-Authorized Payment | | $ (90,000.00) | $ - | $ (90,000.00) |
| 205 | JPM Chase | 9936 | 11/3/17 | 11/3/17 | Check | 8537 | $ (26,000.00) | $ - | $ (26,000.00) |
| 206 | JPM Chase | 9936 | 11/10/17 | 11/10/17 | Pre-Authorized Payment | | $ (75,000.00) | $ - | $ (75,000.00) |
| 207 | JPM Chase | 9936 | 11/28/17 | 11/28/17 | Pre-Authorized Payment | | $ (123,000.00) | $ - | $ (123,000.00) |
| 208 | JPM Chase | 9936 | 12/13/17 | 12/13/17 | Pre-Authorized Payment | | $ (99,000.00) | $ - | $ (99,000.00) |
| 209 | JPM Chase | 9936 | 12/14/17 | 12/14/17 | Pre-Authorized Deposit | | $ 200,000.00 | $ 200,000.00 | $ - |
| 210 | JPM Chase | 9936 | 12/14/17 | 12/14/17 | Check | 8551 | $ (70,000.00) | $ - | $ (70,000.00) |
| 211 | JPM Chase | 9936 | 1/2/18 | 1/2/18 | Pre-Authorized Payment | | $ (230,000.00) | $ - | $ (230,000.00) |
| 212 | JPM Chase | 9936 | 1/26/18 | 1/26/18 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 213 | JPM Chase | 9936 | 1/29/18 | 1/29/18 | Pre-Authorized Payment | | $ (43,000.00) | $ - | $ (43,000.00) |
| 214 | JPM Chase | 9936 | 2/12/18 | 2/12/18 | Pre-Authorized Payment | | $ (121,800.00) | $ - | $ (121,800.00) |
| 215 | JPM Chase | 9936 | 2/23/18 | 2/23/18 | Pre-Authorized Payment | | $ (54,747.60) | $ - | $ (54,747.60) |
| 216 | JPM Chase | 9936 | 2/23/18 | 2/23/18 | Pre-Authorized Payment | | $ (92,601.00) | $ - | $ (92,601.00) |
| 217 | JPM Chase | 9936 | 3/9/18 | 3/9/18 | Pre-Authorized Payment | | $ (12,000.00) | $ - | $ (12,000.00) |
| 218 | JPM Chase | 9936 | 3/9/18 | 3/9/18 | Pre-Authorized Payment | | $ (64,000.00) | $ - | $ (64,000.00) |
| 219 | JPM Chase | 9936 | 3/13/18 | 3/13/18 | Pre-Authorized Payment | | $ (35,000.00) | $ - | $ (35,000.00) |
| 220 | JPM Chase | 9936 | 3/14/18 | 3/14/18 | Pre-Authorized Payment | | $ (29,000.00) | $ - | $ (29,000.00) |
| 221 | JPM Chase | 9936 | 3/27/18 | 3/27/18 | Pre-Authorized Payment | | $ (74,000.00) | $ - | $ (74,000.00) |
| 222 | JPM Chase | 9936 | 4/3/18 | 4/3/18 | Pre-Authorized Payment | | $ (57,000.00) | $ - | $ (57,000.00) |
| 223 | JPM Chase | 9936 | 4/6/18 | 4/6/18 | Check Non Enclosable | 8597 | $ (100,000.00) | $ - | $ (100,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 224 | JPM Chase | 9936 | 4/10/18 | 4/10/18 | Check | 8601 | $ (70,349.52) | $ - | $ (70,349.52) |
| 225 | JPM Chase | 9936 | 4/23/18 | 4/23/18 | Check | 8602 | $ (120,000.00) | $ - | $ (120,000.00) |
| 226 | JPM Chase | 9936 | 4/26/18 | 4/26/18 | Check | 8605 | $ (345.56) | $ - | $ (345.56) |
| 227 | JPM Chase | 9936 | 4/26/18 | 4/26/18 | Check | 8604 | $ (12,500.00) | $ - | $ (12,500.00) |
| 228 | JPM Chase | 9936 | 5/4/18 | 5/4/18 | Pre-Authorized Deposit | | $ 145,000.00 | $ 145,000.00 | $ - |
| 229 | JPM Chase | 9936 | 5/15/18 | 5/15/18 | Pre-Authorized Payment | | $ (150,000.00) | $ - | $ (150,000.00) |
| 230 | JPM Chase | 9936 | 5/22/18 | 5/22/18 | Pre-Authorized Payment | | $ (25,000.00) | $ - | $ (25,000.00) |
| 231 | JPM Chase | 9936 | 5/31/18 | 5/31/18 | Pre-Authorized Deposit | | $ 30,000.00 | $ 30,000.00 | $ - |
| 232 | JPM Chase | 9936 | 6/1/18 | 6/1/18 | Pre-Authorized Deposit | | $ 80,000.00 | $ 80,000.00 | $ - |
| 233 | JPM Chase | 9936 | 6/8/18 | 6/8/18 | Pre-Authorized Payment | | $ (75,000.00) | $ - | $ (75,000.00) |
| 234 | JPM Chase | 9936 | 6/8/18 | 6/8/18 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 235 | JPM Chase | 9936 | 6/28/18 | 6/20/18 | Pre-Authorized Deposit | | $ 100,750.00 | $ 100,750.00 | $ - |
| 236 | JPM Chase | 9936 | 6/25/18 | 6/25/18 | Pre-Authorized Deposit | | $ 147,000.00 | $ 147,000.00 | $ - |
| 237 | JPM Chase | 9936 | 7/6/18 | 7/6/18 | Pre-Authorized Payment | | $ (60,000.00) | $ - | $ (60,000.00) |
| 238 | JPM Chase | 9936 | 7/9/18 | 7/9/18 | Pre-Authorized Payment | | $ (270.00) | $ - | $ (270.00) |
| 239 | JPM Chase | 9936 | 7/11/18 | 7/11/18 | Pre-Authorized Payment | | $ (187,000.00) | $ - | $ (187,000.00) |
| 240 | JPM Chase | 9936 | 7/25/18 | 7/25/18 | Check | 8634 | $ (150,000.00) | $ - | $ (150,000.00) |
| 241 | JPM Chase | 9936 | 7/31/18 | 7/31/18 | Check | 8652 | $ (20,000.00) | $ - | $ (20,000.00) |
| 242 | JPM Chase | 9936 | 7/31/18 | 7/31/18 | Check | 8651 | $ (20,000.00) | $ - | $ (20,000.00) |
| 243 | JPM Chase | 9936 | 8/9/18 | 8/9/18 | Pre-Authorized Deposit | | $ 45,000.00 | $ 45,000.00 | $ - |
| 244 | JPM Chase | 9936 | 8/10/18 | 8/10/18 | Pre-Authorized Deposit | | $ 155,000.00 | $ 155,000.00 | $ - |
| 245 | JPM Chase | 9936 | 8/10/18 | 8/10/18 | Pre-Authorized Deposit | | $ 5,000.00 | $ 5,000.00 | $ - |
| 246 | JPM Chase | 9936 | 8/17/18 | 8/17/18 | Pre-Authorized Payment | | $ (65,000.00) | $ - | $ (65,000.00) |
| 247 | JPM Chase | 9936 | 8/30/18 | 8/30/18 | Check | 8663 | $ (35,000.00) | $ - | $ (35,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 248 | JPM Chase | 9936 | 8/30/18 | 8/30/18 | Check | 8664 | $ (42,708.98) | $ - | $ (42,708.98) |
| 249 | JPM Chase | 9936 | 9/14/18 | 9/14/18 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 250 | JPM Chase | 9936 | 10/1/18 | 10/1/18 | Pre-Authorized Deposit | | $ 9,000.00 | $ 9,000.00 | $ - |
| 251 | JPM Chase | 9936 | 10/12/18 | 10/12/18 | Pre-Authorized Payment | | $ (34,000.00) | $ - | $ (34,000.00) |
| 252 | JPM Chase | 9936 | 10/15/18 | 10/15/18 | Check Non Enclosable | 8692 | $ (7,146.24) | $ - | $ (7,146.24) |
| 253 | JPM Chase | 9936 | 10/16/18 | 10/16/18 | Pre-Authorized Payment | | $ (54,000.00) | $ - | $ (54,000.00) |
| 254 | JPM Chase | 9936 | 10/17/18 | 10/17/18 | Pre-Authorized Payment | | $ (11,000.00) | $ - | $ (11,000.00) |
| 255 | JPM Chase | 9936 | 10/23/18 | 10/23/18 | Pre-Authorized Deposit | | $ 10,000.00 | $ 10,000.00 | $ - |
| 256 | JPM Chase | 9936 | 10/26/18 | 10/26/18 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 257 | JPM Chase | 9936 | 10/30/18 | 10/30/18 | Pre-Authorized Payment | | $ (75,000.00) | $ - | $ (75,000.00) |
| 258 | JPM Chase | 9936 | 11/6/18 | 11/6/18 | Pre-Authorized Deposit | | $ 15,000.00 | $ 15,000.00 | $ - |
| 259 | JPM Chase | 9936 | 11/8/18 | 11/8/18 | Pre-Authorized Payment | | $ (60,000.00) | $ - | $ (60,000.00) |
| 260 | JPM Chase | 9936 | 11/15/18 | 11/15/18 | Pre-Authorized Payment | | $ (30,000.00) | $ - | $ (30,000.00) |
| 261 | JPM Chase | 9936 | 11/15/18 | 11/15/18 | Pre-Authorized Payment | | $ (70,000.00) | $ - | $ (70,000.00) |
| 262 | JPM Chase | 9936 | 11/16/18 | 11/16/18 | Pre-Authorized Payment | | $ (247,000.00) | $ - | $ (247,000.00) |
| 263 | JPM Chase | 9936 | 11/21/18 | 11/21/18 | Pre-Authorized Payment | | $ (90,000.00) | $ - | $ (90,000.00) |
| 264 | JPM Chase | 9936 | 12/4/18 | 12/4/18 | Pre-Authorized Payment | | $ (92,000.00) | $ - | $ (92,000.00) |
| 265 | JPM Chase | 0023 | 12/10/18 | 12/10/18 | Pre-Authorized Deposit | | $ 3,390,030.00 | ############# | $ - |
| 266 | JPM Chase | 9936 | 12/10/18 | 12/10/18 | Pre-Authorized Deposit | | $ 181,000.00 | $ 181,000.00 | $ - |
| 267 | JPM Chase | 9936 | 12/10/18 | 12/10/18 | Pre-Authorized Deposit | | $ 100,000.00 | $ 100,000.00 | $ - |
| 268 | JPM Chase | 9936 | 12/10/18 | 12/10/18 | Pre-Authorized Payment | | $(3,390,030.00) | $ - | $ (3,390,030.00) |
| 269 | JPM Chase | 9936 | 12/11/18 | 12/11/18 | Pre-Authorized Deposit | | $ 60,000.00 | $ 60,000.00 | $ - |
| 270 | JPM Chase | 9936 | 12/11/18 | 12/11/18 | Pre-Authorized Deposit | | $ 23,000.00 | $ 23,000.00 | $ - |
| 271 | JPM Chase | 0023 | 12/11/18 | 12/11/18 | Pre-Authorized Payment | | $ (60,000.00) | $ - | $ (60,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 272 | JPM Chase | 9936 | 12/12/18 | 12/12/18 | Pre-Authorized Deposit | | $ 216,000.00 | $ 216,000.00 | $ - |
| 273 | JPM Chase | 9936 | 12/12/18 | 12/12/18 | Pre-Authorized Payment | | $ (136,000.00) | $ - | $ (136,000.00) |
| 274 | JPM Chase | 0023 | 12/12/18 | 12/12/18 | Pre-Authorized Payment | | $ (216,000.00) | $ - | $ (216,000.00) |
| 275 | JPM Chase | 9936 | 12/14/18 | 12/14/18 | Pre-Authorized Deposit | | $ 90,000.00 | $ 90,000.00 | $ - |
| 276 | JPM Chase | 9936 | 12/14/18 | 12/14/18 | Pre-Authorized Payment | | $ (90,000.00) | $ - | $ (90,000.00) |
| 277 | JPM Chase | 0023 | 12/14/18 | 12/14/18 | Pre-Authorized Payment | | $ (90,000.00) | $ - | $ (90,000.00) |
| 278 | JPM Chase | 9936 | 12/20/18 | 12/20/18 | Pre-Authorized Payment | | $ (270,000.00) | $ - | $ (270,000.00) |
| 279 | JPM Chase | 9936 | 12/28/18 | 12/28/18 | Pre-Authorized Deposit | | $ 500,000.00 | $ 500,000.00 | $ - |
| 280 | JPM Chase | 0023 | 12/28/18 | 12/28/18 | Pre-Authorized Payment | | $ (500,000.00) | $ - | $ (500,000.00) |
| 281 | JPM Chase | 9936 | 1/7/19 | 1/7/19 | Pre-Authorized Deposit | | $ 524,000.00 | $ 524,000.00 | $ - |
| 282 | JPM Chase | 9936 | 1/7/19 | 1/7/19 | Pre-Authorized Payment | | $ (90,000.00) | $ - | $ (90,000.00) |
| 283 | JPM Chase | 0023 | 1/7/19 | 1/7/19 | Pre-Authorized Payment | | $ (524,000.00) | $ - | $ (524,000.00) |
| 284 | JPM Chase | 9936 | 1/9/19 | 1/9/19 | Pre-Authorized Payment | | $ (187,000.00) | $ - | $ (187,000.00) |
| 285 | JPM Chase | 9936 | 1/11/19 | 1/11/19 | Pre-Authorized Deposit | | $ 100,000.00 | $ 100,000.00 | $ - |
| 286 | JPM Chase | 0023 | 1/11/19 | 1/11/19 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 287 | JPM Chase | 9936 | 1/17/19 | 1/17/19 | Pre-Authorized Deposit | | $ 97,000.00 | $ 97,000.00 | $ - |
| 288 | JPM Chase | 9936 | 1/28/19 | 1/28/19 | Pre-Authorized Deposit | | $ 1,900,000.00 | ############# | $ - |
| 289 | JPM Chase | 0023 | 1/28/19 | 1/28/19 | Pre-Authorized Payment | | $(1,900,000.00) | $ - | $ (1,900,000.00) |
| 290 | JPM Chase | 9936 | 1/31/19 | 1/31/19 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 291 | JPM Chase | 9936 | 2/4/19 | 2/4/19 | Pre-Authorized Payment | | $ (25,000.00) | $ - | $ (25,000.00) |
| 292 | JPM Chase | 9936 | 2/5/19 | 2/5/19 | Pre-Authorized Payment | | $ (35,000.00) | $ - | $ (35,000.00) |
| 293 | JPM Chase | 9936 | 2/6/19 | 2/6/19 | Pre-Authorized Payment | | $ (388,000.00) | $ - | $ (388,000.00) |
| 294 | JPM Chase | 0023 | 2/8/19 | 2/8/19 | Pre-Authorized Deposit | | $ 182,500.00 | $ 182,500.00 | $ - |
| 295 | JPM Chase | 0023 | 2/8/19 | 2/8/19 | Pre-Authorized Deposit | | $ 150,000.00 | $ 150,000.00 | $ - |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 296 | JPM Chase | 0023 | 2/8/19 | 2/8/19 | Pre-Authorized Deposit | | $ 140,000.00 | $ 140,000.00 | $ - |
| 297 | JPM Chase | 9936 | 2/8/19 | 2/8/19 | Pre-Authorized Payment | | $ (140,000.00) | $ - | $ (140,000.00) |
| 298 | JPM Chase | 9936 | 2/8/19 | 2/8/19 | Pre-Authorized Payment | | $ (150,000.00) | $ - | $ (150,000.00) |
| 299 | JPM Chase | 9936 | 2/8/19 | 2/8/19 | Pre-Authorized Payment | | $ (182,500.00) | $ - | $ (182,500.00) |
| 300 | JPM Chase | 9936 | 2/9/19 | 2/11/19 | Check | 8743 | $ (5,632.50) | $ - | $ (5,632.50) |
| 301 | JPM Chase | 9936 | 2/13/19 | 2/13/19 | Pre-Authorized Payment | | $ (63,000.00) | $ - | $ (63,000.00) |
| 302 | JPM Chase | 9936 | 2/14/19 | 2/14/19 | Pre-Authorized Payment | | $ (117,000.00) | $ - | $ (117,000.00) |
| 303 | JPM Chase | 0023 | 2/11/19 | 2/15/19 | Check | 1001 | $ (2,900.00) | $ - | $ (2,900.00) |
| 304 | JPM Chase | 0023 | 2/14/19 | 2/15/19 | Check | 1009 | $ (3,100.00) | $ - | $ (3,100.00) |
| 305 | JPM Chase | 9936 | 2/22/19 | 2/22/19 | Pre-Authorized Payment | | $ (90,000.00) | $ - | $ (90,000.00) |
| 306 | JPM Chase | 0023 | 2/19/19 | 2/25/19 | Check | 1018 | $ (2,900.00) | $ - | $ (2,900.00) |
| 307 | JPM Chase | 9936 | 2/27/19 | 2/27/19 | Pre-Authorized Payment | | $ (360,000.00) | $ - | $ (360,000.00) |
| 308 | JPM Chase | 0023 | 3/1/19 | 3/1/19 | Pre-Authorized Deposit | | $ 220,000.00 | $ 220,000.00 | $ - |
| 309 | JPM Chase | 9936 | 3/1/19 | 3/1/19 | Pre-Authorized Payment | | $ (220,000.00) | $ - | $ (220,000.00) |
| 310 | JPM Chase | 9936 | 3/5/19 | 3/5/19 | Pre-Authorized Payment | | $ (110,000.00) | $ - | $ (110,000.00) |
| 311 | JPM Chase | 0023 | 3/6/19 | 3/6/19 | Pre-Authorized Deposit | | $ 500,000.00 | $ 500,000.00 | $ - |
| 312 | JPM Chase | 0023 | 3/6/19 | 3/6/19 | Pre-Authorized Deposit | | $ 70,000.00 | $ 70,000.00 | $ - |
| 313 | JPM Chase | 9936 | 3/6/19 | 3/6/19 | Check | 8763 | $ (4,180.54) | $ - | $ (4,180.54) |
| 314 | JPM Chase | 9936 | 3/6/19 | 3/6/19 | Pre-Authorized Payment | | $ (70,000.00) | $ - | $ (70,000.00) |
| 315 | JPM Chase | 9936 | 3/6/19 | 3/6/19 | Pre-Authorized Payment | | $ (500,000.00) | $ - | $ (500,000.00) |
| 316 | JPM Chase | 9936 | 3/7/19 | 3/8/19 | Deposit | 1035 | $ 12,000.00 | $ 12,000.00 | $ - |
| 317 | JPM Chase | 0023 | 3/7/19 | 3/8/19 | Check | 1039 | $ (9,000.00) | $ - | $ (9,000.00) |
| 318 | JPM Chase | 0023 | 3/7/19 | 3/8/19 | Check | 1035 | $ (12,000.00) | $ - | $ (12,000.00) |
| 319 | JPM Chase | 0023 | 3/12/19 | 3/12/19 | Pre-Authorized Deposit | | $ 47,000.00 | $ 47,000.00 | $ - |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 320 | JPM Chase | 9936 | 3/12/19 | 3/12/19 | Pre-Authorized Payment | | $ (47,000.00) | $ - | $ (47,000.00) |
| 321 | JPM Chase | 0023 | 3/20/19 | 3/20/19 | Pre-Authorized Deposit | | $ 158,000.00 | $ 158,000.00 | $ - |
| 322 | JPM Chase | 9936 | 3/20/19 | 3/20/19 | Pre-Authorized Payment | | $ (150,000.00) | $ - | $ (150,000.00) |
| 323 | JPM Chase | 9936 | 3/20/19 | 3/20/19 | Pre-Authorized Payment | | $ (158,000.00) | $ - | $ (158,000.00) |
| 324 | JPM Chase | 9936 | 3/22/19 | 3/22/19 | Pre-Authorized Payment | | $ (30,000.00) | $ - | $ (30,000.00) |
| 325 | JPM Chase | 0023 | 3/26/19 | 3/26/19 | Check | 1059 | $ (2,900.00) | $ - | $ (2,900.00) |
| 326 | JPM Chase | 9936 | 3/26/19 | 3/26/19 | Pre-Authorized Payment | | $ (156,000.00) | $ - | $ (156,000.00) |
| 327 | JPM Chase | 9936 | 3/28/19 | 3/28/19 | Pre-Authorized Payment | | $ (150,000.00) | $ - | $ (150,000.00) |
| 328 | JPM Chase | 0023 | 3/29/19 | 3/29/19 | Pre-Authorized Deposit | | $ 45,000.00 | $ 45,000.00 | $ - |
| 329 | JPM Chase | 0023 | 3/14/19 | 3/29/19 | Check | 1032 | $ (2,375.00) | $ - | $ (2,375.00) |
| 330 | JPM Chase | 9936 | 3/29/19 | 3/29/19 | Pre-Authorized Payment | | $ (45,000.00) | $ - | $ (45,000.00) |
| 331 | JPM Chase | 0023 | 4/1/19 | 4/2/19 | Check | 1069 | $ (4,600.00) | $ - | $ (4,600.00) |
| 332 | JPM Chase | 9936 | 4/4/19 | 4/4/19 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 333 | JPM Chase | 9936 | 4/5/19 | 4/5/19 | Pre-Authorized Payment | | $ (90,000.00) | $ - | $ (90,000.00) |
| 334 | JPM Chase | 9936 | 4/10/19 | 4/10/19 | Check | 8777 | $ (6,790.00) | $ - | $ (6,790.00) |
| 335 | JPM Chase | 9936 | 4/15/19 | 4/15/19 | Pre-Authorized Payment | | $ (90,000.00) | $ - | $ (90,000.00) |
| 336 | JPM Chase | 0023 | 4/22/19 | 4/22/19 | Pre-Authorized Deposit | | $ 52,500.00 | $ 52,500.00 | $ - |
| 337 | JPM Chase | 9936 | 4/22/19 | 4/22/19 | Pre-Authorized Payment | | $ (52,500.00) | $ - | $ (52,500.00) |
| 338 | JPM Chase | 9936 | 4/22/19 | 4/22/19 | Pre-Authorized Payment | | $ (90,000.00) | $ - | $ (90,000.00) |
| 339 | JPM Chase | 0023 | 4/25/19 | 4/25/19 | Pre-Authorized Deposit | | $ 2,000.00 | $ 2,000.00 | $ - |
| 340 | JPM Chase | 9936 | 4/25/19 | 4/25/19 | Pre-Authorized Payment | | $ (2,000.00) | $ - | $ (2,000.00) |
| 341 | JPM Chase | 9936 | 4/29/19 | 4/29/19 | Pre-Authorized Payment | | $ (90,000.00) | $ - | $ (90,000.00) |
| 342 | JPM Chase | 0023 | 4/30/19 | 4/30/19 | Pre-Authorized Deposit | | $ 150,000.00 | $ 150,000.00 | $ - |
| 343 | JPM Chase | 0023 | 4/23/19 | 4/30/19 | Check | 1071 | $ (1,927.00) | $ - | $ (1,927.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 344 | JPM Chase | 9936 | 4/30/19 | 4/30/19 | Pre-Authorized Payment | | $ (150,000.00) | $ - | $ (150,000.00) |
| 345 | JPM Chase | 0023 | 5/7/19 | 5/7/19 | Pre-Authorized Deposit | | $ 360,000.00 | $ 360,000.00 | $ - |
| 346 | JPM Chase | 9936 | 5/7/19 | 5/7/19 | Pre-Authorized Deposit | | $ 130,000.00 | $ 130,000.00 | $ - |
| 347 | JPM Chase | 9936 | 5/7/19 | 5/7/19 | Check | 8794 | $ (6,009.50) | $ - | $ (6,009.50) |
| 348 | JPM Chase | 9936 | 5/7/19 | 5/7/19 | Check | 8795 | $ (6,719.36) | $ - | $ (6,719.36) |
| 349 | JPM Chase | 9936 | 5/7/19 | 5/7/19 | Pre-Authorized Payment | | $ (360,000.00) | $ - | $ (360,000.00) |
| 350 | JPM Chase | 0023 | 5/10/19 | 5/10/19 | Pre-Authorized Deposit | | $ 55,000.00 | $ 55,000.00 | $ - |
| 351 | JPM Chase | 0023 | 5/8/19 | 5/10/19 | Check | 1088 | $ (4,100.00) | $ - | $ (4,100.00) |
| 352 | JPM Chase | 9936 | 5/10/19 | 5/10/19 | Pre-Authorized Payment | | $ (55,000.00) | $ - | $ (55,000.00) |
| 353 | JPM Chase | 0023 | 5/13/19 | 5/13/19 | Pre-Authorized Deposit | | $ 537,000.00 | $ 537,000.00 | $ - |
| 354 | JPM Chase | 0023 | 5/13/19 | 5/13/19 | Pre-Authorized Deposit | | $ 20,100.00 | $ 20,100.00 | $ - |
| 355 | JPM Chase | 0023 | 5/13/19 | 5/13/19 | Pre-Authorized Deposit | | $ 10,000.00 | $ 10,000.00 | $ - |
| 356 | JPM Chase | 0023 | 5/13/19 | 5/13/19 | Check | 1090 | $ (2,800.00) | $ - | $ (2,800.00) |
| 357 | JPM Chase | 9936 | 5/13/19 | 5/13/19 | Pre-Authorized Payment | | $ (10,000.00) | $ - | $ (10,000.00) |
| 358 | JPM Chase | 9936 | 5/13/19 | 5/13/19 | Pre-Authorized Payment | | $ (20,100.00) | $ - | $ (20,100.00) |
| 359 | JPM Chase | 9936 | 5/13/19 | 5/13/19 | Pre-Authorized Payment | | $ (537,000.00) | $ - | $ (537,000.00) |
| 360 | JPM Chase | 0023 | 5/14/19 | 5/14/19 | Pre-Authorized Deposit | | $ 57,500.00 | $ 57,500.00 | $ - |
| 361 | JPM Chase | 9936 | 5/14/19 | 5/14/19 | Pre-Authorized Deposit | | $ 15,000.00 | $ 15,000.00 | $ - |
| 362 | JPM Chase | 9936 | 5/14/19 | 5/14/19 | Pre-Authorized Payment | | $ (57,500.00) | $ - | $ (57,500.00) |
| 363 | JPM Chase | 9936 | 5/15/19 | 5/15/19 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 364 | JPM Chase | 9936 | 5/16/19 | 5/16/19 | Deposit | 1103 | $ 17,308.83 | $ 17,308.83 | $ - |
| 365 | JPM Chase | 0023 | 5/14/19 | 5/16/19 | Check | 1111 | $ (1,700.00) | $ - | $ (1,700.00) |
| 366 | JPM Chase | 0023 | 5/2/19 | 5/16/19 | Check | 1081 | $ (2,100.00) | $ - | $ (2,100.00) |
| 367 | JPM Chase | 0023 | 5/15/19 | 5/16/19 | Check | 1114 | $ (2,750.00) | $ - | $ (2,750.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 368 | JPM Chase | 0023 | 5/16/19 | 5/16/19 | Check | 1103 | $ (17,308.83) | $ - | $ (17,308.83) |
| 369 | JPM Chase | 9936 | 5/17/19 | 5/17/19 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 370 | JPM Chase | 9936 | 5/20/19 | 5/20/19 | Pre-Authorized Deposit | | $ 6,243.56 | $ 6,243.56 | $ - |
| 371 | JPM Chase | 0023 | 5/29/19 | 5/29/19 | Pre-Authorized Deposit | | $ 47,000.00 | $ 47,000.00 | $ - |
| 372 | JPM Chase | 9936 | 5/29/19 | 5/29/19 | Pre-Authorized Payment | | $ (47,000.00) | $ - | $ (47,000.00) |
| 373 | JPM Chase | 9936 | 5/29/19 | 5/29/19 | Pre-Authorized Payment | | $ (200,000.00) | $ - | $ (200,000.00) |
| 374 | JPM Chase | 9936 | 5/30/19 | 5/30/19 | Pre-Authorized Deposit | | $ 200,000.00 | $ 200,000.00 | $ - |
| 375 | JPM Chase | 9936 | 5/30/19 | 5/30/19 | Pre-Authorized Deposit | | $ 20,000.00 | $ 20,000.00 | $ - |
| 376 | JPM Chase | 0023 | 5/31/19 | 6/4/19 | Check | 1121 | $ (1,500.00) | $ - | $ (1,500.00) |
| 377 | JPM Chase | 0023 | 6/5/19 | 6/5/19 | Pre-Authorized Deposit | | $ 50,000.00 | $ 50,000.00 | $ - |
| 378 | JPM Chase | 9936 | 6/5/19 | 6/5/19 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 379 | JPM Chase | 0023 | 6/6/19 | 6/6/19 | Pre-Authorized Deposit | | $ 197,000.00 | $ 197,000.00 | $ - |
| 380 | JPM Chase | 0023 | 6/6/19 | 6/6/19 | Pre-Authorized Deposit | | $ 10,000.00 | $ 10,000.00 | $ - |
| 381 | JPM Chase | 9936 | 6/6/19 | 6/6/19 | Pre-Authorized Payment | | $ (10,000.00) | $ - | $ (10,000.00) |
| 382 | JPM Chase | 9936 | 6/6/19 | 6/6/19 | Pre-Authorized Payment | | $ (197,000.00) | $ - | $ (197,000.00) |
| 383 | JPM Chase | 9936 | 6/7/19 | 6/7/19 | Pre-Authorized Deposit | | $ 7,318.42 | $ 7,318.42 | $ - |
| 384 | JPM Chase | 0023 | 6/7/19 | 6/7/19 | Check | 1122 | $ (3,850.00) | $ - | $ (3,850.00) |
| 385 | JPM Chase | 0023 | 6/7/19 | 6/7/19 | Pre-Authorized Payment | | $ (7,318.42) | $ - | $ (7,318.42) |
| 386 | JPM Chase | 0023 | 6/7/19 | 6/7/19 | Check | 1143 | $ (21,406.85) | $ - | $ (21,406.85) |
| 387 | JPM Chase | 9936 | 6/10/19 | 6/10/19 | Pre-Authorized Payment | | $ (162,000.00) | $ - | $ (162,000.00) |
| 388 | JPM Chase | 0023 | 6/11/19 | 6/11/19 | Pre-Authorized Deposit | | $ 51,000.00 | $ 51,000.00 | $ - |
| 389 | JPM Chase | 9936 | 6/11/19 | 6/11/19 | Check | 8811 | $ (7,500.00) | $ - | $ (7,500.00) |
| 390 | JPM Chase | 9936 | 6/11/19 | 6/11/19 | Pre-Authorized Payment | | $ (51,000.00) | $ - | $ (51,000.00) |
| 391 | JPM Chase | 9936 | 6/13/19 | 6/12/19 | Check | 8819 | $ (6,922.50) | $ - | $ (6,922.50) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 392 | JPM Chase | 0023 | 6/13/19 | 6/13/19 | Check | 1140 | $ (2,600.00) | $ - | $ (2,600.00) |
| 393 | JPM Chase | 9936 | 6/13/19 | 6/13/19 | Pre-Authorized Payment | | $ (48,000.00) | $ - | $ (48,000.00) |
| 394 | JPM Chase | 9936 | 6/14/19 | 6/14/19 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 395 | JPM Chase | 0023 | 6/24/19 | 6/24/19 | Pre-Authorized Deposit | | $ 56,500.00 | $ 56,500.00 | $ - |
| 396 | JPM Chase | 9936 | 6/24/19 | 6/24/19 | Pre-Authorized Payment | | $ (56,500.00) | $ - | $ (56,500.00) |
| 397 | JPM Chase | 9936 | 6/24/19 | 6/24/19 | Pre-Authorized Payment | | $ (67,000.00) | $ - | $ (67,000.00) |
| 398 | JPM Chase | 9936 | 7/1/19 | 7/1/19 | Pre-Authorized Deposit | | $ 75,000.00 | $ 75,000.00 | $ - |
| 399 | JPM Chase | 9936 | 7/2/19 | 7/2/19 | Pre-Authorized Payment | | $ (20,000.00) | $ - | $ (20,000.00) |
| 400 | JPM Chase | 9936 | 7/3/19 | 7/3/19 | Check | 8839 | $ (6,000.00) | $ - | $ (6,000.00) |
| 401 | JPM Chase | 9936 | 7/8/19 | 7/8/19 | Pre-Authorized Payment | | $ (20,000.00) | $ - | $ (20,000.00) |
| 402 | JPM Chase | 9936 | 7/9/19 | 7/9/19 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 403 | JPM Chase | 9936 | 7/11/19 | 7/11/19 | Pre-Authorized Payment | | $ (300,000.00) | $ - | $ (300,000.00) |
| 404 | JPM Chase | 0023 | 6/27/19 | 7/15/19 | Check | 1154 | $ (2,350.00) | $ - | $ (2,350.00) |
| 405 | JPM Chase | 9936 | 7/16/19 | 7/16/19 | Check | 8842 | $ (2,640.50) | $ - | $ (2,640.50) |
| 406 | JPM Chase | 0023 | 7/17/19 | 7/17/19 | Pre-Authorized Deposit | | $ 110,000.00 | $ 110,000.00 | $ - |
| 407 | JPM Chase | 9936 | 7/17/19 | 7/17/19 | Pre-Authorized Payment | | $ (110,000.00) | $ - | $ (110,000.00) |
| 408 | JPM Chase | 0023 | 7/18/19 | 7/18/19 | Pre-Authorized Deposit | | $ 76,100.00 | $ 76,100.00 | $ - |
| 409 | JPM Chase | 9936 | 7/18/19 | 7/18/19 | Pre-Authorized Payment | | $ (76,100.00) | $ - | $ (76,100.00) |
| 410 | JPM Chase | 0023 | 7/18/19 | 7/19/19 | Check | 1159 | $ (1,500.00) | $ - | $ (1,500.00) |
| 411 | JPM Chase | 9936 | 7/22/19 | 7/22/19 | Pre-Authorized Payment | | $ (150,000.00) | $ - | $ (150,000.00) |
| 412 | JPM Chase | 0023 | 7/24/19 | 7/24/19 | Pre-Authorized Deposit | | $ 205,000.00 | $ 205,000.00 | $ - |
| 413 | JPM Chase | 0023 | 7/23/19 | 7/24/19 | Check | 1164 | $ (2,100.00) | $ - | $ (2,100.00) |
| 414 | JPM Chase | 9936 | 7/24/19 | 7/24/19 | Pre-Authorized Payment | | $ (205,000.00) | $ - | $ (205,000.00) |
| 415 | JPM Chase | 9936 | 7/31/19 | 7/31/19 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 416 | JPM Chase | 9936 | 8/2/19 | 8/2/19 | Pre-Authorized Payment | | $ (18,000.00) | $ - | $ (18,000.00) |
| 417 | JPM Chase | 0023 | 8/6/19 | 8/6/19 | Pre-Authorized Deposit | | $ 53,100.00 | $ 53,100.00 | $ - |
| 418 | JPM Chase | 9936 | 8/6/19 | 8/6/19 | Pre-Authorized Payment | | $ (53,100.00) | $ - | $ (53,100.00) |
| 419 | JPM Chase | 9936 | 8/7/19 | 8/7/19 | Pre-Authorized Payment | | $ (128,000.00) | $ - | $ (128,000.00) |
| 420 | JPM Chase | 9936 | 8/9/19 | 8/9/19 | Check | 8852 | $ (2,000.00) | $ - | $ (2,000.00) |
| 421 | JPM Chase | 0023 | 8/12/19 | 8/12/19 | Pre-Authorized Deposit | | $ 43,000.00 | $ 43,000.00 | $ - |
| 422 | JPM Chase | 9936 | 8/12/19 | 8/12/19 | Pre-Authorized Payment | | $ (43,000.00) | $ - | $ (43,000.00) |
| 423 | JPM Chase | 9936 | 8/13/19 | 8/13/19 | Pre-Authorized Deposit | | $ 238,000.00 | $ 238,000.00 | $ - |
| 424 | JPM Chase | 0023 | 7/29/19 | 8/15/19 | Check | 1171 | $ (3,100.00) | $ - | $ (3,100.00) |
| 425 | JPM Chase | 0023 | 8/15/19 | 8/16/19 | Check Non Enclosable | 1183 | $ (2,350.00) | $ - | $ (2,350.00) |
| 426 | JPM Chase | 0023 | 8/15/19 | 8/16/19 | Check Non Enclosable | 1179 | $ (2,800.00) | $ - | $ (2,800.00) |
| 427 | JPM Chase | 9936 | 8/16/19 | 8/16/19 | Pre-Authorized Payment | | $ (161,000.00) | $ - | $ (161,000.00) |
| 428 | JPM Chase | 0023 | 8/21/19 | 8/21/19 | Pre-Authorized Deposit | | $ 225,000.00 | $ 225,000.00 | $ - |
| 429 | JPM Chase | 0023 | 8/21/19 | 8/21/19 | Pre-Authorized Deposit | | $ 85,500.00 | $ 85,500.00 | $ - |
| 430 | JPM Chase | 9936 | 8/21/19 | 8/21/19 | Pre-Authorized Payment | | $ (85,500.00) | $ - | $ (85,500.00) |
| 431 | JPM Chase | 9936 | 8/21/19 | 8/21/19 | Pre-Authorized Payment | | $ (225,000.00) | $ - | $ (225,000.00) |
| 432 | JPM Chase | 9936 | 8/23/19 | 8/23/19 | Pre-Authorized Payment | | $ (70,000.00) | $ - | $ (70,000.00) |
| 433 | JPM Chase | 0023 | 8/26/19 | 8/28/19 | Check | 1197 | $ (2,600.00) | $ - | $ (2,600.00) |
| 434 | JPM Chase | 0023 | 8/23/19 | 8/28/19 | Check | 1188 | $ (3,100.00) | $ - | $ (3,100.00) |
| 435 | JPM Chase | 9936 | 8/30/19 | 8/30/19 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 436 | JPM Chase | 9936 | 9/3/19 | 9/3/19 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 437 | JPM Chase | 0023 | 9/6/19 | 9/6/19 | Pre-Authorized Deposit | | $ 186,000.00 | $ 186,000.00 | $ - |
| 438 | JPM Chase | 9936 | 9/6/19 | 9/6/19 | Pre-Authorized Payment | | $ (186,000.00) | $ - | $ (186,000.00) |
| 439 | JPM Chase | 0023 | 9/9/19 | 9/9/19 | Pre-Authorized Deposit | | $ 2,108,644.32 | ############# | $ - |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 440 | JPM Chase | 9936 | 9/9/19 | 9/9/19 | Check | 8858 | $ (7,241.00) | $ - | $ (7,241.00) |
| 441 | JPM Chase | 9936 | 9/9/19 | 9/9/19 | Pre-Authorized Payment | | $(2,108,644.32) | $ - | $ (2,108,644.32) |
| 442 | JPM Chase | 9936 | 9/10/19 | 9/10/19 | Pre-Authorized Deposit | | $ 14,000.00 | $ 14,000.00 | $ - |
| 443 | JPM Chase | 0023 | 9/9/19 | 9/10/19 | Check | 1207 | $ (1,850.00) | $ - | $ (1,850.00) |
| 444 | JPM Chase | 9936 | 9/11/19 | 9/11/19 | Pre-Authorized Payment | | $ (25,000.00) | $ - | $ (25,000.00) |
| 445 | JPM Chase | 9936 | 9/12/19 | 9/12/19 | Pre-Authorized Payment | | $ (25,000.00) | $ - | $ (25,000.00) |
| 446 | JPM Chase | 9936 | 9/13/19 | 9/13/19 | Pre-Authorized Payment | | $ (77,000.00) | $ - | $ (77,000.00) |
| 447 | JPM Chase | 9936 | 9/17/19 | 9/17/19 | Check | 8863 | $ (6,000.00) | $ - | $ (6,000.00) |
| 448 | JPM Chase | 9936 | 9/17/19 | 9/17/19 | Pre-Authorized Payment | | $ (90,000.00) | $ - | $ (90,000.00) |
| 449 | JPM Chase | 9936 | 9/18/19 | 9/18/19 | Pre-Authorized Payment | | $ (153,000.00) | $ - | $ (153,000.00) |
| 450 | JPM Chase | 9936 | 9/19/19 | 9/19/19 | Pre-Authorized Payment | | $ (115,000.00) | $ - | $ (115,000.00) |
| 451 | JPM Chase | 9936 | 9/23/19 | 9/23/19 | Pre-Authorized Payment | | $ (130,000.00) | $ - | $ (130,000.00) |
| 452 | JPM Chase | 0023 | 9/26/19 | 9/26/19 | Pre-Authorized Deposit | | $ 224,750.00 | $ 224,750.00 | $ - |
| 453 | JPM Chase | 9936 | 9/26/19 | 9/26/19 | Pre-Authorized Payment | | $ (224,750.00) | $ - | $ (224,750.00) |
| 454 | JPM Chase | 9936 | 9/27/19 | 9/27/19 | Pre-Authorized Payment | | $ (140,000.00) | $ - | $ (140,000.00) |
| 455 | JPM Chase | 0023 | 10/2/19 | 10/2/19 | Pre-Authorized Deposit | | $ 880,000.00 | $ 880,000.00 | $ - |
| 456 | JPM Chase | 0023 | 10/2/19 | 10/2/19 | Check | 1215 | $ (3,100.00) | $ - | $ (3,100.00) |
| 457 | JPM Chase | 9936 | 10/2/19 | 10/2/19 | Pre-Authorized Payment | | $ (180,000.00) | $ - | $ (180,000.00) |
| 458 | JPM Chase | 9936 | 10/2/19 | 10/2/19 | Pre-Authorized Payment | | $ (880,000.00) | $ - | $ (880,000.00) |
| 459 | JPM Chase | 9936 | 10/5/19 | 10/7/19 | Check Non Enclosable | 8869 | $ (35,000.00) | $ - | $ (35,000.00) |
| 460 | JPM Chase | 9936 | 10/7/19 | 10/7/19 | Pre-Authorized Payment | | $ (40,000.00) | $ - | $ (40,000.00) |
| 461 | JPM Chase | 9936 | 10/5/19 | 10/7/19 | Check Non Enclosable | 8870 | $ (123,000.00) | $ - | $ (123,000.00) |
| 462 | JPM Chase | 9936 | 10/10/19 | 10/10/19 | Pre-Authorized Payment | | $ (35,000.00) | $ - | $ (35,000.00) |
| 463 | JPM Chase | 9936 | 10/11/19 | 10/11/19 | Pre-Authorized Payment | | $ (65,000.00) | $ - | $ (65,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 464 | JPM Chase | 0023 | 10/16/19 | 10/16/19 | Pre-Authorized Deposit | | $ 75,000.00 | $ 75,000.00 | $ - |
| 465 | JPM Chase | 0023 | 10/15/19 | 10/16/19 | Check | 1223 | $ (3,300.00) | $ - | $ (3,300.00) |
| 466 | JPM Chase | 9936 | 10/16/19 | 10/16/19 | Pre-Authorized Payment | | $ (75,000.00) | $ - | $ (75,000.00) |
| 467 | JPM Chase | 0023 | 10/22/19 | 10/22/19 | Check | 1232 | $ (2,850.00) | $ - | $ (2,850.00) |
| 468 | JPM Chase | 9936 | 10/22/19 | 10/22/19 | Pre-Authorized Payment | | $ (61,000.00) | $ - | $ (61,000.00) |
| 469 | JPM Chase | 9936 | 10/23/19 | 10/23/19 | Pre-Authorized Payment | | $ (30,000.00) | $ - | $ (30,000.00) |
| 470 | JPM Chase | 9936 | 10/30/19 | 10/30/19 | Pre-Authorized Payment | | $ (80,000.00) | $ - | $ (80,000.00) |
| 471 | JPM Chase | 9936 | 10/31/19 | 10/31/19 | Pre-Authorized Payment | | $ (180,000.00) | $ - | $ (180,000.00) |
| 472 | JPM Chase | 9936 | 11/12/19 | 11/12/19 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 473 | JPM Chase | 9936 | 11/13/19 | 11/13/19 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 474 | JPM Chase | 9936 | 11/14/19 | 11/14/19 | Pre-Authorized Deposit | | $ 100,000.00 | $ 100,000.00 | $ - |
| 475 | JPM Chase | 9936 | 11/15/19 | 11/15/19 | Check | 8880 | $ (3,612.50) | $ - | $ (3,612.50) |
| 476 | JPM Chase | 0023 | 11/19/19 | 11/19/19 | Pre-Authorized Deposit | | $ 77,000.00 | $ 77,000.00 | $ - |
| 477 | JPM Chase | 9936 | 11/19/19 | 11/19/19 | Pre-Authorized Payment | | $ (77,000.00) | $ - | $ (77,000.00) |
| 478 | JPM Chase | 9936 | 11/20/19 | 11/20/19 | Pre-Authorized Payment | | $ (40,000.00) | $ - | $ (40,000.00) |
| 479 | JPM Chase | 0023 | 11/21/19 | 11/22/19 | Check | 1241 | $ (3,100.00) | $ - | $ (3,100.00) |
| 480 | JPM Chase | 0023 | 12/2/19 | 12/2/19 | Pre-Authorized Deposit | | $ 762,237.52 | $ 762,237.52 | $ - |
| 481 | JPM Chase | 0023 | 12/2/19 | 12/2/19 | Pre-Authorized Deposit | | $ 115,000.00 | $ 115,000.00 | $ - |
| 482 | JPM Chase | 0023 | 12/2/19 | 12/2/19 | Pre-Authorized Deposit | | $ 0.40 | $ 0.40 | $ - |
| 483 | JPM Chase | 9936 | 12/2/19 | 12/2/19 | Pre-Authorized Payment | | $ (0.40) | $ - | $ (0.40) |
| 484 | JPM Chase | 9936 | 12/2/19 | 12/2/19 | Pre-Authorized Payment | | $ (63,000.00) | $ - | $ (63,000.00) |
| 485 | JPM Chase | 9936 | 12/2/19 | 12/2/19 | Pre-Authorized Payment | | $ (115,000.00) | $ - | $ (115,000.00) |
| 486 | JPM Chase | 9936 | 12/2/19 | 12/2/19 | Pre-Authorized Payment | | $ (762,237.52) | $ - | $ (762,237.52) |
| 487 | JPM Chase | 9936 | 12/4/19 | 12/4/19 | Deposit | 1259 | $ 77,254.04 | $ 77,254.04 | $ - |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 488 | JPM Chase | 9936 | 12/4/19 | 12/4/19 | Check | 8888 | $ (992.50) | $ - | $ (992.50) |
| 489 | JPM Chase | 0023 | 12/3/19 | 12/4/19 | Check | 1256 | $ (4,100.00) | $ - | $ (4,100.00) |
| 490 | JPM Chase | 0023 | 12/4/19 | 12/4/19 | Check | 1259 | $ (77,254.04) | $ - | $ (77,254.04) |
| 491 | JPM Chase | 9936 | 12/5/19 | 12/5/19 | Pre-Authorized Payment | | $ (137,000.00) | $ - | $ (137,000.00) |
| 492 | JPM Chase | 0023 | 12/9/19 | 12/9/19 | Pre-Authorized Deposit | | $ 550,000.00 | $ 550,000.00 | $ - |
| 493 | JPM Chase | 9936 | 12/9/19 | 12/9/19 | Pre-Authorized Deposit | | $ 10,000.00 | $ 10,000.00 | $ - |
| 494 | JPM Chase | 9936 | 12/9/19 | 12/9/19 | Pre-Authorized Payment | | $ (550,000.00) | $ - | $ (550,000.00) |
| 495 | JPM Chase | 0023 | 12/10/19 | 12/10/19 | Pre-Authorized Deposit | | $ 75,000.00 | $ 75,000.00 | $ - |
| 496 | JPM Chase | 9936 | 12/10/19 | 12/10/19 | Pre-Authorized Payment | | $ (75,000.00) | $ - | $ (75,000.00) |
| 497 | JPM Chase | 0023 | 12/3/19 | 12/11/19 | Check | 1249 | $ (3,100.00) | $ - | $ (3,100.00) |
| 498 | JPM Chase | 0023 | 12/10/19 | 12/11/19 | Check | 1260 | $ (13,150.00) | $ - | $ (13,150.00) |
| 499 | JPM Chase | 0023 | 12/12/19 | 12/12/19 | Pre-Authorized Deposit | | $ 126,250.00 | $ 126,250.00 | $ - |
| 500 | JPM Chase | 0023 | 12/12/19 | 12/12/19 | Check | 1265 | $ (2,900.00) | $ - | $ (2,900.00) |
| 501 | JPM Chase | 9936 | 12/12/19 | 12/12/19 | Check | 8893 | $ (3,255.00) | $ - | $ (3,255.00) |
| 502 | JPM Chase | 9936 | 12/12/19 | 12/12/19 | Pre-Authorized Payment | | $ (10,000.00) | $ - | $ (10,000.00) |
| 503 | JPM Chase | 9936 | 12/12/19 | 12/12/19 | Pre-Authorized Payment | | $ (126,250.00) | $ - | $ (126,250.00) |
| 504 | JPM Chase | 9936 | 12/13/19 | 12/13/19 | Pre-Authorized Payment | | $ (60,000.00) | $ - | $ (60,000.00) |
| 505 | JPM Chase | 9936 | 12/13/19 | 12/13/19 | Pre-Authorized Payment | | $ (72,000.00) | $ - | $ (72,000.00) |
| 506 | JPM Chase | 0023 | 12/16/19 | 12/16/19 | Pre-Authorized Deposit | | $ 425,000.00 | $ 425,000.00 | $ - |
| 507 | JPM Chase | 9936 | 12/16/19 | 12/16/19 | Pre-Authorized Payment | | $ (425,000.00) | $ - | $ (425,000.00) |
| 508 | JPM Chase | 0023 | 12/17/19 | 12/17/19 | Check | 1275 | $ (1,625.00) | $ - | $ (1,625.00) |
| 509 | JPM Chase | 9936 | 12/18/19 | 12/18/19 | Pre-Authorized Deposit | | $ 75,000.00 | $ 75,000.00 | $ - |
| 510 | JPM Chase | 9936 | 12/18/19 | 12/18/19 | Pre-Authorized Payment | | $ (75,000.00) | $ - | $ (75,000.00) |
| 511 | JPM Chase | 9936 | 12/31/19 | 12/31/19 | Pre-Authorized Payment | | $ (25,000.00) | $ - | $ (25,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 512 | JPM Chase | 9936 | 12/31/19 | 12/31/19 | Pre-Authorized Payment | | $ (48,000.00) | $ - | $ (48,000.00) |
| 513 | JPM Chase | 9936 | 12/31/19 | 12/31/19 | Pre-Authorized Payment | | $ (125,000.00) | $ - | $ (125,000.00) |
| 514 | JPM Chase | 0023 | 1/2/20 | 1/2/20 | Pre-Authorized Deposit | | $ 325,000.00 | $ 325,000.00 | $ - |
| 515 | JPM Chase | 9936 | 1/2/20 | 1/2/20 | Pre-Authorized Payment | | $ (325,000.00) | $ - | $ (325,000.00) |
| 516 | JPM Chase | 9936 | 1/7/20 | 1/7/20 | Pre-Authorized Payment | | $ (4,559.00) | $ - | $ (4,559.00) |
| 517 | JPM Chase | 0023 | 1/7/20 | 1/7/20 | Pre-Authorized Payment | | $ (10,000.00) | $ - | $ (10,000.00) |
| 518 | JPM Chase | 0023 | 1/8/20 | 1/8/20 | Pre-Authorized Deposit | | $ 250,000.00 | $ 250,000.00 | $ - |
| 519 | JPM Chase | 9936 | 1/8/20 | 1/8/20 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 520 | JPM Chase | 9936 | 1/8/20 | 1/8/20 | Pre-Authorized Payment | | $ (250,000.00) | $ - | $ (250,000.00) |
| 521 | JPM Chase | 9936 | 1/9/20 | 1/9/20 | Pre-Authorized Deposit | | $ 250,000.00 | $ 250,000.00 | $ - |
| 522 | JPM Chase | 0023 | 1/9/20 | 1/9/20 | Pre-Authorized Payment | | $ (250,000.00) | $ - | $ (250,000.00) |
| 523 | JPM Chase | 9936 | 1/10/20 | 1/10/20 | Pre-Authorized Payment | | $ (123,000.00) | $ - | $ (123,000.00) |
| 524 | JPM Chase | 0023 | 1/13/20 | 1/13/20 | Pre-Authorized Deposit | | $ 1,281,385.68 | ############# | $ - |
| 525 | JPM Chase | 9936 | 1/13/20 | 1/13/20 | Pre-Authorized Payment | | $(1,281,385.68) | $ - | $ (1,281,385.68) |
| 526 | JPM Chase | 9936 | 1/14/20 | 1/14/20 | Pre-Authorized Deposit | | $ 42,000.00 | $ 42,000.00 | $ - |
| 527 | JPM Chase | 0023 | 1/7/20 | 1/14/20 | Check | 1279 | $ (3,100.00) | $ - | $ (3,100.00) |
| 528 | JPM Chase | 9936 | 1/15/20 | 1/15/20 | Pre-Authorized Deposit | | $ 7,000.00 | $ 7,000.00 | $ - |
| 529 | JPM Chase | 9936 | 1/15/20 | 1/15/20 | Pre-Authorized Deposit | | $ 5,000.00 | $ 5,000.00 | $ - |
| 530 | JPM Chase | 9936 | 1/22/20 | 1/22/20 | Pre-Authorized Deposit | | $ 9,000.00 | $ 9,000.00 | $ - |
| 531 | JPM Chase | 0023 | 1/24/20 | 1/24/20 | Pre-Authorized Deposit | | $ 78,500.00 | $ 78,500.00 | $ - |
| 532 | JPM Chase | 9936 | 1/24/20 | 1/24/20 | Pre-Authorized Deposit | | $ 45,000.00 | $ 45,000.00 | $ - |
| 533 | JPM Chase | 0023 | 1/24/20 | 1/24/20 | Check | 1290 | $ (3,100.00) | $ - | $ (3,100.00) |
| 534 | JPM Chase | 9936 | 1/24/20 | 1/24/20 | Pre-Authorized Payment | | $ (78,500.00) | $ - | $ (78,500.00) |
| 535 | JPM Chase | 9936 | 1/28/20 | 1/28/20 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 536 | JPM Chase | 9936 | 1/30/20 | 1/30/20 | Pre-Authorized Deposit | | $ 50,000.00 | $ 50,000.00 | $ - |
| 537 | JPM Chase | 9936 | 1/31/20 | 1/31/20 | Pre-Authorized Payment | | $ (200,000.00) | $ - | $ (200,000.00) |
| 538 | JPM Chase | 0023 | 2/3/20 | 2/3/20 | Pre-Authorized Deposit | | $ 797,672.85 | $ 797,672.85 | $ - |
| 539 | JPM Chase | 9936 | 2/3/20 | 2/3/20 | Pre-Authorized Payment | | $ (797,672.85) | $ - | $ (797,672.85) |
| 540 | JPM Chase | 9936 | 2/7/20 | 2/7/20 | Pre-Authorized Payment | | $ (5,498.50) | $ - | $ (5,498.50) |
| 541 | JPM Chase | 9936 | 2/10/20 | 2/10/20 | Pre-Authorized Payment | | $ (18,000.00) | $ - | $ (18,000.00) |
| 542 | JPM Chase | 9936 | 2/10/20 | 2/10/20 | Pre-Authorized Payment | | $ (25,000.00) | $ - | $ (25,000.00) |
| 543 | JPM Chase | 0023 | 2/11/20 | 2/11/20 | Pre-Authorized Deposit | | $ 51,000.00 | $ 51,000.00 | $ - |
| 544 | JPM Chase | 9936 | 2/11/20 | 2/11/20 | Pre-Authorized Payment | | $ (47,000.00) | $ - | $ (47,000.00) |
| 545 | JPM Chase | 9936 | 2/11/20 | 2/11/20 | Pre-Authorized Payment | | $ (51,000.00) | $ - | $ (51,000.00) |
| 546 | JPM Chase | 0023 | 2/12/20 | 2/12/20 | Pre-Authorized Deposit | | $ 72,500.00 | $ 72,500.00 | $ - |
| 547 | JPM Chase | 9936 | 2/12/20 | 2/12/20 | Pre-Authorized Payment | | $ (63,000.00) | $ - | $ (63,000.00) |
| 548 | JPM Chase | 9936 | 2/12/20 | 2/12/20 | Pre-Authorized Payment | | $ (72,500.00) | $ - | $ (72,500.00) |
| 549 | JPM Chase | 9936 | 2/14/20 | 2/14/20 | Pre-Authorized Payment | | $ (205,000.00) | $ - | $ (205,000.00) |
| 550 | JPM Chase | 0023 | 2/19/20 | 2/19/20 | Pre-Authorized Deposit | | $ 125,000.00 | $ 125,000.00 | $ - |
| 551 | JPM Chase | 9936 | 2/19/20 | 2/19/20 | Pre-Authorized Payment | | $ (125,000.00) | $ - | $ (125,000.00) |
| 552 | JPM Chase | 0023 | 2/12/20 | 2/20/20 | Check | 1305 | $ (2,850.00) | $ - | $ (2,850.00) |
| 553 | JPM Chase | 0023 | 2/13/20 | 2/20/20 | Check | 1314 | $ (3,100.00) | $ - | $ (3,100.00) |
| 554 | JPM Chase | 0023 | 2/3/20 | 2/20/20 | Check | 1298 | $ (3,100.00) | $ - | $ (3,100.00) |
| 555 | JPM Chase | 9936 | 2/20/20 | 2/20/20 | Check | 8919 | $ (7,171.10) | $ - | $ (7,171.10) |
| 556 | JPM Chase | 9936 | 2/20/20 | 2/20/20 | Pre-Authorized Payment | | $ (189,000.00) | $ - | $ (189,000.00) |
| 557 | JPM Chase | 0023 | 2/24/20 | 2/24/20 | Pre-Authorized Deposit | | $ 10,000.00 | $ 10,000.00 | $ - |
| 558 | JPM Chase | 9936 | 2/24/20 | 2/24/20 | Check | 8924 | $ (2,500.00) | $ - | $ (2,500.00) |
| 559 | JPM Chase | 9936 | 2/24/20 | 2/24/20 | Pre-Authorized Payment | | $ (10,000.00) | $ - | $ (10,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 560 | JPM Chase | 0023 | 2/20/20 | 2/25/20 | Check | 1324 | $ (5,953.06) | $ - | $ (5,953.06) |
| 561 | JPM Chase | 9936 | 2/27/20 | 2/27/20 | Deposit | 1337 | $ 3,881.84 | $ 3,881.84 | $ - |
| 562 | JPM Chase | 0023 | 2/27/20 | 2/27/20 | Check | 1330 | $ (2,100.00) | $ - | $ (2,100.00) |
| 563 | JPM Chase | 0023 | 2/27/20 | 2/27/20 | Check Non Enclosable | 1337 | $ (3,881.84) | $ - | $ (3,881.84) |
| 564 | JPM Chase | 9936 | 2/27/20 | 2/27/20 | Pre-Authorized Payment | | $ (74,000.00) | $ - | $ (74,000.00) |
| 565 | JPM Chase | 9936 | 2/28/20 | 2/28/20 | Pre-Authorized Deposit | | $ 60,000.00 | $ 60,000.00 | $ - |
| 566 | JPM Chase | 0023 | 3/3/20 | 3/3/20 | Pre-Authorized Deposit | | $ 93,000.00 | $ 93,000.00 | $ - |
| 567 | JPM Chase | 9936 | 3/3/20 | 3/3/20 | Pre-Authorized Payment | | $ (93,000.00) | $ - | $ (93,000.00) |
| 568 | JPM Chase | 0023 | 3/5/20 | 3/5/20 | Pre-Authorized Deposit | | $ 70,500.00 | $ 70,500.00 | $ - |
| 569 | JPM Chase | 0023 | 3/4/20 | 3/5/20 | Check | 1338 | $ (3,100.00) | $ - | $ (3,100.00) |
| 570 | JPM Chase | 9936 | 3/5/20 | 3/5/20 | Pre-Authorized Payment | | $ (70,500.00) | $ - | $ (70,500.00) |
| 571 | JPM Chase | 0023 | 3/6/20 | 3/6/20 | Check | 1346 | $ (4,650.00) | $ - | $ (4,650.00) |
| 572 | JPM Chase | 9936 | 3/10/20 | 3/10/20 | Pre-Authorized Deposit | | $ 200,000.00 | $ 200,000.00 | $ - |
| 573 | JPM Chase | 0023 | 3/11/20 | 3/11/20 | Pre-Authorized Deposit | | $ 592,393.15 | $ 592,393.15 | $ - |
| 574 | JPM Chase | 9936 | 3/11/20 | 3/11/20 | Pre-Authorized Payment | | $ (592,393.15) | $ - | $ (592,393.15) |
| 575 | JPM Chase | 9936 | 3/12/20 | 3/12/20 | Pre-Authorized Payment | | $ (18,000.00) | $ - | $ (18,000.00) |
| 576 | JPM Chase | 0023 | 3/16/20 | 3/16/20 | Pre-Authorized Deposit | | $ 58,500.00 | $ 58,500.00 | $ - |
| 577 | JPM Chase | 9936 | 3/16/20 | 3/16/20 | Pre-Authorized Payment | | $ (18,000.00) | $ - | $ (18,000.00) |
| 578 | JPM Chase | 9936 | 3/16/20 | 3/16/20 | Pre-Authorized Payment | | $ (58,500.00) | $ - | $ (58,500.00) |
| 579 | JPM Chase | 9936 | 3/18/20 | 3/18/20 | Pre-Authorized Payment | | $ (1,000.00) | $ - | $ (1,000.00) |
| 580 | JPM Chase | 0023 | 3/16/20 | 3/18/20 | Check | 1350 | $ (3,100.00) | $ - | $ (3,100.00) |
| 581 | JPM Chase | 9936 | 3/18/20 | 3/18/20 | Pre-Authorized Payment | | $ (17,000.00) | $ - | $ (17,000.00) |
| 582 | JPM Chase | 9936 | 3/19/20 | 3/19/20 | Pre-Authorized Deposit | | $ 18,000.00 | $ 18,000.00 | $ - |
| 583 | JPM Chase | 9936 | 3/20/20 | 3/20/20 | Pre-Authorized Payment | | $ (3,100.00) | $ - | $ (3,100.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 584 | JPM Chase | 9936 | 3/23/20 | 3/23/20 | Pre-Authorized Deposit | | $ 25,000.00 | $ 25,000.00 | $ - |
| 585 | JPM Chase | 9936 | 3/24/20 | 3/24/20 | Pre-Authorized Deposit | | $ 50,000.00 | $ 50,000.00 | $ - |
| 586 | JPM Chase | 9936 | 3/26/20 | 3/26/20 | Pre-Authorized Payment | | $ (16,000.00) | $ - | $ (16,000.00) |
| 587 | JPM Chase | 9936 | 3/30/20 | 3/30/20 | Pre-Authorized Payment | | $ (47,000.00) | $ - | $ (47,000.00) |
| 588 | JPM Chase | 9936 | 3/30/20 | 3/30/20 | Pre-Authorized Payment | | $ (59,000.00) | $ - | $ (59,000.00) |
| 589 | JPM Chase | 9936 | 3/31/20 | 3/31/20 | Pre-Authorized Payment | | $ (7,500.00) | $ - | $ (7,500.00) |
| 590 | JPM Chase | 9936 | 3/31/20 | 3/31/20 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 591 | JPM Chase | 9936 | 4/2/20 | 4/2/20 | Pre-Authorized Payment | | $ (164,000.00) | $ - | $ (164,000.00) |
| 592 | JPM Chase | 9936 | 4/7/20 | 4/7/20 | Pre-Authorized Payment | | $ (169,000.00) | $ - | $ (169,000.00) |
| 593 | JPM Chase | 9936 | 4/10/20 | 4/10/20 | Pre-Authorized Payment | | $ (20,000.00) | $ - | $ (20,000.00) |
| 594 | JPM Chase | 0023 | 4/22/20 | 4/22/20 | Pre-Authorized Deposit | | $ 23,200.00 | $ 23,200.00 | $ - |
| 595 | JPM Chase | 9936 | 4/22/20 | 4/22/20 | Pre-Authorized Payment | | $ (23,200.00) | $ - | $ (23,200.00) |
| 596 | JPM Chase | 9936 | 4/29/20 | 4/29/20 | Pre-Authorized Deposit | | $ 81,000.00 | $ 81,000.00 | $ - |
| 597 | JPM Chase | 9936 | 5/1/20 | 5/1/20 | Pre-Authorized Deposit | | $ 198,000.00 | $ 198,000.00 | $ - |
| 598 | JPM Chase | 9936 | 5/6/20 | 5/6/20 | Pre-Authorized Deposit | | $ 300,000.00 | $ 300,000.00 | $ - |
| 599 | JPM Chase | 0023 | 5/8/20 | 5/8/20 | Pre-Authorized Deposit | | $ 875,150.00 | $ 875,150.00 | $ - |
| 600 | JPM Chase | 9936 | 5/8/20 | 5/8/20 | Pre-Authorized Payment | | $ (2,935.00) | $ - | $ (2,935.00) |
| 601 | JPM Chase | 9936 | 5/8/20 | 5/8/20 | Pre-Authorized Payment | | $ (3,850.00) | $ - | $ (3,850.00) |
| 602 | JPM Chase | 9936 | 5/8/20 | 5/8/20 | Pre-Authorized Payment | | $ (875,150.00) | $ - | $ (875,150.00) |
| 603 | JPM Chase | 9936 | 5/12/20 | 5/12/20 | Pre-Authorized Deposit | | $ 54,000.00 | $ 54,000.00 | $ - |
| 604 | JPM Chase | 9936 | 5/13/20 | 5/13/20 | Pre-Authorized Deposit | | $ 54,000.00 | $ 54,000.00 | $ - |
| 605 | JPM Chase | 9936 | 5/15/20 | 5/15/20 | Pre-Authorized Payment | | $ (7,544.00) | $ - | $ (7,544.00) |
| 606 | JPM Chase | 9936 | 5/20/20 | 5/20/20 | Pre-Authorized Deposit | | $ 29,000.00 | $ 29,000.00 | $ - |
| 607 | JPM Chase | 9936 | 5/21/20 | 5/21/20 | Pre-Authorized Payment | | $ (3,033.51) | $ - | $ (3,033.51) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 608 | JPM Chase | 0023 | 5/29/20 | 5/29/20 | Pre-Authorized Deposit | | $ 284,900.00 | $ 284,900.00 | $ - |
| 609 | JPM Chase | 9936 | 5/29/20 | 5/29/20 | Pre-Authorized Deposit | | $ 49,000.00 | $ 49,000.00 | $ - |
| 610 | JPM Chase | 9936 | 5/29/20 | 5/29/20 | Pre-Authorized Payment | | $ (3,100.00) | $ - | $ (3,100.00) |
| 611 | JPM Chase | 9936 | 5/29/20 | 5/29/20 | Pre-Authorized Payment | | $ (284,900.00) | $ - | $ (284,900.00) |
| 612 | JPM Chase | 9936 | 6/5/20 | 6/5/20 | Pre-Authorized Payment | | $ (54,000.00) | $ - | $ (54,000.00) |
| 613 | JPM Chase | 9936 | 6/10/20 | 6/10/20 | Pre-Authorized Payment | | $ (10,400.00) | $ - | $ (10,400.00) |
| 614 | JPM Chase | 9936 | 6/11/20 | 6/11/20 | Pre-Authorized Payment | | $ (3,000.00) | $ - | $ (3,000.00) |
| 615 | JPM Chase | 9936 | 6/11/20 | 6/11/20 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 616 | JPM Chase | 9936 | 6/15/20 | 6/15/20 | Pre-Authorized Payment | | $ (200,000.00) | $ - | $ (200,000.00) |
| 617 | JPM Chase | 9936 | 6/16/20 | 6/16/20 | Pre-Authorized Deposit | | $ 409,000.00 | $ 409,000.00 | $ - |
| 618 | JPM Chase | 0023 | 6/16/20 | 6/16/20 | Pre-Authorized Deposit | | $ 93,500.00 | $ 93,500.00 | $ - |
| 619 | JPM Chase | 9936 | 6/16/20 | 6/16/20 | Pre-Authorized Payment | | $ (93,500.00) | $ - | $ (93,500.00) |
| 620 | JPM Chase | 0023 | 6/17/20 | 6/17/20 | Pre-Authorized Payment | | $ (1,850.00) | $ - | $ (1,850.00) |
| 621 | JPM Chase | 0023 | 6/18/20 | 6/18/20 | Pre-Authorized Deposit | | $ 548,500.00 | $ 548,500.00 | $ - |
| 622 | JPM Chase | 9936 | 6/18/20 | 6/18/20 | Pre-Authorized Payment | | $ (548,500.00) | $ - | $ (548,500.00) |
| 623 | JPM Chase | 0023 | 6/19/20 | 6/19/20 | Pre-Authorized Payment | | $ (1,850.00) | $ - | $ (1,850.00) |
| 624 | JPM Chase | 9936 | 6/19/20 | 6/19/20 | Pre-Authorized Payment | | $ (43,000.00) | $ - | $ (43,000.00) |
| 625 | JPM Chase | 9936 | 6/23/20 | 6/23/20 | Pre-Authorized Deposit | | $ 36,000.00 | $ 36,000.00 | $ - |
| 626 | JPM Chase | 9936 | 6/25/20 | 6/25/20 | Pre-Authorized Deposit | | $ 99,000.00 | $ 99,000.00 | $ - |
| 627 | JPM Chase | 9936 | 6/26/20 | 6/26/20 | Pre-Authorized Payment | | $ (17,000.00) | $ - | $ (17,000.00) |
| 628 | JPM Chase | 0023 | 6/30/20 | 6/30/20 | Pre-Authorized Deposit | | $ 99,900.00 | $ 99,900.00 | $ - |
| 629 | JPM Chase | 9936 | 6/30/20 | 6/30/20 | Pre-Authorized Deposit | | $ 36,000.00 | $ 36,000.00 | $ - |
| 630 | JPM Chase | 9936 | 6/30/20 | 6/30/20 | Pre-Authorized Payment | | $ (99,900.00) | $ - | $ (99,900.00) |
| 631 | JPM Chase | 9936 | 7/1/20 | 7/1/20 | Pre-Authorized Deposit | | $ 54,000.00 | $ 54,000.00 | $ - |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 632 | JPM Chase | 0023 | 7/1/20 | 7/1/20 | Pre-Authorized Deposit | | $ 49,150.00 | $ 49,150.00 | $ - |
| 633 | JPM Chase | 9936 | 7/1/20 | 7/1/20 | Pre-Authorized Payment | | $ (3,350.00) | $ - | $ (3,350.00) |
| 634 | JPM Chase | 9936 | 7/1/20 | 7/1/20 | Pre-Authorized Payment | | $ (49,150.00) | $ - | $ (49,150.00) |
| 635 | JPM Chase | 0023 | 7/7/20 | 7/7/20 | Pre-Authorized Deposit | | $ 81,750.00 | $ 81,750.00 | $ - |
| 636 | JPM Chase | 0023 | 7/7/20 | 7/7/20 | Pre-Authorized Deposit | | $ 6,000.00 | $ 6,000.00 | $ - |
| 637 | JPM Chase | 9936 | 7/7/20 | 7/7/20 | Pre-Authorized Payment | | $ (6,000.00) | $ - | $ (6,000.00) |
| 638 | JPM Chase | 9936 | 7/7/20 | 7/7/20 | Pre-Authorized Payment | | $ (9,000.00) | $ - | $ (9,000.00) |
| 639 | JPM Chase | 9936 | 7/7/20 | 7/7/20 | Pre-Authorized Payment | | $ (45,000.00) | $ - | $ (45,000.00) |
| 640 | JPM Chase | 9936 | 7/7/20 | 7/7/20 | Pre-Authorized Payment | | $ (81,750.00) | $ - | $ (81,750.00) |
| 641 | JPM Chase | 0023 | 7/13/20 | 7/13/20 | Pre-Authorized Deposit | | $ 10,000.00 | $ 10,000.00 | $ - |
| 642 | JPM Chase | 9936 | 7/13/20 | 7/13/20 | Pre-Authorized Deposit | | $ 9,000.00 | $ 9,000.00 | $ - |
| 643 | JPM Chase | 9936 | 7/13/20 | 7/13/20 | Pre-Authorized Payment | | $ (10,000.00) | $ - | $ (10,000.00) |
| 644 | JPM Chase | 9936 | 7/15/20 | 7/15/20 | Pre-Authorized Deposit | | $ 27,000.00 | $ 27,000.00 | $ - |
| 645 | JPM Chase | 9936 | 7/16/20 | 7/16/20 | Pre-Authorized Payment | | $ (47,000.00) | $ - | $ (47,000.00) |
| 646 | JPM Chase | 9936 | 7/21/20 | 7/21/20 | Pre-Authorized Payment | | $ (9,000.00) | $ - | $ (9,000.00) |
| 647 | JPM Chase | 9936 | 7/22/20 | 7/22/20 | Pre-Authorized Payment | | $ (36,000.00) | $ - | $ (36,000.00) |
| 648 | JPM Chase | 9936 | 7/23/20 | 7/23/20 | Pre-Authorized Payment | | $ (9,000.00) | $ - | $ (9,000.00) |
| 649 | JPM Chase | 9936 | 7/24/20 | 7/24/20 | Pre-Authorized Deposit | | $ 9,000.00 | $ 9,000.00 | $ - |
| 650 | JPM Chase | 9936 | 7/27/20 | 7/27/20 | Pre-Authorized Payment | | $ (2,050.00) | $ - | $ (2,050.00) |
| 651 | JPM Chase | 9936 | 7/28/20 | 7/28/20 | Pre-Authorized Payment | | $ (128,000.00) | $ - | $ (128,000.00) |
| 652 | JPM Chase | 9936 | 7/29/20 | 7/29/20 | Pre-Authorized Payment | | $ (379,000.00) | $ - | $ (379,000.00) |
| 653 | JPM Chase | 0023 | 7/31/20 | 7/31/20 | Pre-Authorized Deposit | | $ 63,500.00 | $ 63,500.00 | $ - |
| 654 | JPM Chase | 9936 | 7/31/20 | 7/31/20 | Pre-Authorized Payment | | $ (2,500.00) | $ - | $ (2,500.00) |
| 655 | JPM Chase | 9936 | 7/31/20 | 7/31/20 | Pre-Authorized Payment | | $ (63,500.00) | $ - | $ (63,500.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 656 | JPM Chase | 9936 | 7/31/20 | 7/31/20 | Pre-Authorized Payment | | $ (88,000.00) | $ - | $ (88,000.00) |
| 657 | JPM Chase | 0023 | 8/4/20 | 8/4/20 | Pre-Authorized Deposit | | $ 25,000.00 | $ 25,000.00 | $ - |
| 658 | JPM Chase | 9936 | 8/4/20 | 8/4/20 | Pre-Authorized Payment | | $ (25,000.00) | $ - | $ (25,000.00) |
| 659 | JPM Chase | 0023 | 8/5/20 | 8/5/20 | Pre-Authorized Deposit | | $ 75,000.00 | $ 75,000.00 | $ - |
| 660 | JPM Chase | 0023 | 8/5/20 | 8/5/20 | Pre-Authorized Deposit | | $ 75,000.00 | $ 75,000.00 | $ - |
| 661 | JPM Chase | 0023 | 8/5/20 | 8/5/20 | Pre-Authorized Deposit | | $ 70,000.00 | $ 70,000.00 | $ - |
| 662 | JPM Chase | 9936 | 8/5/20 | 8/5/20 | Pre-Authorized Payment | | $ (70,000.00) | $ - | $ (70,000.00) |
| 663 | JPM Chase | 9936 | 8/5/20 | 8/5/20 | Pre-Authorized Payment | | $ (75,000.00) | $ - | $ (75,000.00) |
| 664 | JPM Chase | 9936 | 8/5/20 | 8/5/20 | Pre-Authorized Payment | | $ (75,000.00) | $ - | $ (75,000.00) |
| 665 | JPM Chase | 9936 | 8/11/20 | 8/11/20 | Pre-Authorized Payment | | $ (144,000.00) | $ - | $ (144,000.00) |
| 666 | JPM Chase | 9936 | 8/13/20 | 8/13/20 | Pre-Authorized Payment | | $ (63,000.00) | $ - | $ (63,000.00) |
| 667 | JPM Chase | 0023 | 8/27/20 | 8/27/20 | Pre-Authorized Deposit | | $ 20,550.00 | $ 20,550.00 | $ - |
| 668 | JPM Chase | 9936 | 8/27/20 | 8/27/20 | Pre-Authorized Payment | | $ (20,550.00) | $ - | $ (20,550.00) |
| 669 | JPM Chase | 9936 | 8/28/20 | 8/28/20 | Pre-Authorized Deposit | | $ 4,000.00 | $ 4,000.00 | $ - |
| 670 | JPM Chase | 9936 | 8/31/20 | 8/31/20 | Pre-Authorized Deposit | | $ 198,000.00 | $ 198,000.00 | $ - |
| 671 | JPM Chase | 9936 | 8/31/20 | 8/31/20 | Pre-Authorized Payment | | $ (2,850.00) | $ - | $ (2,850.00) |
| 672 | JPM Chase | 0023 | 9/2/20 | 9/2/20 | Pre-Authorized Deposit | | $ 400,000.00 | $ 400,000.00 | $ - |
| 673 | JPM Chase | 9936 | 9/2/20 | 9/2/20 | Inbound Fed Wire Transfer | | $ 81,000.00 | $ 81,000.00 | $ - |
| 674 | JPM Chase | 9936 | 9/2/20 | 9/2/20 | Pre-Authorized Payment | | $ (400,000.00) | $ - | $ (400,000.00) |
| 675 | JPM Chase | 0023 | 9/3/20 | 9/3/20 | Pre-Authorized Deposit | | $ 337,000.00 | $ 337,000.00 | $ - |
| 676 | JPM Chase | 0023 | 9/3/20 | 9/3/20 | Pre-Authorized Deposit | | $ 4,666.49 | $ 4,666.49 | $ - |
| 677 | JPM Chase | 9936 | 9/3/20 | 9/3/20 | Pre-Authorized Payment | | $ (4,666.49) | $ - | $ (4,666.49) |
| 678 | JPM Chase | 9936 | 9/3/20 | 9/3/20 | Pre-Authorized Payment | | $ (337,000.00) | $ - | $ (337,000.00) |
| 679 | JPM Chase | 9936 | 9/4/20 | 9/4/20 | Pre-Authorized Payment | | $ (705.00) | $ - | $ (705.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 680 | JPM Chase | 9936 | 9/8/20 | 9/8/20 | Pre-Authorized Deposit | | $ 63,000.00 | $ 63,000.00 | $ - |
| 681 | JPM Chase | 9936 | 9/9/20 | 9/9/20 | Pre-Authorized Deposit | | $ 280,000.00 | $ 280,000.00 | $ - |
| 682 | JPM Chase | 9936 | 9/9/20 | 9/9/20 | Pre-Authorized Deposit | | $ 18,000.00 | $ 18,000.00 | $ - |
| 683 | JPM Chase | 9936 | 9/9/20 | 9/9/20 | Pre-Authorized Deposit | | $ 2,000.00 | $ 2,000.00 | $ - |
| 684 | JPM Chase | 9936 | 9/10/20 | 9/10/20 | Pre-Authorized Payment | | $ (45,000.00) | $ - | $ (45,000.00) |
| 685 | JPM Chase | 9936 | 9/10/20 | 9/10/20 | Pre-Authorized Payment | | $ (65,000.00) | $ - | $ (65,000.00) |
| 686 | JPM Chase | 9936 | 9/11/20 | 9/11/20 | Pre-Authorized Payment | | $ (75,000.00) | $ - | $ (75,000.00) |
| 687 | JPM Chase | 9936 | 9/11/20 | 9/11/20 | Pre-Authorized Payment | | $ (181,000.00) | $ - | $ (181,000.00) |
| 688 | JPM Chase | 9936 | 9/15/20 | 9/15/20 | Check | 8971 | $ (257.50) | $ - | $ (257.50) |
| 689 | JPM Chase | 9936 | 9/15/20 | 9/15/20 | Check | 8969 | $ (262.50) | $ - | $ (262.50) |
| 690 | JPM Chase | 9936 | 9/15/20 | 9/15/20 | Check | 8970 | $ (320.00) | $ - | $ (320.00) |
| 691 | JPM Chase | 9936 | 9/15/20 | 9/15/20 | Check | 8972 | $ (320.00) | $ - | $ (320.00) |
| 692 | JPM Chase | 9936 | 9/15/20 | 9/15/20 | Check | 8973 | $ (762.50) | $ - | $ (762.50) |
| 693 | JPM Chase | 9936 | 9/15/20 | 9/15/20 | Pre-Authorized Payment | | $ (37,844.15) | $ - | $ (37,844.15) |
| 694 | JPM Chase | 9936 | 9/17/20 | 9/17/20 | Pre-Authorized Payment | | $ (18,000.00) | $ - | $ (18,000.00) |
| 695 | JPM Chase | 9936 | 9/17/20 | 9/17/20 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 696 | JPM Chase | 9936 | 9/23/20 | 9/23/20 | Pre-Authorized Payment | | $ (198,000.00) | $ - | $ (198,000.00) |
| 697 | JPM Chase | 9936 | 9/29/20 | 9/29/20 | Pre-Authorized Payment | | $ (111,000.00) | $ - | $ (111,000.00) |
| 698 | JPM Chase | 9936 | 9/30/20 | 9/30/20 | Pre-Authorized Payment | | $ (53,000.00) | $ - | $ (53,000.00) |
| 699 | JPM Chase | 9936 | 10/2/20 | 10/2/20 | Pre-Authorized Payment | | $ (150,000.00) | $ - | $ (150,000.00) |
| 700 | JPM Chase | 9936 | 10/5/20 | 10/5/20 | Pre-Authorized Deposit | | $ 127.15 | $ 127.15 | $ - |
| 701 | JPM Chase | 0023 | 10/5/20 | 10/5/20 | Pre-Authorized Payment | | $ (127.15) | $ - | $ (127.15) |
| 702 | JPM Chase | 9936 | 10/6/20 | 10/6/20 | Pre-Authorized Payment | | $ (27,000.00) | $ - | $ (27,000.00) |
| 703 | JPM Chase | 9936 | 10/6/20 | 10/6/20 | Pre-Authorized Payment | | $ (63,000.00) | $ - | $ (63,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 704 | JPM Chase | 0023 | 10/7/20 | 10/7/20 | Pre-Authorized Deposit | | $ 413,000.00 | $ 413,000.00 | $ - |
| 705 | JPM Chase | 0023 | 10/7/20 | 10/7/20 | Pre-Authorized Deposit | | $ 14,000.00 | $ 14,000.00 | $ - |
| 706 | JPM Chase | 9936 | 10/7/20 | 10/7/20 | Pre-Authorized Payment | | $ (3,500.00) | $ - | $ (3,500.00) |
| 707 | JPM Chase | 9936 | 10/7/20 | 10/7/20 | Pre-Authorized Payment | | $ (14,000.00) | $ - | $ (14,000.00) |
| 708 | JPM Chase | 9936 | 10/7/20 | 10/7/20 | Pre-Authorized Payment | | $ (20,000.00) | $ - | $ (20,000.00) |
| 709 | JPM Chase | 9936 | 10/7/20 | 10/7/20 | Pre-Authorized Payment | | $ (37,000.00) | $ - | $ (37,000.00) |
| 710 | JPM Chase | 9936 | 10/7/20 | 10/7/20 | Pre-Authorized Payment | | $ (413,000.00) | $ - | $ (413,000.00) |
| 711 | JPM Chase | 9936 | 10/9/20 | 10/9/20 | Pre-Authorized Payment | | $ (74,000.00) | $ - | $ (74,000.00) |
| 712 | JPM Chase | 9936 | 10/13/20 | 10/13/20 | Pre-Authorized Deposit | | $ 10,000.00 | $ 10,000.00 | $ - |
| 713 | JPM Chase | 9936 | 10/14/20 | 10/14/20 | Pre-Authorized Payment | | $ (144,000.00) | $ - | $ (144,000.00) |
| 714 | JPM Chase | 9936 | 10/15/20 | 10/15/20 | Pre-Authorized Deposit | | $ 23,000.00 | $ 23,000.00 | $ - |
| 715 | JPM Chase | 9936 | 10/15/20 | 10/15/20 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 716 | JPM Chase | 9936 | 10/19/20 | 10/19/20 | Pre-Authorized Payment | | $ (1,737.50) | $ - | $ (1,737.50) |
| 717 | JPM Chase | 9936 | 10/21/20 | 10/21/20 | Pre-Authorized Payment | | $ (92,000.00) | $ - | $ (92,000.00) |
| 718 | JPM Chase | 9936 | 10/23/20 | 10/23/20 | Pre-Authorized Payment | | $ (45,000.00) | $ - | $ (45,000.00) |
| 719 | JPM Chase | 9936 | 10/26/20 | 10/26/20 | Pre-Authorized Payment | | $ (72,000.00) | $ - | $ (72,000.00) |
| 720 | JPM Chase | 9936 | 10/29/20 | 10/29/20 | Pre-Authorized Payment | | $ (27,000.00) | $ - | $ (27,000.00) |
| 721 | JPM Chase | 9936 | 11/2/20 | 11/2/20 | Pre-Authorized Deposit | | $ 3,000.00 | $ 3,000.00 | $ - |
| 722 | JPM Chase | 9936 | 11/3/20 | 11/3/20 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 723 | JPM Chase | 9936 | 11/3/20 | 11/3/20 | Pre-Authorized Payment | | $ (54,000.00) | $ - | $ (54,000.00) |
| 724 | JPM Chase | 9936 | 11/4/20 | 11/4/20 | Pre-Authorized Payment | | $ (48,000.00) | $ - | $ (48,000.00) |
| 725 | JPM Chase | 9936 | 11/5/20 | 11/5/20 | Inbound Fed Wire Transfer | | $ 200,000.00 | $ 200,000.00 | $ - |
| 726 | JPM Chase | 9936 | 11/17/20 | 11/17/20 | Pre-Authorized Payment | | $ (2,350.00) | $ - | $ (2,350.00) |
| 727 | JPM Chase | 9936 | 11/17/20 | 11/17/20 | Pre-Authorized Payment | | $ (3,100.00) | $ - | $ (3,100.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 728 | JPM Chase | 9936 | 11/17/20 | 11/17/20 | Pre-Authorized Payment | | $ (54,000.00) | $ - | $ (54,000.00) |
| 729 | JPM Chase | 9936 | 11/19/20 | 11/19/20 | Pre-Authorized Payment | | $ (1,600.00) | $ - | $ (1,600.00) |
| 730 | JPM Chase | 9936 | 11/19/20 | 11/19/20 | Pre-Authorized Payment | | $ (3,100.00) | $ - | $ (3,100.00) |
| 731 | JPM Chase | 9936 | 11/20/20 | 11/20/20 | Pre-Authorized Payment | | $ (99,000.00) | $ - | $ (99,000.00) |
| 732 | JPM Chase | 9936 | 11/23/20 | 11/23/20 | Pre-Authorized Payment | | $ (3,000.00) | $ - | $ (3,000.00) |
| 733 | JPM Chase | 9936 | 11/23/20 | 11/23/20 | Pre-Authorized Payment | | $ (37,000.00) | $ - | $ (37,000.00) |
| 734 | JPM Chase | 9936 | 11/24/20 | 11/24/20 | Pre-Authorized Payment | | $ (56,000.00) | $ - | $ (56,000.00) |
| 735 | JPM Chase | 9936 | 11/25/20 | 11/25/20 | Pre-Authorized Payment | | $ (60,000.00) | $ - | $ (60,000.00) |
| 736 | JPM Chase | 9936 | 12/2/20 | 12/2/20 | Pre-Authorized Deposit | | $ 18,000.00 | $ 18,000.00 | $ - |
| 737 | JPM Chase | 9936 | 12/3/20 | 12/3/20 | Inbound Fed Wire Transfer | | $ 81,000.00 | $ 81,000.00 | $ - |
| 738 | JPM Chase | 9936 | 12/3/20 | 12/3/20 | Check | 9006 | $ (12,388.00) | $ - | $ (12,388.00) |
| 739 | JPM Chase | 9936 | 12/4/20 | 12/4/20 | Pre-Authorized Payment | | $ (4,000.00) | $ - | $ (4,000.00) |
| 740 | JPM Chase | 9936 | 12/4/20 | 12/4/20 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 741 | JPM Chase | 9936 | 12/7/20 | 12/7/20 | Check | 9008 | $ (2,100.00) | $ - | $ (2,100.00) |
| 742 | JPM Chase | 9936 | 12/8/20 | 12/8/20 | Pre-Authorized Payment | | $ (27,000.00) | $ - | $ (27,000.00) |
| 743 | JPM Chase | 9936 | 12/9/20 | 12/9/20 | Pre-Authorized Payment | | $ (18,000.00) | $ - | $ (18,000.00) |
| 744 | JPM Chase | 9936 | 12/10/20 | 12/10/20 | Inbound Fed Wire Transfer | | $ 100,000.00 | $ 100,000.00 | $ - |
| 745 | JPM Chase | 9936 | 12/11/20 | 12/11/20 | Pre-Authorized Payment | | $ (1,000.00) | $ - | $ (1,000.00) |
| 746 | JPM Chase | 9936 | 12/14/20 | 12/14/20 | Pre-Authorized Deposit | | $ 20,000.00 | $ 20,000.00 | $ - |
| 747 | JPM Chase | 9936 | 12/14/20 | 12/14/20 | Pre-Authorized Payment | | $ (29,000.00) | $ - | $ (29,000.00) |
| 748 | JPM Chase | 9936 | 12/15/20 | 12/15/20 | Pre-Authorized Deposit | | $ 73,000.00 | $ 73,000.00 | $ - |
| 749 | JPM Chase | 9936 | 12/16/20 | 12/16/20 | Pre-Authorized Deposit | | $ 18,000.00 | $ 18,000.00 | $ - |
| 750 | JPM Chase | 9936 | 12/22/20 | 12/22/20 | Pre-Authorized Payment | | $ (2,500.00) | $ - | $ (2,500.00) |
| 751 | JPM Chase | 9936 | 12/29/20 | 12/29/20 | Pre-Authorized Payment | | $ (54,000.00) | $ - | $ (54,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 752 | JPM Chase | 9936 | 12/31/20 | 12/31/20 | Inbound Fed Wire Transfer | | $ 80,000.00 | $ 80,000.00 | $ - |
| 753 | JPM Chase | 9936 | 1/4/21 | 1/4/21 | Pre-Authorized Deposit | | $ 1,000.00 | $ 1,000.00 | $ - |
| 754 | JPM Chase | 9936 | 12/29/20 | 1/5/21 | Check | 9017 | $ (5,066.89) | $ - | $ (5,066.89) |
| 755 | JPM Chase | 9936 | 1/5/21 | 1/5/21 | Pre-Authorized Payment | | $ (45,000.00) | $ - | $ (45,000.00) |
| 756 | JPM Chase | 9936 | 1/5/21 | 1/5/21 | Pre-Authorized Payment | | $ (100,000.00) | $ - | $ (100,000.00) |
| 757 | JPM Chase | 9936 | 1/7/21 | 1/7/21 | Pre-Authorized Deposit | | $ 22,000.00 | $ 22,000.00 | $ - |
| 758 | JPM Chase | 9936 | 1/7/21 | 1/7/21 | Pre-Authorized Payment | | $ (20,000.00) | $ - | $ (20,000.00) |
| 759 | JPM Chase | 9936 | 1/8/21 | 1/8/21 | Pre-Authorized Deposit | | $ 98,000.00 | $ 98,000.00 | $ - |
| 760 | JPM Chase | 9936 | 1/11/21 | 1/11/21 | Check | 9022 | $ (2,850.00) | $ - | $ (2,850.00) |
| 761 | JPM Chase | 9936 | 1/12/21 | 1/12/21 | Pre-Authorized Payment | | $ (36,000.00) | $ - | $ (36,000.00) |
| 762 | JPM Chase | 9936 | 1/13/21 | 1/13/21 | Pre-Authorized Payment | | $ (27,000.00) | $ - | $ (27,000.00) |
| 763 | JPM Chase | 9936 | 1/14/21 | 1/14/21 | Pre-Authorized Deposit | | $ 2,000.00 | $ 2,000.00 | $ - |
| 764 | JPM Chase | 9936 | 1/15/21 | 1/15/21 | Inbound Fed Wire Transfer | | $ 80,000.00 | $ 80,000.00 | $ - |
| 765 | JPM Chase | 9936 | 1/15/21 | 1/15/21 | Pre-Authorized Deposit | | $ 1,000.00 | $ 1,000.00 | $ - |
| 766 | JPM Chase | 9936 | 1/15/21 | 1/15/21 | Pre-Authorized Payment | | $ (2,500.00) | $ - | $ (2,500.00) |
| 767 | JPM Chase | 9936 | 1/15/21 | 1/15/21 | Outbound Fed Wire Transfer | | $ (13,600.00) | $ - | $ (13,600.00) |
| 768 | JPM Chase | 9936 | 1/19/21 | 1/19/21 | Pre-Authorized Payment | | $ (9,000.00) | $ - | $ (9,000.00) |
| 769 | JPM Chase | 9936 | 1/19/21 | 1/19/21 | Pre-Authorized Payment | | $ (54,000.00) | $ - | $ (54,000.00) |
| 770 | JPM Chase | 9936 | 1/20/21 | 1/20/21 | Pre-Authorized Deposit | | $ 780,000.00 | $ 780,000.00 | $ - |
| 771 | JPM Chase | 9936 | 1/20/21 | 1/20/21 | Pre-Authorized Deposit | | $ 400,000.00 | $ 400,000.00 | $ - |
| 772 | JPM Chase | 9936 | 1/20/21 | 1/20/21 | Pre-Authorized Payment | | $ (36,000.00) | $ - | $ (36,000.00) |
| 773 | JPM Chase | 9936 | 1/21/21 | 1/21/21 | Pre-Authorized Payment | | $ (50,000.00) | $ - | $ (50,000.00) |
| 774 | JPM Chase | 9936 | 1/22/21 | 1/22/21 | Check | 9037 | $ (1,850.00) | $ - | $ (1,850.00) |
| 775 | JPM Chase | 9936 | 1/22/21 | 1/22/21 | Pre-Authorized Payment | | $ (2,600.00) | $ - | $ (2,600.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 776 | JPM Chase | 9936 | 1/22/21 | 1/22/21 | Pre-Authorized Payment | | $ (90,000.00) | $ - | $ (90,000.00) |
| 777 | JPM Chase | 9936 | 1/27/21 | 1/27/21 | Pre-Authorized Deposit | | $ 27,000.00 | $ 27,000.00 | $ - |
| 778 | JPM Chase | 9936 | 1/28/21 | 1/28/21 | Pre-Authorized Deposit | | $ 75,000.00 | $ 75,000.00 | $ - |
| 779 | JPM Chase | 9936 | 1/28/21 | 1/28/21 | Pre-Authorized Deposit | | $ 26,000.00 | $ 26,000.00 | $ - |
| 780 | JPM Chase | 9936 | 1/29/21 | 1/29/21 | Pre-Authorized Payment | | $ (26,000.00) | $ - | $ (26,000.00) |
| 781 | JPM Chase | 9936 | 2/1/21 | 2/1/21 | Pre-Authorized Deposit | | $ 412,000.00 | $ 412,000.00 | $ - |
| 782 | JPM Chase | 9936 | 2/1/21 | 2/1/21 | Pre-Authorized Payment | | $ (1,600.00) | $ - | $ (1,600.00) |
| 783 | JPM Chase | 9936 | 2/3/21 | 2/3/21 | Pre-Authorized Deposit | | $ 27,000.00 | $ 27,000.00 | $ - |
| 784 | JPM Chase | 9936 | 2/4/21 | 2/4/21 | Pre-Authorized Payment | | $ (4,875.00) | $ - | $ (4,875.00) |
| 785 | JPM Chase | 9936 | 2/5/21 | 2/5/21 | Pre-Authorized Payment | | $ (80,000.00) | $ - | $ (80,000.00) |
| 786 | JPM Chase | 9936 | 2/8/21 | 2/8/21 | Pre-Authorized Payment | | $ (52,000.00) | $ - | $ (52,000.00) |
| 787 | JPM Chase | 9936 | 2/16/21 | 2/16/21 | Pre-Authorized Deposit | | $ 8,000.00 | $ 8,000.00 | $ - |
| 788 | JPM Chase | 9936 | 2/16/21 | 2/16/21 | Pre-Authorized Payment | | $ (25,000.00) | $ - | $ (25,000.00) |
| 789 | JPM Chase | 9936 | 2/17/21 | 2/17/21 | Pre-Authorized Payment | | $ (10,000.00) | $ - | $ (10,000.00) |
| 790 | JPM Chase | 9936 | 2/17/21 | 2/17/21 | Pre-Authorized Payment | | $ (32,000.00) | $ - | $ (32,000.00) |
| 791 | JPM Chase | 9936 | 2/19/21 | 2/19/21 | Pre-Authorized Payment | | $ (40,000.00) | $ - | $ (40,000.00) |
| 792 | JPM Chase | 9936 | 2/24/21 | 2/24/21 | Pre-Authorized Deposit | | $ 12,000.00 | $ 12,000.00 | $ - |
| 793 | JPM Chase | 9936 | 2/25/21 | 2/25/21 | Inbound Fed Wire Transfer | | $ 26,000.00 | $ 26,000.00 | $ - |
| 794 | JPM Chase | 9936 | 2/25/21 | 2/25/21 | Outbound Fed Wire Transfer | | $ (11,000.00) | $ - | $ (11,000.00) |
| 795 | JPM Chase | 9936 | 2/25/21 | 2/25/21 | Pre-Authorized Payment | | $ (12,000.00) | $ - | $ (12,000.00) |
| 796 | JPM Chase | 9936 | 2/25/21 | 2/25/21 | Pre-Authorized Payment | | $ (12,000.00) | $ - | $ (12,000.00) |
| 797 | JPM Chase | 9936 | 2/26/21 | 2/26/21 | Pre-Authorized Deposit | | $ 25,000.00 | $ 25,000.00 | $ - |
| 798 | JPM Chase | 9936 | 3/1/21 | 3/1/21 | Pre-Authorized Deposit | | $ 8,000.00 | $ 8,000.00 | $ - |
| 799 | JPM Chase | 9936 | 3/1/21 | 3/1/21 | Outbound Fed Wire Transfer | | $ (11,000.00) | $ - | $ (11,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 800 | JPM Chase | 9936 | 3/3/21 | 3/3/21 | Pre-Authorized Payment | | $ (6,000.00) | $ - | $ (6,000.00) |
| 801 | JPM Chase | 9936 | 3/3/21 | 3/3/21 | Outbound Fed Wire Transfer | | $ (38,900.00) | $ - | $ (38,900.00) |
| 802 | JPM Chase | 9936 | 3/4/21 | 3/4/21 | Pre-Authorized Payment | | $ (23,000.00) | $ - | $ (23,000.00) |
| 803 | JPM Chase | 9936 | 3/4/21 | 3/4/21 | Outbound Fed Wire Transfer | | $ (33,000.00) | $ - | $ (33,000.00) |
| 804 | JPM Chase | 9936 | 3/9/21 | 3/9/21 | Check | 9074 | $ (16,000.00) | $ - | $ (16,000.00) |
| 805 | Valley National | 6576 | 3/10/21 | 3/10/21 | Incoming Wire | | $ 10,000.00 | $ 10,000.00 | $ - |
| 806 | JPM Chase | 9936 | 3/10/21 | 3/10/21 | Outbound Fed Wire Transfer | | $ (10,000.00) | $ - | $ (10,000.00) |
| 807 | Valley National | 6576 | 3/10/21 | 3/10/21 | Transfer | | $ (10,000.00) | $ - | $ (10,000.00) |
| 808 | Valley National | 6576 | 3/10/21 | 3/10/21 | Transfer | | $ (15,000.00) | $ - | $ (15,000.00) |
| 809 | JPM Chase | 9936 | 3/10/21 | 3/10/21 | Check or Charge | | $ (70,000.00) | $ - | $ (70,000.00) |
| 810 | JPM Chase | 9936 | 3/11/21 | 3/11/21 | Inbound Fed Wire Transfer | | $ 42,000.00 | $ 42,000.00 | $ - |
| 811 | Valley National | 6576 | 3/11/21 | 3/11/21 | Transfer | | $ (40,000.00) | $ - | $ (40,000.00) |
| 812 | Valley National | 6576 | 3/11/21 | 3/11/21 | Outgoing Wire | | $ (42,000.00) | $ - | $ (42,000.00) |
| 813 | Valley National | 6576 | 3/16/21 | 3/16/21 | Incoming Wire | | $ 13,125.40 | $ 13,125.40 | $ - |
| 814 | Valley National | 6576 | 3/16/21 | 3/16/21 | Incoming Wire | | $ 740.49 | $ 740.49 | $ - |
| 815 | JPM Chase | 9936 | 3/16/21 | 3/16/21 | Outbound Fed Wire Transfer | | $ (740.49) | $ - | $ (740.49) |
| 816 | JPM Chase | 0023 | 3/16/21 | 3/16/21 | Outbound Fed Wire Transfer | | $ (13,125.40) | $ - | $ (13,125.40) |
| 817 | Signature Bank | 4735 | 3/25/21 | 3/25/21 | Incoming Wire | | $ 37,000.00 | $ 37,000.00 | |
| 818 | Valley National | 6576 | 3/25/21 | 3/25/21 | Outgoing Wire | | $ (37,000.00) | $ - | $ (37,000.00) |
| 819 | Valley National | 6576 | 3/30/21 | 3/30/21 | Incoming Wire | | $ 49,900.00 | $ 49,900.00 | $ - |
| 820 | Signature Bank | 4735 | 3/30/21 | 3/30/21 | Outgoing Wire | | $ (49,900.00) | $ - | $ (49,900.00) |
| 821 | Signature Bank | 4735 | 4/1/21 | 4/1/21 | Incoming Wire | | $ 245,000.00 | $ 245,000.00 | |
| 822 | Signature Bank | 4735 | 4/1/21 | 4/1/21 | Telephone Transfer | | $ (200,000.00) | $ - | $ (200,000.00) |
| 823 | Valley National | 6576 | 4/1/21 | 4/1/21 | Outgoing Wire | | $ (245,000.00) | $ - | $ (245,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 824 | | | | | | | | | |
| 825 | JPM Chase | 9936 | 2/9/18 | 2/9/18 | Pre-Authorized Payment | | $ (65,000.00) | $ - | $ (65,000.00) |
| 826 | JPM Chase | 9936 | 1/7/21 | 1/7/21 | Pre-Authorized Deposit | | $ 5,000.00 | $ 5,000.00 | $ - |
| 827 | JPM Chase | 9936 | 3/3/21 | 3/3/21 | Pre-Authorized Payment | | $ (25,000.00) | $ - | $ (25,000.00) |
| 828 | | | | | | | | | |
| 829 | JPM Chase | 9936 | 2/14/17 | 2/14/17 | Deposit | 2410 | $ 25,000.00 | $ 25,000.00 | $ - |
| 830 | JPM Chase | 9936 | 2/15/17 | 2/15/17 | Outbound Fed Wire Transfer | | $ (25,000.00) | $ - | $ (25,000.00) |
| 831 | JPM Chase | 9936 | 2/25/17 | 2/27/17 | Deposit | 2445 | $ 21,000.00 | $ 21,000.00 | $ - |
| 832 | JPM Chase | 9936 | 3/10/17 | 3/10/17 | Outbound Fed Wire Transfer | | $ (21,000.00) | $ - | $ (21,000.00) |
| 833 | | | | | | | | | |
| 834 | JPM Chase | 8888 | 3/19/14 | 3/19/14 | Check | 1335 | $ (25,000.00) | $ - | $ (25,000.00) |
| 835 | JPM Chase | 8888 | 4/11/14 | 4/11/14 | Check | 1358 | $ (50,000.00) | $ - | $ (50,000.00) |
| 836 | JPM Chase | 8888 | 8/29/14 | 8/29/14 | Inbound Fed Wire Transfer | | $ 400,000.00 | $ 400,000.00 | $ - |
| 837 | JPM Chase | 9936 | 12/5/16 | 12/12/16 | Deposit | 6412 | $ 80,000.00 | $ 80,000.00 | $ - |
| 838 | JPM Chase | 9936 | 12/21/16 | 12/21/16 | Check Non Enclosable | 8368 | $ (40,000.00) | $ - | $ (40,000.00) |
| 839 | JPM Chase | 9936 | 1/4/17 | 1/5/17 | Check Non Enclosable | 8370 | $ (40,000.00) | $ - | $ (40,000.00) |
| 840 | JPM Chase | 9936 | 5/6/18 | 5/9/18 | Deposit | 6415 | $ 100,000.00 | $ 100,000.00 | $ - |
| 841 | JPM Chase | 9936 | 5/15/18 | 5/15/18 | Check Non Enclosable | 8609 | $ (100,000.00) | $ - | $ (100,000.00) |
| 842 | JPM Chase | 9936 | 3/4/21 | 3/4/21 | Deposit | 6422 | $ 15,000.00 | $ 15,000.00 | $ - |
| 843 | | | | | | | | | |
| 844 | JPM Chase | 8888 | | 12/30/13 | Check | 1012 | $ (55,500.00) | $ - | $ (55,500.00) |
| 845 | JPM Chase | 9936 | 3/6/19 | 3/6/19 | Check | 8764 | $ (1,633.13) | $ - | $ (1,633.13) |
| 846 | JPM Chase | 9936 | 7/3/19 | 7/3/19 | Pre-Authorized Deposit | | $ 66,000.00 | $ 66,000.00 | $ - |
| 847 | JPM Chase | 9936 | 7/11/19 | 7/11/19 | Pre-Authorized Payment | | $ (43,000.00) | $ - | $ (43,000.00) |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **Kossoff, PLLC** | | | | | | | | |
| 2 | **Chapter 7- Bankruptcy Case #21-10699** | | | | | | | | |
| 3 | **IOLA Accounts - Select Transactions December 2013-April 2021** | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | **Bank** | **Last 4 of Account #** | **Transaction Date** | **Paid Date** | **Transaction Type** | **Check #** | **Amount** | **Receipt** | **Disbursement** |
| 7 | | | | | | | | | |
| 848 | JPM Chase | 9936 | 9/4/19 | 9/4/19 | Pre-Authorized Deposit | | $ 50,000.00 | $ 50,000.00 | $ - |
| 849 | JPM Chase | 9936 | 1/28/20 | 1/28/20 | Pre-Authorized Payment | | $ (20,000.00) | $ - | $ (20,000.00) |
| 850 | JPM Chase | 9936 | 1/29/20 | 1/29/20 | Pre-Authorized Deposit | | $ 20,000.00 | $ 20,000.00 | $ - |
| 851 | JPM Chase | 9936 | 5/13/20 | 5/13/20 | Pre-Authorized Deposit | | $ 100,000.00 | $ 100,000.00 | $ - |
| 852 | JPM Chase | 9936 | 5/22/20 | 5/22/20 | Pre-Authorized Deposit | | $ 108,000.00 | $ 108,000.00 | $ - |
| 853 | JPM Chase | 9936 | 5/28/20 | 5/28/20 | Pre-Authorized Deposit | | $ 50,000.00 | $ 50,000.00 | $ - |
| 854 | JPM Chase | 9936 | 10/30/20 | 10/30/20 | Pre-Authorized Deposit | | $ 150,000.00 | $ 150,000.00 | $ - |
| 855 | JPM Chase | 9936 | 11/25/20 | 11/25/20 | Pre-Authorized Payment | | $ (32,000.00) | $ - | $ (32,000.00) |
| 856 | JPM Chase | 9936 | 12/30/20 | 12/30/20 | Pre-Authorized Payment | | $ (9,000.00) | $ - | $ (9,000.00) |
| 857 | JPM Chase | 9936 | 1/5/21 | 1/5/21 | Pre-Authorized Payment | | $ (2,500.00) | $ - | $ (2,500.00) |
| 858 | JPM Chase | 9936 | 1/7/21 | 1/7/21 | Pre-Authorized Deposit | | $ 5,000.00 | $ 5,000.00 | $ - |
| 859 | JPM Chase | 9936 | 1/7/21 | 1/7/21 | Pre-Authorized Payment | | $ (10,000.00) | $ - | $ (10,000.00) |
| 860 | JPM Chase | 9936 | 1/14/21 | 1/14/21 | Inbound Fed Wire Transfer | | $ 115,000.00 | $ 115,000.00 | $ - |
| 861 | JPM Chase | 9936 | 1/22/21 | 1/22/21 | Inbound Fed Wire Transfer | | $ 250,000.00 | $ 250,000.00 | $ - |
| 862 | JPM Chase | 9936 | 1/29/21 | 1/29/21 | Pre-Authorized Payment | | $ (3,000.00) | $ - | $ (3,000.00) |
| 863 | JPM Chase | 9936 | 2/9/21 | 2/9/21 | Inbound Fed Wire Transfer | | $ 100,000.00 | $ 100,000.00 | $ - |
| 864 | JPM Chase | 9936 | 2/17/21 | 2/17/21 | Outbound Fed Wire Transfer | | $ (13,800.00) | $ - | $ (13,800.00) |
| 865 | JPM Chase | 9936 | 2/24/21 | 2/24/21 | Pre-Authorized Payment | | $ (3,000.00) | $ - | $ (3,000.00) |
| 866 | JPM Chase | 9936 | 3/2/21 | 3/2/21 | Pre-Authorized Deposit | | $ 30,000.00 | $ 30,000.00 | $ - |
| 867 | JPM Chase | 9936 | 3/4/21 | 3/4/21 | Pre-Authorized Payment | | $ (1,000.00) | $ - | $ (1,000.00) |

# **EXHIBIT 2**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART N

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK<br><br>-against-<br><br>MITCHELL KOSSOFF,<br><br>Defendant. | PLEA AGREEMENT<br><br>Docket No. CR-028944-21NY<br><br>SCI No. |

1. This is the plea agreement (the "Agreement") between the Office of the District Attorney of the County of New York (the "District Attorney") and Mitchell Kossoff (the "Defendant"). This Agreement constitutes the entire agreement between the Defendant and the District Attorney. There are no promises, agreements, or conditions, express or implied, other than those set forth in this document. No modification, deletion, or addition to this Agreement will be valid or binding on either party unless put into writing, signed by both parties, and approved by the Court.

2. At the time of the Defendant's plea, this Agreement shall be made a part of the record and the parties will request the Court's approval thereof. This Agreement will become effective only upon the Court's approval.

3. This Agreement covers the criminal conduct to which the Defendant is pleading guilty under this Agreement. No other criminal conduct is covered by the terms of this Agreement. This Agreement is limited to the District Attorney and cannot and does not bind other government agencies.

4. Pursuant to this Agreement, the Defendant shall waive prosecution by indictment and plead guilty under a Superior Court Information to one count of Scheme to Defraud in the First Degree (Penal Law § 190.65[1][b]), one count of Grand Larceny in the First Degree (Penal Law § 155.42), one count of Grand Larceny in the Second Degree (Penal Law § 155.40[1]), and one count of Grand Larceny in the Third Degree (Penal Law § 155.35[1]). The Defendant acknowledges that the maximum sentences that can be imposed for convictions of such offenses are as follows: an indeterminate prison term of 8 1/3 to 25 years for Grand Larceny in the First Degree (a Class B felony); an indeterminate prison term of 5 to 15 years for Grand Larceny in the Second Degree (a Class C felony); an indeterminate prison term of 2 1/3 to 7 years for Grand Larceny in the Third Degree (a Class D felony); and an indeterminate prison term of 1 1/3 to 4 years for Scheme to Defraud in the First Degree (a Class E felony).

5. The Defendant acknowledges that by entering this plea of guilty, he will forfeit certain constitutional rights, including the right to a trial by jury, the right to confront his

accusers, and the privilege against self-incrimination. The Defendant specifically will waive, and hereby waives, all defenses and any claims or protections with relation to his plea arising out of any federal or state rights concerning double jeopardy, statute of limitations, speedy trial, speedy sentence, delayed prosecution, geographical jurisdiction, or venue.

6. The Defendant shall execute a Waiver of Right to Appeal at the time of his plea. The Defendant shall acknowledge, and hereby acknowledges, that he would ordinarily retain his right to appeal even after pleading guilty, but that in this case, he is knowingly and voluntarily waiving that right in exchange for the favorable plea and sentence that he is receiving. The Defendant shall also acknowledge, and hereby acknowledges, that the appellate rights he is waiving are separate and apart from those rights that he shall automatically forfeit by his guilty plea.

7. Upon the Defendant's plea of guilty, he will admit under oath before the Court to the following:

a. From at least December 2017 to April 2021, I was an attorney licensed to practice in New York and the sole member of Kossoff PLLC, a law firm located in Manhattan. Part of my law firm's business was to collect and hold funds in trust for my clients and other individuals involved in matters relating to my clients. I did not have permission or authority to disburse the funds without authorization from the relevant parties to do so.

b. As charged in Count One of the Superior Court Information, I admit that, from on or about December 21, 2017 to on or about April 9, 2021, in the County of New York, I engaged in a systematic ongoing course of conduct with the intent to defraud more than one person and to obtain property from more than one person by false or fraudulent pretenses, representations, or promises. In doing so, I obtained more than $1,000 from such persons. In particular, I defrauded multiple clients of my law firm, and other persons involved in matters relating to my clients, by falsely representing that certain funds would be held in escrow and, notwithstanding those representations, intentionally causing unauthorized and impermissible disbursements of those funds.

c. As part of that scheme, and as charged in Counts Two through Four of the Superior Court Information, I admit to committing the following specific thefts, in the County of New York, from clients of my firm and other persons involved in matters relating to my clients:

    i. From on or about December 21, 2017 through on or about March 16, 2021, I stole more than $50,000 from Anolag LLC and Jacpot 2 LLC.

ii. From on or about July 9, 2019 through on or about March 16, 2021, I stole more than $1,000,000 from 118 Duane LLC.

iii. From on or about April 1, 2021 through on or about April 9, 2021, I stole more than $3,000 from Irwin Ostrega.

d. I admit that the individuals and entities listed in the appendix attached to my written plea agreement are some of the victims of the crimes to which I am pleading guilty today. I also admit that, by committing those crimes, I caused those victims to incur the losses listed in the appendix and that I owe those amounts to those victims.

8. The Defendant acknowledges that the individuals and entities listed in the appendix attached to this Agreement (the "Appendix") are victims of the crimes to which the Defendant is pleading guilty. The Defendant also acknowledges that the monetary amounts listed in the Appendix reflect losses that he caused and owes to the respective victims as a result of his crimes. The District Attorney and the Defendant agree that, at the time of the Defendant's sentencing, and as part of the Defendant's sentence, the Court shall issue judgment orders against the Defendant in favor of those victims listed in the Appendix. The Defendant acknowledges the bases for those judgment orders and agrees to waive, and hereby waives, any restitution/reparation hearing pursuant to Penal Law § 60.27(2) and Criminal Procedure Law § 400.30 in connection with his guilty pleas under this Agreement.

9. The Defendant represents that he has full and sole title to a condominium with an address of Twinlights Terrace, Unit I-9, Highlands, New Jersey, 07732 (Block: 11.08; Lot: 9) (the "Condominium"), with a last known tax assessment value of approximately $311,400 for the year 2021, according to the public records of the Monmouth County Clerk's Office. Prior to the Defendant's sentencing, and as a condition of the promised sentences set forth in paragraph 10 below, the Defendant shall transfer title to the Condominium to Albert Togut (not individually but solely in his capacity as Chapter 7 Interim Trustee for Kossoff PLLC) and provide proof of such transfer to the District Attorney. If the transfer has not occurred prior to the Defendant's sentencing, the Defendant must show good cause why the transfer was not performed. The Defendant agrees that it shall be within the District Attorney's sole discretion to determine whether the transfer occurred or whether the Defendant has demonstrated good cause why it did not.

10. The District Attorney and the Defendant agree that if the Defendant satisfies all of the conditions sets forth in this Agreement, as determined solely by the District Attorney, the District Attorney shall recommend and the Court shall impose the following indeterminate prison terms for the crimes to which the Defendant is pleading guilty, with all of the sentences to be run concurrently: 4.5 to 13.5 years for the count of Grand Larceny in the First Degree; 4.5 to 13.5 years for the count of Grand Larceny in the Second Degree; 2 1/3 to 7 years for the count of Grand Larceny in the Third Degree; and 1 1/3 to 4 years for the count of Scheme to Defraud in the First Degree.

11. The District Attorney and the Defendant further agree that, between the date of the Defendant's guilty plea and the date of his sentencing, the Defendant shall return to court on all scheduled court dates, report to the New York City Department of Probation as ordered by the Court, and refrain from any behavior that would cause him to be re-arrested on criminal charges. If the Defendant fails to satisfy any of those conditions or the conditions set forth in paragraph 9 above, as determined solely by the District Attorney, the District Attorney can recommend, and the Court can impose, any sentences authorized by law for the offenses to which the Defendant is pleading guilty under this Agreement.

12. The Defendant enters into this Agreement, including all waivers contained herein, knowingly, intelligently, and voluntarily and after discussion and consultation with his attorney, Walter Mack. The Defendant has had a full opportunity to discuss this Agreement with his attorney, and any questions he may have had have been answered to his satisfaction.

Dated: New York, New York

________________

______________________________
Mitchell Kossoff
Defendant

______________________________
Doar Rieck Kaley & Mack
Attorney for Defendant

______________________________
Ryan Gee
Assistant District Attorney

______________________________
Catherine McCaw
Assistant District Attorney

Approved: ______________________________
Justice of the Supreme Court

## APPENDIX TO PLEA AGREEMENT
## PEOPLE V. MITCHELL KOSSOFF (DOCKET NO. CR-028944-21NY)

| VICTIM | AMOUNT OWED |
|---|---|
| Gran Sabana Corporation | $4,478,784.24 |
| 118 Duane LLC | $2,425,000.00 |
| SSM Realty Group II LLC | $1,300,000.00 |
| Darlene Hart and Lorraine Kinyk | $1,250,000.00 |
| Decker Associates LLC | $800,000.00 |
| 537 Realty Associates LLC | $590,000.00 |
| Prince Street Holdings LLC | $525,000.00 |
| Sasson Real Estate Group | $342,500.00 |
| Ilomai Kurrik and Arthur Nigel Jones | $305,064.16 |
| Heiner Freidrich | $291,000.00 |
| Louis Girodano and Jeanmarie Giordano | $250,000.00 |
| Jonathan Ostrow | $250,000.00 |
| Anolag LLC and Jacpot 2 LLC | $220,051.88 |
| 47 Mercer Street I LLC, 47 Mercer Street II LLC, 47 Mercer Street III LLC, and 47 Mercer Street IV LLC | $199,600.38 |
| Irwin Ostrega | $159,584.93 |
| Chad Eggers | $158,000.00 |
| Centennial Properties NY Inc. | $150,000.00 |
| Lawrence A. Alexander Irrevocable Trust | $117,000.00 |
| Robert Altemus | $89,900.00 |
| Darren Katz and Peter Myers | $77,000.00 |
| 5557 LLC | $75,000.00 |
| 51 West 11 Realty LLC and Beth Mollins | $65,000.00 |
| Georgica Capital Partners LLC | $61,250.00 |
| CF E 88 LLC and SM E 88 LLC | $60,000.00 |
| Thomas Sneva | $57,300.00 |
| 6 West 75th Street LLC and 112-113 West 75th Street LLC | $55,187.73 |
| Robert Rugani | $49,900.00 |
| Delis Realty Corporation | $45,000.00 |
| 112-113 West 75th Street LLC | $40,000.00 |
| Estate of Jasper Edward Peyton, Jr. | $34,000.00 |
| Jason Breitstone | $30,625.00 |
| David Shorenstein | $30,625.00 |
| Jason Rosenblum | $17,410.13 |
| 6 West 75th Street LLC | $10,000.00 |
| David Svenson | $7,589.87 |

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

---

**THE PEOPLE OF THE STATE OF NEW YORK**

**-against-**

**MITCHELL KOSSOFF,**

**Defendant.**

---

# PLEA AGREEMENT

**DOCKET NO.**

**SCI NO.**

---

**Cyrus R. Vance, Jr.**
**District Attorney**
**New York County**
**One Hogan Place**
**New York, New York 10013**
**(212) 335-9000**

**Ryan Gee**
**Assistant District Attorney**
**Of Counsel**

# **EXHIBIT 3**

CHASE

Kossoff, PLLC
c/o Mitchell H Kossoff
217 Broadway, Suite 401
New York, NY 10007

October 13, 2015

Mr. Kossoff:

On behalf of Chase Bank, we sincerely apologize and acknowledge our internal bank error which resulted in check number 8105 for $1,5400,000 written to Vitali Bagnov being returned from your IOLA account (ending 9936) on October 6, 2015 when funds were available.

As a result Chase confirms this incident has not (and will not) be reported to the New York State Bar Association IOLA Disciplinary Committee. We apologize for any inconvenience this may have caused. You can reach us anytime at the branch located at 214 Broadway New York, NY 10038 or by calling 212-528-2496.

Regards,

Tracey Delaney
Vice President, Branch Manager

# **EXHIBIT 4**

| | |
|---|---|
| 1. | Jason Rosenblum & Tien-Sung Chi |
| 2. | David Svenson & Katherine El-Hillow |
| 3. | Beth Mollins |
| 4. | 51 West 11 Realty LLC |
| 5. | Susan Raanan |
| 6. | Estate of Jasper Peyton, Jr. |
| 7. | Jason Breitstone |
| 8. | David Shorenstein |
| 9. | Georgica Capital Partners, LLC |
| 10. | Dellis Realty Corp. |
| 11. | Thomas Sneva & Wei Shen |
| 12. | SM E. 88 LLC |
| 13. | 5557, LLC |
| 14. | Darren Katz & Peter Meyer |
| 15. | Robert Altemus |
| 16. | Lawrence A. Alexander Irrevocable Trust |
| 17. | Chad Eggers |
| 18. | Irwin Ostrega |
| 19. | Jonathan Ostrow |
| 20. | Uri Sasson |
| 21. | Louis Giordano |
| 22. | Heiner Friedrich |
| 23. | Steven Croman |
| 24. | Gran Sabana Corp. N.V. |
| 25. | Prince Street Holdings, LLC |
| 26. | 537 Realty Associates, LLC |
| 27. | Zia Taylor |
| 28. | 118 Duane LLC |
| 29. | Decker Associates, LLC |
| 30. | 27 Avenue C Realty LLC |
| 31. | 6 West 75th Street, LLC |
| 32. | 112-113 West 75th Street, LLC |
| 33. | SSM Realty Group II LLC |
| 34. | 308 East 38 Owner 9F, LLC |
| 35. | Darlene Hart |
| 36. | Loraine Kinyk |
| 37. | Leyah Colcord |
| 38. | 818 Woodward LLC |
| 39. | Suydam 1 LLC |
| 40. | Estate of Jean Lumbard |
| 41. | 145 Henry Partners, LLC |